Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Legacy Cares, Inc. | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-3520422 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6321 S. Ellsworth Road, Suite 146<br>Mesa, AZ 85212 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Maricopa | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  https://legacycaresinc.org

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☒ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7139

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District ____ | When ____ | Case number ____ |
| District ____ | When ____ | Case number ____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| | | |
|---|---|---|
| Debtor ____ | Relationship ____ |
| District ____ | When ____ | Case number, if known ____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Case 2:23-bk-02832-DPC    Doc 1    Filed 05/01/23    Entered 05/01/23 10:31:18    Desc
Main Document    Page 2 of 196

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

        Contact name  _____

        Phone  _____

---

<span style="background-color:black; color:white">   </span> **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**      .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☒ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000
☐   $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☒ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | |
|---|---|

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/28/23
             MM / DD / YYYY

X _____          Douglas Moss
  Signature of authorized representative of debtor          Printed name

                                           douglasm@legacycaresinc.com
                                           Email Address of debtor

Title  President

---

**18. Signature of attorney**

X  */s/ Henk Taylor*                                Date  04/28/2023
   Signature of attorney for debtor                         MM / DD / YYYY

Henk Taylor 016321
Printed name

Warner Angle Hallam Jackson Formanek PLC
Firm name

2555 E Camelback Road--Suite 800
Scottsdale, AZ 85260
Number, Street, City, State & ZIP Code

Contact phone  (602) 264-7101     Email address  htaylor@warnerangle.com

016321 AZ
Bar number and State

| Fill in this information to Identify the case: |
| --- |
| Debtor Name: Legacy Cares, Inc. |
| United States Bankruptcy Court for the: District of Arizona |
| Case Number (If known): |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | FIELDTURF USA, INC. 175 N. INDUSTRIAL BLVD. NE CALHOUN, GA 30701 | CONTACT: JOSH KEOWN, REGIONAL SALES MANAGER PHONE: (404) 556-8265 | CONSTRUCTION PAYABLE | | | | $4,974,972.13 |
| 2 | ICING INVESTMENT HOLDINGS, LLC 11201 N. TATUM BLVD. STE 200 PHOENIX, AZ 85028 | | ARBITRATION AWARD AND ACCRUED INTEREST | | | | $2,436,351.20 |
| 3 | SPECTRA FOOD SERVICES & HOSPITALITY 150 ROUSE BOULEVARD, 3RD FLOOR PHILADELPHIA, PA 19112 | CONTACT: KEN YOUNG PHONE: (215) 389-9477 | TRADE PAYABLE | CUD | | | $1,378,648.47 |
| 4 | MARC TAYLOR, INC. 15396 N. 83RD AVE., STE.C-103 PEORIA, AZ 85381 | CONTACT: MARC TAYLOR PHONE: (602) 799-8032 | CONSTRUCTION PAYABLE | | | | $810,980.04 |
| 5 | OVG FACILITIES LLC 11755 WILSHIRE BLVD., 900 LOS ANGELES, CA 90025 | CONTACT: JEFF WEBSTER - SENIOR VICE PRESIDENT, GLOBAL PARTNERSHIPS PHONE: 310-954-4800 INFO@OAKVIEWGROUP.COM; OVG@THEBLAKENEYGROUP.COM | TRADE PAYABLE | CUD | | | $566,220.25 |
| 6 | HURRICANE FENCE CO. 3404 W. LINCOLN STREET PHOENIX, AZ 85009 | PHONE: (804) 353-6030 FAX: (804) 353-6039 | CONSTRUCTION PAYABLE | | | | $473,368.42 |
| 7 | PRITCHARD SPORTS & ENTERTAINMENT GROUP, LLC 2130 PRIEST BRIDGE DR., 9 CROFTON, MD 21114 | PHONE: (401) 451-8448 | TRADE PAYABLE | CUD | | | $415,998.61 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 EARTHSCAPES<br>4640 E. COTTON GIN LOOP<br>PHOENIX, AZ 85040 | CONTACT: BRENDA BAHENA, DIRECTOR<br>PHONE: (602) 296-1496 | CONSTRUCTION PAYABLE | | | | $321,551.05 |
| 9 R-ENTERTAINMENT COMPANY, LLC<br>16413 N. 91ST ST., C-100<br>SCOTTSDALE, AZ 85260 | CONTACT: REID GLICK<br>PHONE: (480) 657-7333<br>INFO@R-ENTERTAINMENT.COM | TRADE PAYABLE | CUD | | | $299,544.03 |
| 10 MOBILE MODULAR<br>401 N. 56TH ST.<br>CHANDLER, AZ 85226 | PHONE: (866) 913-3083 | CONSTRUCTION PAYABLE | | | | $244,099.51 |
| 11 SPOTON TRANSACT LLC<br>100 CALIFORNIA STREET, 900<br>SAN FRANCISCO, CA 94111 | CONTACT: RJ HORSLEY<br>PHONE: (877) 814-4102<br>FAX: 877-521-6288 | TRADE PAYABLE | CUD | | | $126,515.03 |
| 12 ICON HD, LLC<br>702 MAIN STREET<br>STOUGHTON, SK S0G 4T0<br>CANADA | PHONE: (701) 772-4266<br>FAX: (701) 772-4275 | TRADE PAYABLE | CUD | | | $120,724.05 |
| 13 BSN SPORTS, LLC<br>14460 VARSITY BRANDS WAY<br>BRANCH, TX 75244 | CONTACT: ADAM BLUMENFELD<br>PHONE: (800) 856-3488<br>FAX: (800) 899-0149 | CONSTRUCTION PAYABLE | | | | $97,024.84 |
| 14 NORCON<br>5412 E. CALLE CERRITOS<br>GUADALUPE, AZ 85283 | PHONE: (480) 839-2324<br>FAX: 480.839.2281<br>TIM@NORCONINDUSTRIES.NET | CONSTRUCTION PAYABLE | | | | $91,960.50 |
| 15 ICON HD, LLC<br>702 MAIN STREET<br>STOUGHTON, SK S0G 4T0<br>CANADA | PHONE: (701) 772-4266<br>FAX: (701) 772-4275 | CONSTRUCTION PAYABLE | CUD | | | $91,504.00 |
| 16 ICON ARCHITECTURAL GROUP<br>4000 GARDEN VIEW DRIVE, SUITE 101<br>GRAND FORKS, ND 58201-7215 | CONTACT: TODD MITZEL<br>PHONE: (701) 772-4266<br>FAX: 701-772-4275<br>TODD@ICONARCHITECTS.COM | CONSTRUCTION PAYABLE | | | | $90,992.78 |
| 17 JAYCO DESIGN & INSTALLATIONS<br>2560 N. 33RD AVE.<br>PHOENIX, AZ 85009 | CONTACT: JAYSON MORRIS, CEO<br>PHONE: (602) 377-1758<br>JAYSON@JAYCOINSTALLATIONS.COM | CONSTRUCTION PAYABLE | | | | $63,744.00 |
| 18 HELLAS<br>1000 FRANKLIN VILLAGE DR.<br>FRANKLIN, MA 02038 | PHONE: (508) 520-1588 | CONSTRUCTION PAYABLE | | | | $60,088.14 |
| 19 LLOYD CIVIL GROUP<br>605 W. KNOX RD., STE. 210<br>TEMPE, AZ 85284 | CONTACT: ANTHONY STEVENSON, PRINCIPAL | CONSTRUCTION PAYABLE | | | | $51,416.12 |
| 20 GLOBAL INDUSTRIAL<br>29833 NETWORK PLACE<br>CHICAGO, IL 60673-1298 | PHONE: (678) 969-6676 | CONSTRUCTION PAYABLE | | | | $51,248.19 |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

**In Re:**

**LEGACY CARES, INC.,**

**Debtor.**

**Case No.**

**Chapter 11**

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIALAFFAIRS

Legacy Cares, Inc. ("Debtor"), as debtor in possession in the above-captioned chapter 11 case, with the assistance of its advisors and attorneys, is filing its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement" or "SOFA") in the Bankruptcy Court for the District of Arizona (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statements of Limitations, Methodology, and Disclaimers regarding the Debtor's Schedules and Statement (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of Debtor's Schedules and Statement. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statement.

The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of Debtor. Additionally, the Schedules and Statement contain unaudited information that is subject to further review, potential adjustment, and reflect Debtor's commercially reasonable efforts to report the assets and liabilities of Debtor.

The Schedules and Statement were prepared based on the best information available and to Debtor and its agents' knowledge and belief. Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may

Warner Angle Hallam Jackson & Formanek PLC

exist. Debtor and its agents, attorneys, and financial advisors expressly do not undertake any obligation to update modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall Debtor or its agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if Debtor or its agents, attorneys, and financial advisors are advised of the possibility of such damages.

The President, Douglas Moss, has signed each of the Schedules and Statement. Mr. Moss is an authorized signatory for Debtor. In reviewing and signing the Schedules and Statement, Mr. Moss has relied upon the efforts, statements, and representations of various personnel employed by Debtor and its advisors. Mr. Moss has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statement, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

**1. Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statement; however, inadvertent errors or omissions may exist. Debtor reserves all rights to (i) amend or supplement the Schedules and Statement from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statement with respect to any claim ("Claim") description or designation; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statement as to amount, liability, priority, status, or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Listing a Claim does not constitute an admission of liability by Debtor against which the Claim is listed. Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of rights with respect to Debtor's chapter 11 case, including, without limitation, issues involving Claims, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, Debtor shall not be required to update the Schedules and Statement except as may be required by applicable law.

**2.** Information from Third Parties. In preparing the Schedules and Statement, Debtor had to rely upon information provided by the past and current managers of Legacy Sports Park (f/k/a Bell Bank Park) (the "Park"). Legacy Sports USA, LLC ("Legacy Sports")

managed the Park since its inception until April 14, 2023. Elite Sports Group, LLC ("Elite") is the current manager of the Park. As Legacy Sports and Elite were in charge of the day-to-day operation of the Park, Debtor had to rely on information supplied by Legacy Sports and Elite in compiling the information in the Schedules and Statement. In particular, Debtor had to rely Legacy Sports and Elite to provide Debtor with information regarding vendors of the Park and contract counter-parties. Debtor is unable to confirm the accuracy of much of the information provided by Legacy Sports and Elite.

**3.     No Admission.** Nothing contained in the Schedules and Statement is intended as, or should be construed as, an admission or stipulation of the validity of any Claim against Debtor, any assertion made therein or herein, or a waiver of Debtor's rights to dispute any Claim or assert any cause of action or defense against any party.

**4.     Description of the Case and "As Of" Information Date.** On May 1, 2023 (the "Petition Date"), Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code. Debtor is operating its business as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Unless otherwise indicated, the asset information provided herein represents the asset data as of the close of business on April 27, 2023. Unless otherwise indicated, the liability information represents the liability data of the Debtor as of the close of business on April 27, 2023

**5.     Valuation.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for Debtor to obtain current market valuations of all of its assets. For these reasons, Debtor has indicated in the Schedules and Statement that the values of certain assets and liabilities are undetermined or unknown. Unless otherwise indicated, the asset data contained in the Schedules and Statement reflect estimates of value as of April 27, 2023. Book values of assets prepared in accordance with GAAP generally do not reflect the current market value of the assets and may differ materially from the actual value of the underlying assets.

**6.     Estimates.** To prepare and file the Schedules and Statement in accordance with the deadline established in the case, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities as of April 27, 2023. Debtor reserves the right to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

**7.     Fiscal Year.** Debtor's fiscal year ends on December 31, 2023.

**8.     Recharacterization.** Notwithstanding Debtor's commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired lease, and other items reported in the Schedules and Statement, Debtor may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to Debtor having to rely on information and documents supplied

by Legacy Sports and Elite. Accordingly, Debtor reserves all its rights to re-characterize, reclassify, recategorize, re-designate, add, or delete items reported in the Schedules and Statement at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition. Disclosure of information in one or more Schedules, one or more Statement questions, or one or more exhibits or attachments to the Schedules and Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statement, exhibits, or attachments.

**9.     Liabilities.** Debtor allocated liabilities between the pre-petition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the allocation of liabilities between the pre-petition and post-petition periods may change. Accordingly, Debtor reserves all its rights to amend, supplement, or otherwise modify its Schedules and Statement as is necessary or appropriate.

**10.     Excluded Assets and Liabilities.** Debtor may have inadvertently excluded certain categories of assets and liabilities from the Schedules and Statement, including, without limitation, accrued salaries, employee benefit accruals, and accrued accounts payable. Debtor has also excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

**11.     Insiders.** For purposes of the Schedules and Statement, Debtor defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of Debtor; (d) relatives of the Debtor's directors, officers or persons in control of Debtor; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and Statement, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, Debtor does not take any position with respect to: (a) any insider's influence over the control of Debtor; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether Debtor or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

**12.     Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such

Warner Angle Hallam Jackson & Formanek PLC

intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Debtor reserves all of its rights with respect to the legal status of any and all intellectual property rights.

**13.** **Classifications.** Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by Debtor of the legal rights of the claimant or a waiver of Debtor's rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

**14.** **Claims Description.** Schedules D and E/F permit Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Debtor reserves all its rights to dispute, or assert offsets or defenses to, any Claim reflected on its Statement and Schedules on any grounds, including liability or classification. Additionally, Debtor expressly reserves all rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by Debtor.

**15.** **Creditor Assertions.** The Schedules list creditors and set forth Debtor's scheduled amount of such Claims, such scheduled amounts reflect amounts owed as of the Petition Date. The estimates of claims set forth in the Schedules may not reflect assertions by Debtor's creditors of a right to have such Claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

**16.** **Causes of Action.** Despite making commercially reasonable efforts to identify all known assets, Debtor may not have listed all its causes of action or potential causes of action against third parties as assets in the Schedules and Statement, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Debtor reserves all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, crossclaim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

**17.     Summary of Significant Reporting Policies. The following is a summary of significant reporting policies**

     a.  **Undetermined Amounts.** The description of an amount as "unknown," "unknown, investigating," "cannot allocate," "cannot value," "N/A," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

     b.  **Totals.** All totals that are included in the Schedules and Statement represent totals of all known and estimated amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

     c.  **Liens.** Property and equipment listed in the Schedules and Statement are presented with Debtor's best knowledge of any liens that may attach (or have attached) to such property and equipment.

**18.     Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**19.     Employee Addresses.** Current employee and certain director addresses have generally been reported as Debtor's business address throughout the Schedules and Statement, where applicable.

**20.     Global Notes Control.** In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

**Specific Notes with Respect to Debtor's Schedules.** The Schedules neither purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of Debtor. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment and reflect Debtor's reasonable best efforts to report its assets and liabilities. Moreover, given, among other things, questions about the characterization of certain assets and the valuation and nature of certain liabilities, to the extent that Debtor shows more assets than liabilities, this is not an admission that Debtor was solvent as of the Petition Date or at any time before the Petition Date.

**1.     Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments**

Details with respect to the Debtor's cash management system and bank accounts are provided in the *Debtor's Motion for Interim and Final Orders (I) Authorizing Maintenance of Prepetition Cash Management System and Bank Accounts; and (II) Granting Related*

*Warner Angle Hallam Jackson & Formanek PLC*

Warner Angle Hallam Jackson & Formanek
PLC

*Relief* (the "Cash Management Motion") and the orders of the Bankruptcy Court granting the Cash Management Motion.

**2.      Schedule A/B, Part 11, Question 74 – Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor may have other causes of action and is not waiving any rights to pursue such causes of action in the future.

**3.      Schedule E/F Unsecured Non-Priority Claims**

Trade payables and lease payments originated from the books and records of Legacy Sports and Elite.  As Legacy Sports and/or Elite is the contracting party for these vendors and lessors, Debtor maintains that Legacy Sports and/or Elite is liable on these claims as well.

**4.      Schedule G: Executory Contracts and Unexpired Leases**

The Executory Contracts and Unexpired Lease disclosed are based on the best information available and to Debtor's knowledge and belief.  The majority of the executory contracts and unexpired leases disclosed in this Schedule come from the books and records of Legacy Sports.

**Specific Notes with Respect to the Debtor's Statement.** The Statement neither purports to represent financial statements prepared in accordance with GAAP, nor is it intended to be fully reconciled with the financial statements of Debtor. Additionally, the Statement contains unaudited information that is subject to further review and potential adjustment and reflects Debtor's reasonable best efforts to report its financial affairs.

**5.      Part 2: Number 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

Except as may be otherwise indicated in the Schedules and Statement, Debtor has included payments made during the one-year period preceding the Petition Date to each person likely to be deemed an "insider," as that term is defined in section 101(31) of the Bankruptcy Code. Persons listed as "insiders" have been included for informational purposes only. Debtor does not take any position with respect to (a) such person's influence over the control of Debtor, (b) the management responsibilities or functions of such persons, (c) the decision-making or corporate authority of such person, or (d) whether such person could successfully argue that he or she is not an "insider" under applicable law.

**6.      Part 6: Number 11: Payments related to Bankruptcy**

Out of an abundance of caution, Debtor has included payments to all professionals who have rendered any advice related the Debtor's bankruptcy proceedings in Statement Item

11. However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services. For the avoidance of doubt, payments listed here are not duplicated in the Debtor's responses to Part 2, Numbers 3 and 4, respectively.

[*Remainder of page intentionally left blank*]

**Fill in this information to identify the case:**

Debtor    Legacy Cares, Inc.

United States Bankruptcy Court for the:    District of Arizona

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $229,214,434.66 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $13,114,669.75 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $242,329,104.41 |

---

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   | $353,295,234.16 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .

   | NOT APPLICABLE |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .

   | +     $13,424,442.22 |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   | $366,719,676.38 |

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. CASH ON HAND**

    **NONE**

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   U.S. BANK, N.A. | CHECKING | 5913 | $1,125.34 |
| 3.2.   UMB BANK, N.A. | BOND FUND | 3666.1 | $2,322.20 |
| 3.3.   UMB BANK, N.A. | REVENUE | 3666.3 | $677,789.64 |
| 3.4.   UMB BANK, N.A. | OPERATING RESERVE | 3666.6 | $58.49 |
| 3.5.   UMB BANK, N.A. | PROJECT FUND | 3666.9 | $0.00 |
| 3.6.   UMB BANK, N.A. | CAPITALIZED INTEREST | 3666.10 | $9.98 |
| 3.7.   UMB BANK, N.A. | SERIES 2020 PROJECT MONEY MARKET FUND | 3666.13 | $15.56 |
| 3.8.   UMB BANK, N.A. | INSURANCE & CONDEMNATION PROCEEDS | 3666.14 | $1,869.46 |
| 3.9.   UMB BANK, N.A. | CHECKING | 6227 | $28,464.91 |
| 3.10.   UMB BANK, N.A. | CERTIFICATE OF DEPOSIT | 8330 | $400,000.00 |
| 3.11.   UMB BANK, N.A. | FOOD AND BEVERAGE | 9643 | $277,624.44 |
| 3.12.   UMB BANK, N.A. | OPERATING | 9635 | $84,486.54 |
| 3.13.   UMB BANK, N.A. | SPONSORSHIP | 9678 | $0.00 |
| 3.14.   UMB BANK, N.A. | SPECIAL EVENTS | 9686 | $0.00 |
| 3.15.   UMB BANK, N.A. | TICKETING | 9651 | $0.00 |

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|----------------------------------------------------------------|-----------------------------------|

**4. OTHER CASH EQUIVALENTS**

**NONE**

| | | |
|--|--|--|
| 5 | Total of Part 1.<br>ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $1,473,766.56 |

## Part 2: DEPOSITS AND PREPAYMENTS

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|--|-----------------------------------|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|--|--|--|
| 7.1. | LANDSCAPE STRUCTURES, INC. - DEPOSIT FOR CONSTRUCTION OF NEW PLAYGROUND | $50,000.00 |
| 7.2. | MESA CITY WATER DEPARTMENT - UTILITY DEPOSIT | $300,000.00 |
| 7.3. | PACIFIC PROVING, LLC - DEPOSIT GROUND OPERATING LEASE | $375,000.00 |
| 7.4. | SRP - ELECTRIC UTILITY DEPOSIT | $422,233.80 |

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|--|--|--|
| 8.1. | CHP 11 RESTRUCTURING PROFESSIONAL FEE RETAINERS (VARIOUS) | $525,000.00 |
| 8.2. | FARMER ORTH LEAVITT INSURANCE AGENCY - PREPAID D&O INSURANCE | $153,002.69 |

| | | |
|--|--|--|
| 9 | Total of Part 2.<br>ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $1,825,236.49 |

## Part 3: ACCOUNTS RECEIVABLE

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|--|-----------------------------------|

**11. ACCOUNTS RECEIVABLE**

| 90 DAYS OR LESS | $1,030,423.22 | - | $315,420.03 | = ➔ | $715,003.19 |
|-----------------|---------------|---|-------------|-----|-------------|
| | face amount | | doubtful or uncollectable accounts | | |

| | | |
|--|--|--|
| 12 | Total of Part 3.<br>CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $715,003.19 |

## Part 4: INVESTMENTS

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|--|----------------------------------------|-----------------------------------|

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17 Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

NOT APPLICABLE

---

| Part 5: | **INVENTORY, EXCLUDING AGRICULTURE ASSETS** |
|---|---|

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. RAW MATERIALS**

**20. WORK IN PROGRESS**

**21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE**

**22. OTHER INVENTORY OR SUPPLIES**

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

NOT APPLICABLE

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 6: | **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)** |
|---|---|

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. CROPS—EITHER PLANTED OR HARVESTED**

**29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:*
LIVESTOCK, POULTRY, FARM-RAISED FISH

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 30. | **FARM MACHINERY AND EQUIPMENT (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| 31. | **FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| 32. | **OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |
| 33 | **Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | | | NOT APPLICABLE |

34. **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes. Is any of the debtor's property stored at the cooperative ?
　　☐ No
　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 7:**     **OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

38. **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **OFFICE FURNITURE** | | | |
| 40. | **OFFICE FIXTURES** | | | |
| 41. | **OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 42. | **COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES*: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| 43 | **Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | NOT APPLICABLE |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | Legacy Cares, Inc. | Case number (if known) | |
|---|---|---|---|
| | (Name) | | |

**Part 8:** **MACHINERY, EQUIPMENT, AND VEHICLES**

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES**

NONE

**48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

NONE

**49. AIRCRAFT AND ACCESSORIES**

NONE

**50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| | | | | |
|---|---|---|---|---|
| 50.1. | SEE ATTACHED EXHIBIT - FURNITURE, FIXTURES, AND EQUIPMENT | $13,660,965.66 | COST | $7,776,329.66 |
| 50.2. | SEE ATTACHED EXHIBIT - LEASED FURNITURE, FIXTURES, AND EQUIPMENT (INSIGHT) | $17,018,049.85 | COST | UNDETERMINED |

| 51 | Total of Part 8.<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | $7,776,329.66 |
|---|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:** **REAL PROPERTY**

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | 320 ACRES OF REAL PROPERTY LOCATED AT 6321 S. ELLSWORTH RD. MESA, AZ 85212 | LEASEHOLD INTEREST | UNKNOWN | N/A | UNKNOWN |
| 55.2. | STRUCTURES AND IMPROVEMENTS IN LEGACY PARK LOCATED AT 6321 S. ELLSWORTH RD. MESA, AZ 85212 | TITLED OWNERSHIP | $229,214,434.66 | COST | $229,214,434.66 |

| 56 | **Total of Part 9.**<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | $229,214,434.66 |
|----|----|----|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 10:    INTANGIBLES AND INTELLECTUAL PROPERTY**

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|----|----|----|----|
| **60.  PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1.  COMMON LAW TRADE NAME AND TRADEMARKS, AND ALL INTEREST RELATED TO LEGACY CARES, INC. AND LEGACY PARK NAME | UNKNOWN | N/A | UNKNOWN |
| **61.  INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.  WWW.LEGACYCARESINC.ORG | UNKNOWN | N/A | UNKNOWN |
| **62.  LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.  CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64.  OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.  GOODWILL** | | | |

| 66 | **Total of Part 10.**<br>ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | UNDETERMINED |
|----|----|----|

**67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☒ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 11:    ALL OTHER ASSETS**

**70. DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|----|----|
| **71.  NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |

| | | | | Current value of debtor's interest |
|--|--|--|--|--|

**71. NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

| LEGACY SPORTS USA (LIQUOR LICENSE) ACCRUED INTEREST | $8,007.30 _total face amount_ | – | $0.00 _doubtful or uncollectable accounts_ | = → | $8,007.30 |
| LEGACY SPORTS USA (LIQUOR LICENSE) PRINCIPAL | $113,600.00 _total face amount_ | – | $0.00 _doubtful or uncollectable accounts_ | = → | $113,600.00 |
| LEGACY SPORTS USA (WALTZ CONSTRUCTION DEPOSIT ACCRUED INTEREST) | $82,726.55 _total face amount_ | – | $0.00 _doubtful or uncollectable accounts_ | = → | $82,726.55 |
| LEGACY SPORTS USA (WALTZ CONSTRUCTION DEPOSIT REPAYMENT PRINCIPAL) | $1,120,000.00 _total face amount_ | – | $0.00 _doubtful or uncollectable accounts_ | = → | $1,120,000.00 |

**72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

NONE

**73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

NONE

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

74.1.     CLAIMS AGAINST INDIVIDUAL PRINCIPALS AND OFFICERS OF LEGACY SPORTS USA, LLC ARISING FROM THE OPERATION OF LEGACY PARK (F/K/A BELL BANK PARK).        UNKNOWN

**Nature of claim**     POTENTIAL TORT/CONTRACT CLAIMS

**Amount requested**     UNKNOWN

74.2.     CLAIMS AGAINST LEGACY SPORTS USA, LLC FOR (I) BREACH OF THE EXPRESS AND IMPLIED TERMS OF THE AUGUST 1, 2020 QUALIFIED MANAGEMENT AGREEMENT; (II) BREACH OF FIDUCIARY DUTY; AND/OR (III) UNJUST ENRICHMENT. RELATES TO SPORTS' CONDUCT IN DEVELOPMENT, MANAGEMENT, AND OPERATION OF LEGACY PARK (F/K/A BELL BANK PARK).        UNKNOWN

**Nature of claim**     POTENTIAL TORT/CONTRACT CLAIMS

**Amount requested**     UNKNOWN

74.3.     CLAIMS AGAINST MICHAEL BAGGETT, ESQ. AND/OR MCGANN, GARLAND, RIDALL & BURKE FOR LEGAL MALPRACTICE AND/OR BREACH OF FIDUCIARY DUTY IN CONNECTION WITH THEIR REPRESENTATION OF CARES IN 2020-21.        UNKNOWN

**Nature of claim**     POTENTIAL TORT/CONTRACT CLAIMS

**Amount requested**     UNKNOWN

74.4.     CLAIMS FOR INDEMNIFICATION FROM OTHER PARTIES IN THE EVENT CLAIMS ARE ASSERTED AGAINST CARES. PARTIES THAT POTENTIALLY MAY HAVE A DUTY TO INDEMNIFY CARES INCLUDE BUT ARE NOT LIMITED TO LEGACY SPORTS USA, LLC, ZIEGLER, AND JOHNSON CONSULTING.        UNKNOWN

**Nature of claim**     POTENTIAL TORT/CONTRACT CLAIMS

**Amount requested**     UNKNOWN

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

NONE

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

NONE

| | | Current value of debtor's interest |
|---|---|---|
| **77.** | **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP<br><br>**NONE** | |
| **78** | **Total of Part 11.**<br>ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $1,324,333.85 |
| **79.** | Has any of the property listed in Part 11 been appraised by a professional within the last year?<br>☒ No<br>☐ Yes | |

**Part 12:** Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| **80.** | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,473,766.56 | |
| **81.** | **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,825,236.49 | |
| **82.** | **Accounts receivable.** *Copy line 12, Part 3.* | $715,003.19 | |
| **83.** | **Investments.** *Copy line 17, Part 4.* | | |
| **84.** | **Inventory.** *Copy line 23, Part 5.* | | |
| **85.** | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** | **Office furniture, fixtures, and equipment; and collectibles.**<br>*Copy line 43, Part 7.* | | |
| **87.** | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,776,329.66 | |
| **88.** | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $229,214,434.66 |
| **89.** | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| **90.** | **All other assets.** *Copy line 78, Part 11.* | ✚ $1,324,333.85 | |
| **91.** | **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $13,114,669.75 | ✚ 91b. $229,214,434.66 |
| **92.** | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $242,329,104.41 |

| Fill in this information to identify the case: |

Debtor    Legacy Cares, Inc.

United States Bankruptcy Court for the:    District of Arizona

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1.**   **1. Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.
    ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
| --- | --- |

**2.**   **List in alphabetical order all creditors** who have secured claims. If a creditor has more than
    one secured claim, list the creditor separately for each claim.

| | | **Column A** | **Column B** |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that** |
| | | *Do not deduct the value of collateral.* | **supports this claim** |

| 2.1 | **Creditor's name**<br>AERO AUTOMATIC SPRINKLER | **Describe debtor's property that is subject to a lien**<br>LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212 | $226,447.00 | UNKNOWN |
| --- | --- | --- | --- | --- |

**Creditor's mailing address**
21605 N. CENTRAL AVE.
PHOENIX, AZ  85024

**Creditor's email address**

**Date or dates debt was incurred**
8/18/2022

**Last 4 digits of account number:** 3022

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
     Specify each creditor, including this
     creditor, and its relative priority.
     1. UMB BANK, N.A., TRUSTEE
     2. AERO AUTOMATIC SPRINKLER
     B&F CONTRACTING, INC.
     D H PACE COMPANY INC.
     E&K OF PHOENIX INC.
     ELITE SPORTS BUILDERS LLC
     HAYDON COMPANIES LLC
     IMAGE BUILDING SYSTEMS LLC
     JFK ELECTRICAL CONTRACTING
     ENTERPRISES
     JOHNSON STATEWIDE CAULKING L.P.
     KEARNEY ELECTRIC, INC.
     OKLAND CONSTRUCTION COMPANY,
     INC.
     R.H. DUPPER LANDSCAPING, INC.
     RKS PLUMBING & MECHANICAL, INC.
     SITEWORKS LANDSCAPE
     DEVELOPMENT LLC
     SPECTRUM MECHANICAL & SERVICE
     CONTRACTOR
     SPRAYFOAM SOUTHWEST, INC.
     SUN VALLEY MASONRY, INC
     WALTERS & WOLF CONSTRUCTION
     SPECIALITIES
     WHOLESALE FLOORS

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.2**

**Creditor's name**
ALLEGIANT PREMIUM FINANCE COMPANY, INC.

**Creditor's mailing address**
216 SOUTH 200 WEST
CEDAR CITY, UT 84720

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
RETURNED PREMIUMS DUE UPON CANCELLATION

**Describe the lien**
FINANCED GL AND D&O INSURANCE PREMIUMS

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

UNKNOWN

---

**2.3**

**Creditor's name**
B&F CONTRACTING, INC.

**Creditor's mailing address**
11011 N. 23RD AVE.
PHOENIX, AZ 85029

**Creditor's email address**

**Date or dates debt was incurred**
6/21/2022

**Last 4 digits of account number:** 5547

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
  Specify each creditor, including this creditor, and its relative priority.
  SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$64,293.00 | UNKNOWN

---

**2.4**

**Creditor's name**
D H PACE COMPANY INC.

**Creditor's mailing address**
1901 E. 119TH ST.
OLATHE, KS 66061

**Creditor's email address**

**Date or dates debt was incurred**
7/19/2022

**Last 4 digits of account number:** 2248

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
  Specify each creditor, including this creditor, and its relative priority.
  SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$434,780.00 | UNKNOWN

**Part 1:** **Additional Page**

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 2.5 | **Creditor's name**<br>E&K OF PHOENIX INC.<br><br>**Creditor's mailing address**<br>1802 W. KNUDSEN DR.<br>PHOENIX, AZ  85027<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>5/13/2022<br><br>**Last 4 digits of account number: 8039**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>  Specify each creditor, including this creditor, and its relative priority.<br>  SEE 2.1 FOR LIST OF MULTIPLE CREDITORS | **Describe debtor's property that is subject to a lien**<br>LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212<br><br>**Describe the lien**<br>MECHANIC'S LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | $1,750,743.00 | UNKNOWN |
| 2.6 | **Creditor's name**<br>EASTERN FUNDING LLC<br><br>**Creditor's mailing address**<br>213 WEST 25TH STREET, SUITE 2W<br>NEW YORK, NY  10001<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>7/20/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>  Specify each creditor, including this creditor, and its relative priority.<br>  COLLATERAL PLEDGED TO ANOTHER CREDITOR | **Describe debtor's property that is subject to a lien**<br>VARIOUS SPORTS, OFFICE, AND FACILITY EQUIPMENT AND FIXTURES. 60 MONTH TERM, INTEREST RATES 8.219% TO 13.365%<br><br>**Describe the lien**<br>UCC FINANCING STATEMENT FILING NO. 2022-004-1358-6<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.7**

**Creditor's name**
ELITE SPORTS BUILDERS LLC

**Creditor's mailing address**
1622 N. BLACK CANYON HWY.
STE. C-1
PHOENIX, AZ  85009

**Creditor's email address**

**Date or dates debt was incurred**
7/20/2022

**Last 4 digits of account number:** 0150

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority.
    SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$213,937.84      UNKNOWN

**2.8**

**Creditor's name**
HAYDON COMPANIES LLC

**Creditor's mailing address**
4640 W. COTTON GIN LOOP
PHOENIX, AZ  85040

**Creditor's email address**

**Date or dates debt was incurred**
8/12/2022

**Last 4 digits of account number:** 7473

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority.
    SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$2,078,078.00      UNKNOWN

**2.9**

**Creditor's name**
IMAGE BUILDING SYSTEMS LLC

**Creditor's mailing address**
4213 S. 43RD PLACE
PHOENIX, AZ  85040

**Creditor's email address**

**Date or dates debt was incurred**
7/20/2022

**Last 4 digits of account number:** 6375

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority.
    SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$909,165.00      UNKNOWN

Case 2:23-bk-02832-DPC    Doc 1    Filed 05/01/23    Entered 05/01/23 10:31:18    Desc
Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     Page 4 of 17

Main Document     Page 27 of 196

| Debtor | Legacy Cares, Inc. | Case number (if known) | |
|--------|-------------------|------------------------|--|
|        | (Name)            |                        |  |

**Part 1:** Additional Page

|  |  | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
|--|--|--|--|

**2.10**

**Creditor's name**
INSIGHT INVESTMENTS, LLC

**Creditor's mailing address**
611 ANTON BLVD., SUITE 700
COSTA MESA, AZ 92626

**Creditor's email address**

**Date or dates debt was incurred**
9/13/2021 AND 2/23/2022

**Last 4 digits of account number:** 9586

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    1. STONEBRIAR COMMERCIAL FINANCE LLC
    2. INSIGHT INVESTMENTS, LLC

**Describe debtor's property that is subject to a lien**
MASTER LEASE AGREEMENT NO. 9586 - VARIOUS FACILITY EQUIPMENT, AND FIXTURES AS LEGACY SPORTS PARK

**Describe the lien**
EQUIPMENT CAPITAL LEASE UNDER MASTER LEASE AGREEMENT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: $3,294,073.90     Value of collateral: UNKNOWN

**2.11**

**Creditor's name**
JFK ELECTRICAL CONTRACTING ENTERPRISES

**Creditor's mailing address**
1439 W. SAN ANGELO ST.
GILBERT, AZ 85233-2408

**Creditor's email address**

**Date or dates debt was incurred**
6/10/2022

**Last 4 digits of account number:** 3003

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: $58,737.00     Value of collateral: UNKNOWN

| Debtor | Legacy Cares, Inc. | Case number (if known) | |
|---|---|---|---|
| | (Name) | | |

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.12**

**Creditor's name**
JFK ELECTRICAL CONTRACTING ENTERPRISES

**Creditor's mailing address**
1439 W. SAN ANGELO ST.
GILBERT, AZ 85233-2408

**Creditor's email address**

**Date or dates debt was incurred**
6/10/2022

**Last 4 digits of account number:** 3065

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
 Specify each creditor, including this creditor, and its relative priority.
 SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: $38,948.00    Value of collateral: UNKNOWN

**2.13**

**Creditor's name**
JFK ELECTRICAL CONTRACTING ENTERPRISES

**Creditor's mailing address**
1439 W. SAN ANGELO ST.
GILBERT, AZ 85233-2408

**Creditor's email address**

**Date or dates debt was incurred**
6/8/2022

**Last 4 digits of account number:** 7284

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
 Specify each creditor, including this creditor, and its relative priority.
 SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: $28,937.50    Value of collateral: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.14**

**Creditor's name**
JOHNSON STATEWIDE CAULKING L.P.

**Creditor's mailing address**
3747 E. GROVE ST.
PHOENIX, AZ  85040-2989

**Creditor's email address**

**Date or dates debt was incurred**
6/8/2022

**Last 4 digits of account number:** 6058

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
  Specify each creditor, including this creditor, and its relative priority.
  SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$162,920.00 — UNKNOWN

---

**2.15**

**Creditor's name**
KEARNEY ELECTRIC, INC.

**Creditor's mailing address**
3609 E. SUPERIOR AVE.
PHOENIX, AZ  85040

**Creditor's email address**

**Date or dates debt was incurred**
7/20/2022

**Last 4 digits of account number:** 5986

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
  Specify each creditor, including this creditor, and its relative priority.
  SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$3,528,419.42 — UNKNOWN

---

**2.16**

**Creditor's name**
KEARNEY ELECTRIC, INC.

**Creditor's mailing address**
3609 E. SUPERIOR AVE.
PHOENIX, AZ  85040

**Creditor's email address**

**Date or dates debt was incurred**
8/18/2022

**Last 4 digits of account number:** 1130

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
  Specify each creditor, including this creditor, and its relative priority.
  SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$1,307,606.80 — UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

| | | Column A | Column B |
|--|--|----------|----------|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.17 | **Creditor's name** KEARNEY ELECTRIC, INC. | **Describe debtor's property that is subject to a lien** LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212 | $845,000.00 | UNKNOWN |
|------|--------------------------------------------|------------------------------------------------------------------------------------------------------------------|------------|---------|

**Creditor's mailing address**
3609 E. SUPERIOR AVE.
PHOENIX, AZ  85040

**Creditor's email address**

**Date or dates debt was incurred**
7/29/2022

**Last 4 digits of account number:** 0808

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this
   creditor, and its relative priority.
   SEE 2.1 FOR LIST OF MULTIPLE
   CREDITORS

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.18 | **Creditor's name** OKLAND CONSTRUCTION COMPANY, INC. | **Describe debtor's property that is subject to a lien** LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212 | $24,073,511.99 | UNKNOWN |
|------|--------------------------------------------------------|------------------------------------------------------------------------------------------------------------------|----------------|---------|

**Creditor's mailing address**
1700 N. MCCLINTOCK DR.
TEMPE, AZ  85281

**Creditor's email address**

**Date or dates debt was incurred**
7/22/2022

**Last 4 digits of account number:** 0285

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this
   creditor, and its relative priority.
   SEE 2.1 FOR LIST OF MULTIPLE
   CREDITORS

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.19 | **Creditor's name** R.H. DUPPER LANDSCAPING, INC. | **Describe debtor's property that is subject to a lien** LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212 | $382,021.78 | UNKNOWN |
|------|----------------------------------------------------|------------------------------------------------------------------------------------------------------------------|-------------|---------|

**Creditor's mailing address**
1020 W. RANCH RD., SUITE 15-315
TEMPE, AZ  85284

**Creditor's email address**

**Date or dates debt was incurred**
5/27/2022

**Last 4 digits of account number:** 0107

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this
   creditor, and its relative priority.
   SEE 2.1 FOR LIST OF MULTIPLE
   CREDITORS

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.20**

**Creditor's name**
RKS PLUMBING & MECHANICAL, INC.

**Creditor's mailing address**
23659 N. 35TH DR.
GLENDALE, AZ 85310

**Creditor's email address**

**Date or dates debt was incurred**
7/21/2022

**Last 4 digits of account number:** 9013

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: $652,624.50
Value of collateral: UNKNOWN

---

**2.21**

**Creditor's name**
RKS PLUMBING & MECHANICAL, INC.

**Creditor's mailing address**
23659 N. 35TH DR.
GLENDALE, AZ 85310

**Creditor's email address**

**Date or dates debt was incurred**
7/29/2022

**Last 4 digits of account number:** 0580

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: $68,345.00
Value of collateral: UNKNOWN

---

**2.22**

**Creditor's name**
RKS PLUMBING & MECHANICAL, INC.

**Creditor's mailing address**
23659 N. 35TH DR.
GLENDALE, AZ 85310

**Creditor's email address**

**Date or dates debt was incurred**
8/3/2022

**Last 4 digits of account number:** 9272

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: $2,808.40
Value of collateral: UNKNOWN

| Debtor | Legacy Cares, Inc. | Case number (if known) | |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.23 | **Creditor's name**<br>SITEWORKS LANDSCAPE DEVELOPMENT LLC<br><br>**Creditor's mailing address**<br>2915 W. FAIRVIEW ST.<br>CHANDLER, AZ 85224<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>7/21/2022<br><br>**Last 4 digits of account number:** 9007<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>　Specify each creditor, including this creditor, and its relative priority.<br>　SEE 2.1 FOR LIST OF MULTIPLE CREDITORS | **Describe debtor's property that is subject to a lien**<br>LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212<br><br>**Describe the lien**<br>MECHANIC'S LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $826,575.86 | UNKNOWN |
| 2.24 | **Creditor's name**<br>SPECTRUM MECHANICAL & SERVICE CONTRACTORS LLC<br><br>**Creditor's mailing address**<br>33 SOUTH 56TH STREET<br>CHANDLER, AZ 85226<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>7/20/2022<br><br>**Last 4 digits of account number:** 7293<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>　Specify each creditor, including this creditor, and its relative priority.<br>　SEE 2.1 FOR LIST OF MULTIPLE CREDITORS | **Describe debtor's property that is subject to a lien**<br>LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212<br><br>**Describe the lien**<br>MECHANIC'S LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $660,245.00 | UNKNOWN |

| Debtor | Legacy Cares, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.25 | **Creditor's name**<br>SPECTRUM MECHANICAL & SERVICE CONTRACTORS LLC<br><br>**Creditor's mailing address**<br>33 SOUTH 56TH STREET<br>CHANDLER, AZ 85226<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>7/20/2022<br><br>**Last 4 digits of account number:** 7191<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>  Specify each creditor, including this creditor, and its relative priority.<br>  SEE 2.1 FOR LIST OF MULTIPLE CREDITORS | **Describe debtor's property that is subject to a lien**<br>LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212<br><br>**Describe the lien**<br>MECHANIC'S LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $295,345.00 | UNKNOWN |
| 2.26 | **Creditor's name**<br>SPRAYFOAM SOUTHWEST, INC.<br><br>**Creditor's mailing address**<br>D/B/A ROOFING SOUTHWEST<br>GLOBAL ROOFING GROUP<br>2401 E. MAGNOLIA ST.<br>PHOENIX, AZ 85034<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/5/2022<br><br>**Last 4 digits of account number:** 5679<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>  Specify each creditor, including this creditor, and its relative priority.<br>  SEE 2.1 FOR LIST OF MULTIPLE CREDITORS | **Describe debtor's property that is subject to a lien**<br>LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212<br><br>**Describe the lien**<br>MECHANIC'S LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $38,250.00 | UNKNOWN |

| **Part 1:** | **Additional Page** |
| | |

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.27 | **Creditor's name**<br>STONEBRIAR COMMERCIAL FINANCE LLC | **Describe debtor's property that is subject to a lien**<br>MASTER LEASE AGREEMENT NO. 9586 - VARIOUS FACILITY EQUIPMENT, AND FIXTURES AS LEGACY SPORTS PARK | UNKNOWN | UNKNOWN |
| | **Creditor's mailing address**<br>5601 GRANITE PARKWAY, SUITE 1350<br>PLANO, TX  75024 | **Describe the lien**<br>UCC FINANCING STATEMENT FILING NO. 2021-005-5017-1 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | **Date or dates debt was incurred**<br>09/02/2022 | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes | | |
| | **Last 4 digits of account number:** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>    Specify each creditor, including this creditor, and its relative priority.<br>    COLLATERAL PLEDGED TO ANOTHER CREDITOR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| 2.28 | **Creditor's name**<br>SUN VALLEY MASONRY, INC. | **Describe debtor's property that is subject to a lien**<br>LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212 | $275,689.20 | UNKNOWN |
| | **Creditor's mailing address**<br>10828 N. CAVE CREEK RD.<br>PHOENIX, AZ  85020 | **Describe the lien**<br>MECHANIC'S LIEN | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | **Date or dates debt was incurred**<br>7/20/2022 | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes | | |
| | **Last 4 digits of account number:** 7156 | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>    Specify each creditor, including this creditor, and its relative priority.<br>    SEE 2.1 FOR LIST OF MULTIPLE CREDITORS | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.29**

**Creditor's name**
THE HARTFORD INSURANCE COMPANY

**Creditor's mailing address**
ATTN: LEIGH-ANN MCCOOL
19450 STATE HIGHWAY 249, SUITE 400
HOUSTON, TX 77070

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
UMB CERTIFICATE OF DEPOSIT #8330

**Describe the lien**
UMB BANK LETTER OF CREDIT, AS COLLATERAL FOR FUTURE WORKERS COMPENSATION CLAIMS, NOT YET FILED

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

**2.30**

**Creditor's name**
UMB BANK, N.A., TRUSTEE

**Creditor's mailing address**
ATTN: MICHAEL SLADE
120 SIXTH STREET, SUITE 1400
MINNEAPOLIS, MN 55402

**Creditor's email address**

**Date or dates debt was incurred**
SERIES 2020A-2 PRINCIPAL ISSUED
8/11/2020 MATURING 7/1/2050

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
ALL ASSETS OF THE DEBTOR, INCLUDING LEGACY SPORTS PARK, REVENUE AND RENTS

**Describe the lien**
LEASEHOLD DOT; ASSIGNMENT OF RENTS, UCC SECURITY INTEREST

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $164,960,000.00
Column B: UNKNOWN

**Part 1:**    **Additional Page**

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.31**

**Creditor's name**
UMB BANK, N.A., TRUSTEE

**Creditor's mailing address**
ATTN: MICHAEL SLADE
120 SIXTH STREET, SUITE 1400
MINNEAPOLIS, MN  55402

**Creditor's email address**

**Date or dates debt was incurred**
SERIES 2020A-1 ISSUED 8/11/2020 WITH MATURITY DATE RANGE OF 7/1/2024 - 7/1/2028, INCLUDING ACCRUED INTEREST FOR BOTH SERIES A1 AND A2

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
ALL ASSETS OF THE DEBTOR, INCLUDING LEGACY SPORTS PARK, REVENUE AND RENTS

**Describe the lien**
LEASEHOLD DOT; ASSIGNMENT OF RENTS, UCC SECURITY INTEREST

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$59,933,910.93      UNKNOWN

---

**2.32**

**Creditor's name**
UMB BANK, N.A., TRUSTEE

**Creditor's mailing address**
ATTN: MICHAEL SLADE
120 SIXTH STREET, SUITE 1400
MINNEAPOLIS, MN  55402

**Creditor's email address**

**Date or dates debt was incurred**
SERIES 2021A ISSUED 5/28/2021 MATURING 7/1/2031 AND 7/1/2051, INCLUDING ACCRUED INTEREST

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
ALL ASSETS OF THE DEBTOR, INCLUDING LEGACY SPORTS PARK, REVENUE AND RENTS

**Describe the lien**
LEASEHOLD DOT; ASSIGNMENT OF RENTS, UCC SECURITY INTEREST

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$35,873,775.00      UNKNOWN

| **Part 1:** | **Additional Page** |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.33**

**Creditor's name**
UMB BANK, N.A., TRUSTEE

**Creditor's mailing address**
ATTN: MICHAEL SLADE
120 SIXTH STREET, SUITE 1400
MINNEAPOLIS, MN 55402

**Creditor's email address**

**Date or dates debt was incurred**
SERIES 2020C ISSUED 8/11/2020 MATURING
7/1/2030, INCLUDING ACCRUED INTEREST

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
  Specify each creditor, including this creditor, and its relative priority.
  SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
ALL ASSETS OF THE DEBTOR, INCLUDING LEGACY SPORTS PARK, REVENUE AND RENTS

**Describe the lien**
LEASEHOLD DOT; ASSIGNMENT OF RENTS, UCC SECURITY INTEREST

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $32,569,375.00
Column B: UNKNOWN

**2.34**

**Creditor's name**
UMB BANK, N.A., TRUSTEE

**Creditor's mailing address**
ATTN: MICHAEL SLADE
120 SIXTH STREET, SUITE 1400
MINNEAPOLIS, MN 55402

**Creditor's email address**

**Date or dates debt was incurred**
2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
  Specify each creditor, including this creditor, and its relative priority.
  SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
POST-DEFAULT ADVANCES

**Describe the lien**
LEASEHOLD DOT; ASSIGNMENT OF RENTS, UCC SECURITY INTEREST

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $9,260,266.84
Column B: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.35**

**Creditor's name**
UMB BANK, N.A., TRUSTEE

**Creditor's mailing address**
ATTN: MICHAEL SLADE
120 SIXTH STREET, SUITE 1400
MINNEAPOLIS, MN  55402

**Creditor's email address**

**Date or dates debt was incurred**
SERIES 2020B ISSUED 8/11/2020 MATURING
7/1/2030, INCLUDING ACCRUED INTEREST

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority.
    SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
ALL ASSETS OF THE DEBTOR, INCLUDING LEGACY SPORTS PARK, REVENUE AND RENTS

**Describe the lien**
LEASEHOLD DOT; ASSIGNMENT OF RENTS, UCC SECURITY INTEREST

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

*Amount of claim:* $7,269,675.00
*Value of collateral:* UNKNOWN

**2.36**

**Creditor's name**
UMB BANK, N.A., TRUSTEE

**Creditor's mailing address**
ATTN: MICHAEL SLADE
120 SIXTH STREET, SUITE 1400
MINNEAPOLIS, MN  55402

**Creditor's email address**

**Date or dates debt was incurred**
SERIES 2021B ISSUED 5/28/2021 MATURING
7/1/2030, INCLUDING ACCRUED INTEREST

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority.
    SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
ALL ASSETS OF THE DEBTOR, INCLUDING LEGACY SPORTS PARK, REVENUE AND RENTS

**Describe the lien**
LEASEHOLD DOT; ASSIGNMENT OF RENTS, UCC SECURITY INTEREST

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

*Amount of claim:* $609,500.00
*Value of collateral:* UNKNOWN

| Debtor | Legacy Cares, Inc. | Case number (if known) | |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.37**

**Creditor's name**
WALTERS & WOLF CONSTRUCTION SPECIALITIES

**Creditor's mailing address**
889 N. COLORADO ST.
GILBERT, AZ 85233-2408

**Creditor's email address**

**Date or dates debt was incurred**
7/8/2022

**Last 4 digits of account number:** 1089

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$265,533.00     UNKNOWN

---

**2.38**

**Creditor's name**
WHOLESALE FLOORS

**Creditor's mailing address**
8855 N. BLACK CANYON HWY.
PHOENIX, AZ 85021

**Creditor's email address**

**Date or dates debt was incurred**
8/11/2022

**Last 4 digits of account number:** 7053

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SEE 2.1 FOR LIST OF MULTIPLE CREDITORS

**Describe debtor's property that is subject to a lien**
LEGACY SPORTS PARK, 6321 S. ELLSWORTH RD., MESA, AZ 85212

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$335,695.20     UNKNOWN

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $353,295,234.16 |
|---|---|---|

| Fill in this information to identify the case: |

Debtor    Legacy Cares, Inc.

United States Bankruptcy Court for the:    District of Arizona

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

   **Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No.
   ☒ Yes.

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $154.00 |

ADAM DOWNS
20323 S. 187TH ST.
QUEEN CREEK, AZ 85142

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47,051.08 |

ADVENTURE FITNESS
1836 W. STRAIGHT ARROW LANE
PHOENIX, AZ 85085

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3** | **Nonpriority creditor's name and mailing address**

AFFORDABLE FIRE & SAFETY
P.O. BOX 1939
LOWELL, AR 72745

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,820.00

---

**3.4** | **Nonpriority creditor's name and mailing address**

ANTHONY JAMES PARTNERS
3900 WESTERRE PARKWAY, STE. 300
RICHMOND, VA 23233

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,975.00

---

**3.5** | **Nonpriority creditor's name and mailing address**

APP LLC
2715 E FREMONT RD.
PHOENIX, AZ 85042

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,146.14

---

**3.6** | **Nonpriority creditor's name and mailing address**

ARIZONA BEVERAGE CONTROL SYSTEMS
2730 E. JONES AVE., #101
PHOENIX, AZ 85040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,025.75

---

**3.7** | **Nonpriority creditor's name and mailing address**

ARIZONA COLLEGIATE UMPIRES ASSOCIATION, INC
520 N. JENTILLY LN.
CHANDLER, AZ 85226

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,680.00

| **Part 2:** | Additional Page | | | |

| | | | | Amount of claim |

| 3.8 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | $50.00 |
| | ARIZONA CUTLERY 12620 N CAVE CREEK #4 PHOENIX, AZ 85022 | | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** | | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | $294.00 |
| | ARIZONA ICEMAN INC. 447 W WATKINS RD STE 3 PHOENIX, AZ 85003 | | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** | | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | $2,300.00 |
| | BECKER BOARDS SMALL, LLC 4234 E. INDIAN SCHOOL RD. PHOENIX, AZ 85018 | | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** | | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | $542.50 |
| | BIBIAN BURGOS 105 N. BEEBE ST GILBERT, AZ 85234 | | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** | | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | $330.48 |
| | BIMBO BAKERIES USA, INC. 10414 N 19TH AVE PHOENIX, AZ 85021 | | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** | | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,015.00

BLUE SKY PEST CONTROL
1936 W RAWHIDE AVE.
GILBERT, AZ 85233

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,937.00

BMI BROADCAST MUSIC, INC.
7 WORLD TRADE CENTER
250 GREENWICH ST
NEW YORK, NY 10007

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,000.00

BRIAN PORTH
5526 W 71ST ST.
PARADISE VALLEY, AZ 85253

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $97,024.84

BSN SPORTS, LLC
14460 VARSITY BRANDS WAY
BRANCH, TX 75244

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,220.00

CITY OF MESA - MARICOPA COUNTY PERMITS
55 N. CENTER STREET
MESA, AZ 85201

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.18** | **Nonpriority creditor's name and mailing address**

COASTLINE PRINTS
2293 S. GRAND AVENUE
SANTA ANA, CA 92705

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$443.00

---

**3.19** | **Nonpriority creditor's name and mailing address**

COLTON WALKER
125 E GUADALUPE RD, APT 1107
GILBERT, AZ 85234

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

---

**3.20** | **Nonpriority creditor's name and mailing address**

COPPER STATE (TOOLS)
3602 N. 35TH AVE.
PHOENIX, AZ 85017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,357.00

---

**3.21** | **Nonpriority creditor's name and mailing address**

COX BUSINESS
6205 PEACHTREE DUNWOODY RD.
SANDY SPRINGS, GA 30328

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,797.03

---

**3.22** | **Nonpriority creditor's name and mailing address**

CRESCENT CROWN DISTRIBUTING
1640 W BROADWAY RD
MESA, AZ 85202-1197

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,373.45

| Part 2: | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,000.00 |
|---|---|---|---|

CRUZ/WOOD COMMUNICATIONS
4467 E. BADGER WAY
PHOENIX, AZ 85044

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $200.00 |
|---|---|---|---|

DANIEL SERRANO
2346 W PARK AVENUE
CHANDLER, AZ 85224

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $608.13 |
|---|---|---|---|

DET 365 APPAREL LLC
33667 PONDVIEW CIRCLE
LIVONIA, MI 48152

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $321,551.05 |
|---|---|---|---|

EARTHSCAPES
4640 E. COTTON GIN LOOP
PHOENIX, AZ 85040

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43,079.78 |
|---|---|---|---|

FAIRCO OFFSITE LANDSCAPE
828 E. ISABELLA AVE.
MESA, AZ 85204

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.28 | **Nonpriority creditor's name and mailing address**<br><br>FIELDTURF USA, INC.<br>175 N. INDUSTRIAL BLVD. NE<br>CALHOUN, GA 30701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CONSTRUCTION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,974,972.13 |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br><br>FIELDTURF USA, INC.<br>175 N. INDUSTRIAL BLVD. NE<br>CALHOUN, GA 30701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $49,056.61 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br><br>FULL SWING GOLF, INC.<br>1905 ASTON AVE. #100<br>CARLSBAD, CA 92008<br><br>**Date or dates debt was incurred**<br>2/27/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>EQUIPMENT LEASE - SEE ATTACHED EXHIBIT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.31 | **Nonpriority creditor's name and mailing address**<br><br>GARY PEDERSEN<br>17030 EAST ALOE DR.<br>FOUNTAIN HILLS, AZ 85268<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $500.00 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br><br>GLOBAL INDUSTRIAL<br>29833 NETWORK PLACE<br>CHICAGO, IL 60673-1298<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CONSTRUCTION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $51,248.19 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.33** | **Nonpriority creditor's name and mailing address**

GLOBAL INDUSTRIAL
29833 NETWORK PLACE
CHICAGO, IL  60673-1298

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,166.46

---

**3.34** | **Nonpriority creditor's name and mailing address**

GOLF CART PARTS COMPANY
1720 W ELLIOT ROAD, SUITE 101
GILBERT, AZ  85233

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,947.60

---

**3.35** | **Nonpriority creditor's name and mailing address**

GRECO & SONS OF ARIZONA
4450 N 45TH AVE.
PHOENIX, AZ  85031

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,684.09

---

**3.36** | **Nonpriority creditor's name and mailing address**

GUARDIAN BOOTH
13338 MIDVALE RD.
WAYNESBORO, PA  17268

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,685.73

---

**3.37** | **Nonpriority creditor's name and mailing address**

HELLAS
1000 FRANKLIN VILLAGE DR.
FRANKLIN, MA  02038

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,088.14

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.38** | **Nonpriority creditor's name and mailing address**

HILLYARD INC
P.O. BOX 801157
KANSAS CITY, MO 64180-1157

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,804.81

---

**3.39** | **Nonpriority creditor's name and mailing address**

HOME DEPOT
2455 PACES FERRY RD. SE
ATLANTA, GA 30339-4024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,127.61

---

**3.40** | **Nonpriority creditor's name and mailing address**

HUBBARD RADIO PHOENIX
1100 N 52ND ST ACCESS
PHOENIX, AZ 85008

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,741.00

---

**3.41** | **Nonpriority creditor's name and mailing address**

HURRICANE FENCE CO
3404 W. LINCOLN STREET
PHOENIX, AZ 85009

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,382.00

---

**3.42** | **Nonpriority creditor's name and mailing address**

HURRICANE FENCE CO.
3404 W. LINCOLN STREET
PHOENIX, AZ 85009

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$473,368.42

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | **Amount of claim** |
|--|--|---------------------|

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,436,351.20
*Check all that apply.*

ICING INVESTMENT HOLDINGS, LLC
11201 N. TATUM BLVD. STE 200
PHOENIX, AZ 85028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

2/1/2023

**Basis for the claim:**
ARBITRATION AWARD AND ACCRUED INTEREST

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $90,992.78
*Check all that apply.*

ICON ARCHITECTURAL GROUP
4000 GARDEN VIEW DRIVE, SUITE 101
GRAND FORKS, ND 58201-7215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $120,724.05
*Check all that apply.*

ICON HD, LLC
702 MAIN STREET
STOUGHTON, SK S0G 4T0
CANADA

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $91,504.00
*Check all that apply.*

ICON HD, LLC
702 MAIN STREET
STOUGHTON, SK S0G 4T0
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $324.90
*Check all that apply.*

INDEED
4343 N SCOTTSDALE RD.
SCOTTSDALE, AZ 85251

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.48** Nonpriority creditor's name and mailing address

INTERACTIVE SPORTS GROUP, LLC
142 SAVANNAH POINT
NORTH AUGUSTA, SC  29841

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,139.00

---

**3.49** Nonpriority creditor's name and mailing address

JAMES PAPPAS
18473 E CARRIAGE WAY
QUEEN CREEK, AZ  85142

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$154.00

---

**3.50** Nonpriority creditor's name and mailing address

JAYCO DESIGN & INSTALLATIONS
2560 N. 33RD AVE.
PHOENIX, AZ  85009

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$63,744.00

---

**3.51** Nonpriority creditor's name and mailing address

JAYCO DESIGN & INSTALLATIONS
2560 N. 33RD AVE.
PHOENIX, AZ  85009

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,747.00

---

**3.52** Nonpriority creditor's name and mailing address

KADEN SCHNEPF
20924 E SADDLE WAY
QUEEN CREEK, AZ  85142

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$154.00

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.53**    **Nonpriority creditor's name and mailing address**

LEFTFIELD DEVELOPMENT, LLC
4000 GARDENVIEW DR., SUITE 201
GRAND FORKS, ND 58201

**Date or dates debt was incurred**

11/20/2021 AND 8/8/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
EQUIPMENT LEASE - SEE ATTACHED
EXHIBIT

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.54**    **Nonpriority creditor's name and mailing address**

LEGACY SPORTS USA LLC
19950 NORTH GRAYHAWK DRIVE #1078
SCOTTSDALE, AZ 85252

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.55**    **Nonpriority creditor's name and mailing address**

LLOYD CIVIL GROUP
605 W. KNOX RD., STE. 210
TEMPE, AZ 85284

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,416.12

---

**3.56**    **Nonpriority creditor's name and mailing address**

MACROLEASE CORPORATION
185 EXPRESS STREET, SUITE 100
PLAINVIEW, NY 11803

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
GUARANTOR ON EQUIPMENT LEASE - SEE
ATTACHED EXHIBIT

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.57**    **Nonpriority creditor's name and mailing address**

MARC TAYLOR, INC.
15396 N. 83RD AVE., STE.C-103
PEORIA, AZ 85381

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$810,980.04

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.58**

**Nonpriority creditor's name and mailing address**

MARICOPA COUNTY ENVIRONMENTAL DEPARTMENT
1645 E ROOSEVELT ST
PHOENIX, AZ 85006

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$210.00

---

**3.59**

**Nonpriority creditor's name and mailing address**

METRO FIRE EQUIPMENT INC.
63 SOUTH HAMILTON PLACE
GILBERT, AZ 85233

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$537.50

---

**3.60**

**Nonpriority creditor's name and mailing address**

MIKE BAGGETT
C/O ELITE SPORTS GROUP, LLC
6321 S. ELLSWORTH RD.
MESA, AZ 85212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,250.21

---

**3.61**

**Nonpriority creditor's name and mailing address**

MOBILE MODULAR
401 N. 56TH ST.
CHANDLER, AZ 85226

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$244,099.51

---

**3.62**

**Nonpriority creditor's name and mailing address**

MYRON CRAWFORD
435 E MAIN ST., APT 413
MESA, AZ 85203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

| **3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

NATIONAL SPORTS OPPORTUNITY PARTNERS
4000 GARDENVIEW DR., SUITE 201
GRAND FORKS, MD 58201

*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

7/12/2021

**Basis for the claim:**
EQUIPMENT LEASE - SEE ATTACHED EXHIBIT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| **3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,018.78 |
|---|---|---|---|

NAUMANN HOBBS MATERIAL HANDLING CORP. II INC.
4335 E WOOD ST
PHOENIX, AZ 85040

*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| **3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $91,960.50 |
|---|---|---|---|

NORCON
5412 E. CALLE CERRITOS
GUADALUPE, AZ 85283

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| **3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $41,895.52 |
|---|---|---|---|

ORCUTT WINSLOW PARTNERS
2929 N. CENTRAL AVE., 11TH FLOOR
PHOENIX, AZ 85012

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| **3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $566,220.25 |
|---|---|---|---|

OVG FACILITIES LLC
11755 WILSHIRE BLVD., #900
LOS ANGELES, CA 90025

*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,000.00 |
|---|---|---|---|

PREVENT ADVISORS, LLC
11755 WILSHIRE BLVD., #900
LOS ANGELES, CA 90025

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $415,998.61 |
|---|---|---|---|

PRITCHARD SPORTS & ENTERTAINMENT GROUP, LLC
2130 PRIEST BRIDGE DR., #9
CROFTON, MD 21114

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

QUARLES & BRADY, LLP
1 RENAISSANCE SQUARE
TWO NORTH CENTRAL AVE.
PHOENIX, AZ 85004

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $450.00 |
|---|---|---|---|

RANDIE J HOLMES
4746 E. MAGNUS DRIVE
SAN TAN VALLEY, AZ 85140

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $500.00 |
|---|---|---|---|

REBECCA MENDEZ
2323 N 150TH DR.
GOODYEAR, AZ 85395

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$500.00**

RENALDO ZELAYA
14294 W INDIANOLA AVE.
GOODYEAR, AZ 85395

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$299,544.03**

R-ENTERTAINMENT COMPANY, LLC
16413 N. 91ST ST., C-100
SCOTTSDALE, AZ 85260

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$42.99**

SAMANTHA SNODGRASS
C/O ELITE SPORTS GROUP, LLC
6321 S. ELLSWORTH RD.
MESA, AZ

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$36,333.34**

SHADE N NET
5711 W. WASHINGTON ST.
PHOENIX, AZ 85043

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,120.00**

SITE SOLAR LLC
1648 51ST AVE
PHOENIX, AZ 85043

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| | | | |
|---|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,174.42 |
| | SOUTHWEST GAS | | |
| | 2200 N CENTRAL STE 101 | ☒ Contingent | |
| | PHOENIX, AZ 85004 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,378,648.47 |
| | SPECTRA FOOD SERVICES & HOSPITALITY | | |
| | 150 ROUSE BOULEVARD, 3RD FLOOR | ☒ Contingent | |
| | PHILADELPHIA, PA 19112 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $43.70 |
| | SPORTS IMPORTS, INC. | | |
| | 877 NEWFIELD AVE. | ☒ Contingent | |
| | STAMFORD, CT 06905 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $647.64 |
| | SPORTSENGINE, INC. | | |
| | 807 BROADWAY STREET NE SUITE 300 | ☒ Contingent | |
| | MINNEAPOLIS, MN 55413 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $126,515.03 |
| | SPOTON TRANSACT LLC | | |
| | 100 CALIFORNIA STREET, #900 | ☒ Contingent | |
| | SAN FRANCISCO, CA 94111 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.83** **Nonpriority creditor's name and mailing address**

STACEY KING
1360 W. ISABELLA AVE. #1016
MESA, AZ 85202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$42.00

---

**3.84** **Nonpriority creditor's name and mailing address**

STRADABELLA /SILANO
3415 W. WHITTON AVE.
PHOENIX, AZ 85017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSTRUCTION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,000.00

---

**3.85** **Nonpriority creditor's name and mailing address**

SUNSTATE EQUIPMENT
5552 E. WASHINGTON ST.
PHOENIX, AZ 85034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,252.74

---

**3.86** **Nonpriority creditor's name and mailing address**

SUSIE'S FENCE, INC.
P.O. BOX 6326
GOODYEAR, AZ 85338

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,013.15

---

**3.87** **Nonpriority creditor's name and mailing address**

SWIRE COCA-COLA, USA
2600 AIRWAY AVE.
KINGMAN, AZ

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,889.55

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,143.66

THE ARIZONA FORUM
2301 S STEARMAN RD.
CHANDLER, AZ 85286

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $787.50

THE STRATTON LAW FIRM, PLLC
9375 E SHEA BLVD., SUITE 100
SCOTTSDALE, AZ 85260

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,563.46

TIXR, INC.
1337 3RD STREET PROMENADE #200
SANTA MONICA, CA 90401

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,351.01

T-MOBILE COMMUNICATIONS
12920 SE 38TH STREET
BELLEVUE, WA 98006

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,500.51

TRAFFICADE SERVICES, LLC
2533 W. HOLLY ST.
PHOENIX, AZ 85009

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.93** **Nonpriority creditor's name and mailing address**

TURF TANK
1775 W. OAK PKWY., #500
MARIETTA, GA  30062

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,222.20

---

**3.94** **Nonpriority creditor's name and mailing address**

TYRONE STIDHAM
2074 W. RAINS WAY
QUEEN CREEK, AZ  85142

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$450.00

---

**3.95** **Nonpriority creditor's name and mailing address**

UNITED SITE SERVICES OF NEVADA, INC.
2701 SIMMONS ST.
NORTH LAST VEGAS, CA  89032

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,975.83

---

**3.96** **Nonpriority creditor's name and mailing address**

VANESSA R MILLER
8915 E. GUADALUPE RD
APT# 2056
MESA, AZ  85212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$170.00

---

**3.97** **Nonpriority creditor's name and mailing address**

WASTE RENTALS
20221 E MESQUITE STEET
MESA, AZ  85212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,171.00

| Debtor | Legacy Cares, Inc. | Case number (if known) | |
|---|---|---|---|
| | (Name) | | |

| | | Amount of claim |
|---|---|---|
| | | |

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $220.00 |
|---|---|---|---|
| | | *Check all that apply.* | |

WILLIAM R. HARKNESS IV
6324 S. BLAKE ST.
GILBERT, AZ 85298

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a.** | Total claims from Part 1 | **5a.** | NOT APPLICABLE |
| **5b.** | Total claims from Part 2 | **5b.** + | $13,424,442.22 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | **5c.** | $13,424,442.22 |

Debtor    Legacy Cares, Inc.

United States Bankruptcy Court for the:    District of Arizona

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITIES USE AGREEMENT | 3 STEP SPORTS LLC<br>300 BRICKSTONE SQUARE<br>ANDOVER, MA 01810 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/5/2022 | 43SIXTYAZ<br>1337 3RD ST. PROMENADE, #200<br>SANTA MONICA, CA 90401 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 11/4/2022 | ALL WORLD SOFTBALL<br>C/O WORLD SOFTBALL LEAGUE<br>6600 JANSEN AVE NE<br>STE 360<br>ALBERTVILLE, MN 55301-9686 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 9/22/2022 | AMATEUR PICKLEBALL ASSOCIATION<br>12755 HORSEFERRY RD. #110<br>CARMEL, IN 46032 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT DTD 1/25/2022 | AMERICAN BEVERAGE CORPORATION<br>8851 NW 102ND ST<br>MEDLEY<br>FL<br>33178 |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT DTD 12/1/2022 | AMERICAN BEVERAGE CORPORATION<br>8851 NW 102ND ST<br>MEDLEY<br>FL<br>33178 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 6/17/2021 | AMERICAN CORNHOLE LEAGUE<br>2815 WICKERSHAM RD.<br>CHARLOTTE, NC 28211 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT | AMERICAN GRAPPLING FEDERATION<br>133 DAVENPORT LN.<br>WAXAHACHIE, TX 75165 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT | AMERICAN YOUTH SERVICES INC<br>5350 W. BELL RD., STE. C122-225<br>GLENDALE, AZ 85308 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 5/5/2021 | APP TOUR<br>320 S. BUTTERFIELD RD.<br>LIBERTYVILLE, IL 60048 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.11** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | VISIT ARIZONA INITIATIVE (VAI) OUTDOOR TOURISM REVITALIZATION GRANT AGREEMENT NO. GR-APRA-09162-22-03-026 | ARIZONA OFFICE OF TOURISM 1110 W. WASHINGTON ST., #155 PHOENIX, AZ 85007 |
| **2.12** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 8/9/2021 | ARIZONA REGION OF USA VOLLEYBALL 7100 W. ERIE STREET CHANDLER, AZ 85226 |
| **2.13** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 8/5/2022 | ARIZONA ROLLER DERBY 530 E. MCDOWELL RD., #107-209 PHOENIX, AZ 85004 |
| **2.14** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/21/2022 | ARIZONA SOCCER ASSOCIATION 2320 W. PEORIA AVE., #C123 PHOENIX, AZ 85029 |
| **2.15** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 2/4/2022 | ASEC 15100 N. 87TH WAY, #100 SCOTTSDALE, AZ 85260 |
| **2.16** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 11/15/2022 | ASPIRE VBC 8250 S. KYRENE RD. TEMPE, AZ 85284 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - D&O EXEC (POLICY NUMBER ANV146179AR2) | ASSOCIATED INDUSTRIES INSURANCE COMPANY INC. 901 NW 51ST ST. #100 BOCA RATON, FL 33431 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY USE AGREEMENT DTD 11/30/2022 | ATHLETES UNLIMITED LLC 888 7TH AVE. FL. 40 NEW YORK, NY 10106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY USE AGREEMENT DTD 2/15/2023 | AZ CLUB PREP VB 4921 S. TURBINE MESA, AZ 85212 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY USE AGREEMENT DTD 8/15/2022 | AZ COLLEGIATE WOOD BAT LEAGUE 1542 N. DESERT WILLOW AVE. CASA GRANDE, AZ 85122 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY USE AGREEMENT DTD 11/19/2022 | AZ SPURS 4455 E. PARADISE VILLAGE PKWY S PHOENIX, AZ 85032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY USE AGREEMENT DTD 11-19-2022 | AZ SPURS ATTN: CARA REIDHEAD 39701 N. COUNTRY CLUB LN. SAN TAN VALLEY, AZ 85140 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY USE AGREEMENT DTD 1-17-2023 | AZ SPURS ATTN: CARA REIDHEAD 39701 N. COUNTRY CLUB LN. SAN TAN VALLEY, AZ 85140 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY USE AGREEMENT DTD 1-23-2023 | AZ SPURS ATTN: CARA REIDHEAD 39701 N. COUNTRY CLUB LN. SAN TAN VALLEY, AZ 85140 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY USE AGREEMENT DTD 1/11/2023 | BALLANTYNE, THAD 426 N. AUSTIN CHANDLER, AZ 85226 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY USE AGREEMENT DTD 1/9/2023 | BALLHAWKS 1188 BALLHAWK AVE. PHOENIX, AZ 85323 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT DTD 12/9/2021 | BARCEL USA 301 S. NORTH POINT SR. STE 100 COPPELL, TX 75019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY USE AGREEMENT DTD 1/12/2023 | BASEBALL FACTORY 7135 MINSTREL WAY, #102 COLUMBIA, MD 21045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 2/28/2022 | BENJAMIN FRANKLIN CHARTER SCHOOL<br>690 E. WARNER RD.<br>GILBERT, AZ 85295 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT | BLOSSOM ROCK AT SUPERSTITION VISTA<br>567 APACHE TRAIL<br>APACHE JUNCTION, AZ 85120 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GRANT #31014611 FROM THE BLUE CROSS BLUE SHIELD OF ARIZONA, INC. FUND | BLUE CROSS BLUE SHIELD OF ARIZONA, INC.<br>C/O ARIZONA COMMUNITY FOUNDATION<br>2201 E. CAMELBACK RD., SUITE 405B<br>PHOENIX, AZ 85016 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT | BLUE SKY PEST CONTROL<br>1936 W RAWHIDE AVE.<br>GILBERT, AZ 85233 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 6-9-2022 | BREAKTHROUGH BASKETBALL<br>5001 1ST AVE., SE, STE. 105 #254<br>CEDAR RAPIDS, IA 52402 |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 2/13/2023 | BRINKERHOFF, BRIAN<br>19653 S. 193RD ST.<br>QUEEN CREEK, AZ 85142 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/7/2023 | BROWN, KEITH<br>137 S. CLAIBORNE AVE.<br>GILBERT, AZ 85296 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/2/2023 | BRUSA FUTSAL<br>1 LEGACY DR<br>MESA, AZ 85212 |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/6/2023 | BUNKER, JASON<br>20320 E. CAMACHO RD.<br>QUEEN CREEK, AZ 85142 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY - EXCESS (POLICY NUMBER 966BE06664) | BURLINGTON INSURANCE CO.<br>238 INTERNATIONAL RD.<br>BURLINGTON, NC 27215 |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENEWAL OF POLICY NUMBER: ANV145383A EXCESS DIRECTORS AND OFFICERS AND ORGANIZATION LIABILITY | BURNS & WILCOX - LOS ANGELES<br>515 S. FLOWER STREET, SUITE 350<br>LOS ANGELES, CA 90071 |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCESS LIABILITY INSURANCE POLICY [LLOYDS OF LONDON] | BURNS & WILCOX - LOS ANGELES<br>ANV GLOBAL SERVICES, INC.<br>200 HUDSON STREET, SUITE 800<br>JERSEY CITY, NJ 07311 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT | CAH ADVENTURES, LLC<br>4928 S POWER RD.<br>MESA, AZ 85212 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/5/2023 | CAL SOUTH SOCCER ASSOCIATION<br>1029 S. PLACENTIA AVE.<br>FULLERTON, CA 92831 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT | CALIFORNIA POLICE ATHLETIC FEDERATION<br>7944 CONVOY COURT<br>SAN DIEGO, CA 92111 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/27/2022 | CAMP GLADIATOR<br>9185 RESEARCH BLVD.<br>AUSTIN, TX 78758 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 10/17/2022 | CANYON ATHLETIC ASSOCIATION<br>2033 W. NORTH LANE, #19<br>PHOENIX, AZ 85021 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT | CASINO ARIZONA<br>524 N. 92ND ST.<br>SCOTTSDALE, AZ 85256 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/12/2022 | CATHERINE PARENTEAU CAMP<br>6295 SW 133 STREET<br>MIAMI, FL 33156 |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 9/30/2022 | CHAMPIONSHIP WRESTLING FROM ARIZONA<br>14725 ALBERS ST.<br>SHERMAN OAKS, CA 91411 |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/15/2022 | CHAVEZ, EDGAR<br>P.O. BOX 2060<br>GILBERT, AZ 85299 |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | CITY OF MESA WATER DEPARTMENT<br>20 MAIN STREET<br>ATLANTA, GA 85201 |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/4/2023 | CLAUSE, BEN<br>750 S. CHATSWORTH<br>MESA, AZ 85208 |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY - BLANKET BPP | CNA INSURANCE<br>151 NORTH FRANKLIN<br>CHICAGO, IL 60606 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY - BLANKET BUILDING (POLICY NUMBER PMT7018639264) | CNA INSURANCE<br>151 NORTH FRANKLIN<br>CHICAGO, IL 60606 |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY - BUSINESS INCOME | CNA INSURANCE<br>151 NORTH FRANKLIN<br>CHICAGO, IL 60606 |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPONSORSHIP AGREEMENT DTD 10/19/2021 | COCO5<br>1932 W KINZIE ST.<br>CHICAGO, IL 60622 |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPONSORSHIP AGREEMENT DTD 6/23/2022 | COCO5<br>1932 W KINZIE ST.<br>CHICAGO, IL 60622 |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT | COERVER ARIZONA<br>ATTN: DEBORAH MARQUEZ<br>3555 W. PINNACLE PEAK RD.<br>GLENDALE, AZ 85310 |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT | COLEMAN, RON<br>6045 S. 19TH PLACE<br>PHOENIX, AZ 85042 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.59** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY - WORKERS COMP & EL (POLICY NUMBER 1022960) | COPPERPOINT INSURANCE<br>3030 N 3RD ST, SUITE 110<br>PHOENIX, AZ  85012 |
| **2.60** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | COX COMMUNICATIONS, INC.<br>6205-B PEACHTREE DUNWOODY ROAD NE<br>ATLANTA, GA  30328 |
| **2.61** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 2/13/2023 | CREEK EDUCATION FOUNDATION<br>P.O. BOX 1631<br>LEAGUE CITY, TX  77574 |
| **2.62** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT | CRESCENT CROWN DISTRIBUTING<br>1640 W. BROADWAY RD.<br>MESA, AZ  85202-1197 |
| **2.63** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT | CRESCENT CROWN WESTERN SONS<br>1640 W. BROADWAY RD.<br>MESA, AZ  85202-1197 |
| **2.64** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT DTD 12/12/2021 | DAIRY COUNCIL OF ARIZONA<br>510 S 52ND ST #101<br>TEMPE<br>AZ<br>85281 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/7/2022 | DANIELS, JULIO<br>633 E. RAY RD., #132<br>GILBERT, AZ 85296 |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 3/8/2021 | DEL SOL EVENTS LLC<br>280 W. 10200 S.<br>SANDY, UT 84070 |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/19/2022 | DINEEN, RHONDA<br>1811 E. PARK AVE.<br>GILBERT, AZ 85234 |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/17/2023 | DRIVELINE BASEBALL<br>23211 66TH AVE. S.<br>KENT, WA 98032 |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 2/7/2023 | EASTMARK BEACH VOLLEYBALL<br>C/O EASTMARK HIGH SCHOOL<br>9560 E. RAY RD<br>MESA, AZ 85212 |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 2/7/2023 | EATON, TYLER<br>11445 E. VIA LINDA, STE.2 #351<br>SCOTTSDALE, AZ 85259 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPONSORSHIP AGREEMENT DTD 4/22/2022 | EDKEY<br>1460 S. HORNE ST. BLDG 6<br>MESA, AZ 85204 |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | QUALIFIED MANAGEMENT AGREEMENT | ELITE SPORTS GROUP, LLC<br>6321 S. ELLSWORTH RD., #147<br>MESA, AZ 85212 |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 8/19/2021 | ENGAGE PICKLEBALL<br>4095 COUNTY RD. 106<br>OXFORD, FL 34484 |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 1/10/2023 | ESCALERA, SAMANTHA<br>85 W. COMBS RD., STE. 101 #389<br>SAN TAN VALLEY, AZ 85140 |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 10/28/2022 | EV KNIGHTS<br>ATTN: JESSE MORAN<br>615 S. GREENFIELD RD.<br>GILBERT, AZ 85296 |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY - D&O (POLICY NUMBER MKLV5MML000574) | EVANSTON INSURANCE COMPANY<br>10275 WEST HIGGINS ROAD #700<br>ROSEMONT, IL 60018 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY - D&O (POLICY NUMBER MKLV5MMN000143) | EVANSTON INSURANCE COMPANY<br>10275 WEST HIGGINS ROAD #700<br>ROSEMONT, IL 60018 |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 2/7/2023 | EXACT SPORTS<br>140 S. DEARBORN, #310<br>CHICAGO, IL 60603 |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 10/15/2022 | FESTIVAL FIESTA<br>1814 FOREST GATE CIR.<br>SUGAR LAND, TX 77479 |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/5/2023 | FIRECRACKERS AZ GAUDIAN<br>3600 E. KINGBIRD PL<br>CHANDLER, AZ 85286-5763 |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/13/2023 | FREEDOM FIGHT NIGHT<br>1337 S. GILBERT RD., #112<br>MESA, AZ 85204 |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT | FREEDOM PREP<br>465 N. BLUEJAY DR.<br>GILBERT, AZ 85234 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT | GAMETIME RECRUITING & CONSULTING<br>35358 N. MURRAY GREY DR.<br>SAN TAN VALLEY, AZ 85143 |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/12/2022 | GAMMA - NEVER STOP PLAYING CAMPS<br>2139 W. GRAYWOOD DR.<br>BEVERLY HILLS, FL 34465 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 8/24/2021 | GAMMA<br>ATTN: ANDREA CHOIDO<br>200 WATERFRONT DR.<br>PITTSBURGH, PA 15222 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 3/20/2021 | GD JIU-JITSU LLC<br>1848 E. UNI4165 E. VEST AVE.<br>GILBERT, AZ 85295-6143 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/31/2023 | GILBERT BEACH VOLLEYBALL<br>3632 E. JASPER DR.<br>GILBERT, AZ 85296 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT DTD 4/30/2022 | GILBERT THEATER DBA MAJESTIC THEATERS<br>5478 S. POWER RD.<br>GILBERT, AZ 85295 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 2/2/2023 | GIRLS ACADEMY (GA)<br>50 PLEASANT STREET<br>MENDON, MA 01756 |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PAYROLL CONTRACTOR AGREEMENT | GUSTO, INC.<br>525 20TH STREET<br>SAN FRANCISCO, CA 94103 |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/14/2022 | HANWHA EAGLES KOREAN PRO BASEBALL TEAM<br>373, DAEJONG-RO, JUNG-GU<br>DAEJEON<br>KOREA |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/11/2023 | HAVENS, DEREK<br>3522 E. BLOOMFIELD PARKWAY<br>GILBERT, AZ 85296 |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/23/2022 | HAWAII SOCCER ASSOCIATION<br>94-718 KAAOKI PLACE<br>WAIPAHU, HI 96797 |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY - EXCESS (POLICY NUMBER 18ABEX2629) | HDI GLOBAL INSURANCE COMPANY<br>161 NORTH CLARK ST., 48TH FLOOR<br>CHICAGO, IL 60601 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY - PARK GENERAL LIABILITY (POLICY NUMBER 18LB5050) | HDI GLOBAL INSURANCE COMPANY<br>161 NORTH CLARK ST., 48TH FLOOR<br>CHICAGO, IL 60601 |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/23/2023 | HIGHLAND HIGH SCHOOL<br>4301 E. GUADALUPE RD.<br>GILBERT, AZ 85234 |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/30/2023 | HIGLEY BEACH VOLLEYBALL<br>4068 E. PECOS DR.<br>GILBERT, AZ 85297-7829 |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT DTD 2/9/2022 | HOLISTIC HEALING, INC.<br>7850 WHITE LN STE E408<br>BAKERSFIELD, CA 93309 |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/18/2022 | HONOR, AL<br>901 HIGHLAND AVE.<br>ORLANDO, FL 32803 |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT | HS SPRING TRAINING<br>GAMEDAY USA SPRING TRAINING<br>11221 PLANTSIDE DRIVE<br>LOUISVILLE, KY 40299 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/7/2022 | IMAGINE EAST MESA MIDDLE SCHOOL<br>1907 E. INTREPID AVE.<br>MESA, AZ 85204 |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/13/2023 | JARDIM, SIMONE<br>1360 9TH ST. SW<br>NAPLES, FL 34117 |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1-9-2023 | JORGE ARJONA BALLHAWKS<br>4097 E. ALAMOS PL.<br>CHANDLER, AZ 85249 |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/27/2023 | JUST KIDS SKILLS CAMP<br>2517 S. CONSTELLATION WAY<br>GILBERT, AZ 85295 |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/25/2023 | KAPTIVA SPORTS INC<br>1801 NE 123RD ST., STE. 314<br>N. MIAMI, FL 33181 |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/12/2023 | KARIM ARAFA-SPARKS VOLLEYBALL<br>3778 W. CHEYENNE AVE., #120<br>NORTH LAS VEGAS, NV 89032-3521 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.107** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/15/2023 | KETCHAM, DILLON 4305 S. TECOMA TRAIL GOLD CANYON, AZ 85118 |
| **2.108** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/27/2022 | KIDS ARTISTIC REVUE 5862 BOLSA AVE., STE. 106 HUNTINGTON BEACH, CA 92649-1169 |
| **2.109** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/1/2020 | KIDS SPORTS CAMPS 9302 E. PECOS RD. MESA, AZ 85212 |
| **2.110** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | FEE AGREEMENT | KINGDOG ENTERPRISES LLC 9476 E. HERITAGE TRAIL DR. SCOTTSDALE, AZ 85255 |
| **2.111** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SPONSORSHIP AGREEMENT DTD 12/13/2021 | KONA ICE 5945 CENTENNIAL CIRCLE FLORENCE, KY 41042 |
| **2.112** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 7/1/2022 | LADY CUBS ATTN: DONOVAN MCNABB 4980 S ALMA SCHOOL ROAD CHANDLER, AZ 85248 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.113** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 11/11/2022 | LADY REAPERS FASTPITCH <br> 10513 E. PIVITOL AVE. <br> MESA, AZ 85212 |
| **2.114** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/9/2023 | LENO, JOE <br> 9450 SW GEMINI DR. <br> BEAVERTON, OR 97008 |
| **2.115** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SPONSORSHIP AGREEMENT DTD 12/8/2021 | LERNER AND ROWE <br> 2701 E. CAMELBACK RD. #140 <br> PHOENIX, AZ 85016 |
| **2.116** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SPONSORSHIP AGREEMENT DTD 4/21/2022 | LERNER AND ROWE <br> 2701 E. CAMELBACK RD. #140 <br> PHOENIX, AZ 85016 |
| **2.117** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/15/2022 | LEVEL UP CAMP <br> 2000 N. RECREATION PARK WAY <br> FORT MYERS, FL 33901 |
| **2.118** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROFESSIONAL SERVICE AGREEMENT | LKW CONSULTING, LLC <br> 34522 N. SCOTTSDALE RD., SUITE 120-623 <br> SCOTTSDALE, AZ 85266 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SAAS SERVICES AGREEMENT/ORDER FORM | LKW CONSULTING, LLC<br>34522 N. SCOTTSDALE RD., SUITE 120-623<br>SCOTTSDALE, AZ 85266 |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY - D&O EXEC (POLICY NUMBER ANV145383AR2) | LLOYDS OF LONDON INSURANCE<br>1 LEADENHALL STREET<br>LONDON EC3V 1AB<br>UNITED KINGDOM |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 10/19/2021 | MADE HOOPS<br>575 WHITE PLAINS RD.<br>EASTCHESTER, NY 10709 |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 8/18/2022 | MAIN ATTRACTION RECREATIONAL SPORTS LLC<br>2610 PEEBLES LANE<br>CHARLOTTE, NC 28278-0083 |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/16/2023 | MAJOR LEAGUE PICKLEBALL<br>2400 KATHY COVE<br>AUSTIN, TX 78704 |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-PROFIT MANAGEMENT LIABILITY POLICY [EVANSTON] | MARKEL - EVANSTON INSURANCE COMPANY<br>MARKEL WEST INSURANCE SERVICES<br>21600 OXNARD STREET, SUITE 900<br>WOODLAND HILLS, CA 91367 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 9-24-2022 | MATTHEW WADE/MIKAL BRIDGES BASKETBALL CP<br>551 N. 107TH PLACE<br>SEATTLE, WA 98133 |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPONSORSHIP AGREEMENT | MAUI WOWI FRANCHISE<br>9311 E VIA DE VENTURA<br>SCOTTSDALE, AZ 85258 |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPONSORSHIP AGREEMENT DTD 2/4/2022 | MAUI WOWI FRANCHISE<br>9311 E VIA DE VENTURA<br>SCOTTSDALE, AZ 85258 |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 12/1/2022 | MAX OUT COMBINE<br>970 DEARBORN DR.<br>COLUMBUS, OH 43085 |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 9/29/2022 | MAXIMUM CHEER AND DANCE<br>203 HICO WAY<br>DURHAM, NC 27703-7818 |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 1/17/2023 | MAYER, KENNY<br>9337 E. OBISPO AVE.<br>MESA, AZ 85212 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/27/2021 | MCDA CHEER AND DANCE<br>P.O. BOX 50<br>BETHALTO, IL 62010 |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT | MEDIEVAL TIMES DINNER & TOURNAMENT<br>9051 E. VIA DE VENTURA<br>SCOTTSDALE, AZ 85258 |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 11/28/2022 | MEN'S SENIOR BASEBALL LEAGUE<br>ONE HUNTINGTON QUADRANGLE, STE. 3N07<br>MELVILLE, NY 11747 |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT | MICHAEL COE STATE FARM<br>1753 W. HUNT HIGHWAY STE 101<br>SAN TAN VALLEY, AZ 85143 |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 9/24/2022 | MIKAL BRIDGES BASKETBALL CAMP<br>5561 N. 170TH PL.<br>SHORELINE, WA 98133 |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 8/5/2022 | MIKEY'S LEAGUE<br>9375 E. SHEA BLVD. #100<br>SCOTTSDALE, AZ 85260 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/21/2022 | MILES WRESTLING PRODUCTIONS<br>7250 W. FALLEN LEAF LN.<br>PEORIA, AZ 85383-6326 |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/22/2022 | MONTANA SOCCER ASSOCIATION<br>P.O. BOX 3466<br>BUTTE, MT 59702 |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/22/2023 | MOSQUEDA, RJ<br>12350 W. CAMELBACK RD 54<br>LITCHFIELD PARK, AZ 85340 |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 11/14/2022 | MUDDY PRINCESS<br>444 BRICKELL AVE.<br>MIAMI, FL 33131-2403 |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT | MUSTACHE PRETZELS, LLC<br>15560 N. FRANK LLYOD WRIGHT BLVD<br>SCOTTSDALE, AZ 85260 |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 6/7/2021 | NATIONAL PICKLEBALL / ADVANCE SPORTS MEDIA<br>277 ARGONNE AVE.<br>LONG BEACH, CA 90803 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 8/24/2021 | NEVER STOP PLAYING PICKLEBALL CAMPS<br>200 WATERFRONT DR.<br>PITTSBURGH, PA 15222 |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT | NEXT LEVEL PHYSICAL THERAPY & PERFORMANCE, INC.<br>5040 E. SHEA BLVD STE 253<br>PHOENIX, AZ 85254 |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/4/2023 | NORTHERN NEVADA SOCCER ASSOCIATION<br>P.O. BOX 8305<br>SPRING CREEK, NV 89815 |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 10-3-2022 | ONE SWING SPORTS LLC<br>6324 S. BLAKE ST.<br>GILBERT, AZ 85298 |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 9/30/2022 | ONE SWING SPORTS LLC<br>6324 S. BLAKE ST.<br>GILBERT, AZ 85298 |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/5/2023 | OREGON SOCCER ASSOCIATION<br>7920 SW CIRRUS DR.<br>BEAVERTON, OR 97008 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 9/6/2022 | ORIGINAL FIT FACTORY, THE DBA COOL EVENTS 2240 CORPORATE CIRCLE, #160 HENDERSON, NV 89074 |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/14/2022 | OT7 INC THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE ST. WILMINGTON, DE 19801 |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT DTD 12/11/2021 | PACIFIC OFFICE AUTOMATION 14747 NW GREENBRIER PKWY BEAVERTON, OR 97006 |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GROUND LEASE | PACIFIC PROVING, LLC ATTN: ANDREW COHEN 2801 E. CAMELBACK ROAD, SUITE 450 PHOENIX, AZ 85016 |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO THE NON-EXCLUSIVE FACILITY USE LICENSE AGREEMENT | PARK UNIVERSITY ATTN: GREGG GIVENS, CFO 8700 NW RIVER PARK DR. PARKVILLE, MO 64152 |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-EXCLUSIVE FACILITIES USE LICENSE AGREEMENT | PARK UNIVERSITY ATTN: GREGG GIVENS, CFO 8700 NW RIVER PARK DR. PARKVILLE, MO 64152 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPONSORSHIP AGREEMENT DTD 5/16/2022 | PARK UNIVERSITY<br>ATTN: GREGG GIVENS, CFO<br>8700 NW RIVER PARK DR.<br>PARKVILLE, MO 64152 |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT | PARTNERING UP LLC<br>2799 E. TROPICANA AVE.<br>LAS VEGAS, NV 89121 |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 10/25/2022 | PAUL MAGLOIRE POWER FIVE 5<br>7318 S 89TH PL., UNIT 1<br>QUEEN CREEK, AZ 85212 |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROFESSIONAL SERVICE AGREEMENT | PAYNE, HUEBSCH, PLC DBA BOSS ADVISORS<br>4824 E. BASELINE RD., 101<br>MESA, AZ 85206 |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 9/6/2022 | PBR TOURNAMENTS LLC<br>4750 S. VERNON AVE.<br>MCCOOK, IL 60525 |
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 9-2-2022 | PBR TOURNAMENTS, LLC WESTFIELD, INC.<br>ATTN: MATTHEW BLIVEN<br>711 E. 191ST ST.<br>WESTFIELD, IN 46077 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 10/14/2022 | PERFECT GAME HEADQUARTERS<br>850 TWIXT TOWN RD. NE<br>CEDAR RAPIDS, IA 52402 |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/24/2023 | PETERSEN, JAKE<br>10339 E. BERGERON AVE.<br>MESA, AZ 85212 |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 8/18/2022 | PHOENIX BRAZAS SOCCER<br>4802 E. RAY RD.<br>PHOENIX, AZ 85044 |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT DTD 1/1/2022 | PHOENIX CHILDREN'S HOSPITAL<br>1919 EJ. THOMAS RD<br>PHOENIX, AZ 85016 |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/13/2022 | PLAY FOOTY<br>1380 MONROE ST. NW, STE 319<br>WASHINGTON, DC 20010 |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT | PLAYBOOK GROUP<br>21650 W. OXNARD ST., #2400<br>WOODLAND HILLS, CA 91367 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT DTD 2/3/2023 | POMI USA, INC.<br>315 MADISON AVENUE SUITE 3003-04<br>NEW YORK, NY 10017 |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/15/2020 | PRO PICKLEBALL ASSOCIATION<br>1393 PIONEER RD.<br>DRAPER, UT 84042 |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 9/26/2022 | PROSPECT SELECT BASEBALL INC.<br>2585 MUIRFIELD TER<br>HOMESTEAD, FL 33035 |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 2-13-2023 | QUEEN CREEK EDUCATION FOUNDATION<br>ATTN: TYLER SHUPE<br>6225 N. 24TH ST.<br>PHOENIX, AZ 85016 |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/27/2022 | RAINBOW DANCE<br>5862 BOLSA AVE., #106<br>HUNTINGTON BEACH, CA 92649 |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/9/2022 | REIGN - JASON BUNKER<br>20320 E. CAMACHO RD.<br>QUEEN CREEK, AZ 85142 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 8/28/2022 | REYNOLDS, MATT<br>15928 SAN CLEMENTE DR.<br>EDMOND, OK  73013 |
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 12/30/2022 | RICH JANOR GAMEDAY USA<br>1111 S. WASHINGTON ST.<br>NAPERVILLE, IL  60540-5350 |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT | RMN EVENT<br>12608 WATERSIDE LANE<br>LONGMONT, CO  80504 |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPONSORSHIP AGREEMENT | ROCKIN PROTEIN<br>2228 N BLACK CANYON HWY<br>PHOENIX, AZ  85009 |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 12/26/2022 | RON DAVIS-PHAME BASKETBALL<br>3934 E. YEAGER DR.<br>GILBERT, AZ  85295 |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROFESSIONAL SERVICE AGREEMENT | ROSE & COMPANY, LLC<br>ROSE + ALLYN PR<br>7144 EAST STETSON DR., SUITE 400<br>SCOTTSDALE, AZ  85251 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT 1521 N. PROJECT DR. TEMPE, AZ 85281 |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT DTD 3/29/2022 | SALT RIVER PROJECT 1521 N. PROJECT DR. TEMPE, AZ 85281 |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT | SAN TAN SPIRITS 495 E. WARNER RD. CHANDLER, AZ 85225 |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/20/2022 | SAN TAN VALLEY LLC 3370 W. GOLDMINE MOUNTAIN COVE QUEEN CREEK, AZ 85142 |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 2/10/2023 | SAVI PERFORMANCE 24050 S. 12TH ST. CHANDLER, AZ 85249 |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT DTD 5/25/2022 | SAZERAC COMPANY, INC. 101 MAGAZINE STREET 5TH FLOOR NEW ORLEANS, LA 70130 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY USE AGREEMENT | SC DEL SOL<br>1831 W. ROSE GARDEN LANE, #8<br>PHOENIX, AZ  85027 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY USE AGREEMENT | SCOTTSDALE CITY FC<br>2450 W. PECOS RD 3060<br>CHANDLER, AZ  85224 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT DTD 10/10/2022 | SCOUTUS PRO<br>15445 VENTURA BLVD. #1530<br>SHERMAN OAKS, CA  91403 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT DTD 9/12/2022 | SCOUTUS PRO<br>15445 VENTURA BLVD. #1530<br>SHERMAN OAKS, CA  91403 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - ATHLETIC EQUIPMENT (POLICY NUMBER S2501690-00) | SELECTIVE INSURANCE GROUP, INC.<br>40 WANTAGE AVENUE<br>BRANCHVILLE, NJ  07890 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - AUTO | SELECTIVE INSURANCE GROUP, INC.<br>40 WANTAGE AVENUE<br>BRANCHVILLE, NJ  07890 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INSURANCE POLICY - EQUIPMENT | SELECTIVE INSURANCE GROUP, INC. <br> 40 WANTAGE AVENUE <br> BRANCHVILLE, NJ 07890 |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INSURANCE POLICY - LEASED AND RENTED | SELECTIVE INSURANCE GROUP, INC. <br> 40 WANTAGE AVENUE <br> BRANCHVILLE, NJ 07890 |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/31/2023 | SELKIRK <br> 2271 MARSTRAND AVE. <br> VANCOUVER, BC V6K 4T2 <br> CANADA |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SPONSORSHIP AGREEMENT | SHAMROCK FOODS <br> 3900 E. CAMELBACK RD. STE 300 <br> PHOENIX, AZ 85018 |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/8/2022 | SHOWIT <br> 2490 S. GILBERT RD. <br> GILBERT, AZ 85286 |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FACILITY USE AGREEMENT | SITE SOLAR <br> 1648 S. 51ST AVE. <br> PHOENIX, AZ 85043 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/20/2023 | SOCCER ALLIANCE OF ARIZONA<br>21001 N. TATUM BLVD., #630-460<br>PHOENIX, AZ 85050 |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 7/20/2022 | SOCCER YOUTH ALL AMERICAN<br>149 E. MAIN ST, SUITE 101C<br>MOREHEAD, KY 40351 |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | SOUTHWEST GAS CORPORATION<br>2200 N CENTRAL STE 101<br>PHOENIX, AZ 85004 |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 6/30/2021 | SPECIAL OLYMPICS ARIZONA - FOUR PEAKS<br>2455 N. CITRUS RD., BLDG. 64<br>GOODYEAR, AZ 85395 |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT | STATE 48 ROOFING<br>4526 E. PORTOLA VALLEY DR.<br>GILBERT, AZ 85297 |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT DTD 4/8/2022 | SUPERSTAR CAR WASH<br>1830 N 95TH AVE<br>PHOENIX, AZ 85037 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 10/19/2022 | SURF CITY TOURNEYS<br>18750 CLARKDALE AVE.<br>ARTESIA, CA 90701 |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPONSORSHIP AGREEMENT | SWIRE COCA-COLA, USA<br>2600 AIRWAY AVE.<br>KINGMAN, AZ 86409 |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 12/10/2022 | SWISH SPORTS<br>3288 BROOKSIDE DR.<br>PROVO, UT 84604 |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 11/17/2022 | TALLMAN, PRISCILLA<br>426 E. PALM STREET<br>LITCHFIELD PARK, AZ 85340 |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT | THE ARIZONA FORUM<br>2301 S STEARMAN RD.<br>CHANDLER, AZ 85286 |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPONSORSHIP AGREEMENT DTD 7/14/2022 | TIXR, INC.<br>1337 3RD STREET PROMENADE #200<br>SANTA MONICA, CA 90401 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT DTD 7/15/2022 | TIXR, INC.<br>1337 3RD STREET PROMENADE #200<br>SANTA MONICA, CA 90401 |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | T-MOBILE COMMUNICATIONS<br>12920 SE 38TH STREET<br>BELLEVUE, WA 98006 |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/20/2022 | TOP 3 PROMOTIONS<br>734 EBERLEIN DR.<br>MAUSTON, WI 53948 |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 11/30/2022 | TOP GUN EVENTS<br>21967 W. 83RD ST.<br>SHAWNEE, KS 66227 |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | YOUTH AND AMATEUR SPORTS FY2022 BIENNIAL GRANT FUNDING AGREEMENT | TOURISM AND SPORTS AUTHORITY<br>D/B/A THE ARIZONA SPORTS AND TOURISM AUTHORITY<br>ATTN: PRESIDENT, CEO<br>1 CARDINALS DRIVE<br>GLENDALE, CA 85305 |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 2/2/2022 | TOURNAMENT OF CHAMPIONS INC<br>205 E. CARRILLO ST., #218<br>SANTA BARBARA, CA 93101 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 11/28/2022 | TOURNAMENT OF CHAMPIONS.ORG<br>1224 BEL AIR DR.<br>SANTA BARBARA, CA 93105 |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/3/2023 | TRACY MCCOCHIE 12U SOFTBALL<br>3707 S VINEYARD AVE.<br>GILBERT, AZ 85248 |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 9/7/2021 | TRIBE ATHLETICS<br>111 N. SALIMAN RD.<br>CARSON CITY, NV 89701 |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT | TRILOGY LACROSSE<br>333 WASHINGTON ST., #300<br>JERSEY CITY, NJ 7302 |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT DTD 1/25/2022 | TRINCHERO FAMILY ESTATE<br>3070 N ST. HELENA HWY<br>SAINT HELENA, CA 94574 |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/27/2022 | TRIPLE CROWN SPORTS<br>3930 AUTOMATION WAY<br>FORT COLLINS, CO 80525 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/25/2023 | TRUE COMPETITOR TRAINING LLC<br>9615 E. SILO CIR.<br>FLORENCE, AZ  85132 |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SAAS SERVICES ORDER FORM - SOFTWARE LICENSING AGREEMENT | TRULLION, LTD.<br>115 W. 18TH ST.<br>NEW YORK, NY  10011 |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 2/8/2023 | TYSON MCGUFFIN SIGNATURE PICKLEBALL CAMPS<br>16642 N. SPUR ST.<br>RATHDRUM, ID 83858 |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BANKING AGREEMENT | UMB BANK, N.A.<br>ATTN: KENNETH HOFFMAN<br>2777 E. CAMELBACK RD., STE. 350<br>PHOENIX, AZ  85016 |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT | UNITY BASKETBALL<br>8108 16TH AVE. NW<br>TULALIP, WA  98271 |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT | US BASKETBALL UNIVERSITY<br>6849 WILD STALLION RD.<br>FORT WORTH, TX  76126 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/16/2023 | USA DODGEBALL<br>2930 COWLEY WAY UNIT 311<br>SAN DIEGO, CA  92117 |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AND EVENT OWNER MANAGEMENT RIGHTS AGREEMENT | USAP SOUTHWEST REGION NONPROFIT<br>ATTN: LARRY LITE<br>714 PARKLAND CIR. SE<br>ALBUQUERQUE, NM  87108 |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT | USMC<br>7515 W. ENCANTO BLVD. STE 5<br>PHOENIX, AZ  85035 |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 2/22/2021 | USSSA/GSL<br>5800 STADIUM PKWY.<br>MELBOURNE, FL  32940 |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT | VAIL SOCCER CLUB<br>8110 S. HOUGHTON RD., #158<br>VAIL, AZ  85641 |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT | VALLEY TOYOTA DEALERS ASSOCIATION, INC.<br>14850 N. SCOTTSDALE RD. STE 500<br>SCOTTSDALE, AZ  85254 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPONSORSHIP AGREEMENT DTD 7/22/2022 | VALLEY TOYOTA DEALERS ASSOCIATION, INC.<br>14850 N. SCOTTSDALE RD. STE 500<br>SCOTTSDALE, AZ 85254 |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 10/18/2022 | VARSITY CHEER<br>511 WESTFIELD AVE.<br>CHURCH HILL, TN 37642 |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 11/17/2022 | VENTURES ENDURANCE LLC<br>26 BUTLER RD.<br>MENDON, MA 01756 |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPONSORSHIP AGREEMENT | VERTUCCIO FARMS<br>4011 S. POWER RD.<br>MESA, AZ 85212 |
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITY USE AGREEMENT DTD 11/21/2022 | VIBE FASTPITCH SOFTBALL INC.<br>1525 S HIGLEY ROAD, STE 104<br>GILBERT, AZ 85296 |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPONSORSHIP AGREEMENT DTD 3/29/2022 | VIENNA BEEF<br>2501 N. DAMEN AVENUE<br>CHICAGO, IL 60647 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 10/12/2022 | VOLLEY4LIFE<br>19653 S. 193RD ST.<br>QUEEN CREEK, AZ 85142 |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 1/2/2023 | VORTEX LAX<br>975 RIGGS RD., #12-156<br>CHANDLER, AZ 85249 |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 10/13/2022 | VOS CHEER<br>6345 N. 15TH ST.<br>PHOENIX, AZ 85014 |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | WASTE MANAGEMENT<br>800 CAPITOL ST.<br>SUITE 3000<br>HOUSTON, TX 77002 |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT | WEST COAST PREMIER<br>13504 NE 84TH ST. #103-262<br>VANCOUVER, WA 98682 |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 2/2/2023 | WINGS OF STRENGTH<br>2025 S. AIRPORT BLVD.<br>CHANDLER, AZ 85286 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT | WORLD CHEER CO<br>2210 AVIAN LOOP<br>KISSIMMEE, FL 34741 |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT | WORLD CLASS CHEER<br>6433 TOPANGA CANYON BLVD.<br>CANOGA PARK, CA 91303 |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 9/29/2022 | WORLD PICKLEBALL TOUR<br>22 E. GAY ST.<br>COLUMBUS, OH 43215 |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT DTD 12/28/2022 | WYOMING SOCCER ASSOCIATION<br>777 OVERLAND TRAIL, #132<br>CASPER, WY 82601 |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1.**    **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2.**    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1   LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | AERO AUTOMATIC SPRINKLER | ☑ D<br>☐ E/F<br>☐ G |
| 2.2   LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | B&F CONTRACTING, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3   LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | D H PACE COMPANY INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.4   LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | E&K OF PHOENIX INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.5   LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | EASTERN FUNDING LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.6   LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | ELITE SPORTS BUILDERS LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.7   LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | FULL SWING GOLF, INC. | ☐ D<br>☑ E/F<br>☐ G |
| 2.8   LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | HAYDON COMPANIES LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.9   LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | IMAGE BUILDING SYSTEMS LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.10   LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | INSIGHT INVESTMENTS, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.11   LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | JFK ELECTRICAL CONTRACTING ENTERPRISES | ☑ D<br>☐ E/F<br>☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.12 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | JFK ELECTRICAL CONTRACTING ENTERPRISES | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | JFK ELECTRICAL CONTRACTING ENTERPRISES | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | JOHNSON STATEWIDE CAULKING L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.15 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | KEARNEY ELECTRIC, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.16 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | KEARNEY ELECTRIC, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.17 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | KEARNEY ELECTRIC, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.18 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | LEFTFIELD DEVELOPMENT, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.19 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | MACROLEASE CORPORATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.20 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | NATIONAL SPORTS OPPORTUNITY PARTNERS | ☐ D<br>☑ E/F<br>☐ G |
| 2.21 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | OKLAND CONSTRUCTION COMPANY, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.22 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | R.H. DUPPER LANDSCAPING, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.23 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | RKS PLUMBING & MECHANICAL, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.24 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | RKS PLUMBING & MECHANICAL, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.25 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | RKS PLUMBING & MECHANICAL, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.26 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | SITEWORKS LANDSCAPE DEVELOPMENT LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.27 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | SPECTRUM MECHANICAL & SERVICE CONTRACTORS LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.28 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | SPECTRUM MECHANICAL & SERVICE CONTRACTORS LLC | ☑ D<br>☐ E/F<br>☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.29 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | SPRAYFOAM SOUTHWEST, INC. | ☒ D ☐ E/F ☐ G |
| 2.30 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | STONEBRIAR COMMERCIAL FINANCE LLC | ☒ D ☐ E/F ☐ G |
| 2.31 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | SUN VALLEY MASONRY, INC. | ☒ D ☐ E/F ☐ G |
| 2.32 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | WALTERS & WOLF CONSTRUCTION SPECIALITIES | ☒ D ☐ E/F ☐ G |
| 2.33 | LEGACY SPORTS USA, LLC | 1 LEGACY DRIVE MESA, AZ 85121 | WHOLESALE FLOORS | ☒ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name     Legacy Cares, Inc.

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.     Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒     *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒     *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒     *Schedule H: Codebtors* (Official Form 206H)
☒     *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐     Amended *Schedule*
☒     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐     Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     04/28/23          x _____
                                    Signature of individual signing on behalf of debtor

                                    Douglas Moss
                                    Printed name

                                    President
                                    Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Legacy Cares, Inc.**
**Schedule A/B Part 8 #50.1**
**Other Machinery, Fixtures, and Equipment Owned by Debtor**

| MACHINERY, FIXTURES & EQUIPMENT ASSETS | COST |
|---|---:|
| FF&E - Moveable Event Equipment | $ 184,868.81 |
| FF&E - Moveable Office Trailers | 957,657.77 |
| FF&E - Food Trucks | 819,484.00 |
| FF&E - Soccer & Lacrosse Equipment | 488,922.14 |
| FF&E - Baseball & Softball Equipment | 1,186,387.55 |
| FF&E - Movable LED Message Boards | 2,356,415.00 |
| FF&E - Obstacle Course Equipment | 284,828.00 |
| FF&E - Restaurant & Kitchen Equipment | 3,019,911.63 |
| FF&E - Volleyball Equipment | 403,955.22 |
| FF&E - Pickleball Equipment | 8,304.71 |
| FF&E - Movable Ticket Booths | 108,382.88 |
| FF&E - Scoreboard Equipment | 207,178.80 |
| FF&E - Outdoor Storage Equipment | 519,161.57 |
| FF&E - Outdoor Tent / Shade Equipment | 68,452.22 |
| FF&E - Emergency Medical Equipment | 107,240.60 |
| FF&E - Groundskeeping Equipment | 44,118.02 |
| FF&E - Park Signage | 310,376.72 |
| FF&E - Movable Outdoor Furnishings | 102,496.39 |
| FF&E - Cheer, Dance & Gymnastics Equipment | 782,452.90 |
| FF&E - Operations Equipment & Furniture | 228,227.19 |
| FF&E - Portable Restroom Trailers | 809,333.34 |
| FF&E - Basketball Equipment | 182,098.41 |
| FF&E - Futsal Equipment | 73,305.44 |
| FF&E - Golf Simulator | 66,282.00 |
| FF&E - Misc Sports Equipment | 341,124.35 |
| | |
| **Total Cost** | **$ 13,660,965.66** |
| Less: Accumulated Depreciation as of December 31, 2022* | (5,884,636.00) |
| **Net Book Value Machinery, Fixtures & Equipment** | **$ 7,776,329.66** |

*Asset list is tracked and depreciated by the Debtor's tax accountants. The most recent depreciation schedule is available through December 31, 2022.

**Legacy Cares, Inc.**
**Schedule A/B Part 8 #50.2**
**Leased Furniture, Fixtures and Equipment Located at Legacy Park**

| FURNITURE, FIXTURES & EQUIPMENT | COST | LESSOR |
|---|---:|---|
| Cryotherepy Chamber System | $ 120,000.00 | Insight Investments |
| (256) Monterrey Side Chair | 46,830.08 | Insight Investments |
| (20) Stool | 6,097.60 | Insight Investments |
| CIS Labor | 3,584.00 | Insight Investments |
| Freight | 6,493.90 | Insight Investments |
| (12) 118" LED TV Panel | 144,000.00 | Insight Investments |
| (2) Soccer Scoreboards | 30,800.00 | Insight Investments |
| (23) Soccer Scoreboards | 270,365.46 | Insight Investments |
| (8) Baseball Scoreboards | 143,399.84 | Insight Investments |
| (2) Volleyball Scoreboards | 29,949.98 | Insight Investments |
| (4) Pickleball Scoreboards | 42,224.00 | Insight Investments |
| (25) Baseketball Scoreboards | 227,807.50 | Insight Investments |
| Four Sided Soccer Display Installation | 319,384.11 | Insight Investments |
| Large Freestanding Display Installation | 726,018.55 | Insight Investments |
| Stand Alone Aesthetic Elemnets | 600,542.30 | Insight Investments |
| OES Scoring System | 554,923.51 | Insight Investments |
| Insight Procurement Charges | 767,853.21 | Insight Investments |
| (3) Milnor 45lb Washer | 25,868.00 | Insight Investments |
| (4) 55lb Dryer | 23,991.00 | Insight Investments |
| (3) Duct Mounted Lint Collector | 4,200.00 | Insight Investments |
| Laundry Tub | 440.00 | Insight Investments |
| Bradley Eyewash Station | 435.00 | Insight Investments |
| (2) Metro Wire Storage Shelving | 1,454.00 | Insight Investments |
| Folding Table | 410.00 | Insight Investments |
| Installation/Delivery | 7,816.00 | Insight Investments |
| Freight | 3,600.00 | Insight Investments |
| (2) InBody570 | 18,580.00 | Insight Investments |
| Kearney Electric Construction | 2,737,209.53 | Insight Investments |
| (10) Courside Table 10' - FairPlay #1 | 72,444.76 | Insight Investments |
| (7) Scoreboard Controls - FairPlay #1 | 3,622.24 | Insight Investments |
| (3) Scoreboard Controls | 1,500.00 | Insight Investments |
| (20) Courside Table 10' - FairPlay #2 | 144,730.13 | Insight Investments |
| (20) Scoreboard Controls - FairPlay #2 | 10,337.87 | Insight Investments |
| (20) Courside Table 10' - FairPlay #3 | 144,730.13 | Insight Investments |
| (20) Scoreboard Controls - FairPlay #3 | 10,337.87 | Insight Investments |
| Immedia Equipment | 1,226,432.91 | Insight Investments |
| Immedia Design Labor | 70,422.80 | Insight Investments |
| Immedia Management Labor | 133,712.43 | Insight Investments |
| Immedia Installation Labor | 332,359.43 | Insight Investments |
| Immedia Programming Labor | 60,792.00 | Insight Investments |
| Immedia Change Order | 146,914.61 | Insight Investments |
| Immedia Change Order #1 Equipment | 42,315.73 | Insight Investments |
| Immedia Change Order #1 Labor | 28,473.26 | Insight Investments |

**Legacy Cares, Inc.**
**Schedule A/B Part 8 #50.2**
**Leased Furniture, Fixtures and Equipment Located at Legacy Park**

| FURNITURE, FIXTURES & EQUIPMENT | COST | LESSOR |
|---|---:|---|
| Immedia Change Order #2 Equipment | (8,836.54) | Insight Investments |
| Immedia Change Order #2 Labor | 7,181.10 | Insight Investments |
| Immedia Change Order #2 Audio System Equipment | 2,114.65 | Insight Investments |
| Immedia Change Order #2 Audio System Labor | 2,470.88 | Insight Investments |
| Immedia Change Order #2 IPTV Digital Signage Equipment | 233.45 | Insight Investments |
| Immedia Change Order #2 IPTV Digital Signage Labor | 6,293.06 | Insight Investments |
| Immedia Change Order Mounts Equipment | 11,519.54 | Insight Investments |
| Immedia Change Order Labor | 630.00 | Insight Investments |
| ANC Audio Visual Contruction | 3,301,303.00 | Insight Investments |
| ANC Audio Visual Contruction | 4,401,736.97 | Insight Investments |
| **TOTAL LEASED FF&E COST** | **$ 17,018,049.85** | |

**Legacy Cares, Inc.**
**Schedule E/F**
**Non-Debtor Leased Furniture, Fixtures and Equipment Located at Legacy Park**

| FURNITURE, FIXTURES & EQUIPMENT | | COST | LESSOR |
|---|---|---|---|
| (30) Rapid Reboot GEN Line Control Unit Chairs w/ attachments | $ | 35,012.38 | Macrolease |
| (2) Charging Stand | | 313.83 | Macrolease |
| (90) Sleeves | | 2,581.47 | Macrolease |
| (30) Rapid Reboot GEN Line Control Unit Chairs w/ attachments | | 35,374.92 | Macrolease |
| (55) Percussion Massager | | 10,401.91 | Macrolease |
| Shipping | | 7,145.82 | Macrolease |
| Salt Belt Treadmill - AlterG Pro (with install) | | 55,839.62 | Macrolease |
| Carlton Rocket Starting Block and Cart Package | | 1,695.00 | Macrolease |
| 16-Ball PB Extreme Medicine Ball Rack w Wheels | | 315.00 | Macrolease |
| (2) 20-Ball PB Extreme Medicine Ball Rack w Wheels | | 700.00 | Macrolease |
| First Place Universal Holding Cart | | 595.00 | Macrolease |
| (8) First Place Chrome Plated Lifing Chains 30lb Set | | 712.00 | Macrolease |
| (4) UltraSlide Sideboard 8' Commercial | | 1,700.00 | Macrolease |
| (8) First Place Chrome Plated Lifing Chains 45lb Set | | 952.00 | Macrolease |
| (7) First Place 1 1/2" Training Rope | | 735.00 | Macrolease |
| (4) Ultimate Sandbag Rack | | 740.00 | Macrolease |
| First Place Universal Hurdle Cart Holds 10 | | 595.00 | Macrolease |
| (1) First Place 1 1/2" Training Rope | | 105.00 | Macrolease |
| (16) RIP Trainer & Cords | | 3,072.00 | Macrolease |
| (20) Gill Collegiate Hurdle | | 3,780.00 | Macrolease |
| (8) ATX Sports Flex | | 440.00 | Macrolease |
| (16) Stick Mobility | | 864.00 | Macrolease |
| (16) Suspension Trainer | | 2,640.00 | Macrolease |
| (4) Professional FMS Test Kit | | 1,196.00 | Macrolease |
| (10) Ultimate Sandbag Power Package 10-40lbs | | 880.00 | Macrolease |
| (10) Ultimate Sandbag Power Package 20-80lbs | | 1,120.00 | Macrolease |
| (160) Gray Cook Bands, various levels | | 4,480.00 | Macrolease |
| (128) First Place Superbands, various widths | | 1,888.00 | Macrolease |
| (16) ValSlide 02 Black | | 368.00 | Macrolease |
| (20) Stretch Out Strap | | 239.00 | Macrolease |
| (64) Stackable Step 6" | | 1,920.00 | Macrolease |
| (20) Indian Cubes | | 800.00 | Macrolease |
| (7) Dip Belt | | 196.00 | Macrolease |
| (14) PB Extreme Weight Vest, various weights | | 1,600.00 | Macrolease |
| (12) First Place Mini Bands, various colors | | 180.00 | Macrolease |
| (60) First Place Banaba Step, various widths | | 540.00 | Macrolease |
| (8) ABC Ladder | | 496.00 | Macrolease |
| (20) First Place Elite Medicine Ball, various weights | | 620.00 | Macrolease |
| (15) PB Extreme Jam Ball | | 400.00 | Macrolease |
| (20) Dynamax Medicine Ball, various weights | | 2,053.50 | Macrolease |
| (8) Theraband Pro Series | | 280.00 | Macrolease |
| (40) 6" Firm Round Roller | | 560.00 | Macrolease |
| (2) First Place Standing Roller Rack | | 270.00 | Macrolease |
| (20) 6" Firm Half Round Roller, various lengths | | 140.00 | Macrolease |
| (20) Lacrosse Ball | | 60.00 | Macrolease |
| (30) First Place Fitness Mats | | 630.00 | Macrolease |
| (3) First Place Adjustable Wall Mat Rack | | 69.00 | Macrolease |
| (8) Poly Balance Beam | | 608.00 | Macrolease |
| (8) First Place Chrome Plated Lifing Chains 60lb Set | | 1,272.00 | Macrolease |
| (8) Gym Chalk | | 80.00 | Macrolease |
| (4) Chalk Bowl | | 900.00 | Macrolease |
| (16) Cotton Lifting Straps | | 96.00 | Macrolease |

**Legacy Cares, Inc.**
**Schedule E/F**
**Non-Debtor Leased Furniture, Fixtures and Equipment Located at Legacy Park**

| FURNITURE, FIXTURES & EQUIPMENT | COST | LESSOR |
|---|---:|---|
| (4) Keson Tape Measure, various lengths | 173.00 | Macrolease |
| (50) 12" Colored Cones | 375.00 | Macrolease |
| (10) Rad Rod | 300.00 | Macrolease |
| Freight | 2,595.00 | Macrolease |
| Temp Surcharge | 2,033.00 | Macrolease |
| Tax | 3,687.69 | Macrolease |
| FieldTurf - (2) Trucks | 133,333.33 | Macrolease |
| FieldTurf - (2) Enclosed Trailers | 26,666.67 | Macrolease |
| FieldTurf - (2) SMG Sports Champ | 122,222.22 | Macrolease |
| FieldTurf - (2) FieldSweep | 3,333.33 | Macrolease |
| FieldTurf - (1) Clegg | 5,500.00 | Macrolease |
| FieldTurf - (2) Benchmark Holt Melt | 10,000.00 | Macrolease |
| FieldTurf - (2) Generators | 1,222.22 | Macrolease |
| FieldTurf - (1) John Deere Utility Vehicle | 12,000.00 | Macrolease |
| FieldTurf - (1) 500 Gallon Water Trailer | 888.89 | Macrolease |
| FieldTurf - (1) Various Hand Tools | 10,000.00 | Macrolease |
| FieldTurf - (1) Chameleon Synthetic Field Maintainer Tractor | 23,277.78 | Macrolease |
| FieldTurf - (1) High Pressure Removal System | 4,888.89 | Macrolease |
| FieldTurf - (1) Auxiliary Tank | 2,388.89 | Macrolease |
| FieldTurf - (1) Line Remover System | 7,277.78 | Macrolease |
| FieldTurf - (1) End Zone Logo Remover | 8,583.33 | Macrolease |
| FieldTurf - (1) P-Rex Artificial Turf Paint Remover Machine | 47,222.22 | Macrolease |
| FieldTurf - Brite Striper | 4,335.56 | Macrolease |
| FieldTurf - Freight | 10,418.89 | Macrolease |
| 2020 Bennche x2 1000 LT Enovation Screen | 18,915.91 | Macrolease |
| 2021 ODES X2 1000 LT | 19,187.41 | Macrolease |
| 2021 Massimo X2 1000 LT | 19,187.41 | Macrolease |
| Proteus 2.0 System Hardware & Suite, plus freight & sales tax | 22,794.38 | Macrolease |
| Proteus Software 32 month license | 8,448.32 | Macrolease |
| Materials and Labor to Construct 16 bays of racking | 20,557.22 | Macrolease |
| Mindray MX7 Portable Ultrasound | 18,350.00 | Macrolease |
| Oxynova Hyperbaric Chamber | 26,345.00 | Macrolease |
| (14) Office Chairs | 5,882.84 | Macrolease |
| (5) Stinson Boomerang Classic | 333.35 | Macrolease |
| (1) Calibre Front Lateral File Worksurface | 306.63 | Macrolease |
| (69) Rectangle Worksurface | 13,123.08 | Macrolease |
| (3) Round Table with Base | 1,087.20 | Macrolease |
| (15) Cabinet with hinge door | 13,483.54 | Macrolease |
| (12) Partial/Half Modesty Panel | 1,479.99 | Macrolease |
| (8) L Shelf w/ base | 4,241.28 | Macrolease |
| (12) Textiles | 372.36 | Macrolease |
| (2) Desk Chair | 1,478.86 | Macrolease |
| (72) Bar Heigh Stool | 19,812.24 | Macrolease |
| (134) Stacking Chairs | 20,954.54 | Macrolease |
| (50) Grainger Surge Protector | 2,620.52 | Macrolease |
| (37) Cushion | 2,833.64 | Macrolease |
| (9) Stiffner for Worksurface | 189.67 | Macrolease |
| (54) Mobile Pedestal File Box | 19,521.50 | Macrolease |
| (3) Calibre Cabinets | 1,680.31 | Macrolease |
| (3) End Unit Support | 361.23 | Macrolease |
| (3) Corner Unit | 307.53 | Macrolease |
| (17) Panel/Screen Wall | 3,965.93 | Macrolease |

**Legacy Cares, Inc.**
**Schedule E/F**
**Non-Debtor Leased Furniture, Fixtures and Equipment Located at Legacy Park**

| FURNITURE, FIXTURES & EQUIPMENT | COST | LESSOR |
|---|---|---|
| (52) Pencil Tray | 606.97 | Macrolease |
| (48) Square Table with X Base | 14,613.12 | Macrolease |
| (15) Pixel Rectangle C-Leg Table | 15,248.25 | Macrolease |
| (13) Lounge Bench | 14,765.17 | Macrolease |
| (63) Task Chair | 22,314.81 | Macrolease |
| (5) Around Coffee Table | 1,577.30 | Macrolease |
| (12) Nerd Counter Stool | 4,657.92 | Macrolease |
| (9) Top to Top Bracket | 10.62 | Macrolease |
| (5) Classic Desk Top & Base | 13,456.69 | Macrolease |
| (5) LED Task light | 1,514.39 | Macrolease |
| (4) Access Panel with hingle door | 2,463.76 | Macrolease |
| (10) Pedestal with hingle door | 5,648.10 | Macrolease |
| (12) Tackboard | 2,497.72 | Macrolease |
| (10) L-Shelf w/ Base | 5,252.43 | Macrolease |
| (5) Task Panel | 1,992.50 | Macrolease |
| (40) 2-Leg Adjustable Base | 12,732.00 | Macrolease |
| (45) National Lighting Clamp | 2,306.25 | Macrolease |
| (17) Swival Seating | 8,369.46 | Macrolease |
| (14) 2-Step Covered | 24,958.64 | Macrolease |
| (5) 2-Step Outside Corner | 7,687.95 | Macrolease |
| (12) Tall Table with tapered top | 23,341.32 | Macrolease |
| (19) Quoin Locker | 7,180.67 | Macrolease |
| (45) Black side panel with custom logo | 12,807.00 | Macrolease |
| (18) Fabricut Scout Teak | 1,143.54 | Macrolease |
| (5) End Unit Support | 622.77 | Macrolease |
| (2) Corner Unit Support | 205.02 | Macrolease |
| (2) Square Table with X Base | 625.84 | Macrolease |
| (3) 2-Leg adjustable table base | 954.90 | Macrolease |
| (8) Swival Base Chair | 4,055.20 | Macrolease |
| (3) Black side panel with custom logo | 853.80 | Macrolease |
| (3) Classic Desk Base | 2,464.71 | Macrolease |
| (1) LED Task light | 317.63 | Macrolease |
| (2) L-Shelf | 574.46 | Macrolease |
| (1) Task Panel | 425.55 | Macrolease |
| (1) Black side panel with custom logo | 284.60 | Macrolease |
| (65) Clamp on Power Docks | 3,331.25 | Macrolease |
| CIS Design & Installation | 42,446.67 | Macrolease |
| Sales Tax | 28,381.35 | Macrolease |
| Freight | 1,073.65 | Macrolease |
| (8) Office Chair | 1,441.84 | Macrolease |
| (17) LT Tabletop | 5,158.65 | Macrolease |
| (130) Stackable Sled Base Chair | 30,424.10 | Macrolease |
| (6) Stackable Sled Base Barstool | 2,426.88 | Macrolease |
| (6) Vortex Dolly | 1,275.54 | Macrolease |
| (14) Arm Chair | 10,883.04 | Macrolease |
| (18) Nesting Guest Chair | 14,778.70 | Macrolease |
| (6) Reverb | 537.96 | Macrolease |
| (27) Fabric | 837.81 | Macrolease |
| (14) Bistro Table | 5,210.13 | Macrolease |
| (8) Executive Chair | 8,292.40 | Macrolease |
| (4) Viso Table | 2,970.80 | Macrolease |
| (5) Movel Mobile Workstation | 929.30 | Macrolease |

**Legacy Cares, Inc.**
**Schedule E/F**
**Non-Debtor Leased Furniture, Fixtures and Equipment Located at Legacy Park**

| FURNITURE, FIXTURES & EQUIPMENT | COST | LESSOR |
|---|---|---|
| (1) Enwork Zroi Lectern | 1,193.10 | Macrolease |
| (1) Stealth Seated Table Base | 1,956.55 | Macrolease |
| (1) Rectangle Top | 613.79 | Macrolease |
| (16) 10" Upholstered Stool | 5,067.70 | Macrolease |
| (18) Ulpolstered Lounge Chair | 13,280.86 | Macrolease |
| (12) Executive Office Chair | 66,762.96 | Macrolease |
| (16) Ratchet Ganging Device | 496.48 | Macrolease |
| (5) Polished Nickel Finish | 405.00 | Macrolease |
| (1) Magnetic Glass Boards | 567.23 | Macrolease |
| (4) Aluminum Tray | 299.48 | Macrolease |
| (4) Marker & Cloth | 37.24 | Macrolease |
| (3) Magnetic Glass Boards | 3,140.70 | Macrolease |
| Freight | 5,987.94 | Macrolease |
| Sales Tax | 15,907.97 | Macrolease |
| (344) Table Logix | 86,890.85 | Macrolease |
| (364) Burch Fabrics | 12,830.78 | Macrolease |
| (185) Designtex | 16,773.12 | Macrolease |
| CIS Design & Installation | 6,275.00 | Macrolease |
| Sales Tax | 9,898.95 | Macrolease |
| (1) Calibre Cabinet | 570.31 | Macrolease |
| (2) Calibre Lateral File | 885.03 | Macrolease |
| (28) Stacking Chairs | 6,612.20 | Macrolease |
| (14) Rectangle Table | 14,231.70 | Macrolease |
| (20) Grainger Surge Protectors | 1,100.20 | Macrolease |
| (20) Cushion | 1,649.40 | Macrolease |
| (20) Mobile Pedestal | 5,056.60 | Macrolease |
| (20) Rectangle Worksurface | 1,819.00 | Macrolease |
| (20) Bracket | 301.60 | Macrolease |
| (20) End Unit Support | 2,408.20 | Macrolease |
| (6) Power Connector | 141.36 | Macrolease |
| (4) Power Jumper | 144.20 | Macrolease |
| (14) Power Module | 610.26 | Macrolease |
| (4) Base Power | 320.44 | Macrolease |
| (40) Duplex Circuit | 471.20 | Macrolease |
| (8) Frame Foot | 409.04 | Macrolease |
| (8) Panel End Assembly | 164.00 | Macrolease |
| (18) Panel-to-Panel Top | 29.70 | Macrolease |
| (20) Base Raceway Cable Tray | 221.40 | Macrolease |
| (2) Panel-to-Panel Connector | 11.32 | Macrolease |
| (28) Preconfigured Panel | 5,138.68 | Macrolease |
| (4) Three Way Panel Assembly | 205.48 | Macrolease |
| (20) Pencil Tray | 240.40 | Macrolease |
| (20) Dividends Worksurface | 3,256.40 | Macrolease |
| (30) Task Chair | 10,439.70 | Macrolease |
| (20) 2-Leg Adjustable Table Base | 6,366.00 | Macrolease |
| (20) Quoin Locker | 7,558.60 | Macrolease |
| (20) Black Side Panel w/ Custom Logo | 5,692.00 | Macrolease |
| Freight | 278.00 | Macrolease |
| (16) Textiles | 568.85 | Macrolease |
| CIS Design & Installation | 6,655.00 | Macrolease |
| Sales Tax | 6,584.41 | Macrolease |
| (93) Quartz Top Coco Blizzard | 54,109.26 | Macrolease |

**Legacy Cares, Inc.**
**Schedule E/F**
**Non-Debtor Leased Furniture, Fixtures and Equipment Located at Legacy Park**

| FURNITURE, FIXTURES & EQUIPMENT | COST | LESSOR |
|---|---|---|
| (93) Table Base | 19,502.10 | Macrolease |
| Freight | 2,331.50 | Macrolease |
| CIS Design & Installation | 3,433.33 | Macrolease |
| Sales Tax | 6,330.58 | Macrolease |
| Round Table with X Base | 315.04 | Macrolease |
| (4) Stacking Chairs | 506.88 | Macrolease |
| Calibre Cabinet | 570.31 | Macrolease |
| (2) Calibre Lateral File | 885.03 | Macrolease |
| (48) Worksurface | 4,162.08 | Macrolease |
| (24) Cantilever Bracket | 361.92 | Macrolease |
| (12) End Unit Support | 2,889.84 | Macrolease |
| (3) Power Connectors | 70.68 | Macrolease |
| (9) Power Jumper | 324.45 | Macrolease |
| (18) Power Module | 894.18 | Macrolease |
| (48) Duplex Circuit | 565.44 | Macrolease |
| (9) Frame Freestanding Foot | 460.17 | Macrolease |
| (12) Panel End Assembly | 246.00 | Macrolease |
| (24) Panel-to-Panel | 51.63 | Macrolease |
| (24) Base Raceway Cable | 265.68 | Macrolease |
| (36) Preconfigured Panel | 6,526.08 | Macrolease |
| (6) 3-Way Post Assembly | 308.22 | Macrolease |
| (24) Black Finish Clamp | 6,830.40 | Macrolease |
| (24) Quoin Locker | 9,070.32 | Macrolease |
| (24) Mobile Pedestal with Top | 7,104.00 | Macrolease |
| (24) Pencil Tray | 337.68 | Macrolease |
| (24) HAT Contract | 7,879.92 | Macrolease |
| (24) Worksurface | 4,574.88 | Macrolease |
| (24) Surge Protector Outlet | 1,320.00 | Macrolease |
| (24) Task Chair | 8,351.76 | Macrolease |
| (12) Textiles | 385.68 | Macrolease |
| Freight | 385.50 | Macrolease |
| CIS Design & Installation | 2,930.00 | Macrolease |
| Sales Tax | 5,612.22 | Macrolease |
| (1) Round Table w/ Base | 315.04 | Macrolease |
| (4) Stacking Chairs | 506.88 | Macrolease |
| (22) Office Chairs | 6,865.96 | Macrolease |
| (1) Rectangle Table | 844.51 | Macrolease |
| (13) Cushion | 1,072.11 | Macrolease |
| (18) Rectangle Worksurface | 1,996.45 | Macrolease |
| (5) End Unit Support | 602.05 | Macrolease |
| (5) Cornor Unit Support | 512.50 | Macrolease |
| (5) Side Panels | 1,423.00 | Macrolease |
| (13) Quoin Locker | 4,913.09 | Macrolease |
| (13) Mobile Pedestal | 3,848.00 | Macrolease |
| (13) Pencil Tray | 182.91 | Macrolease |
| (5) HAT Contract | 1,641.65 | Macrolease |
| (13) Grainger Surge Proctector | 715.00 | Macrolease |
| (13) Task Chair | 4,523.87 | Macrolease |
| (5) Modesty Panel | 638.55 | Macrolease |
| (5) Tackboard | 935.45 | Macrolease |
| (1) Calibre Cabinet | 570.31 | Macrolease |
| (1) Calibre File | 706.83 | Macrolease |

**Legacy Cares, Inc.**
**Schedule E/F**
**Non-Debtor Leased Furniture, Fixtures and Equipment Located at Legacy Park**

| FURNITURE, FIXTURES & EQUIPMENT | COST | LESSOR |
|---|---:|---|
| (1) Calibre Worksurface | 178.20 | Macrolease |
| (8) Cantilever Bracket | 120.64 | Macrolease |
| (8) End Unit Support | 963.28 | Macrolease |
| Power Connector | 23.56 | Macrolease |
| (3) Power Jumper | 108.15 | Macrolease |
| (5) Power Module | 217.95 | Macrolease |
| (1) Base Power | 80.11 | Macrolease |
| (16) Duplex Circuit | 188.48 | Macrolease |
| (3) Frame Freestanding Footing | 153.39 | Macrolease |
| (3) Panel End Assembly | 82.00 | Macrolease |
| (5) Panel-to-Panel Top | 17.21 | Macrolease |
| (8) Base Raceway Cable | 88.56 | Macrolease |
| (12) Preconfigured Panel | 2,175.36 | Macrolease |
| (2) 3-Way Post Assembly | 102.74 | Macrolease |
| (8) Side Panels | 2,276.80 | Macrolease |
| (8) HAT Contract | 2,626.64 | Macrolease |
| (8) Divends Worksurface | 1,524.96 | Macrolease |
| (12) Hickory Farms Textiles | 372.36 | Macrolease |
| Freight | 274.00 | Macrolease |
| CIS Design & Installation | 4,088.00 | Macrolease |
| Sales Tax | 3,793.87 | Macrolease |
| (10) Cushion | 824.70 | Macrolease |
| (14) Rectangle Worksurface | 1,560.78 | Macrolease |
| (4) End Unit Support | 481.64 | Macrolease |
| (4) Corner Unit | 410.00 | Macrolease |
| (4) Black Finish Top | 1,262.52 | Macrolease |
| (10) Quoin Lockers | 3,779.30 | Macrolease |
| (4) Mobile Pedestal | 1,184.00 | Macrolease |
| (10) Pencil Trays | 140.70 | Macrolease |
| (4) Mid Hat | 1,313.32 | Macrolease |
| (10) Grainger Power Surge Protector | 550.00 | Macrolease |
| (10) Task Chairs | 3,479.90 | Macrolease |
| (10) Modesty Panels | 2,286.84 | Macrolease |
| (4) Tackboards | 748.36 | Macrolease |
| (8) Office Chairs | 1,585.28 | Macrolease |
| (2) Calibre Cabinet | 748.51 | Macrolease |
| (1) Calibre File | 706.83 | Macrolease |
| (4) Cantilever Bracket | 60.32 | Macrolease |
| (6) End Unit Support | 722.46 | Macrolease |
| (1) Power Connector | 23.56 | Macrolease |
| (3) Power Jumper | 108.15 | Macrolease |
| (5) Power Module | 217.95 | Macrolease |
| (2) Corner Unit | 204.98 | Macrolease |
| (1) Base Power | 80.11 | Macrolease |
| (8) Duplex Circuit | 94.24 | Macrolease |
| (3) Frame Freestanding Foot | 168.96 | Macrolease |
| (2) Panel End Assembly | 41.00 | Macrolease |
| (7) Panel-to-Panel Cap | 11.55 | Macrolease |
| (8) Base Raceway Cable | 88.56 | Macrolease |
| (1) Panel-to-Panel Connector | 5.66 | Macrolease |
| (10) Preconfigured Panel | 1,875.64 | Macrolease |
| (2) Two Way Post Assembly | 99.90 | Macrolease |

**Legacy Cares, Inc.**
**Schedule E/F**
**Non-Debtor Leased Furniture, Fixtures and Equipment Located at Legacy Park**

| FURNITURE, FIXTURES & EQUIPMENT | COST | LESSOR |
|---|---:|---|
| (6) Custom Side Panels | 1,893.78 | Macrolease |
| (6) HAT Contract | 1,969.98 | Macrolease |
| (6) Dividends Workspace | 1,143.72 | Macrolease |
| (11) Hickory Furniture Textiles | 353.54 | Macrolease |
| Freight | 239.00 | Macrolease |
| CIS Design & Installation | 5,308.00 | Macrolease |
| Sales Tax | 2,615.77 | Macrolease |
| Facotry Reconditioned Crown C5 Forklift | 33,031.50 | Macrolease |
| Scossor Lift 19' | 14,008.61 | Macrolease |
| Precor Vitality 2-Tier Kettlebell Shelf | 1,675.55 | Macrolease |
| (4) PFM Sled Dawg 1 (Standard Plates) | 590.00 | Macrolease |
| (8) PFM Safety Squat Bar | 2,240.00 | Macrolease |
| (1) HAM-F Bolt Down Service | 1,065.00 | Macrolease |
| (4) PFM Pro Waist Belt Cinch Strap | 180.00 | Macrolease |
| (4) PFM Pro Padded Harness | 145.00 | Macrolease |
| (8) PFM Triton Sled | 2,159.60 | Macrolease |
| (4) CON Rowerg with Tall Legs "Elevated" D | 4,400.00 | Macrolease |
| (4) CON Skierg with PM5 | 3,080.00 | Macrolease |
| (4) LifeCORE Air Bike Elite | 3,453.32 | Macrolease |
| (4) VC- Cross-Crawl | 18,493.32 | Macrolease |
| (8) HAM-F Dumbbell Rack Three Tier | 8,186.64 | Macrolease |
| (8) HAM-F Accessory Storage Tray | 711.12 | Macrolease |
| (8) HAM-F 42" Monkey Bar | 408.88 | Macrolease |
| (2) USA Mobile bumper plate rack | 199.24 | Macrolease |
| (12) HAM-F Adjustable Bench Non Dock 'N Lock | 10,213.32 | Macrolease |
| (8) HAM-F HD Athletic Half/Half Combo Rack | 22,040.00 | Macrolease |
| (8) HAM-F Power Pivot | 2,044.48 | Macrolease |
| (4) HAM-F  Wall Ball Target | 720.00 | Macrolease |
| (4) HAM-F 42" Wing | 1,928.88 | Macrolease |
| (8) HAM-F 42" Multi-Grip Bar | 1,324.48 | Macrolease |
| (8) HAM-F Dip Handle | 1,102.24 | Macrolease |
| (4) HAM-F Glute/Ham Bench | 5,713.76 | Macrolease |
| (6) LIF DC Block Kit-16 | 5,539.98 | Macrolease |
| (8) HAM-F Nordic Hamstring | 1,619.52 | Macrolease |
| (4) HAM-F 72" Xmember, Straight Bar | 806.40 | Macrolease |
| HAM-F Fixed Pad Glute/Ham | 1,345.00 | Macrolease |
| HAM-F Power Pivot | 255.56 | Macrolease |
| HAM-F Bar Support | 184.44 | Macrolease |
| (2) HAM-F 42" Xmember, Monkey Bar | 186.66 | Macrolease |
| (2) HAM-F 42" Xmember, Suspension Chin | 404.44 | Macrolease |
| HAM-F Dip Handle | 137.78 | Macrolease |
| HAM-F 72" Storage Memeber, 2 Pipe | 176.67 | Macrolease |
| (2) HAM-F 72" Storage Member Accessory | 457.78 | Macrolease |
| HAM-O 72" Xmember Square | 150.00 | Macrolease |
| HAM-O Bar Catch | 324.44 | Macrolease |
| (2) HAM-F Bar Support | 368.88 | Macrolease |
| (4) HAM-O HD Athletic Perimeter Side | 2,366.24 | Macrolease |
| (4) HAM-O HD Athletic Weight Horn | 320.00 | Macrolease |
| (64) USA  Performance Black Rubber Bumper Plate 10lb | 5,200.00 | Macrolease |
| (64) USA 25LB Color Bumper Plate | 6,375.68 | Macrolease |
| (8) USA Hex Bar Oly 56" | 1,374.48 | Macrolease |
| (16) USA Collar Spring EZ Oly w/Grip, Pair | 132.96 | Macrolease |

**Legacy Cares, Inc.**
**Schedule E/F**
**Non-Debtor Leased Furniture, Fixtures and Equipment Located at Legacy Park**

| FURNITURE, FIXTURES & EQUIPMENT | COST | LESSOR |
|---|---|---|
| (32) Avus Lock-Jaw Pro2 Barbell Collar- Red | 880.00 | Macrolease |
| (8) USA 5lb. Black Cast Kettlebell | 52.24 | Macrolease |
| (8) USA 15lb. Black Cast Kettlebell | 156.72 | Macrolease |
| (8) USA 25lb. Black Cast Kettlebell | 261.28 | Macrolease |
| (8) USA 30lb. Black Cast Kettlebell | 313.52 | Macrolease |
| (8) USA 45lb. Black Cast Kettlebell | 470.24 | Macrolease |
| (4) USA 50lb. Black Cast Kettlebell | 261.24 | Macrolease |
| (4) USA 60lb. Black Cast Kettlebell | 313.52 | Macrolease |
| (4) USA 70lb. Black Cast Kettlebell | 365.76 | Macrolease |
| (4) USA 80lb. Black Cast Kettlebell | 418.00 | Macrolease |
| (4) USA 90lb. Black Cast Kettlebell | 470.24 | Macrolease |
| (4) USA 100lb. Black Cast Kettlebell | 522.52 | Macrolease |
| (64) USA 10 lbs USA Rubber Bumper Plate | 1,472.00 | Macrolease |
| (90) USA 45LB Color Bumper Plate | 13,179.60 | Macrolease |
| (64) USA 2.5# Oly Plate VTX Gray | 200.96 | Macrolease |
| (64) USA 5# Oly Plate VTX Gray | 400.64 | Macrolease |
| (64) USA 10# Oly Plate VTX Gray | 800.64 | Macrolease |
| (16) USA 25lb Olympic Rubber Encased 3 Hole Grip VTX Plate | 671.04 | Macrolease |
| (16) USA 45lb Olympic Rubber Encased 3 Hole Grip VTX Plate | 1,207.84 | Macrolease |
| (4) IRN Urethane Dumbbell Set 5-50 | 14,781.00 | Macrolease |
| (4) IRN 55-75# Urethane Dumbbell-Straight SET | 12,610.00 | Macrolease |
| (2) IRN 80# Urethane Dumbbell-Straight | 1,433.26 | Macrolease |
| (2) IRN 85lb. Urethane Dumbbell-Straight | 1,491.76 | Macrolease |
| (2) IRN 90lb. Urethane Dumbbell-Straight | 1,550.26 | Macrolease |
| (2) IRN 95lb. Urethane Dumbbell-Straight | 1,608.76 | Macrolease |
| (2) IRN 100lb. Urethane Dumbbell-Straight | 1,667.26 | Macrolease |
| IRN 105lb. Urethane Dumbbell-Straight | 862.88 | Macrolease |
| IRN 110lb Urethane Dumbbell-Straight | 895.38 | Macrolease |
| IRN 115lb Urethane Dumbbell-Straight | 927.88 | Macrolease |
| IRN 120lb Urethane Dumbbell-Straight | 960.38 | Macrolease |
| IRN 125lb. Urethane Dumbbell-Straight | 994.50 | Macrolease |
| IRN 130lb Urethane Dumbbell-Straight | 1,027.00 | Macrolease |
| IRN 135# Urethane Dumbbell-Straight | 1,059.50 | Macrolease |
| IRN 140# Urethane Dumbbell-Straight | 1,092.00 | Macrolease |
| IRN 145# Urethane Dumbbell-Straight | 1,124.50 | Macrolease |
| IRN 150# Urethane Dumbbell-Straight | 1,157.00 | Macrolease |
| (2) IRN 15lb. Urethane Dumbbell-Straight | 546.00 | Macrolease |
| (2) IRN 20lb. Urethane Dumbbell-Straight | 624.00 | Macrolease |
| (2) IRN 25# Urethane Dumbbell-Straight | 702.00 | Macrolease |
| (2) IRN 30# Urethane Dumbbell-Straight | 776.76 | Macrolease |
| (2) IRN 35# Urethane Dumbbell-Straight | 854.76 | Macrolease |
| (24) USA 7' BlackWing bar | 7,848.52 | Macrolease |
| (8) IRN 20kg Olympic Bar | 5,642.00 | Macrolease |
| (8) Body Solid Olympic Multi Grip  Swiss Bar | 2,105.60 | Macrolease |
| (8) USA 6" to 24" Padded Plyo Box; 1 of each size | 8,142.72 | Macrolease |
| (6) FITG Stainless Steel bWell Floor Dispenser | 1,462.50 | Macrolease |
| (12) bWell Anti Bacterial Fitness WIPES | 1,125.00 | Macrolease |
| Shipping | 19,141.33 | Macrolease |
| Sales Tax | 17,806.89 | Macrolease |
| (12) Funct Trainer | 36,487.80 | Macrolease |
| (4) Accessory Kit | 1,218.00 | Macrolease |
| 10 Gallon Compressor | 2,016.00 | Macrolease |

**Legacy Cares, Inc.**
**Schedule E/F**
**Non-Debtor Leased Furniture, Fixtures and Equipment Located at Legacy Park**

| FURNITURE, FIXTURES & EQUIPMENT | COST | LESSOR |
|---|---|---|
| (4) Base Floor Mount | 1,218.00 | Macrolease |
| Standing Hip | 4,332.60 | Macrolease |
| Installation | 2,790.00 | Macrolease |
| Freight | 2,141.36 | Macrolease |
| Sales Tax | 3,561.54 | Macrolease |
| Precor TRM 731 Treadmill - 120v - P31 Console | 5,702.00 | Macrolease |
| (7) Precor TRM 731 Treadmill - 120v - P31 Console w/900 MHZ Receiver | 39,914.00 | Macrolease |
| (6) Precor 731 EFX - Dual action w/Fixed Crossramp | 26,442.00 | Macrolease |
| (2) Precor 733 AMT with Fixed Height - P31 Console | 11,754.00 | Macrolease |
| (5) Precor 835 RBK Recumbent Bike, P31 Console | 10,060.00 | Macrolease |
| (2) StairMaster 10 Series Gauntlet w/LCD Screen, 120V | 15,998.00 | Macrolease |
| Precor Resolute Converging Chest Press | 3,780.00 | Macrolease |
| Precor Resolute Converging Shoulder Press | 3,570.00 | Macrolease |
| Precor Resolute Diverging Lat Pulldown | 3,699.00 | Macrolease |
| Precor Resolute Leg Extension | 3,640.00 | Macrolease |
| Precor Resolute Rear Delt/Pec Fly | 3,535.00 | Macrolease |
| Precor Resolute Bicep Curl | 3,220.00 | Macrolease |
| Precor FTS Glide Functional Strength Trainer, Titanium | 3,077.00 | Macrolease |
| Precor Handle Rack | 630.00 | Macrolease |
| TAG 10 Piece Attachment Kit | 343.00 | Macrolease |
| Precor Smith Machine | 3,395.00 | Macrolease |
| Precor Plate Loaded Leg Curl | 1,918.00 | Macrolease |
| Power Lift 41250C/PLBLLP | 4,235.00 | Macrolease |
| (18) Troy 2.5 Lb. Rubber Encased Grip Plate | 90.00 | Macrolease |
| (18) Troy 5 Lb. Rubber Encased Grip Plate | 180.00 | Macrolease |
| (18) Troy 10 Lb. Rubber Encased Grip Plate | 360.00 | Macrolease |
| Troy 25 Lb. Rubber Encased Grip Plate | 50.00 | Macrolease |
| (18) Troy 45 Lb. Rubber Encased Grip Plate | 1,620.00 | Macrolease |
| (3) Precor Dumbbell Rack - 2 Tier, 10 Pairs | 2,604.00 | Macrolease |
| Troy 12 sided Rubber Dumbbells 5-100 lbs | 4,475.00 | Macrolease |
| Precor Barbell Rack - 10 Bars | 1,099.00 | Macrolease |
| Troy Rubber 12 Sided Curl Bar Set 20-110 Set 10lb Increments | 1,999.00 | Macrolease |
| (7) Precor Multi-Adjustable Bench | 6,125.00 | Macrolease |
| (4) TAG 7' 1500lb Test Chrome Sleeve & Black Handle Olympic Bar | 1,116.00 | Macrolease |
| (2) Assault Fitness AirRunner Elite | 7,998.00 | Macrolease |
| (2) Assault Fitness AirRower Elite | 2,998.00 | Macrolease |
| (2) Assault Fitness Airbike Elite | 2,598.00 | Macrolease |
| (16) Troy 10 Lb. Olympic 2" Black Solid Bumper Plate With Steel Insert | 480.00 | Macrolease |
| (16) Troy 25 Lb. Olympic 2" Black Solid Bumper Plate With Steel Insert | 720.00 | Macrolease |
| (16) Troy 45 Lb. Olympic 2" Black Solid Bumper Plate With Steel Insert | 1,280.00 | Macrolease |
| TAG 4lb-30lb Deluxe Medicine Ball Set | 594.00 | Macrolease |
| (4) Ball Bounce Bosu Pro | 700.00 | Macrolease |
| (2) Troy TRI-Plyo step (20"/24"/30" height) | 470.00 | Macrolease |
| Escape Rack5 | 995.00 | Macrolease |
| Escape RACK5 Mat Storage | 50.22 | Macrolease |
| (8) Escape Core Mat (Anthracite) | 312.00 | Macrolease |
| (10) Escape Step with 2 Risers x 3 Club Packsoles | 4,750.00 | Macrolease |
| (2) Escape Freestanding Mat Storage Rack (Silver) | 550.00 | Macrolease |
| (30) EscapeYoga Mat (Black) | 870.00 | Macrolease |
| (30) Escape Flex Mat (Grey) | 1,560.00 | Macrolease |
| (30) Escape Yoga Block - Black | 420.00 | Macrolease |
| (30) Escape Yoga Strap | 127.50 | Macrolease |

**Legacy Cares, Inc.**
**Schedule E/F**
**Non-Debtor Leased Furniture, Fixtures and Equipment Located at Legacy Park**

| FURNITURE, FIXTURES & EQUIPMENT | COST | LESSOR |
|---|---|---|
| (24) Escape Ubersoft Roller - Grey | 1,320.00 | Macrolease |
| (9) Escape 55cm/21.5" Steadyball Pro - Light Grey | 297.00 | Macrolease |
| (9) Escape 65cm/25" Steadyball Pro - Dark Grey | 351.00 | Macrolease |
| (10) TAG Muscle Clamp Olympic Collar (Pair) | 390.00 | Macrolease |
| Powder Coated KB set- 13 pieces | 878.00 | Macrolease |
| (4) TRX Commercial Suspension Trainer v.4(rubber handles, locking carabiner) | 740.00 | Macrolease |
| Precor Vitality Inner/Outer Thigh (170 lbs with add-on system) (Standard Titanium Frame/Black Upholstery) | 2,660.00 | Macrolease |
| (2) Precor Stretchtrainer | 1,750.00 | Macrolease |
| StairMaster HIIT UBE w/Console | 2,899.00 | Macrolease |
| (20) P31 Preva®Sync Network Card | 1,980.00 | Macrolease |
| (2) Troy 12 sided Rubber Dumbbell 25 lbs (EACH) | 110.00 | Macrolease |
| (2) Troy 12 sided Rubber Dumbbell 30 lbs (EACH) | 134.00 | Macrolease |
| (2) Troy 12 sided Rubber Dumbbell 35 lbs (EACH) | 166.00 | Macrolease |
| (2) Troy 12 sided Rubber Dumbbell 40 lbs (EACH) | 190.00 | Macrolease |
| (2) Troy 12 sided Rubber Dumbbell 45 lbs (EACH) | 214.00 | Macrolease |
| (2) Troy 12 sided Rubber Dumbbell 50 lbs (EACH) | 230.00 | Macrolease |
| (2) Troy 12 sided Rubber Dumbbell 55 lbs (EACH) | 250.00 | Macrolease |
| (2) Troy 12 sided Rubber Dumbbell 60 lbs (EACH) | 270.00 | Macrolease |
| (2) Troy 12 sided Rubber Dumbbell 70 lbs (EACH) | 320.00 | Macrolease |
| (2) Troy 12 sided Rubber Dumbbell 75 lbs (EACH) | 340.00 | Macrolease |
| Escape 2.5-25lb Nucleus Urethane Dumbbell Set XRACK | 2,275.00 | Macrolease |
| UMAX 44-Pair Aerobic Bell Set w/ Rack with Anti-Theft Bar | 1,899.00 | Macrolease |
| Precor Back Extension | 950.00 | Macrolease |
| Precor Vitality Leg Press w/Calf Extension | 2,940.00 | Macrolease |
| (4) Escape Ridge Roller | 180.00 | Macrolease |
| Power Systems Foam Roller cart- holds 24 | 350.00 | Macrolease |
| TRX XMOUNT | 34.95 | Macrolease |
| TRX Door Anchor (for model P2) | 24.95 | Macrolease |
| Precor TRM 631 Treadmill - 120v - P31 Console | 4,399.00 | Macrolease |
| Escape 5-50lb Nucleus SBX Dumbbell Set XRACK2 | 2,941.00 | Macrolease |
| (10) Escape Power Tube Level 2 (Medium) (With Covering) | 250.00 | Macrolease |
| (10) Escape Power Tube Level 3 (Heavy) (With Covering) | 280.00 | Macrolease |
| Power Lift 4 stack | 8,200.00 | Macrolease |
| Precor Resolute Seated Dip | 3,290.00 | Macrolease |
| (17) Troy 25 Lb. Rubber Encased Grip Plate | 850.00 | Macrolease |
| Freemotion Assist Dip Chin | 3,750.00 | Macrolease |
| (5) Commercial Peloton | 19,475.00 | Macrolease |
| Precor Resolute Seated Leg Curl | 3,999.00 | Macrolease |
| Troy Olympic 2" plate tree | 150.00 | Macrolease |
| Precor Weight Plate Tree | 469.00 | Macrolease |
| Freight | 15,000.00 | Macrolease |
| Installation | 14,000.00 | Macrolease |
| (2) Performance - 4DRB5218 | 30,213.00 | Macrolease |
| Performance - Nucleus Wattbike | 4,675.50 | Macrolease |
| (3) Performance - Nucleus Wattbike | 14,026.50 | Macrolease |
| Performance - Curve Force | 8,991.00 | Macrolease |
| Performance - Curve Force | 7,380.00 | Macrolease |
| Performance - Curve Force | 7,380.00 | Macrolease |
| (4) ProSmart Cloud Maintenance & Service Fee | 1,944.00 | Macrolease |
| Miscellaneous | 3,975.00 | Macrolease |
| Sales Tax | 28,323.67 | Macrolease |

**Legacy Cares, Inc.**
**Schedule E/F**
**Non-Debtor Leased Furniture, Fixtures and Equipment Located at Legacy Park**

| FURNITURE, FIXTURES & EQUIPMENT | COST | LESSOR |
|---|---|---|
| DIFFERENCE Credited to October | 11,947.92 | Macrolease |
| (2) Sparta Science Travel Case | 1,998.00 | Macrolease |
| (2) 13" Macbook | 3,000.00 | Macrolease |
| (2) Sparta Fore Plate Hardware | 18,200.00 | Macrolease |
| Sales Tax | 1,925.43 | Macrolease |
| (3) Table Base | 1,312.50 | Macrolease |
| (6) Surface | 2,400.00 | Macrolease |
| CIS Design & Installation | 6,415.00 | Macrolease |
| Sales Tax | 818.08 | Macrolease |
| (14) Lounge Chair | 8,377.46 | Macrolease |
| (7) Doctor Buddy | 1,371.51 | Macrolease |
| (111) Burch Fabrics | 6,395.18 | Macrolease |
| Freight | 1,400.00 | Macrolease |
| Sales Tax | 1,388.40 | Macrolease |
| (4) Office Chairs | 4,267.76 | Macrolease |
| (2) Single Booth | 3,256.10 | Macrolease |
| (2) LT Tabletop | 682.76 | Macrolease |
| Custom Table | 3,126.44 | Macrolease |
| CIS Design & Installation | 1,325.00 | Macrolease |
| Freight | 150.00 | Macrolease |
| Sales Tax | 974.64 | Macrolease |
| (2) Slatwall | 317.84 | Macrolease |
| CIS Design & Installation | 675.00 | Macrolease |
| Sales Tax | 27.34 | Macrolease |
| (8) HAM-O HD Athletic Weight Horn | 1,088.00 | Macrolease |
| Shipping | 369.32 | Macrolease |
| Sales Tax | 90.31 | Macrolease |
| (2) Fit Gear Solutions | 2,998.00 | Macrolease |
| Shipping | 445.24 | Macrolease |
| Installation | 285.71 | Macrolease |
| Sales Tax | 248.84 | Macrolease |
| (4) Office Chair | 2,986.00 | Macrolease |
| Office Chair | 654.00 | Macrolease |
| CIS Design & Installation | 385.00 | Macrolease |
| Sales Tax | 313.04 | Macrolease |
| (2) G_InBody570 | 18,580.00 | Macrolease |
| (2) Left Back Edge Sport Wood Treatment & Accessories | 2,283.95 | Macrolease |
| Shipping | 645.00 | Macrolease |
| Sales Tax | 189.57 | Macrolease |
| Unknown Adjustment | (1,547.63) | Macrolease |
| (12) Commercial Suspension Trainer | 2,150.00 | Macrolease |
| (2) Assault Fitness Airbike | 2,598.00 | Macrolease |
| (2) Assault Fitness AirRower | 2,998.00 | Macrolease |
| Assault Fitness AirRunner | 3,999.00 | Macrolease |
| (10) TRX XMOUNT | 349.50 | Macrolease |
| TRX 14ft Multimount | 1,129.95 | Macrolease |
| Precor FTS Glide Strength Trainer | 3,175.00 | Macrolease |
| Precor Plate Loaded Seated Row | 2,499.00 | Macrolease |
| Precor Adjustable Decline Bench | 899.00 | Macrolease |
| Precor Preacher Curl Bench | 850.00 | Macrolease |
| (6) Handy Clean Floor Replaceable | 1,500.00 | Macrolease |
| (12) Heath E-Wipes | 1,020.00 | Macrolease |

**Legacy Cares, Inc.**
**Schedule E/F**
**Non-Debtor Leased Furniture, Fixtures and Equipment Located at Legacy Park**

| FURNITURE, FIXTURES & EQUIPMENT | COST | LESSOR |
|---|---|---|
| Nautilus Plate loaded Glute drive | 3,999.00 | Macrolease |
| Nautilus Glute Weight Storage | 399.00 | Macrolease |
| Escape Lift Zone | 650.00 | Macrolease |
| Precor Vitality Kettlebell Shelf | 2,850.00 | Macrolease |
| TAG Vertical Knee Raise | 750.00 | Macrolease |
| Precor Half Rack | 1,950.00 | Macrolease |
| Precor Loaded Calf Raise | 1,350.00 | Macrolease |
| (2) Precor Stretchtrainer | 1,750.00 | Macrolease |
| Troy 12-sided Rubber Dumbells | 1,450.00 | Macrolease |
| Precor Dumbell Rack | 999.00 | Macrolease |
| Precor Plate Loaded Biceps Curl | 2,199.00 | Macrolease |
| Escape 5-50lb Nucleus SBX Dumbell Set | 2,850.00 | Macrolease |
| (3) Precor Multi-Adjustable Bench | 2,997.00 | Macrolease |
| Freight | 6,550.00 | Macrolease |
| Installation | 3,100.00 | Macrolease |
| Precor Olympic Flat Bench | 1,275.00 | Macrolease |
| Precor Loaded Incline Press | 2,550.00 | Macrolease |
| Sales Tax | 4,146.02 | Macrolease |
| (2) Hawkin Dynamics Bilateral Force Platform | 8,530.81 | Macrolease |
| (2) Hawkin Dynamic Yearly License Fee | 2,998.50 | Macrolease |
| (2) Samsung Galaxy Tablet | 616.11 | Macrolease |
| Hard Foam Surround | 995.26 | Macrolease |
| Shipping | 299.00 | Macrolease |
| Sales Tax | 557.82 | Macrolease |
| (5) Classic Series Treatment Table | 3,320.90 | Macrolease |
| Freight | 939.37 | Macrolease |
| CIS Project Management | 150.00 | Macrolease |
| CIS Labor | 255.00 | Macrolease |
| Sales Tax | 285.60 | Macrolease |
| (4) Office Chair | 4,267.76 | Macrolease |
| (2) Coact, Single Booth | 3,256.10 | Macrolease |
| (2) LT Table | 682.76 | Macrolease |
| Custom Table | 3,126.44 | Macrolease |
| Freight | 150.00 | Macrolease |
| CIS Technical Design | 375.00 | Macrolease |
| CIS Project Management | 150.00 | Macrolease |
| CIS Labor | 800.00 | Macrolease |
| Sales Tax | 974.64 | Macrolease |
| Modular Storage | 9,000.00 | Macrolease |
| CIS Creative Display Work | 1,312.50 | Macrolease |
| (6) Surface | 2,400.00 | Macrolease |
| CIS Project Management | 150.00 | Macrolease |
| CIS Labor | 465.00 | Macrolease |
| Sales Tax | 319.28 | Macrolease |
| Modular Storage | 15,000.36 | Macrolease |
| (4) Mannequins | 619.02 | Macrolease |
| Glass Cubes | 462.38 | Macrolease |
| (4) Finish | 29.76 | Macrolease |
| CIS Technical Design | 150.00 | Macrolease |
| CIS Labor | 592.86 | Macrolease |
| CIS Project Management | 150.00 | Macrolease |
| Sales Tax | 42.32 | Macrolease |

**Legacy Cares, Inc.**
**Schedule E/F**
**Non-Debtor Leased Furniture, Fixtures and Equipment Located at Legacy Park**

| FURNITURE, FIXTURES & EQUIPMENT | COST | LESSOR |
|---|---:|---|
| Glass Cubes | 462.38 | Macrolease |
| (6) Finish | 44.64 | Macrolease |
| CIS Technical Design | 150.00 | Macrolease |
| CIS Labor | 592.86 | Macrolease |
| CIS Project Management | 150.00 | Macrolease |
| Sales Tax | 43.60 | Macrolease |
| (2) File Pedestal | 464.76 | Macrolease |
| (2) Silver Doors | 245.02 | Macrolease |
| (2) Wall Mounted Cabinets | 331.10 | Macrolease |
| (2) Rectangle Desk | 372.60 | Macrolease |
| Tackboard | 75.94 | Macrolease |
| CIS Technical Design | 150.00 | Macrolease |
| CIS Project Management | 150.00 | Macrolease |
| CIS Labor | 714.00 | Macrolease |
| Sales Tax | 128.08 | Macrolease |
| (12) Stools | 1,500.00 | Macrolease |
| (8) Mutto Fiber | 1,800.00 | Macrolease |
| (1) Sofa | 1,750.00 | Macrolease |
| (1) High Table Top | 400.00 | Macrolease |
| (2) Knoll Steps | 530.00 | Macrolease |
| Sales Tax | 511.76 | Macrolease |
| (3) 66x66 Covered Suites Structures - East Soccer | 721,980.00 | National Sports Opportunity Partners |
| 11,880 Sq/ Ft. Pickball Championship Court Shade Structure | 772,080.00 | National Sports Opportunity Partners |
| (2) 50x40 Covered Shade Structures at Baseball | 208,080.00 | National Sports Opportunity Partners |
| 110x60 Hospitality Tent - Great Lawn VIP | 196,320.00 | Leftfield Developments |
| (37) Golf Carts | 685,056.00 | Leftfield Developments |
| Full Swing Golf Simulator | 360,000.00 | Full Swing Golf Inc |
| **TOTAL NON-DEBTOR LEASED FF&E COST** | **$  5,818,316.74** | |

Fill in this information to identify the case:

Debtor          Legacy Cares, Inc.

United States Bankruptcy Court for the:     District of Arizona

Case number
(if known)

☐ Check if this is an
    amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| FROM THE BEGINNING OF THE FISCAL YEAR TO FILING DATE: | From  01/01/2023 | To  3/31/2023 | ☑ Operating a business<br>☐ Other | $8,643,511.00 |
| FOR PRIOR YEAR: | From  01/01/2022 | To  12/31/2022 | ☑ Operating a business<br>☐ Other | $27,743,478.21 |
| FOR THE YEAR BEFORE THAT: | From  01/01/2021 | To  12/31/2021 | ☑ Operating a business<br>☐ Other | $1,413,269.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| FROM THE BEGINNING OF THE FISCAL YEAR TO FILING DATE: | From  1/1/2023 | To  4/27/2023 | GRANT AND DONATION REVENUE | $17,881.59 |
| FROM THE BEGINNING OF THE FISCAL YEAR TO FILING DATE: | From  1/1/2023 | To  4/27/2023 | INTEREST AND DIVIDEND INCOME | $19,702.82 |
| FOR PRIOR YEAR: | From  01/01/2022 | To  12/31/2022 | GRANT AND DONATION REVENUE | $195,936.29 |
| FOR PRIOR YEAR: | From  01/01/2022 | To  12/31/2022 | INTEREST AND DIVIDEND INCOME | $46,940.55 |
| FOR PRIOR YEAR: | From  01/01/2022 | To  12/31/2022 | LOAN RECEIVABLE INTEREST INCOME | $38,884.34 |
| FOR THE YEAR BEFORE THAT: | From  01/01/2021 | To  12/31/2021 | GRANT AND DONATION REVENUE | $50,000.00 |
| FOR THE YEAR BEFORE THAT: | From  01/01/2021 | To  12/31/2021 | INTEREST AND DIVIDEND INCOME | $99,937.29 |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted
on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| ALLEGIANT PREMIUM FINANCE COMPANY, INC. 216 SOUTH 200 WEST CEDAR CITY, UT 84720 | 02/17/2023 | $46,069.15 | INSURANCE PREMIUM |
| | 02/17/2023 | $23,123.44 | INSURANCE PREMIUM |
| | 02/27/2023 | $18,750.97 | INSURANCE PREMIUM |
| | 03/17/2023 | $46,069.15 | INSURANCE PREMIUM |
| | 03/20/2023 | $23,376.44 | INSURANCE PREMIUM |
| | 03/24/2023 | $18,750.97 | INSURANCE PREMIUM |
| | 04/17/2023 | $46,069.15 | INSURANCE PREMIUM |
| | 04/17/2023 | $23,381.44 | INSURANCE PREMIUM |
| | 04/21/2023 | $18,750.97 | INSURANCE PREMIUM |
| **TOTAL FOR ALLEGIANT PREMIUM FINANCE COMPANY, INC.** | | **$264,341.68** | |
| COMPETITIVE EDGE CONTRACTING, INC. 2420 S 18TH PL. PHOENIX, AZ 85034 | 02/14/2023 | $12,139.00 | ENGINEERING FEE FOR NEW PLAYGROUND |
| **TOTAL FOR COMPETITIVE EDGE CONTRACTING, INC.** | | **$12,139.00** | |
| COPPERSMITH BROCKELMAN PLC 2800 N. CENTRAL AVE. #1900 PHOENIX, AZ 85004 | 04/21/2023 | $20,000.00 | BOARD EXPENSES |
| | 04/21/2023 | $5,000.00 | BOARD EXPENSES |
| **TOTAL FOR COPPERSMITH BROCKELMAN PLC** | | **$25,000.00** | |
| FARMER ORTH LEAVITT INSURANCE AGENCY 919 N 1ST ST PHOENIX, AZ 85004 | 02/01/2023 | $19,683.27 | INSURANCE PREMIUM |
| **TOTAL FOR FARMER ORTH LEAVITT INSURANCE AGENCY** | | **$19,683.27** | |
| FR LAW GROUP PLLC 4745 N 7TH ST. SUITE 310 PHOENIX, AZ 85014 | 03/10/2023 | $100,000.00 | PAYMENT PER ICING ARBITRATION AGREEMENT |
| **TOTAL FOR FR LAW GROUP PLLC** | | **$100,000.00** | |
| GUSTO, INC. 525 20TH STREET SAN FRANCISCO, CA 94103 | 02/06/2023 | $80.70 | PAYROLL PROCESSING FEES |
| | 02/15/2023 | $15,749.14 | EMPLOYEE PAYROLL |
| | 02/15/2023 | $7,459.63 | EMPLOYEE PAYROLL |
| | 02/28/2023 | $15,706.87 | EMPLOYEE PAYROLL |
| | 02/28/2023 | $7,501.89 | EMPLOYEE PAYROLL |
| | 03/02/2023 | $80.70 | PAYROLL PROCESSING FEES |
| | 03/15/2023 | $15,706.88 | EMPLOYEE PAYROLL 3/1/2023 - 3/15/2023 |
| | 03/15/2023 | $7,501.87 | EMPLOYEE PAYROLL 3/1/2023 - 3/15/2023 |
| | 03/31/2023 | $15,706.87 | EMPLOYEE PAYROLL 3/16/2023 - 3/31/2023 |
| | 03/31/2023 | $7,501.89 | EMPLOYEE PAYROLL 3/16/2023 - 3/31/2023 |
| | 04/12/2023 | $80.70 | PAYROLL PROCESSING FEES |
| | 04/14/2023 | $15,706.86 | EMPLOYEE PAYROLL 4/15 |
| | 04/14/2023 | $7,501.91 | EMPLOYEE PAYROLL 4/15 |
| | 04/27/2023 | $21,489.53 | EMPLOYEE PAYROLL 4/28 |
| | 04/27/2023 | $9,999.99 | EMPLOYEE PAYROLL 4/28 |
| **TOTAL FOR GUSTO, INC.** | | **$147,775.43** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| LANDSCAPE STRUCTURES, INC.<br>601 7TH STREET<br>SOUTH DELANO, MN 55328 | 02/14/2023 | $50,000.00 | DEPOSIT FOR NEW PLAYGROUND |
| **TOTAL FOR LANDSCAPE STRUCTURES, INC.** | | **$50,000.00** | |
| LEGACY SPORTS USA LLC<br>19950 NORTH GRAYHAWK DRIVE #1078<br>SCOTTSDALE, AZ 85252 | 02/01/2023 | $55,060.51 | OPERATING EXPENSES |
| | 02/08/2023 | $684,995.80 | OPERATING EXPENSES |
| | 02/15/2023 | $151,664.02 | OPERATING EXPENSES |
| | 02/22/2023 | $336,597.78 | OPERATING EXPENSES |
| | 02/22/2023 | $152,798.55 | OPERATING EXPENSES |
| | 02/24/2023 | $15,952.94 | OPERATING EXPENSES |
| | 03/01/2023 | $271,845.08 | OPERATING EXPENSES |
| | 03/07/2023 | $466,841.17 | OPERATING EXPENSES |
| | 03/07/2023 | $89,650.13 | OPERATING EXPENSES |
| | 03/16/2023 | $68,490.40 | OPERATING EXPENSES |
| | 03/22/2023 | $514,291.05 | OPERATING EXPENSES |
| | 03/27/2023 | $231,636.57 | OPERATING EXPENSES |
| | 03/30/2023 | $195,750.61 | OPERATING EXPENSES |
| | 04/06/2023 | $284,462.63 | OPERATING EXPENSES |
| **TOTAL FOR LEGACY SPORTS USA LLC** | | **$3,520,037.24** | |
| LIFESTYLES SPORTS LLC<br>1901 WANTAGH AVE.<br>WANTAGH, NY 11793 | 03/02/2023 | $12,000.00 | LEGACY SPORTS, USA F&B<br>PURCHASES FOR WEEKEND EVENTS |
| **TOTAL FOR LIFESTYLES SPORTS LLC** | | **$12,000.00** | |
| MARC TAYLOR, INC.<br>15396 N. 83RD AVE., STE.C-103<br>PEORIA, AZ 85381 | 02/16/2023 | $69,675.00 | PROGRESS PAYMENT ON<br>OUTSTANDING CONSTRUCTION<br>BALANCE DUE |
| **TOTAL FOR MARC TAYLOR, INC.** | | **$69,675.00** | |
| MILLER BUCKFIRE & CO., LLC<br>787 7TH AVE 5TH FL<br>NEW YORK, NY 10019 | 04/27/2023 | $167,730.00 | INVESTMENT BANKER FEES |
| **TOTAL FOR MILLER BUCKFIRE & CO., LLC** | | **$167,730.00** | |
| PACIFIC PROVING, LLC<br>2801 E. CAMELBACK ROAD, SUITE 450<br>PHOENIX, AZ 85016 | 02/01/2023 | $309,685.46 | GROUND LEASE |
| | 03/01/2023 | $405,060.42 | GROUND LEASE |
| | 04/04/2023 | $309,685.46 | GROUND LEASE PAYMENT APRIL |
| | 04/27/2023 | $309,685.46 | GROUND LEASE PAYMENT MAY |
| | 04/27/2023 | $50,631.56 | GROUND LEASE PROPERTY TAXES<br>2021 AND 2022 |
| **TOTAL FOR PACIFIC PROVING, LLC** | | **$1,384,748.36** | |
| PAYNE, HUEBSCH, PLC DBA BOSS<br>ADVISORS<br>4824 E. BASELINE RD., 101<br>MESA, AZ 85206 | 02/14/2023 | $2,500.00 | TAX ADVISORS |
| | 04/21/2023 | $20,300.00 | 2022 TAX PREPARATION |
| **TOTAL FOR PAYNE, HUEBSCH, PLC DBA BOSS ADVISORS** | | **$22,800.00** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| QUARLES & BRADY LLP<br>ONE RENAISSANCE SQUARE<br>TWO NORTH CENTRAL AVE.<br>SUITE 600<br>PHOENIX, AZ 85004 | 02/14/2023<br>03/23/2023 | $4,603.40<br>$3,546.70 | ICING ARBITRATION COUNSEL<br>LEGAL FEES |
| **TOTAL FOR QUARLES & BRADY LLP** | | **$8,150.10** | |
| ROSE & COMPANY LLC<br>ROSE + ALLYN PR<br>7144 EAST STETSON DR., SUITE 400<br>SCOTTSDALE, AZ 85251 | 02/14/2023<br>04/21/2023 | $11,076.25<br>$3,726.25 | PUBLIC RELATIONS<br>PUBLIC RELATIONS, FEB -MAR 2023 |
| **TOTAL FOR ROSE & COMPANY LLC** | | **$14,802.50** | |
| SELECTIVE INSURANCE GROUP, INC.<br>40 WANTAGE AVENUE<br>BRANCHVILLE, NJ 07890 | 02/28/2023<br>03/24/2023<br>04/24/2023 | $35,555.00<br>$11,434.00<br>$11,434.00 | INSURANCE PREMIUM<br>INSURANCE PREMIUM<br>PARK LEASED EQUIPMENT AND AUTO PACKAGE INSURANCE PREMIUMS |
| **TOTAL FOR SELECTIVE INSURANCE GROUP, INC.** | | **$58,423.00** | |
| **GRAND TOTAL:** | | **$5,877,305.58** | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates ; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| DOUGLAS MOSS<br>6321 S. ELLSWORTH RD.<br>MESA, AZ 85212<br><br>**Relationship to Debtor**<br>PRESIDENT | 05/15/2022 | $10,208.33 | SALARY |
| | 05/31/2022 | $10,208.34 | SALARY |
| | 06/01/2022 | $413.22 | EXPENSE REIMBURSEMENT |
| | 06/15/2022 | $1,081.48 | EXPENSE REIMBURSEMENT |
| | 06/15/2022 | $1,952.84 | EXPENSE REIMBURSEMENT |
| | 06/15/2022 | $1,196.02 | EXPENSE REIMBURSEMENT |
| | 06/15/2022 | $1,116.02 | EXPENSE REIMBURSEMENT |
| | 06/15/2022 | $10,208.33 | SALARY |
| | 06/17/2022 | $4,065.60 | EXPENSE REIMBURSEMENT |
| | 06/17/2022 | $993.82 | EXPENSE REIMBURSEMENT |
| | 06/30/2022 | $10,208.33 | SALARY |
| | 07/15/2022 | $10,208.33 | SALARY |
| | 07/22/2022 | $984.89 | EXPENSE REIMBURSEMENT |
| | 07/29/2022 | $1,909.95 | EXPENSE REIMBURSEMENT |
| | 07/31/2022 | $10,208.34 | SALARY |
| | 08/12/2022 | $1,024.22 | EXPENSE REIMBURSEMENT |
| | 08/15/2022 | $3,185.08 | EXPENSE REIMBURSEMENT |
| | 08/15/2022 | $10,208.33 | SALARY |
| | 08/31/2022 | $10,208.34 | SALARY |
| | 09/12/2022 | $1,006.71 | EXPENSE REIMBURSEMENT |
| | 09/15/2022 | $10,208.33 | SALARY |
| | 09/16/2022 | $3,042.18 | EXPENSE REIMBURSEMENT |
| | 09/30/2022 | $10,208.33 | SALARY |
| | 10/15/2022 | $10,208.33 | SALARY |
| | 10/17/2022 | $1,183.48 | EXPENSE REIMBURSEMENT |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | 10/20/2022 | $2,418.80 | EXPENSE REIMBURSEMENT |
| | 10/31/2022 | $10,208.34 | SALARY |
| | 11/15/2022 | $10,208.33 | SALARY |
| | 11/18/2022 | $1,144.04 | EXPENSE REIMBURSEMENT |
| | 11/18/2022 | $2,802.18 | EXPENSE REIMBURSEMENT |
| | 11/30/2022 | $10,208.33 | SALARY |
| | 12/15/2022 | $10,208.33 | SALARY |
| | 12/31/2022 | $10,208.35 | SALARY |
| | 01/06/2023 | $2,853.74 | EXPENSE REIMBURSEMENT |
| | 01/15/2023 | $10,208.33 | SALARY |
| | 01/20/2023 | $2,048.24 | EXPENSE REIMBURSEMENT |
| | 01/23/2023 | $1,089.06 | EXPENSE REIMBURSEMENT |
| | 01/23/2023 | $1,005.91 | EXPENSE REIMBURSEMENT |
| | 01/31/2023 | $10,208.34 | SALARY |
| | 02/15/2023 | $10,208.33 | SALARY |
| | 02/23/2023 | $2,048.24 | EXPENSE REIMBURSEMENT |
| | 02/23/2023 | $1,098.19 | EXPENSE REIMBURSEMENT |
| | 02/28/2023 | $10,208.33 | SALARY |
| | 03/09/2023 | $782.02 | EXPENSE REIMBURSEMENT |
| | 03/14/2023 | $1,358.17 | EXPENSE REIMBURSEMENT |
| | 03/14/2023 | $694.70 | EXPENSE REIMBURSEMENT |
| | 03/15/2023 | $10,208.34 | SALARY |
| | 03/23/2023 | $1,111.48 | EXPENSE REIMBURSEMENT |
| | 03/23/2023 | $2,731.65 | EXPENSE REIMBURSEMENT |
| | 03/31/2023 | $10,208.33 | SALARY |
| | 04/03/2023 | $-7,000.00 | PERSONAL LOAN TO COVER FUNDING SHORTAGE |
| | 04/10/2023 | $2,415.51 | EXPENSE REIMBURSEMENT |
| | 04/10/2023 | $7,000.00 | RETURN OF 4/3/23 PERSONAL LOAN |
| | 04/15/2023 | $10,208.33 | SALARY |
| | 04/27/2023 | $1,110.82 | EXPENSE REIMBURSEMENT |
| | 04/27/2023 | $4,114.30 | EXPENSE REIMBURSEMENT |
| | 04/28/2023 | $10,208.33 | SALARY |
| **TOTAL FOR DOUGLAS MOSS** | | **$298,982.56** | |
| LKW CONSULTING LLC (LAWRENCE WHITE) 34522 N. SCOTTSDALE ROAD SCOTTSDALE, AZ 85266 **Relationship to Debtor** CHIEF FINANCIAL OFFICER | 05/17/2022 | $16,407.78 | PROFESSIONAL FEES - CFO |
| | 06/15/2022 | $24,907.78 | PROFESSIONAL FEES - CFO |
| | 07/13/2022 | $25,457.78 | PROFESSIONAL FEES - CFO |
| | 08/12/2022 | $23,250.00 | PROFESSIONAL FEES - CFO |
| | 09/12/2022 | $26,400.00 | PROFESSIONAL FEES - CFO |
| | 10/17/2022 | $23,700.00 | PROFESSIONAL FEES - CFO |
| | 11/18/2022 | $28,807.78 | PROFESSIONAL FEES - CFO |
| | 12/20/2022 | $26,803.89 | PROFESSIONAL FEES - CFO |
| | 01/13/2023 | $22,453.89 | PROFESSIONAL FEES - CFO |
| | 02/14/2023 | $23,728.89 | PROFESSIONAL FEES - CFO |
| | 03/13/2023 | $21,753.89 | PROFESSIONAL FEES - CFO |
| | 03/22/2023 | $30,000.00 | PROFESSIONAL FEES - CFO |
| | 04/14/2023 | $2,153.89 | PROFESSIONAL FEES - CFO |
| | 04/14/2023 | $40,000.00 | PROFESSIONAL FEES - CFO |
| | 04/27/2023 | $6,203.89 | PROFESSIONAL FEES - CFO |
| **TOTAL FOR LKW CONSULTING LLC (LAWRENCE WHITE)** | | **$342,029.46** | |
| **GRAND TOTAL:** | | **$641,012.02** | |

Case 2:23-bk-02832-DPC    Doc 1    Filed 05/01/23    Entered 05/01/23 10:31:18    Desc

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          Page 5 of 15
Main Document          Page 128 of 196

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|------------|----------------|-----------------------------------|----------------|
| E&K OF PHOENIX, INC. V. LEGACY CARES, INC., ET AL. <br><br> **Case number** <br> CV2022-015003 | MECHANIC'S LIEN FORECLOSURE | MARICOPA COUNTY SUPERIOR COURT <br> 201 W. JEFFERSON STREET <br> PHOENIX, AZ 85003 | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| FIELDTURF USA, INC. V. LEGACY SPORTS USA, LLC AND LEGACY CARES, INC. <br><br> **Case number** <br> NO. 01-22-0003-8857 | MECHANIC'S LIEN FORECLOSURE | AMERICAN ARBITRATION ASSOCIATION <br> PHOENIX REGIONAL OFFICE <br> 2415 E. CAMELBACK RD., SUITE 700 <br> PHOENIX, AZ 85016 | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| ICING INVESTMENT HOLDINGS, LLC V LEGACY CARES, INC. <br><br> **Case number** <br> CV2021-003291 | BREACH OF CONTRACT | MARICOPA COUNTY SUPERIOR COURT <br> 201 W. JEFFERSON STREET <br> PHOENIX, AZ 85003 | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| INSIGHT INVESTMENTS, LLC V LEGACY SPORTS USA, LLC AND LEGACY CARES, INC. <br><br> **Case number** <br> CV2023-004687 | LEASE OBLIGATIONS | MARICOPA COUNTY SUPERIOR COURT <br> 201 W. JEFFERSON STREET <br> PHOENIX, AZ 85003 | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| JOHNSON STATEWIDE CAULKING, LP V. LEGACY CARES, INC., ET AL. <br><br> **Case number** <br> CV2022-015957 | MECHANIC'S LIEN FORECLOSURE | MARICOPA COUNTY SUPERIOR COURT <br> 201 W. JEFFERSON STREET <br> PHOENIX, AZ 85003 | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| RKS PLUMBING V. LEGACY CARES, INC, ET AL. <br><br> **Case number** <br> CV2022-016395 | MECHANIC'S LIEN FORECLOSURE | MARICOPA COUNTY SUPERIOR COURT <br> 201 W. JEFFERSON STREET <br> PHOENIX, AZ 85003 | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| SPECTRUM MECHANICAL & SERVICE CONTRACTORS, LLC V. US DEVELOPMENT AND CONSTRUCTION, ET AL. <br><br> **Case number** <br> CV2023-001116 | MECHANIC'S LIEN FORECLOSURE | MARICOPA COUNTY SUPERIOR COURT <br> 201 W. JEFFERSON STREET <br> PHOENIX, AZ 85003 | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| WHOLESALE FLOORS, LLC V. LEGACY CARES, INC. ET AL. | MECHANIC'S LIEN FORECLOSURE | MARICOPA COUNTY SUPERIOR COURT 201 W. JEFFERSON STREET PHOENIX, AZ 85003 | ☑ Pending ☐ On appeal ☐ Concluded |
| **Case number** CV2022-013494 | | | |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

---

**Part 4:**   Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| TOY DRIVE UNKNOWN | GENERAL DONATION | 12/22/2021 | $1,000.00 |
| **Recipient's relationship to debtor** N/A | | | |
| JOMARIE LARA UNKNOWN | GRANT | 4/11/2022 | $6,666.67 |
| **Recipient's relationship to debtor** N/A | | | |
| LEGACY SPORTS USA LLC 19950 NORTH GRAYHAWK DRIVE #1078 SCOTTSDALE, AZ 85252 | GRANT | 4/12/2022 | $5,000.00 |
| **Recipient's relationship to debtor** N/A | | | |
| MARTHA G RAMIREZ UNKNOWN | GRANT | 4/11/2022 | $6,666.67 |
| **Recipient's relationship to debtor** N/A | | | |
| SANDRA M. CRUZ UNKNOWN | GRANT | 4/11/2022 | $6,666.67 |
| **Recipient's relationship to debtor** N/A | | | |
| SANDY DEROSA UNKNOWN | GRANT | 5/15/2022 | $7,000.00 |
| **Recipient's relationship to debtor** N/A | | | |
| OPPORTUNITY 4 KIDS 4295 N. 75TH ST. SCOTTSDALE, AZ 85251 | GRANT | 12/20/2022 | $10,000.00 |
| **Recipient's relationship to debtor** N/A | | | |
| ABILITY 360 INC 5025 E. WASHINGTON ST STE 200 PHOENIX, AZ 85034 | GRANT | 12/20/2022 | $5,000.00 |
| **Recipient's relationship to debtor** N/A | | | |
| BOYS AND GIRLS CLUB OF THE VALLEY INC 4309 E. BELLEVIEW ST. BLDG. 14 PHOENIX, AZ 85008 | GRANT | 12/20/2022 | $5,000.00 |
| **Recipient's relationship to debtor** N/A | | | |

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| REACHING TEEN HEARTS<br>530 SOUTH EMERSON ST.<br>CHANDLER, AZ 85225<br><br>**Recipient's relationship to debtor**<br>N/A | GRANT | 12/20/2022 | $5,000.00 |
| PASS IT ON KIDZ, LLC<br>3554 E. JASMINE CIRCLE<br>MESA, AZ 85213<br><br>**Recipient's relationship to debtor**<br>N/A | GRANT | 12/20/2022 | $5,000.00 |
| SQUARE ONE AZ, INC.<br>4530 E. MUIRWOOD DR.<br>STE 103<br>PHOENIX, AZ 85048<br><br>**Recipient's relationship to debtor**<br>N/A | GRANT | 12/20/2022 | $5,000.00 |
| MIKEY'S LEAGUE, INC.<br>9375 E. SHEA BLVD. #100<br>SCOTTSDALE, AZ 85260<br><br>**Recipient's relationship to debtor**<br>N/A | GRANT | 12/20/2022 | $5,000.00 |
| VENOM VOLLEYBALL<br>755 N. 114TH AVE<br>AVONDALE, AZ 85323<br><br>**Recipient's relationship to debtor**<br>N/A | 50/50 RAFFLE PROCEEDS | 4/27/2023 | $516.94 |
| MALINDA SAN<br>UNKNOWN<br><br>**Recipient's relationship to debtor**<br>N/A | 50/50 RAFFLE PROCEEDS | 4/28/2023 | $236.03 |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets - Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| WIND DAMAGE TO PROPERTY IN JULY 2022. CLAIM #SPSSL0540788 | $1,132,123 FROM STAR SPECIALTY LINES INSURANCE ON JULY 25, 2022. SUBSEQUENTLY PAID OKLAND CONSTRUCTION $1,632,123 FOR DAMAGE REPAIR. | JULY 2022 | $500,000.00 |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| EPIQ CORPORATE RESTRUCTURING, LLC<br>777 THIRD AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017<br><br>**Email or website address**<br>HTTPS://WWW.EPIQGLOBAL.COM/EN-US | STATEMENT AND SCHEDULES PREP, CLAIMS AGENT. | 4/6/2023 | $25,000.00 |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| EPIQ CORPORATE RESTRUCTURING, LLC<br>777 THIRD AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017<br><br>**Email or website address**<br>HTTPS://WWW.EPIQGLOBAL.COM/EN-US | CHP 11 RETAINER | 4/27/2023 | $25,000.00 |
| EPIQ CORPORATE RESTRUCTURING, LLC<br>777 THIRD AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017<br><br>**Email or website address**<br>HTTPS://WWW.EPIQGLOBAL.COM/EN-US | STATEMENT AND SCHEDULES PREP, CLAIMS AGENT. | 4/27/2023 | $7,000.00 |
| MCA FINANCIAL GROUP, LTD.<br>4909 NORTH 44TH STREET<br>PHOENIX, AZ 85018<br><br>**Email or website address**<br>HTTPS://WWW.MCA-FINANCIAL.COM/ | FINANCIAL ADVISOR FOR DEBTOR - RETAINER | 1/6/2023 | $50,000.00 |
| MCA FINANCIAL GROUP, LTD.<br>4909 NORTH 44TH STREET<br>PHOENIX, AZ 85018<br><br>**Email or website address**<br>HTTPS://WWW.MCA-FINANCIAL.COM/ | FINANCIAL ADVISOR FOR DEBTOR - JAN FEES | 2/14/2023 | $165,330.92 |
| MCA FINANCIAL GROUP, LTD.<br>4909 NORTH 44TH STREET<br>PHOENIX, AZ 85018<br><br>**Email or website address**<br>HTTPS://WWW.MCA-FINANCIAL.COM/ | FINANCIAL ADVISOR FOR DEBTOR - FEB - MAR FEES | 3/16/2023 | $300,000.00 |
| MCA FINANCIAL GROUP, LTD.<br>4909 NORTH 44TH STREET<br>PHOENIX, AZ 85018<br><br>**Email or website address**<br>HTTPS://WWW.MCA-FINANCIAL.COM/ | CHP 11 RETAINER | 4/27/2023 | $187,500.00 |
| MCA FINANCIAL GROUP, LTD.<br>4909 NORTH 44TH STREET<br>PHOENIX, AZ 85018<br><br>**Email or website address**<br>HTTPS://WWW.MCA-FINANCIAL.COM/ | FINANCIAL ADVISOR FOR DEBTOR - APRIL FEES | 4/27/2023 | $254,081.00 |
| PAPETTI, SAMUELS, WEISS, MCKIRGAN LLP<br>15169 N. SCOTTSDALE RD.<br>SCOTTSDALE, AZ 85254<br><br>**Email or website address**<br>HTTPS://PSWMLAW.COM/ | LITIGATION COUNSEL - JAN FEES | 2/14/2023 | $36,200.55 |
| PAPETTI, SAMUELS, WEISS, MCKIRGAN LLP<br>15169 N. SCOTTSDALE RD.<br>SCOTTSDALE, AZ 85254<br><br>**Email or website address**<br>HTTPS://PSWMLAW.COM/ | LITIGATION COUNSEL FEES FEB-MAR | 3/16/2023 | $187,000.00 |
| PAPETTI, SAMUELS, WEISS, MCKIRGAN LLP<br>15169 N. SCOTTSDALE RD.<br>SCOTTSDALE, AZ 85254<br><br>**Email or website address**<br>HTTPS://PSWMLAW.COM/ | CHP 11 RETAINER | 4/27/2023 | $75,000.00 |
| PAPETTI, SAMUELS, WEISS, MCKIRGAN LLP<br>15169 N. SCOTTSDALE RD.<br>SCOTTSDALE, AZ 85254<br><br>**Email or website address**<br>HTTPS://PSWMLAW.COM/ | LITIGATION COUNSEL FEES APRIL | 4/27/2023 | $10,364.00 |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| SLANIA LAW, PLLC<br>2980 N. SWAN RD. #222<br>TUCSON, AZ 85712<br><br>**Email or website address**<br>HTTP://SLANIALAW.COM/ | BOND COUNSEL - FEES JAN | 2/14/2023 | $50,820.00 |
| SLANIA LAW, PLLC<br>2980 N. SWAN RD. #222<br>TUCSON, AZ 85712<br><br>**Email or website address**<br>HTTP://SLANIALAW.COM/ | BOND COUNSEL FEES FEB - MAR | 3/16/2023 | $127,000.00 |
| SLANIA LAW, PLLC<br>2980 N. SWAN RD. #222<br>TUCSON, AZ 85712<br><br>**Email or website address**<br>HTTP://SLANIALAW.COM/ | CHP 11 RETAINER | 4/27/2023 | $37,500.00 |
| SLANIA LAW, PLLC<br>2980 N. SWAN RD. #222<br>TUCSON, AZ 85712<br><br>**Email or website address**<br>HTTP://SLANIALAW.COM/ | BOND COUNSEL FEES APRIL | 4/27/2023 | $49,189.00 |
| WARNER ANGLE HALLAM JACKSON &<br>FORMANEK, PLC<br>2555 E. CAMELBACK RD. #800<br>PHOENIX, AZ 85016<br><br>**Email or website address**<br>HTTPS://WWW.WARNERANGLE.COM/ | DEBTOR'S COUNSEL - FEES THROUGH FEB 2023 | 3/16/2023 | $21,596.16 |
| WARNER ANGLE HALLAM JACKSON &<br>FORMANEK, PLC<br>2555 E. CAMELBACK RD. #800<br>PHOENIX, AZ 85016<br><br>**Email or website address**<br>HTTPS://WWW.WARNERANGLE.COM/ | DEBTOR'S COUNSEL - MARCH FEES AND APRIL EST | 3/16/2023 | $120,403.84 |
| WARNER ANGLE HALLAM JACKSON &<br>FORMANEK, PLC<br>2555 E. CAMELBACK RD. #800<br>PHOENIX, AZ 85016<br><br>**Email or website address**<br>HTTPS://WWW.WARNERANGLE.COM/ | CHP 11 RETAINER | 4/27/2023 | $200,000.00 |
| WARNER ANGLE HALLAM JACKSON &<br>FORMANEK, PLC<br>2555 E. CAMELBACK RD. #800<br>PHOENIX, AZ 85016<br><br>**Email or website address**<br>HTTPS://WWW.WARNERANGLE.COM/ | DEBTOR'S COUNSEL - ADDITIONAL APRIL FEES | 4/27/2023 | $46,558.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**
List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.
Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

**Part 7:**    **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---------|-------------------|
| 1 LEGACY DR.<br>MESA, AZ 85212 | From INCEPTION      To 2/2022 |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for :

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

## Part 9: Personal Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained.        PERSONAL INFORMATION COLLECTED FROM GRANTEES

Does the debtor have a privacy policy about that information?

☐ No

☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No.  Go to Part 10.

☐ Yes.  Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name , or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within  2 years before filing this case.

☐ None

| Name and address | Dates of service | |
|---|---|---|
| ELITE SPORTS GROUP, LLC<br>6321 S. ELLSWORTH RD., #147<br>MESA, AZ  85212 | From  4/14/2023 | To  PRESENT |
| LAWRENCE WHITE, LKW CONSULTING, LLC<br>34522 NORTH SCOTTSDALE RD., SUITE 120-623<br>SCOTTSDALE, AZ  85266 | From  INCEPTION | To  PRESENT |
| LEGACY SPORTS USA, LLC<br>6321 S. ELLSWORTH RD.<br>MESA, AZ  85212 | From  INCEPTION | To  4/13/2023 |
| OVG FACILITIES, LLC<br>11755 WILSHIRE BLVD., #900<br>LOS ANGELES, CA  90025 | From  INCEPTION | To  4/13/2023 |

26b.  List all firms or individuals who have audited, compiled,  or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed .

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| ELITE SPORTS GROUP, LLC<br>6321 S. ELLSWORTH RD., #147<br>MESA, AZ  85212 | |
| LAWRENCE WHITE (LKW CONSULTING, LLC)<br>34522 NORTH SCOTTSDALE RD., SUITE 120-623<br>SCOTTSDALE, AZ  85266 | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| LEGACY SPORTS USA, LLC<br>6321 S. ELLSWORTH RD.<br>MESA, AZ  85212 | |
| OVG FACILITIES, LLC<br>11755 WILSHIRE BLVD., #900<br>LOS ANGELES, CA  90025 | |
| PAYNE HUEBSCH, PLC DBA BOSS ADVISORS<br>4824 E. BASELINE RD.<br>SUITE 101<br>MESA, AZ  85206 | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| ELECTRONIC MUNICIPAL MARKET ACCESS<br>C/O MUNICIPAL SECURITIES RULEMAKING BOARD<br>1300 I STREET NW, SUITE 1000<br>WASHINGTON, DC  20005 |
| UMB BANK, N.A., AS TRUSTEE FOR IDA BONDS<br>ATTN: MICHAEL SLADE<br>120 SIXTH STREET, SUITE 1400<br>MINNEAPOLIS, MN  55402 |
| VARIOUS CONTRACTORS/CUSTOMERS/VENDORS IN THE ORDINARY<br>COURSE OF BUSINESS |

## 27. Inventories
Have any inventories of the debtor's property been taken within  2 years before filing this case?

☑ None

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

☐ None

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| DOUGLAS MOSS | 6321 S. ELLSWORTH RD., #146<br>MESA, AZ  85212 | PRESIDENT | N/A |
| LAWRENCE WHITE | 6321 S. ELLSWORTH RD., #146<br>MESA, AZ  85212 | CHIEF FINANCIAL OFFICER | N/A |
| DAN O'BRIEN | 6321 S. ELLSWORTH RD., #146<br>MESA, AZ  85212 | BOARD MEMBER | N/A |
| NATALIE ALVAREZ | 6321 S. ELLSWORTH RD., #146<br>MESA, AZ  85212 | BOARD MEMBER | N/A |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ None

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| JON WILLIS | WILLIS PROPERTY<br>3850 E BASELINE ROAD, SUITE 118<br>MESA, AZ  85206 | BOARD MEMBER | From  2022          To  3/2023 |

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ None

SEE RESPONSE TO QUESTION 4

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ None

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ None

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/01/2023.

✗ _____
Signature of individual signing on behalf of the debtor

Douglas Moss
Printed Name

_____
President
Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

J. Henk Taylor – State Bar No. 016321
**WARNER ANGLE HALLAM**
  **JACKSON & FORMANEK PLC**
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
Facsimile: (602) 234-0419
E-mail:  htaylor@warnerangle.com

*Proposed Counsel for the Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re:** | **Case No.** |
| **LEGACY CARES, INC.,** | **Chapter 11** |
| **Debtor.** | **VERIFICATION OF MASTER MAILING MATRIX** |

I, Douglas Moss, do hereby certify, under penalty of perjury, that the Mailing List, consisting of  55 pages, is complete, correct and consistent with the Debtor's Schedules.

DATED this 1st day of May, 2023.

By _____
Douglas Moss
President, Legacy Cares, Inc.

108 STITCHES AZ
3767 E MEGAN ST.
GILBERT, AZ  85295


3 STEP SPORTS LLC
300 BRICKSTONE SQUARE
ANDOVER, MA  01810


43SIXTYAZ
1337 3RD ST. PROMENADE, 200
SANTA MONICA, CA  90401


4IMPRINTS, INC.
101 COMMERCE STREET
OSHKOSH, WI  54901


A PERFECT PARTY RENTAL LLC
1529 S. CLEARVIEW AVE.
MESA, AZ  85209


A TO Z EQUIPMENT RENTALS & SALES
4050 E. INDIAN SCHOOL RD.
PHOENIX, AZ  85018


A2Z RECOGNITION PRODUCTS
1050 NORTHFIELD CT. 300
ROSWELL, GA  30076


AARON WILLIAMS
ONE FINANCIAL CENTER
BOSTON, MA  02111


ABEL, NATE


ABSOLUTE RECOGNITION PRODUCTS
591 E. 10TH AVE., STE. 1
CHICO, CA  95926


ACHILLION SPORTS
52 THE HEIGHTS
MASHPEE, MA  02649


ADOBE
345 PARK AVE.
SAN JOSE, CA  95110


ADORAMA CAMERA, INC.
42 WEST 18TH ST.
NEW YORK, NY  10011


ADVANCED EXERCISE
861 SOUTHPARK DR., 100
LITTLETON, CO  80120

ADVANCED REHABILITATION SYSTEMS
325 ROCBAAR DR.
ROMEOVILLE, IL  60446


ADVENTURE FITNESS
1836 W. STRAIGHT ARROW LANE
PHOENIX, AZ  85085


AERO AUTOMATIC SPRINKLER CO.
21605 N. CENTRAL AVE.
PHOENIX, AZ  85024


AEROTERRA ARTS
4849 E. MCLELLAN RD.
MESA, AZ  85205


AFFORDABLE FIRE & SAFETY
P.O. BOX 1939
LOWELL, AR  72745


AHWATUKEE TROPHIES AND AWARDS
4730 E. WARNER RD., 2
PHOENIX, AZ  85044


AIR SPORTS, LLC
123 W. NYE LANE 109
CARSON CITY, NV  89706


ALA AMERICAN LEADERSHIP ACADEMY
1070 S. HIGLEY RD
GILBERT, AZ  85296


ALL PRO LIFT AND EQUIPMENT LLC
301 N. 37TH DR., 103
PHOENIX, AZ  85009


ALL WORLD SOFTBALL
C/O WORLD SOFTBALL LEAGUE
6600 JANSEN AVE NE
STE 360
ALBERTVILLE, MN  55301-9686

ALLEGIANCE PREMIUM FINANCE COMPANY INC.
P.O. BOX 1750
CEDAR CITY, UT  84721


ALLURE EVENT COMPANY
4118 N. FORTUNE LOOP
TUCSON, AZ  85719


AMATEUR ATHLETIC UNION
18 LYONS LN
MILTON, NY  12547

AMATEUR PICKLEBALL ASSOCIATION
12755 HORSEFERRY RD. 110
CARMEL, IN 46032


AMAZON
440 TERRY AVE N
SEATTLE, WA 98109


AMERICAN AED, LLC
3151 EXECUTIVE WAY
HOLLYWOOD, FL 33025


AMERICAN CORNHOLE LEAGUE
2815 WICKERSHAM RD.
CHARLOTTE, NC 28211


AMERICAN EXPLORER MOTORCOACH, LLC
1701 ELWOOD ST.
PHOENIX, AZ 85040


AMERICAN FENCE COMPANY OF ARIZONA, INC.
2502 N. 27TH AVE.
PHOENIX, AZ 85009


AMERICAN GRAPPLING FEDERATION
133 DAVENPORT LN.
WAXAHACHIE, TX 75165


AMERICAN YOUTH SERVICES, INC.
5350 W. BELL RD., STE. C122-225
GLENDALE, AZ 85308


AMERICAN YOUTH SOCCER ORGANIZATION
19700 S. VERMONT AVE., 103
TORRANCE, CA 90502


AMI GRAPHICS, INC.
P.O. BOX 157
CENTER STRAFFORD, NH 03815


ANC SPORT ENTERPRISES
2 MANHATTANVILLE RD., STE. 402
PURCHASE, NY 10577


ANSEL ENTERTAINMENT, LLC
P.O. BOX 12490
SCOTTSDALE, AZ 85267


ANTHONY JAMES PARTNERS
3900 WESTERRE PARKWAY, STE. 300
RICHMOND, VA 23233


APP TOUR
320 S. BUTTERFIELD RD.
LIBERTYVILLE, IL 60048

ARAMARK
2680 PALUMBO DR.
LEXINGTON, KY 40509


ARBON EQUIPMENT CORP.
25464 NETWORK PLACE
CHICAGO, IL 60673


ARCHITECTURAL MILLWORK DESIGN, INC.
330 W MELINDA LN
PHOENIX, AZ 85027


ARIZONA BEVERAGE CONTROL SYSTEMS
2730 E. JONES AVE., 101
PHOENIX, AZ 85040


ARIZONA COLLEGIATE UMPIRES ASSOCIATION
3314 E. GRAND CANYON DR.
CHANDLER, AZ 85249


ARIZONA DEPARTMENT OF REVENUE
1600 WEST MONROE STREET
PHOENIX, AZ 85007


ARIZONA DEPARTMENT OF REVENUE
1600 WEST MONROE STREET
PHOENIX, AZ 85007-2650


ARIZONA DEPT OF ENVIRONMENTAL QUALITY
1110 W WASHINGTON ST
PHOENIX, AZ 85007


ARIZONA DEPT OF ENVIRONMENTAL QUALITY
SOUTHERN REGIONAL OFFICE
400 W CONGRESS ST, STE 433
TUCSON, AZ 85701


ARIZONA ELITE GIRLS BASKETBALL, INC.
6321 S. ELLSWORTH RD
STE 147
MESA, AZ 85212


ARIZONA INDUSTRIAL DEVELOPMENT AUTHORITY
C/O KUTAK ROCK
8601 N. SCOTTSDALE ROAD
SCOTTSDALE, AZ 85253


ARIZONA OFFICE OF TOURISM
1110 W. WASHINGTON ST., 155
PHOENIX, AZ 85007


ARIZONA PROPANE
17251 E. SHEA BLVD. UNIT 1
FOUNTAIN HILLS, AZ 85268

ARIZONA PUMP RESOURCES LLC
8308 S. 22ND LANE
PHOENIX, AZ  85041


ARIZONA REGION OF USA VOLLEYBALL
7100 W. ERIE STREET
CHANDLER, AZ  85226


ARIZONA ROLLER DERBY
530 E. MCDOWELL RD., 107-209
PHOENIX, AZ  85004


ARIZONA SOCCER ASSOCIATION
2320 W. PEORIA AVE., C123
PHOENIX, AZ  85029


ARIZONA STORM FAST PITCH SOFTBALL, INC.
17329 W KEIM CT
WADDELL, AZ  85355


ARIZONA UNCLAIMED PROPERTY UNIT
1600 W MONROE DIVISION CODE 10
PHOENIX, AZ  85007-2650


ARIZONA UNCLAIMED PROPERTY UNIT
DEPARTMENT OF REVENUE
PO BOX 29026
PHOENIX, AZ  85038-9026

ASCAP
250 W 57TH ST.
NEW YORK, NY  10107


ASCENSION VOLLEY LLC
240 W. FLAMINGO DR.
CHANDLER, AZ  85286


ASEC
15100 N. 87TH WAY, 100
SCOTTSDALE, AZ  85260


ASPIRE VBC
8250 S. KYRENE RD.
TEMPE, AZ  85284


ASSOCIATED INDUSTRIES INSURANE CO., INC.
901 W YAMATO ROAD
BOCA RATON, FL  33431


ATHLETES UNLIMITED LLC
888 7TH AVE. FL. 40
NEW YORK, NY  10106

ATHLETICS UNLIMITED, LLC
888 7TH AVE. FL. 40
NEW YORK, NY 10106


AUSTIN, JACK
6321 S ELLSWORTH RD. STE 146
MESA, AZ 85212


AUTHNET GATEWAY



AUTO DESK
ONE MARKET STE. 400
SAN FRANCISCO, CA 94105


AXIS PORTABLE AIR LLC
4132 W. VENUS WAY
CHANDLER, AZ 85226


AZ CLUB PREP VB
4921 S. TURBINE
MESA, AZ 85212


AZ COLLEGIATE WOOD BAT LEAGUE
1542 N. DESERT WILLOW AVE.
CASA GRANDE, AZ 85122


AZ DUMPSTER RENTALS
10040 E. HAPPY VALLEY RD. UNIT 2005
SCOTTSDALE, AZ 85255


AZ EVENT SUPPORT LLC
3922 S. STAR CANYON DR.
GILBERT, AZ 85297


AZ MAUI WOWI LLC
10445 E. DOLPHIN AVE.
MESA, AZ 85208


AZ SOCCER ASSOCIATION
2320 W. PEORIA AVE. C123
PHOENIX, AZ 85029


AZ SPURS
4455 E. PARADISE VILLAGE PKWY S
PHOENIX, AZ 85032


AZ SPURS
ATTN: CARA REIDHEAD
39701 N. COUNTRY CLUB LN.
SAN TAN VALLEY, AZ 85140

AZ TECH MECHANICAL
P.O. BOX 13489
MESA, AZ 85216-3489

AZBOUNCEPRO
1727 E. DEER VALLEY RD., SUITE 1-2
PHOENIX, AZ 85024

B&F CONTRACTING, INC.
11011 N. 23RD AVE.
PHOENIX, AZ 85029

B&F CONTRACTING, INC.
C/O MESSNER REEVES LLP
ATTN DAVID SELDEN
7250 N. 16TH STREET, SUITE 410
PHOENIX, AZ 85020

BAG TAGS, INC
3415 HOWARD ST.
SKOKIE, IL 60076

BAILEY, JOSH

BALLANTYNE, THAD
426 N. AUSTIN
CHANDLER, AZ 85226

BALLARD SPAHR
1 EAST WASHINGTON STREET, SUITE 2300
PHOENIX, AZ 85004-2555

BALLHAWKS
1188 BALLHAWK AVE.
PHOENIX, AZ 85323

BASEBALL FACTORY
7135 MINSTREL WAY, 102
COLUMBIA, MD 21045

BASHAS
22402 S BASHA RD
CHANDLER, AZ 85248

BATMD ATHLETICS
3530 E. SOUTHERN AVE.
MESA, AZ 85204

BEAZLEY INS. GROUP/FARMER WOODS GROUP
919 N. 1ST STREET
PHOENIX, AZ 85004

BECKER BOARDS SMALL, LLC
4234 E. INDIAN SCHOOL RD.
PHOENIX, AZ  85018

BELL BANK PARK
6321 S ELLSWORTH RD
MESA, AZ  85212

BENCOMO ENT., INC.
2121 S 6TH AVE 2811
PHOENIX, AZ  85003

BENJAMIN FRANKLIN CHARTER SCHOOL
690 E. WARNER RD.
GILBERT, AZ  85295

BERRETT PEST CONTROL AZ, INC.
P.O. BOX 80065
CITY OF INDUSTRY, CA  91716-8065

BERRY, JACOB

BIGSIGNS.COM, INC.
292 W. WESTERN AVE., STE.201
MUSKEGON, MI  49440

BLUE CROSS BLUE SHIELD OF ARIZONA, INC.
C/O ARIZONA COMMUNITY FOUNDATION
2201 E. CAMELBACK RD., SUITE 405B
PHOENIX, AZ  85016

BLUE SKY PEST CONTROL
1936 W RAWHIDE AVE.
GILBERT, AZ  85233

BLUECROSS BLUESHIELD OF ARIZONA
P.O. BOX 52719
PHOENIX, AZ  85072-2719

BLX GROUP
1910 S. STAPLEY DR., 115
MESA, AZ  85204

BMW NORTH SCOTTSDALE
18018 N SCOTTSDALE RD
PHOENIX, AZ  85054

BNI ARIZONA
7500 N. DREAMY DRAW DR., STE. 202
PHOENIX, AZ  85020

BOOM PERCUSSION ENTERTAINMENT, LLC
1037 E. INDIGO ST.
MESA, AZ  85203

BOOMPROMO
7650 S. MCCLINTOCK DR. 103-237
TEMPE, AZ  85284

BOSS ADVISORS
4824 E. BASELINE RD., 101
MESA, AZ  85206

BRANDON DOWLING
6 EAST MONROE SUITE 500
CHICAGO, IL  60603

BREAKTHROUGH BASKETBALL
5001 1ST AVE., SE, STE. 105 254
CEDAR RAPIDS, IA  52402

BRIGHT EVENT RENTALS, LLC
1640 W. 190TH ST.
TORRANCE, CA  90501

BRIGHTVIEW LANDSCAPE SERVICES, INC.
P.O. BOX 31001-2463
PASADENA, CA  91110-2463

BRINKERHOFF, BRIAN
19653 S. 193RD ST.
QUEEN CREEK, AZ  85142

BROADCAST MUSIC, INC.
10 MUSIC SQUARE E.
NASHVILLE, TN  37203

BROADCAST SUPPLY WORLDWIDE
2237 S. 19TH STREET
TACOMA, WA  98405-2945

BROWN, KEITH
137 S. CLAIBORNE AVE.
GILBERT, AZ  85296

BROWN, MIKE

BRUSA FUTSAL
1 LEGACY DR
MESA, AZ  85212

BSN SPORTS
14460 VARSITY BRANDS WAY
BRANCH, TX  75244

BUES GILBERT MCGRODER, LLC
701 N. 44TH ST.
PHOENIX, AZ  85008


BUNKER, JASON
20320 E. CAMACHO RD.
QUEEN CREEK, AZ  85142


BURCH & CRACCHIOLA, PA
ATTN: ANDREW ABRAHAM
702 E. OSBORN RD
PHOENIX, AZ  85014

BURLINGTON INSURANCE GROUP
17015 N. SCOTTSDALE ROAD
CHANDLER, AZ  85225


BURLINGTON INSURANCE GROUP
17015 N. SCOTTSDALE ROAD
CHANDLER, AZ  85255


BURNS & WILCOX - LOS ANGELES
515 S. FLOWER STREET, SUITE 350
LOS ANGELES, CA  90071


BURNS & WILCOX - LOS ANGELES
ANV GLOBAL SERVICES, INC.
200 HUDSON STREET, SUITE 800
JERSEY CITY, NJ  07311

CAL SOUTH SOCCER ASSOCIATION
1029 S. PLACENTIA AVE.
FULLERTON, CA  92831


CALIFORNIA POLICE ATHLETIC FEDERATION
7944 CONVOY COURT
SAN DIEGO, CA  92111


CALISTRO, VINCENT



CAMP GLADIATOR
9185 RESEARCH BLVD.
AUSTIN, TX  78758


CANYON ATHLETIC ASSOCIATION
2033 W. NORTH LANE, 19
PHOENIX, AZ  85021


CARTERS FARM MPZ
25605 S. LEMON AVE.
QUEEN CREEK, AZ  85142

CASTILLO, JEFF


CATHERINE PARENTEAU CAMP
6295 SW 133 STREET
MIAMI, FL  33156

CH JOHNSON CONSULTING
8095 N. 85TH WAY
SCOTTSDALE, AZ  85258

CHAD FREEMAN LLC
733 W. DUBLIN ST.
GILBERT, AZ  85233

CHALLENGER TEAMWEAR LLC
8263 FLINT ST.
LENEXA, KS  66214

CHAMPIONS GAMING OPERATIONS LLC
6321 S. ELLSWORTH RD.
MESA, AZ  85212

CHAMPIONSHIP WRESTLING FROM ARIZONA
14725 ALBERS ST.
SHERMAN OAKS, CA  91411

CHANDLER ARIZONA-PARKS AND REC
650 E RYAN RD
CHANDLER, AZ  85286

CHASE SPORTS SPECIALIST LLC
7650 S. MCCLINTOCK DR. SUITE 103-422
TEMPE, AZ  85284

CHAVEZ, EDGAR
P.O. BOX 2060
GILBERT, AZ  85299

CIS- CORPORATE INTERIOR SYSTEMS
3311 E. BROADWAY RD.
PHOENIX, AZ  85040

CITY OF MESA - MARICOPA COUNTY PERMITS
55 N. CENTER STREET
MESA, AZ  85201

CITY OF MESA WATER DEPARTMENT
20 MAIN STREET
ATLANTA, GA  85201

CIVTECH
10605 N. HAYDEN RD., UNIT 140
SCOTTSDALE, AZ  85260

CLAUSE, BEN
750 S. CHATSWORTH
MESA, AZ  85208


CLUB DANCE DBA KELLI WILKINS
1 LEGACY DR.
MESA, AZ  85212


COERVER ARIZONA
ATTN: DEBORAH MARQUEZ
3555 W. PINNACLE PEAK RD.
GLENDALE, AZ  85310


COLEMAN, RON
6045 S. 19TH PLACE
PHOENIX, AZ  85042


CONCUR TECH., INC./SAP CONCUR
601 108TH AVE NE, STE. 1000
BELLEVUE, WA  98004


CONNOR SPORTS FLOORS, LLC
750 VETERANS PARKWAY
BOLINGBROOK, IL  60440


CONSTRUCTION TRAILERS/OVG TRAILERS
401 N. 56TH STREET
CHANDLER, AZ  85226


COPPER STATE NUT & BOLT
3602 N. 35TH AVE.
PHOENIX, AZ  85017


COPPERPOINT INSURANCE COMPANIES
3030 N. THIRD STREET
PHOENIX, AZ  85012


CORTEZ VISUAL/FLEET WRAP HQ
219 S. WILLIAM DILLARD DR., BLDG. 2 STE.
GILBERT, AZ  85233


COURTRESERVE
P.O. BOX 840229
SAINT AUGUSTINE, FL  32080


COWBOY LIFESTYLE NETWORK, LLC
4229 E. REDWOOD LN.
PHOENIX, AZ  85048


COX COMMUNICATIONS, INC.
6205-B PEACHTREE DUNWOODY ROAD NE
ATLANTA, GA  30328

CREEK EDUCATION FOUNDATION
P.O. BOX 1631
LEAGUE CITY, TX  77574


CRESCENT CROWN DISTRIBUTING
1640 W. BROADWAY RD.
MESA, AZ  85202-1197


CROWN AWARDS
9 SKYLINE DR.
HAWTHORNE, NY  10532


CRUZ/WOOD COMMUNICATIONS
4467 E. BADGER WAY
PHOENIX, AZ  85044


CUSTOM CABLE CONNECTION
2300 VALLEY VIEW LANE 215
FARMERS BRANCH, TX  75234


D H PACE COMPANY INC.
1901 E. 119TH ST.
OLATHE, KS  66061


D H PACE COMPANY INC.
C/O HOLDEN WILLITS PLC
ATTN BARRY WILLITS, NELSON MIXON
TWO NORTH CENTRAL AVENUE, SUITE 2000
PHOENIX, AZ  85004


DAKTRONICS
201 DAKTRONICS DR.
BROOKINGS, SD  57006-5128


DANIELS, JULIO
633 E. RAY RD., 132
GILBERT, AZ  85296


DANNON KAISER
C/O LEGACY SPORTS USA, LLC
6321 S. ELLSWORTH RD.
MESA, AZ  85212


DARI MOTION, INC.
9401 INDIAN CREEK PKWY STE. 750
OVERLAND PARK, KS  66210


DARIUS WARD


DAVE GELLERT
1175 PEACHTREE ST NE SUITE 1000
ATLANTA, GA  30361

DDP WORLDWIDE, LLC
1667 E. EVERGLADE LANE
GILBERT, AZ  85298


DE LAVEAGA, JEFF
C/O LEGACY SPORTS USA, LLC
6321 S. ELLSWORTH RD.
MESA, AZ  85212

DEBBY FARRELLY
C/O LEGACY SPORTS USA, LLC
6321 S. ELLSWORTH RD.
MESA, AZ  85212

DEL SOL EVENTS, LLC
280 W. 10200 S.
SANDY, UT  84070


DELL MARKETING LP
C/O DELL USA LP DELL M
P.O. BOX 910916
PASADENA, CA  91110-0916

DELL TECHNOLOGIES
1 DELL WAY
ROUND ROCK, TX  78682


DELUXE CORPORATION
801 MARQUETTE AVE. S
MINNEAPOLIS, MN  55402


DEMAND & PRECISION PARTS CO OF MILW INC.
12400 W. SILVER SPRINGS DR.
BUTLER, WI  53007


DET 365 APPAREL LLC
20363 NORTHVILLE PLACE DR., 2420
NORTHVILLE, MI  48167


DIGITAL ASSURANCE CERTIFICATION, LLC
315 E. ROBINSON ST.
ORLANDO, FL  32801


DILL PETROLEUM LLC
16772 W. BELL RD., 110-134
SURPRISE, AZ  85374


DINEEN, RHONDA
1811 E. PARK AVE.
GILBERT, AZ  85234


DOLLAR RADIO RENTALS
2929 S. 48TH STREET
TEMPE, AZ  85282

DOUGLAS MOSS
6321 S ELLSWORTH RD STE
MESA, AZ  85212

DRIVELINE BASEBALL
23211 66TH AVE. S.
KENT, WA  98032

DROPBOX INC.
1800 OWENS STREET
SAN FRANCISCO, CA  94158

DYNAMIC MEDIA
38283 MOUND ROAD
STERLING HEIGHTS, MI  48310

E&K OF PHOENIX INC.
1802 W. KNUDSEN DR.
PHOENIX, AZ  85027

E&K OF PHOENIX INC.
C/O MINORE LAW
ATTN DOMINICA MINORE, ESQ.
9375 E. SHEA BLVD., SUITE 100
SCOTTSDALE, AZ  85260

E20 ENERGY GROUP LLC
7830 E. GELDING DR., 400
SCOTTSDALE, AZ  85260

EAGLE ENTERTAINMENT LLC
P.O. BOX 40254
MESA, AZ  85274

EARTHSCAPES
ATTN BRENDA BAHENA, DIRECTOR
4640 E. COTTON GIN LOOP
PHOENIX, AZ  85040

EAST VALLEY BASEBALL
505 N. SUPERSTITION BLVD.
CHANDLER, AZ  85225

EASTERN FUNDING LLC
213 WEST 25TH STREET, SUITE 2W
NEW YORK, NY  10001

EASTMARK BEACH VOLLEYBALL
C/O EASTMARK HIGH SCHOOL
9560 E. RAY RD
MESA, AZ  85212

EATON, TYLER
11445 E. VIA LINDA, STE. 2 351
SCOTTSDALE, AZ  85259

EBAY INC
2025 HAMILTON AVE.
SAN JOSE, CA  95125


EC PRINTING SOLUTIONS
121 TRAVELLER TRAIL
PIEDMONT, SC  29673


ELITE SPORT BUILDERS LLC SUNLAND SPORTS
1622 N. BLACK CANYON HWY., STE. C-1
PHOENIX, AZ  85009


ELITE SPORTS BUILDERS LLC
1622 N. BLACK CANYON HWY.
STE. C-1
PHOENIX, AZ  85009


ELITE SPORTS BUILDERS LLC
C/O PALECEK & PALECEK PLLC
ATTN KAREN PALECEK, ESQ.
6263 N. SCOTTSDALE ROAD, SUITE 144
SCOTTSDALE, AZ  85250


ELITE SPORTS GROUP, LLC


EMMETT HOLDINGS
5341 OAKLEAF POINT
SAN DIEGO, CA  92124-1833


ENGAGE PICKLEBALL
4095 COUNTY RD. 106
OXFORD, FL  34484


ENTERTAINMENT LOCKERS INC.
5719 N. NEW HAMPSHIRE
CHICAGO, IL  60631


ENTURES ENDURANCE, LLC
26 BUTLER RD.
MENDON, MA  01756


EPA - REGION 8
1595 WYNKOOP ST
DENVER, CO  80202-1129


EPIC BRANDING SOLUTIONS
1220 S. PARK LANE SUITE 1
TEMPE, AZ  85281


ESCALADE SPORTS
817 MAXWELL AVE. P.O. BOX 889
EVANSVILLE, IN  47706

ESCALERA, SAMANTHA
85 W. COMBS RD., STE. 101 389
SAN TAN VALLEY, AZ  85140


ESTAFF SECURITY
6927 E. THOMAS RD.
SCOTTSDALE, AZ  85251


EV KNIGHTS
ATTN: JESSE MORAN
615 S. GREENFIELD RD.
GILBERT, AZ  85296

EV KNIGHTS
JESSE MORAN 615 S. GREENFIELD RD.
GILBERT, AZ  85296


EVANSTON INSURANCE COMPANY
10 PARKWAY N 100
DEERFIELD, IL  60015


EVENT RENTS, LLC
4137 W. ADAMS ST.
PHOENIX, AZ  85009


EVENT VISTA


EWING SPORTS CENTER, LLC
1445 LOWER FERRY RD., 1
EWING, NJ  08618


EXACT SPORTS
140 S. DEARBORN, 310
CHICAGO, IL  60603


EXPLOSION SPORTS WEAR
4802 S. 35TH STREET
PHOENIX, AZ  85040


EXTERIOR SYSTEMS
P.O. BOX 716
SCOTTSDALE, AZ  85252


EZ FACILITY INC.
67 FROEHLICH FARM BLVD.
WOODBURY, NY  11797


FAIRCO-OFF SITE LANDSCAPE
828 E. ISABELLA AVE.
MESA, AZ  85204

FEDEX
P.O. BOX 7221
PASADENA, CA 91109

FESTIVAL FIESTA
1814 FOREST GATE CIR.
SUGAR LAND, TX 77479

FETCH BRANDED MERCHANDISE - AIA CORP.
8148 SOLUTIONS CENTER
CHICAGO, IL 60677-8001

FETCH BRANDED MERCHANDISE
5141 N. 40TH ST., 500
PHOENIX, AZ 85018

FIELDTURF NORTHWEST, INC.
13130 93RD AVE. SE
SNOHOMISH, WA 98296

FIELDTURF USA, INC.
ATTN JOSH KEOWN, REGIONAL SALES MGR
175 N. INDUSTRIAL BLVD. NE
CALHOUN, GA 30701

FIELDTURF USA, INC.
C/O BUTLER SNOW LLP
ATTN JOSHUA MCDIARMID, ESQ.
445 NORTH BOULEVARD, SUITE 300
BATON ROUGE, LA 70802

FIRECRACKERS AZ GAUDIAN
3600 E. KINGBIRD PL
CHANDLER, AZ 85286-5763

FLAG FOOTBALL WORLD CHAMPIONSHIPS-MAJOR

FORSYTH, TIM

FREEDOM FIGHT NIGHT
1337 S. GILBERT RD., 112
MESA, AZ 85204

FREEDOM LIFE INSURANCE
300 BURNETT ST., SUITE 200
FORT WORTH, TX 76102-2734

FREEDOM PREP
465 N. BLUEJAY DR.
GILBERT, AZ 85234

FRINGE BENEFIT PRODUCTIONS
10557 E. KILAREA AVE.
MESA, AZ  85209


FROMUTH TENNIS
1100 ROCKY DR. W
LAWN, PA  19609


FS.COM INC.
380 CENTERPOINT BLVD.
NEW CASTLE, DE  19720


FULL SWING GOLF, INC.
1905 ASTON AVE. 100
CARLSBAD, CA  92008


FURY RED


G&B SERVICES
808 S. PASADENA
MESA, AZ  85210


GALLERY CARTS
5275 N. BROADWAY, UNIT 200
DENVER, CO  80216


GAME READY
5405 WINDWARD PKWY
ALPHARETTA, GA  30004


GAME TRUCK EAST VALLEY
3798 S. SHILOH WAY
GILBERT, AZ  85297


GAMETIME RECRUITING & CONSULTING
35358 N. MURRAY GREY DR.
SAN TAN VALLEY, AZ  85143


GAMMA - NEVER STOP PLAYING CAMPS
2139 W. GRAYWOOD DR.
BEVERLY HILLS, FL  34465


GAMMA
ATTN: ANDREA CHOIDO
200 WATERFRONT DR.
PITTSBURGH, PA  15222


GAMMAGE & BURNHAM, PLC
40 N. CENTRAL AVE., 20TH FLOOR
PHOENIX, AZ  85004

GD JIU-JITSU LLC
1848 E. UNI4165 E. VEST AVE.
GILBERT, AZ  85295-6143

GET READY ENTERTAINMENT
6933 S. MORNING DEW LANE
BUCKEYE, AZ  85326

GILBERT BEACH VOLLEYBALL
3632 E. JASPER DR.
GILBERT, AZ  85296

GILBERT CHAMBER OF COMMERCE
P.O. BOX 527
GILBERT, AZ  85299-0527

GIRLS ACADEMY (GA)
50 PLEASANT STREET
MENDON, MA  01756

GLOBAL INDUSTRIAL
29833 NETWORK PLACE
CHICAGO, IL  60673-1298

GLOBAL MUSIC RIGHTS LLC
1100 GLENDON AVE., 2000
LOS ANGELES, CA  90024

GLOBAL SYSTEMS UNITED, LLC
6639 N. 77TH DR.
GLENDALE, AZ  85303

GOTSPORT
1529 THIRD STREET S.
JACKSONVILLE BEACH, FL  32250

GOULD, KYLE

GRAINGER
100 GRAINGER PARKWAY
LAKE FOREST, IL  60045-5201

GREGORY WILLIAMS

GRIFFIN GROUP INTERNATIONAL
3200 E. CAMELBACK RD., STE. 177
PHOENIX, AZ  85018

GROOVE BOOKING LLC
4456 S. FREQUENCY
MESA, AZ  85212

GROUP IMAGING
751 N. COUNTRY CLUB DR.
MESA, AZ 85201


GUARDIAN BOOTH
13338 MIDVALE RD.
WAYNESBORO, PA 17268


GUST ROSENFELD, PC
1 E. WASHINGTON ST., 1600
PHOENIX, AZ 85004


GUSTO, INC.
525 20TH STREET
SAN FRANCISCO, CA 94103


HANWHA EAGLES KOREAN PRO BASEBALL TEAM
373, DAEJONG-RO, JUNG-GU
DAEJEON 35021
KOREA


HARDWIRED PRODUCTIONS, LLC
1837 N. 23RD AVE., STE. B
PHOENIX, AZ 85009


HATNOR, INC DBA HATCHHAVEN
1009 E. GAIL DR.
GILBERT, AZ 85296


HAVENS, DEREK
3522 E. BLOOMFIELD PARKWAY
GILBERT, AZ 85296


HAWAII SOCCER ASSOCIATION
94-718 KAAOKI PLACE
WAIPAHU, HI 96797


HAYDON COMPANIES, LLC
4640 W. COTTON GIN LOOP
PHOENIX, AZ 85040


HAYDON COMPANIES, LLC
C/O RYAN RAPP PACHECO & KELLY PLC
ATTN JOHN G. RYAN, ESQ.
3200 N. CENTRAL AVE., SUITE 2250
PHOENIX, AZ 85012


HDI GLOBAL INSURANCE
700 N BRAND BLVD SUITE 400
GLENDALE, CA 91203


HELLAS
1000 FRANKLIN VILLAGE DR.
FRANKLIN, MA 02038

HIGH DESERT CUSTOMS
42002 NEW RIVER RD.
PHOENIX, AZ 85086

HIGHLAND HIGH SCHOOL
4301 E. GUADALUPE RD.
GILBERT, AZ 85234

HIGLEY BEACH VOLLEYBALL
4068 E. PECOS DR.
GILBERT, AZ 85297-7829

HIGLEY UNIFIED SCHOOL DISTRICT
2935 SOUTH RECKER ROAD
GILBERT, AZ 85295

HILGART/WILSON ENGINEERING
2141 E. HIGHLAND AVE., 250
PHOENIX, AZ 85016

HILL BROTHERS CHEMICAL CO.
3000 E. BIRCH ST., STE. 108
BREA, CA 92821-6261

HILLYARD INC.
P.O. BOX 801157
KANSAS CITY, MO 64180-1157

HOLBROOK PICKLEBALL
255 S. 300 W. UNIT B
LOGAN, UT 84321

HOLLAND & KNIGHT DACA SERVICES
524 GRAND REGENCY BLVD.
BRANDON, FL 33510

HOME DEPOT
2455 PACES FERRY RD. SE
ATLANTA, GA 30339-4024

HONOR, AL
901 HIGHLAND AVE.
ORLANDO, FL 32803

HORIZON HIGH SCHOOL BOOSTERS INC.
5601 E. GREENWAY RD.
SCOTTSDALE, AZ 85254

HOTSHOTS SOFTBALL OF ARIZONA
2465 W. 12TH ST., SUITE 5
TEMPE, AZ 85281

HS SPRING TRAINING

HUBBARD RADIO PHOENIX
1100 N 52ND ST ACCESS
PHOENIX, AZ  85008


HUBSPOT
25 FIRST STREET
CAMBRIDGE, MA  02141


HURRICANE FENCE CO
3404 W. LINCOLN STREET
PHOENIX, AZ  85009


HURRICANE FENCE CO.
3404 W. LINCOLN STREET
PHOENIX, AZ  85009


ICING INVESTMENT HOLDINGS, LLC
11201 N. TATUM BLVD. STE 200
PHOENIX, AZ  85028


ICING INVESTMENT HOLDINGS, LLC
C/O FR LAW GROUP
ATTN TROY FRODERMAN, S. RYAN, R. EDWARDS
4745 N. 7TH ST., STE. 310
PHOENIX, AZ  85014

ICON ARCHITECTURAL GROUP
4000 GARDEN VIEW DRIVE, SUITE 101
GRAND FORKS, ND  58201-7215


ICON HD, LLC
702 MAIN STREET
STOUGHTON, SK  S0G 4T0
CANADA

ICONOSQUARE ENTERPRISE



IHEARTMEDIA ENTERTAINMENT INC.
20880 STONE OAK PKWY
SAN ANTONIO, TX  78258-7460


IMAGE BUILDING SYSTEMS LLC
4213 S. 43RD PLACE
PHOENIX, AZ  85040


IMAGE BUILDING SYSTEMS LLC
C/O HOLDEN WILLITS PLC
ATTN MICHAEL HOLDEN, TYLER WOODS
TWO NORTH CENTRAL AVENUE, SUITE 2000
PHOENIX, AZ  85004

IMAGINE EAST MESA MIDDLE SCHOOL
1907 E. INTREPID AVE.
MESA, AZ  85204

IMPULSE FASTPITCH TUCSON
10548 E. MARQUETTE ST.
TUCSON, AZ  85747


INDEED
6433 CHAMPION GRANDVIEW WAY
BUILDING 1
AUSTIN, TX  78750

INDUSTRIAL COMMISSION OF ARIZONA
800 W. WASHINGTON ST
PHOENIX, AZ  85007


INSIGHT INVESTMENTS LLC
P.O. BOX 87618
CHICAGO, IL  60680-0618


INSIGHT INVESTMENTS, LLC
611 ANTON BLVD., SUITE 700
COSTA MESA, CA  92626


INSIGHT INVESTMENTS, LLC
C/O PERKINS COIE LLP
ATTN BRADLEY COSMAN, THOMAS RYERSON
2901 NORTH CENTRAL AVENUE, SUITE 2000
PHOENIX, AZ  85012-2788

INTELLIGENT MARKETING USA, INC.
8790 F STREET 830
OMAHA, NE  68127


INTERACTIVE SPORTS GROUP, LLC
142 SAVANNAH POINT
NORTH AUGUSTA, SC  29841


INTERNAL REVENUE SERVICE
4041 N CENTRAL AVE.
PHOENIX, AZ  85012


INTERNATIONAL MINUTE PRESS
7205 E. SOUTHERN AVE., 113
MESA, AZ  85209


INVISION QUEST, LLC
28820 S. ALMA SCHOOL RD., 18-307
CHANDLER, AZ  85286


J F K ELECTRICAL CONTRACTING ENTERPRISES
1439 W. SAN ANGELO ST.
GILBERT, AZ  85233-2408


JACOBSON, DEREK

JAM ON IT BASKETBALL
3585 ROCKY RIDGE CT.
SPARKS, NV  89431


JARDIM, SIMONE
1360 9TH ST. SW
NAPLES, FL  34117


JAYCO DESIGN & INSTALLATIONS
ATTN JAYSON MORRIS, CEO
2560 N. 33RD AVE.
PHOENIX, AZ  85009

JFK ELECTRICAL CONTRACTING ENTERPRISES
1439 W. SAN ANGELO ST.
GILBERT, AZ  85233-2408


JFK ELECTRICAL CONTRACTING ENTERPRISES
C/O PALECEK & PALECEK PLLC
ATTN KAREN PALECEK, ESQ.
6263 N. SCOTTSDALE ROAD, SUITE 144
SCOTTSDALE, AZ  85250

JIGSAW HEALTH LLC
9035 E. PIMA CENTER PARKWAY 4
SCOTTSDALE, AZ  85258


JOHNSON STATEWIDE CAULKING L.P.
3747 E. GROVE ST.
PHOENIX, AZ  85040-2989


JOHNSON STATEWIDE CAULKING L.P.
C/O DORSEY & WHITNEY LLP
ATTN M. FLETCHER, I. GABRIEL, M. BURR
2325 E. CAMELBACK RD., SUITE 300
PHOENIX, AZ  85040-2989


JONES, TAMIKA



JORGE ARJONA BALLHAWKS
4097 E. ALAMOS PL.
CHANDLER, AZ  85249


JOSE ANTONIO ROMERO
36 E. VAUGHN AVE., APT. 103
GILBERT, AZ  85234


JOSH GOTTSCHALL
2777 E CAMELBACK RD STE 100
PHOENIX, AZ  85016


JT METAL DESIGN
6608 E. ASPEN AVE.
MESA, AZ  85206

JUST FOAM
1848 W. LATHAM ST.
PHOENIX, AZ  85007


JUST KIDS SKILLS CAMP
2517 S. CONSTELLATION WAY
GILBERT, AZ  85295


KAPTIVA SPORTS, INC.
1801 NE 123RD ST., STE. 314
N. MIAMI, FL  33181


KARIM ARAFA-SPARKS VOLLEYBALL
3778 W. CHEYENNE AVE., 120
NORTH LAS VEGAS, NV  89032-3521


KEARNEY ELECTRIC, INC.
227 W. MONROE STREET
CHICAGO, IL  60606


KEARNEY ELECTRIC, INC.
3609 E. SUPERIOR AVE.
PHOENIX, AZ  85040


KEARNEY ELECTRIC, INC.
C/O BROENING OBERG WOODS & WILSON PC
ATTN GREG CAHILL, ESQ.
2800 N. CENTRAL AVENUE, SUITE 1600
PHOENIX, AZ  85004


KEEPER GOALS
12400 W. SILVER SPRING DR.
BUTLER, WI  53007


KEITH BORYCZKI
1365 ELGES AVE.
GARDNERVILLE, NV  89410


KENNETH HOFFMAN
2777 E CAMELBACK RD STE 100
PHOENIX, AZ  85016


KERRTOON
3771 E. CAPTAIN DREYFUS AVE.
PHOENIX, AZ  85032


KETCHAM, DILLON
4305 S. TECOMA TRAIL
GOLD CANYON, AZ  85118


KIDS ARTISTIC REVUE
5862 BOLSA AVE., STE. 106
HUNTINGTON BEACH, CA  92649-1169

KIDS SPORTS CAMPS
9302 E. PECOS RD.
MESA, AZ 85212

KIMLEY HORN
7740 N. 16TH ST. 300
PHOENIX, AZ 85020

KINCAID CIVIL CONSTRUCTION, LLC
4505 E. VIRGINIA ST.
MESA, AZ 85215

KINGDOG ENTERPRISES LLC
9476 E. HERITAGE TRAIL DR.
SCOTTSDALE, AZ 85255

KIRKLAND & ELLIS LLP
ATTN: MICHAEL SLADE
300 NORTH LASALLE
CHICAGO, IL 60654

KUTAK ROCK, LLP
8601 NORTH SCOTTSDALE ROAD, SUITE 300
SCOTTSDLAE, AZ 85253-2738

LADY CUBS

LADY REAPERS FASTPITCH
10513 E. PIVITOL AVE.
MESA, AZ 85212

LANZA, BRYSON

LAW ENFORCEMENT SPECIALISTS INC.
9299 W. OLIVE AVE., 801
PEORIA, AZ 85345

LEFTFIELD DEVELOPMENT, LLC
4000 GARDENVIEW DR., SUITE 201
GRAND FORKS, ND 58201

LEGACY SPORTS USA, LLC
ATTN: CHAD MILLER
19950 NORTH GRAYHAWK DRIVE 1078
SCOTTSDALE, AZ 85252

LENO, JOE
9450 SW GEMINI DR.
BEAVERTON, OR 97008

LEVEL UP CAMP
2000 N. RECREATION PARK WAY
FORT MYERS, FL  33901


LEWIS ROCA ROTHGERBER CHRISTIE LLP
ATTN: BRYANT BARBER
201 EAST WASHINGTON STREET SUITE 1200
PHOENIX, AZ  85004

LEWIS ROCA ROTHGERBER CHRISTIE LLP
ATTN: BRYANT BARBER
S. FREEMAN, R. CHARLES, A. WHITEHILL
201 EAST WASHINGTON STREET SUITE 1200
PHOENIX, AZ  85004

LEWKOWITZ LAW OFFICE PLC
2600 N. CENTRAL AVE., 1775
PHOENIX, AZ  85004


LIBERTY STAFFING, USA
P.O. BOX 823473
PHILADELPHIA, PA  19182-3473


LIFESTYLE SPORTS LLC
1900 W. CHANDLER BLVD 15
CHANDLER, AZ  85224


LIONHEART SECURITY SERVICES
505 S. 48TH ST. 101
TEMPE, AZ  85281


LIZ & PETE MUSIC
4130 E. SANTA BARBARA AVE.
TUCSON, AZ  85711


LIZ KIM
1175 PEACHTREE ST, NE SUITE 1000
ATLANTA, GA  30361


LKCG ENTERPRISES, LLC
1445 LOWER FERRY RD.
EWING, NJ  08618


LKW CONSULTING, LLC
34522 N. SCOTTSDALE ROAD
SCOTTSDALE, AZ  85266


LLOYD CIVIL GROUP
605 W. KNOX RD., STE.210
TEMPE, AZ  85284


LLOYD CIVIL GROUP
ATTN ANTHONY STEVENSON, PRINCIPAL
605 W. KNOX RD., STE.210
TEMPE, AZ  85284

LOGAN PAPPAS


LOOP CAPITAL MARKETS
ATTN: MINTZ, LEVIN, COHN, FERRIS, GLOVSK
919 THIRD AVENUE
NEW YORK, NY  10022

LUNA STREET FOOD
4016 E. MAIN ST.
MESA, AZ  85205

MACROLEASE CORPORATION
185 EXPRESS STREET, SUITE 100
PLAINVIEW, NY  11803

MADE HOOPS
575 WHITE PLAINS RD.
EASTCHESTER, NY  10709

MAIN ATTRACTION RECREATIONAL SPORTS LLC
2610 PEEBLES LANE
CHARLOTTE, NC  28278-0083

MAJOR LEAGUE PICKLEBALL
2400 KATHY COVE
AUSTIN, TX  78704

MANGO TECHNOLOGIES, INC.
DBA CLICKUP
350 TENTH AVE., 500
SAN DIEGO, CA  92101

MARATHON FITNESS
13823 N. PROMENADE BLVD., 200
STAFFORD, TX  77477

MARC TAYLOR, INC.
15396 N. 83RD AVE., STE.C-103
PEORIA, AZ  85381

MARICOPA COUNTY ENVIRONMENTAL DEPT
1645 E. ROOSEVELT ST.
PHOENIX, AZ  85006

MARKEL - EVANSTON INSURANCE COMPANY
MARKEL WEST INSURANCE SERVICES
21600 OXNARD STREET, SUITE 900
WOODLAND HILLS, CA  91367

MARKEL WEST INSURANCE SERVICES
21600 OXNARD STREET, SUITE 900
WOODLAND HILLS, CA  91367

MARKERTEK VIDEO SUPPY
P.O. BOX 397
1 TOWER DR.
SAUGERTIES, NY  12477-0397

MARTYS TROPHIES
764 N. ARIZONA AVE.
CHANDLER, AZ  85225

MATCHSTICK MEDIA, LLC
3850 E. BASELINE RD.
MESA, AZ  85206

MATTHEW WADE/MIKAL BRIDGES BASKETBALL CP
551 N. 107TH PLACE
SEATTLE, WA  98133

MAX OUT COMBINE
970 DEARBORN DR.
COLUMBUS, OH  43085

MAXIMUM CHEER AND DANCE
203 HICO WAY
DURHAM, NC  27703-7818

MAXIMUM CHEER AND DANCE
4748 ENDWELL RD.
GIBSONVILLE, NC  27249

MAYER, KENNY
9337 E. OBISPO AVE.
MESA, AZ  85212

MCCANN, GARLAND, RIDALL & BURKE
ATTN: J. MICHAEL BAGGETT
11 STANWIX STREET, SUITE 1030
PITTSBURGH, PA  15222

MCDA CHEER AND DANCE
P.O. BOX 50
BETHALTO, IL  62010

MCNAMARA, DENIS

MEDICINE IN MOTION, LLC
21001 N. TATUM BLVD., STE. 1630-510
PHOENIX, AZ  85050

MEE RENTALS LLC
5221 W. SURREY AVE.
GLENDALE, AZ  85304

MEGAN BURKE
ONE FINANCIAL CENTER
BOSTON, MA  02111

MENS SENIOR BASEBALL LEAGUE
ONE HUNTINGTON QUADRANGLE, STE. 3N07
MELVILLE, NY  11747

MESA AZ - UTILITIES
640 N MESA DR
MESA, AZ  85201

MESA DJ CENTER LLC
433 W. MAIN ST., STE. 101
MESA, AZ  85201

MESA POLICE DEPARTMENTS
P.O. BOX 1466
MESA, AZ  85211-1466

MESA PRINT SHOP & DESIGN LLC
765 W. MAIN ST.
MESA, AZ  85201

MESA PUBLIC SCHOOLS
63 EAST MAIN STREET
MESA, AZ  85201

META PLATFORMS, INC.
1601 WILLOW RD.
MENLO PARK, CA  94025-1452

MIKAL BRIDGES BASKETBALL CAMP
5561 N. 170TH PL.
SHORELINE, WA  98133

MIKE BAGGETT
C/O LEGACY SPORTS USA, LLC
6321 S. ELLSWORTH RD.
MESA, AZ  85212

MIKEYS LEAGUE
9375 E. SHEA BLVD. 100
SCOTTSDALE, AZ  85260

MILES WRESTLING PRODUCTIONS
7250 W. FALLEN LEAF LN.
PEORIA, AZ  85383-6326

MISGIF LLC
1904 E. REDFIELD RD.
TEMPE, AZ  85283

MITO RD LIGHT, INC.
14795 N. 78TH WAY 300
SCOTTSDALE, AZ  85260


MOBILE MODULAR
401 N. 56TH ST.
CHANDLER, AZ  85226


MOLLY DRISKILL


MOLTEN USA, INC.
1170 TRADEMARK DR., 109
RENO, NV  89521


MONDAY.COM LTD
6 YITZHAK SADEH ST.
TEL AVIV  6777506
ISRAEL

MONTANA SOCCER ASSOCIATION
P.O. BOX 3466
BUTTE, MT  59702


MORENOS BOUNCE HOUSES
5012 E. COLBY ST.
MESA, AZ  85205


MOSQUEDA, RJ
12350 W. CAMELBACK RD 54
LITCHFIELD PARK, AZ  85340


MOUSEGRAPHICS
1414 W. 14TH ST.
TEMPE, AZ  85281


MUDDY PRINCESS
444 BRICKELL AVE.
MIAMI, FL  33131-2403


NATIONAL CONSTRUCTION RENTALS, INC.
2131 W. ROOSEVELT ST.
PHOENIX, AZ  85009


NATIONAL PICKLEBALL/ADVANCE SPORTS MEDIA
277 ARGONNE AVE.
LONG BEACH, CA  90803


NATIONAL SPORTS OPPORTUNITY PARTNERS
4000 GARDENVIEW DR., SUITE 201
GRAND FORKS, ND  58201

NAUMANN HOBBS MATERIAL HANDLING CORP II
4335 E WOOD ST
PHOENIX, AZ  85040


NDS PRINT & PROMOTIONS
222 W. COLLEGAE AVE., 9TH FLOOR
APPLETON, WI  54911


NEUROMECHANICAL INNOVATIONS, LLC
101 S. ROOSEVELT AVE.
CHANDLER, AZ  85226


NEVER STOP PLAYING PICKLEBALL CAMPS
200 WATERFRONT DR.
PITTSBURGH, PA  15222


NEWMAN PICKLEBALL
21890 E. CHERRYWOOD DR.
QUEEN CREEK, AZ  85142


NEXT GEN FILM SOLUTIONS, LLC
2838 E. SANDY COURT
GILBERT, AZ  85297


NGU SPORTS LIGHTING
2401 PGA BLVD., SUITE 110
PALM BEACH GARDENS, FL  33410


NO LIMIT FASTPITCH SPORTS
1877 DOUGLAS BLVD.
LOUISVILLE, KY  40205


NORCON
5412 E. CALLE CERRITOS
GUADALUPE, AZ  85283


NORTHERN NEVADA SOCCER ASSOCIATION
P.O. BOX 8305
SPRING CREEK, NV  89815


NOT YOUR TYPICAL DELICATESSEN & CATERING
1166 S. GILBERT RD., 101
GILBERT, AZ  85296


NOVOA MARKETING SOLUTIONS
3420 N. 47TH WAY
PHOENIX, AZ  85018


NUCO2 BEVERAGE CARBONATION MADE EASY
P.O. BOX 9011
STUART, FL  34995


NUNEZ, ALFREDO

OFF DUTY MANAGEMENT
1906 AVE. D, 200
KATY, TX 77493


OFFICE OF SECRETARY OF STATE OF ARIZONA
HON. MICHELE REAGAN
1700 W WASHINGTON ST, FL 7
PHOENIX, AZ 85007

OKLAND CONSTRUCTION COMPANY, INC.
1700 N. MCCLINTOCK DR.
TEMPE, AZ 85281


OKLAND CONSTRUCTION COMPANY, INC.
C/O FOLEY & LARDNER, LLP
ATTN KENNETH BLACK, ESQ.
95 S. STATE STREET, SUITE 2500
SALT LAKE CITY, UT 84111

OKLAND CONSTRUCTION COMPANY, INC.
C/O JENNINGS HAUG KELEHER MCLEOD LLP
ATTN JIM CSONTOS, ESQ.
2800 N. CENTRAL AVE., SUITE 1800
PHOENIX, AZ 85004

OLENA SOKOLOWSKI
16236 FLORENCE WAY
BRIGHTON, CO 80602


ON AIR MARKETING DBA MIKE MURACO
5141 N 40TH ST.
PHOENIX, AZ 85018


ONE SWING SPORTS LLC
6324 S. BLAKE ST.
GILBERT, AZ 85298


ONETEN ENTERTAINMENT
1900 W. CARLA VISTA DR., 7003
CHANDLER, AZ 85246


ORCUTT WINSLOW PARTNERS
2929 N. CENTRAL AVE., 11TH FLOOR
PHOENIX, AZ 85012


OREGON SOCCER ASSOCIATION
7920 SW CIRRUS DR.
BEAVERTON, OR 97008


ORIGINAL FIT FACTORY, THE
DBA COOL EVENTS
2240 CORPORATE CIRCLE, 160
HENDERSON, NV 89074

ORRIGAMI ENTERTAINMENT
2309 SANTA MONICA BLVD. 347
SANTA MONICA, CA 90404

OSBORNE MALEDON
2929 N. CENTRAL AVE.
PHOENIX, AZ  85012


OT7, INC.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE  19801

OVATIONS FOOD SERVICES LP
DBA SPECTRA FOOD SERVICES & HOSPITALITY
150 ROUSE BLVD., 3RD FLOOR
PHILADELPHIA, PA  19112

OVG FACILITIES LLC
11755 WILSHIRE BLVD., 900
LOS ANGELES, CA  90025


OVG FACILITIES LLC
C/O BALLARD SPAHR, LLP
ATTN TYLER COBB, ESQ.
1 EAST WASHINGTON STREET, SUITE 2300
PHOENIX, AZ  85004-2555

OWENS RECOVERY SCIENCE
10106 N. MANTON LN.
SAN ANTONIO, TX  78213-1948


OZVP V LLC
20706 CEDAR CIRCLE
ELKHORN, NE  68022


PACIFIC COAST PROPANE
P.O. BOX 353
ONTARIO, CA  91762


PACIFIC OFFICE AUTOMATION
14747 NW GREENBRIER PKWY.
BEAVERTON, OR  97006


PACIFIC PROVING, LLC
ATTN: ANDREW COHEN
2801 E. CAMELBACK ROAD, SUITE 450
PHOENIX, AZ  85016

PACIFIC PROVING, LLC
C/O BURCH & CRACCHIOLO
ATTN ANDREW ABRAHAM, ESQ.
1850 N. CENTRAL AVE., SUITE 1700
PHOENIX, AZ  85004

PACIFIC PROVING, LLC
C/O SNELL & WILMER, LLP
ATTN RICHARD ERICKSON, C. FERNANDEZ
ONE EAST WASHINGTON STREET SUITE 2700
PHOENIX, AZ  85004

PARK UNIVERSITY
ATTN: GREGG GIVENS, CFO
8700 NW RIVER PARK DR.
PARKVILLE, MO  64152

PARTNERING UP LLC
2799 E. TROPICANA AVE.
LAS VEGAS, NV  89121

PARTY ANIMAL BALLOONS
626 W. WIND CAVE DR.
SAN TAN VALLEY, AZ  85140

PARTY SCHACK
520 STATE RTE. 17M
MONROE, NY  10950

PATRICK RAY
6742 E SAN JUAN AVE
PARADISE VALLEY, AZ  85253

PAUL MAGLOIRE POWER FIVE 5
7318 S 89TH PL., UNIT 1
QUEEN CREEK, AZ  85212

PAUL MAGLOIRE POWER FIVE 5
7318 S 89TH PL., UNIT 101
QUEEN CREEK, AZ  85212

PBO POWERSPORTS
3850 E. ROSER RD.
PHOENIX, AZ  85040

PBR TOURNAMENTS, LLC
4750 S. VERNON AVE.
MCCOOK, IL  60525

PBR TOURNAMENTS, LLC
WESTFIELD, INC.
ATTN: MATTHEW BLIVEN
711 E. 191ST ST.
WESTFIELD, IN  46077

PEAK

PERFECT GAME HEADQUARTERS
850 TWIXT TOWN RD. NE
CEDAR RAPIDS, IA  52402

PETERSEN, JAKE
10339 E. BERGERON AVE.
MESA, AZ  85212

PHILADELPHIA INSURANCE COMPANIES
P.O. BOX 70251
PHILADELPHIA, PA  19176-0251


PHOENIX BRAZAS SOCCER
4802 E. RAY RD.
PHOENIX, AZ  85044


PHOENIX FIRE ADULT WOMENS TEAM



PHOENIX PREMIER
5235 S KYRENE RD, STE 109
TEMPE, AZ  85283


PICKLEBALL DEN, LLC
4007 SCOTCH VALLEY RD.
HOLLIDAYSBURG, PA  16648


PICKLEBALL DESK



PICKLEBALLTOURNAMENTS.COM
22330 68TH AVE. S.
KENT, WA  98032


PIONEER ATHLETICS
4529 INDUSTRIAL PKWY.
CLEVELAND, OH  44135


PLACER LABS, INC.
340 S. LEMON AVE., 1277
WALNUT, CA  91789


PLAY FOOTY
1380 MONROE ST. NW, STE 319
WASHINGTON, DC  20010


PLAYBOOK GROUP
21650 W. OXNARD ST., 2400
WOODLAND HILLS, CA  91367


POLDOIAN, DAVE



PORTABLE RESTROOM TRAILERS, LLC
4607 CHARLOTTE HWY., SUITE 11
LAKE WYLIE, SC  29710


PREMIER GIRLS FASTPITCH INC.
16792 GOTHARD ST.
HUNTINGTON BEACH, CA  92647

PREVENT ADVISORS, LLC
11755 WILSHIRE BLVD., 900
LOS ANGELES, CA  90025

PRIDE GROUP, LLC
P.O. BOX 11100
CHANDLER, AZ  85248

PRIME SOURCE PRINTING & PROMO
685 W. ELLIOT RD.
TEMPE, AZ  85284

PRINCIPAL LIFE INSURANCE COMPANY
P.O. BOX 77202
MINNEAPOLIS, MN  55480-7200

PRITCHARD SPORTS &
ENTERTAINMENT GROUP, LLC
2130 PRIEST BRIDGE DR., 9
CROFTON, MD  21114

PRO CARE DETAIL, LLC
533 E. HARVEST RD.
SAN TAN VALLEY, AZ  85140

PRO EM OPERATIONS, LLC
1450 E. GRANT ST.
PHOENIX, AZ  85034

PRO PICKLEBALL ASSOCIATION
1393 PIONEER RD.
DRAPER, UT  84042

PRO PRODUCTION SERVICES
3532 E. ELWOOD ST.
PHOENIX, AZ  85040

PROBOX PORTABLE STORAGE
4150 E. MAGNOLIA ST.
PHOENIX, AZ  85034

PROCORE
6309 CARPINTERIA AVE.
CARPINTERIA, CA  93013

PROFESSIONAL PROTECTION SERVICES INT.
15425 W. CHRISTY DR.
SURPRISE, AZ  85379

PROLIFT RENTAL LLC
20048 E. KESTREL ST.
QUEEN CREEK, AZ  85142

PROSCREENING
3688 E. CAMPUS DR., 150
EAGLE MOUNTAIN, UT  84005


PROSPECT SELECT BASEBALL, INC.
2585 MUIRFIELD TER
HOMESTEAD, FL  33035


PUBLIC TRUST ADVISORS
JOHNS MANVILLE PLAZA
717 17TH ST., 1850
DENVER, CO  80202

PURELY PICKLEBALL
4754 PLUM RD.
MONROVIA, MD  21770


PUTT, JT


QUARLES & BRADY, LLP
ONE RENAISSANCE SQUARE
TWO NORTH CENTRAL AVENUE
SUITE 600
PHOENIX, AZ  85004

QUEEN CREEK EDUCATION FOUNDATION
ATTN: TYLER SHUPE
6225 N. 24TH ST.
PHOENIX, AZ  85016

QWICK, INC.
DEPT. LA 24876
PASADENA, CA  91185-4876


R.H. DUPPER LANDSCAPING, INC.
1020 W. RANCH RD., SUITE 15-315
TEMPE, AZ  85284


R.H. DUPPER LANDSCAPING, INC.
C/O PALECEK & PALECEK PLLC
ATTN KAREN PALECEK, ESQ.
6263 N. SCOTTSDALE ROAD, SUITE 144
SCOTTSDALE, AZ  85250

RACEPLACE EVENTS
P.O. BOX 27043
SCOTTSDALE, AZ  85255


RAINBOW DANCE
5862 BOLSA AVE., 106
HUNTINGTON BEACH, CA  92649


RAMSEY HARKNESS
C/O LEGACY SPORTS USA, LLC
6321 S. ELLSWORTH RD.
MESA, AZ  85212

RANDY MILLER
C/O LEGACY SPORTS USA, LLC
6321 S. ELLSWORTH RD.
MESA, AZ  85212

RB ONE TEN LLC DBA ONETEN ENTERTAINMENT
1900 W. CARLA VISTA DR., 7003
CHANDLER, AZ  85246

REACH BASKETBALL LLC
11530 E. CHESTNUT COURT
CHANDLER, AZ  85249

REAL VOLLEYBALL
8911 COMPLEX DR., SUITE A
SAN DIEGO, CA  92123

RED ZONE ELITE TOURNAMENTS LLC
14465 W. YUCATAN ST.
SURPRISE, AZ  85379

REDPEG MARKETING INC
727 N. WASHINGTON ST.
ALEXANDRIA, VA  22314

REIGN - JASON BUNKER
20320 E. CAMACHO RD.
QUEEN CREEK, AZ  85142

RENALDO ZELAYA

R-ENTERTAINMENT COMPANY, LLC
16413 N. 91ST ST., C-100
SCOTTSDALE, AZ  85260

RESTAURANT TECHNOLOGY, INC.
2250 PILOT KNOB RD.
MENDOTA HEIGHTS, MN  55120

REYNOLDS, MATT
15928 SAN CLEMENTE DR.
EDMOND, OK  73013

RHINO ARIZONA, LLC
P.O. BOX 1678
TEMPE, AZ  85280

RICH JANOR GAMEDAY USA
1111 S. WASHINGTON ST.
NAPERVILLE, IL  60540-5350

RKS PLUMBING & MECHANICAL, INC.
23659 N. 35TH DR.
GLENDALE, AZ  85310

RKS PLUMBING & MECHANICAL, INC.
C/O UDALL SHUMWAY
ATTN JAMES REED, ESQ., JOEL SANNES, ESQ.
1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, AZ  85201

RMN EVENT
12608 WATERSIDE LANE
LONGMONT, CO  80504

ROADSAFE TRAFFIC SYSTEMS, INC.
3015 E. ILLINI ST.
PHOENIX, AZ  85040

ROCKY MOUNTAIN RIGGING LLC
DBA RMR PROD.
231 MORGAN CREEK LN.
BOZEMAN, MT  59718

RON DAVIS-PHAME BASKETBALL
3934 E. YEAGER DR.
GILBERT, AZ  85295

ROSE & COMPANY, LLC
ROSE  ALLYN PR
7144 EAST STETSON DR., SUITE 400
SCOTTSDALE, AZ  85251

ROV CO.
50 S. HEARTHSTONE WAY
CHANDLER, AZ  85226

ROV, LLC
906 11TH ST.
MUKILTEO, WA  98275-2209

RUMMEL CONSTRUCTION
7520 E. ADOBE DR
SCOTTSDALE, AZ  85255

RVA SECURITY & CONSULTING, LLC
P.O. BOX 917
LAVEEN, AZ  85339

SALT RIVER PROJECT AGRICULTURAL
IMPROVEMENT AND POWER DISTRICT
1521 N. PROJECT DR.
TEMPE, AZ  85281

SAMANTHA SNODGRASS
C/O LEGACY SPORTS USA, LLC
6321 S. ELLSWORTH RD.
MESA, AZ  85212

SAM-SOUTHWEST ARTS AND MUSIC
P.O. BOX 26427
TEMPE, AZ  85285


SAN TAN VALLEY LLC
3370 W. GOLDMINE MOUNTAIN COVE
QUEEN CREEK, AZ  85142


SANDSTORM SIGNS & SERVICES, INC.
1144 W. BIRCHWOOD, 102
MESA, AZ  85210


SAP CONCUR


SAVI PERFORMANCE
24050 S. 12TH ST.
CHANDLER, AZ  85249


SC DEL SOL
1831 W. ROSE GARDEN LANE, 8
PHOENIX, AZ  85027


SCOTTSDALE CITY FC
2450 W. PECOS RD 3060
CHANDLER, AZ  85224


SCULLEY, MICHELLE


SE SPORTS OFFICIATING LLC
9001 E. SAN VICTOR DR., 1015
SCOTTSDALE, AZ  85258


SEARS, CHRIS


SELECTIVE INSURANCE GROUP, INC.
40 WANTAGE AVENUE
BRANCHVILLE, NJ  07890


SELKIRK
2271 MARSTRAND AVE.
VANCOUVER, BC  V6K 4T2
CANADA

SEPTIC MEDIC
P.O. BOX 1473
HIGLEY, AZ  85236

SESAC
P.O. BOX 5246
NEW YORK, NY  10008-5246


SHADE N NET
5711 W. WASHINGTON ST.
PHOENIX, AZ  85043


SHANAE KIDD LEVER
914 E. BETH DR.
PHOENIX, AZ  85042


SHELBY SIMMONS
6321 S. ELLSWORTH, SUITE 146
MESA, AZ  85212


SHOOT PRODUCTIONS LLC
5060 N 19TH AVE
PHOENIX, AZ  85015


SHOWIT
2490 S. GILBERT RD.
GILBERT, AZ  85286


SILANO ENTERPRISES LLC
3415 W WHITTON AVE
PHOENIX, AZ  85017


SITE SOLAR
1648 S. 51ST AVE.
PHOENIX, AZ  85043


SITEWORKS LANDSCAPE DEVELOPMENT LLC
2915 W. FAIRVIEW ST.
CHANDLER, AZ  85224


SITEWORKS LANDSCAPE DEVELOPMENT LLC
C/O ROSE LAW GROUP PC
ATTN TONY FREEMAN, SARAH SLADICK
7144 E. STETSON DRIVE, SUITE 300
SCOTTSDALE, AZ  85251


SITKIEWICZ, HENRY



SITTON SECURITY LLC
6409 S. HAZELTON LANE
TEMPE, AZ  85283


SKYLAB APPS, INC.
5550 GRANITE PARKWAY, 260
PLANO, TX  75024

SKYLAR SKYLAR DEL SOL
C/O LEGACY SPORTS USA, LLC
6321 S. ELLSWORTH RD.
MESA, AZ 85212

SKYLINE FOOTBALL BOOSTERS
845 S CRISMON RD
MESA, AZ 85208

SMART WRAP, LLC
1515 W. DEER VALLEY RD., A102
PHOENIX, AZ 85027

SMITH, JAY
2777 E CAMELBACK RD STE 100
PHOENIX, AZ 85016

SOCCER ALLIANCE OF ARIZONA
21001 N. TATUM BLVD., 630-460
PHOENIX, AZ 85050

SOCCER YOUTH ALL AMERICAN
149 E. MAIN ST, SUITE 101C
MOREHEAD, KY 40351

SOPHOS
350 N. CLARK, 700
CHICAGO, IL 60654

SORENSON LAND & WATER, LLC
4202 N. 57TH PLACE
PHOENIX, AZ 85018

SOTO, RAFAEL
P.O. BOX 118
PR

SOUTHWEST GAS CORPORATION
2200 N CENTRAL STE 101
PHOENIX, AZ 85004

SPANE CONSTRUCTION LLC
3434 E. FLAMINGO CT.
GILBERT, AZ 85294

SPECIAL OLYMPICS ARIZONA - FOUR PEAKS
2455 N. CITRUS RD., BLDG. 64
GOODYEAR, AZ 85395

SPECTRA FOOD SERVICES & HOSPITALITY
150 ROUSE BOULEVARD, 3RD FLOOR
PHILADELPHIA, PA 19112

SPECTRUM MECHANICAL & SERVICE CONTRACTOR
33 SOUTH 56TH STREET
CHANDLER, AZ  85226


SPECTRUM MECHANICAL & SERVICE CONTRACTOR
C/O MURPHY CORDIER CASALE AXEL PLC
ATTN RICHARD MURPHY, C. HALSEY, J. RILEY
4647 N. 32ND STREET, SUITE 150
PHOENIX, AZ  85018

SPEEDIE & ASSOCIATES, INC.
3331 E WOOD ST
PHOENIX, AZ  85040


SPONSOR UNITED, INC.
DEPARTMENT 1490
P.O. BOX 986500
BOSTON, MA  02298-6500

SPORTAFLEX, LLC
3633 N. 55TH PL., 101
MESA, AZ  85215


SPORTS ELITE PROJECT MANAGEMENT
504 MACHADO WAY
VISTA, CA  92083


SPORTS IMPORTS, INC.
6950 WORTHINGTON GALENA ROAD, SUITE 120
COLUMBUS, OH  43085


SPOTON TRANSACT LLC
100 CALIFORNIA STREET, 900
SAN FRANCISCO, CA  94111


SPRAYFOAM SOUTHWEST, INC.
C/O HOLDEN WILLITS PLC
ATTN MICHAEL HOLDEN, TYLER WOODS
TWO NORTH CENTRAL AVENUE, SUITE 2000
PHOENIX, AZ  85004

SPRAYFOAM SOUTHWEST, INC.
D/B/A ROOFING SOUTHWEST
GLOBAL ROOFING GROUP
2401 E. MAGNOLIA ST.
PHOENIX, AZ  85034

SQUARE
1455 MARKET SQUARE, 600
SAN FRANCISCO, CA  94103


STAHLS SCS INC.
25901 JEFFERSON AVE.
SAINT CLAIR SHORES, MI  48081


STAMPS.COM
1990 E GRAND AVE
EL SEGUNDO, CA  90245

STANDARD PRESSURE WASH SERVICES LLC
17217 N. 36TH DR.
GLENDALE, AZ  85308


STAPLES
500 STAPLES DR.
FRAMINGHAM, MA  01702


STATE AUTO INSURANCE
518 EAST BROAD STREET
COLUMBUS, OH  43215


STATE OF ARIZONA ATTORNEY GENERAL
2005 NORTH CENTRAL AVENUE
PHOENIX, AZ  85004


STEVE RUTLEDGE
C/O LEGACY SPORTS USA, LLC
6321 S. ELLSWORTH RD.
MESA, AZ  85212


STEVE WHITTMAN


STONEBRIAR COMMERCIAL FINANCE LLC
5601 GRANITE PARKWAY, SUITE 1350
PLANO, TX  75024


STORMONT VAIL EVENTS CENTER
1 EXPOCENTRE DR.
TOPEKA, KS  66612


STRADABELLA/SILANO
3415 W. WHITTON AVE.
PHOENIX, AZ  85017


STUNTMASTERS INC.
1398 S. HERON LANE
GILBERT, AZ  85296


STX, LLC
1500 BUSH ST.
BALTIMORE, MD  21230


SUN DEVIL TROPHY AND AWARDS
2006 E. 5TH STREET, 101
TEMPE, AZ  85281


SUN VALLEY MASONRY, INC.
10828 N. CAVE CREEK RD.
PHOENIX, AZ  85020

SUN VALLEY MASONRY, INC.
C/O DICKINSON WRIGHT LLP
ATTN JOSH GRABEL, ESQ.
1850 N. CENTRAL AVE., SUITE 1400
PHOENIX, AZ 85004

SUNLAND VILLAGE E. WOODSHOP CLUB
2615 S. FARNSWORTH DR.
MESA, AZ 85209

SUNSTATE EQUIPMENT
5552 E. WASHINGTON ST.
PHOENIX, AZ 85034

SURF CITY TOURNEYS
18750 CLARKDALE AVE.
ARTESIA, CA 90701

SUSIES FENCE, INC.
P.O. BOX 6326
GOODYEAR, AZ 85338

SUZANNAH NEITZEL
C/O LEGACY SPORTS USA, LLC
6321 S. ELLSWORTH RD.
MESA, AZ 85212

SW LAND SERVICES
11042 N. 24TH AVE., 101
PHOENIX, AZ 85029

SWANK MOTION PICTURES INC.
10795 WATSON RD.
SAINT LOUIS, MO 63127

SWISH SPORTS
3288 BROOKSIDE DR.
PROVO, UT 84604

T2 PEST SERVICES, INC.
7318 S. 89TH PLACE, 108
MESA, AZ 85212

TALLMAN, PRISCILLA
426 E. PALM STREET
LITCHFIELD PARK, AZ 85340

TATUM HUMAN PERFORMANCE LLC
17050 N. THOMPSON PEAK PKWY., 105
SCOTTSDALE, AZ 85255

TAYLOR CIRCUS STARS LLC
3309 N. HERITAGE WAY
CHANDLER, AZ 85224

TAYLOR FREEZER SALES OF ARIZONA
2825 E. CHAMBERS ST.
PHOENIX, AZ  85040


TAYLOR MORRIS



TEAMDAWSON2014 LLC
2150 W. ALAMEDA RD., 1360
PHOENIX, AZ  85085

TECH 24-COMMERCIAL FOODSERVICE REPAIR
P.O. BOX 821360
PHILADELPHIA, PA  19182-1360

TENNIS CABANA
2850 W. CHANDLER BLVD., 11
CHANDLER, AZ  85224

TENNIS COURT SUPPLY
3115 E. LION LANE UNIT 160
SALT LAKE CITY, UT  84121

TFORCE FREIGHT
P.O. BOX 650690
DALLAS, TX  75265-0690

THE ARIZONA FORUM
2301 S STEARMAN RD.
CHANDLER, AZ  85286

THE ARIZONA SPORTS FOUNDATION
7135 E. CAMELBACK RD., 190
SCOTTSDALE, AZ  85251

THE JAMES AGENCY, INC.
6240 E. THOMAS RD., 200
SCOTTSDALE, AZ  85251

THE ORIGINAL FIT FACTORY
DBA COOL EVENTS
2240 CORPORATE CIRCLE, 160
HENDERSON, NV  89074

THE U.S. FINALS
11500 CHAMPIONS WAY
LOUISVILLE, KY  40299-2451

TIM LEE ESTEBAN PLLC
2578 S. ROCKWELL ST.
GILBERT, AZ  85295

TIN CUP
9719 N. 5920
WEST HIGHLAND, UT  84003

TIXR, INC.
1337 3RD STREET PROMENADE 200
SANTA MONICA, CA  90401

TJM PROMOS DBA PATCHES 4 LESS
511 NW 48TH
OCALA, FL  34482

T-MOBILE COMMUNICATIONS
12920 SE 38TH STREET
BELLEVUE, WA  98006

TOP 3 PROMOTIONS
734 EBERLEIN DR.
MAUSTON, WI  53948

TOP GUN EVENTS
21967 W. 83RD ST.
SHAWNEE, KS  66227

TOP GUN LLC
P.O. BOX 13338
OVERLAND PARK, KS  66282

TOURISM AND SPORTS AUTHORITY
D/B/A ARIZONA SPORTS & TOURISM AUTHORITY
ATTN: PRESIDENT, CEO
1 CARDINALS DRIVE
GLENDALE, AZ  85305

TOURISM AND SPORTS AUTHORITY
D/B/A THE ARIZONA SPORTS AND TOURISM AUT
ATTN: PRESIDENT, CEO
1 CARDINALS DRIVE
GLENDALE, AZ  85305

TOURNAMENT OF CHAMPIONS INC.
205 E. CARRILLO ST., 218
SANTA BARBARA, CA  93101

TOURNAMENT OF CHAMPIONS.ORG
1224 BEL AIR DR.
SANTA BARBARA, CA  93105

TOURPRO
1443 E. WASHINGTON BLVD.
PASADENA, CA  91104

TOWN OF QUEEN CREEK
22358 S. ELLSWORTH ROAD
QUEEN CREEK, AZ  85142

TRACY MCCOCHIE 12U SOFTBALL

TRAFFIC SIGN CORPORATION
75 S. OWASSO BLVD. W.
SAINT PAUL, MN  55117

TRAFFICADE SERVICES, LLC
2533 W. HOLLY ST.
PHOENIX, AZ  85009

TRI PHX, LLC
1631 W. GAMBIT TRAIL
PHOENIX, AZ  85085-5308

TRIBE ATHLETICS
111 N. SALIMAN RD.
CARSON CITY, NV  89701

TRIGON SPORTS INTERNATIONAL, INC.
488 CUMBERLAND ST.
MEMPHIS, TN  38112

TRIIIEFFECTIVE FITNESS
3636 E INVERNESS AVE
MESA, AZ  85206

TRILOGY LACROSSE
333 WASHINGTON ST., 300
JERSEY CITY, NJ  07302

TRIPLE CROWN SPORTS
3930 AUTOMATION WAY
FORT COLLINS, CO  80525

TRUE COMPETITOR TRAINING, LLC
9615 E. SILO CIR.
FLORENCE, AZ  85132

TRULLION, LTD.
115 W. 18TH ST.
NEW YORK, NY  10011

TUNE-IN TELEVISION LLC
6599 E. THOMAS RD., 210
SCOTTSDALE, AZ  85251

TUNIE SPORTS LLC
3857 E. PERKINSVILLE ST.
GILBERT, AZ  85295

TURF TANK
1775 W. OAK PKWY., 500
MARIETTA, GA  30062

TWO MEN AND A TRUCK
3400 BELLE CHASE WAY
LANSING, MI  48911


TYLER SIMONS
C/O LEGACY SPORTS USA, LLC
6321 S. ELLSWORTH RD.
MESA, AZ  85212

TYSON MCGUFFIN SIGNATURE PICKLEBALL CAMP
16642 N. SPUR ST.
RATHDRUM, ID  83858


U.S.  DEPT HEALTH & HUMAN SERVICES
200 INDEPENDENCE AVE, SW
WASHINGTON, DC  20201


U.S. BANK N.A.
800 NICOLLET MALL
MINNEAPOLIS, MN  55402


U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530-0001


U.S. ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL 2310A
1200 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20460

U.S. TRUSTEE'S OFFICE
ATTN LARRY WATSON
230 N. FIRST AVE, STE. 204
PHOENIX, AZ  85003-1706

ULINE
12575 ULINE DR.
PLEASANT PRAIRIE, WI  53158


ULTIMATE IMAGINATIONS
100 N. CENTER ST.
MESA, AZ  85201


ULTIMATE MOBILE WHEEL & TIRE LLC
15855 N. GREENWAY-HAYDEN LOOP 190
SCOTTSDALE, AZ  85260


UMB BANK, N.A., AS TRUSTEE
ATTN: KENNETH HOFFMAN
2777 E. CAMELBACK RD., STE. 350
PHOENIX, AZ  85016


UMB BANK, N.A., AS TRUSTEE
ATTN: MICHAEL SLADE
120 SIXTH STREET SOUTH, SUITE 1400
MINNEAPOLIS, MN  55402

UNDERWRITERS OF LLOYDS OF LONDON
9420 RESEARCH BLVD BLDG 3 SUITE 400
AUSTIN, TX  78759


UNIQUE RESTAURANT INNOVATIONS
1701 E. JACKSON ST.
PHOENIX, AZ  85034


UNITED RENTALS
100 FIRST STAMFORD PLACE, 700
STAMFORD, CT  06902


UNITED SITE SERVICES OF NEVADA, INC.
2701 SIMONS STREET
NORTH LAS VEGAS, NV  89032-3696


UNITED SITE SERVICES
P.O. BOX 660475
DALLAS, TX  75266-0475


UNITED STATES TREASURY
OFFICE OF THE TREASURER
1500 PENNSYLVANIA AVENUE, NW
ROOM 2134
WASHINGTON, DC  20220


UNITED VOLLEYBALL SUPPLY LLC
14615 NE 91ST ST., BUILDING B
REDMOND, WA  98052


UNITY BASKETBALL
8108 16TH AVE. NW
TULALIP, WA  98271


UPKEEP TECHNOLOGIES
10880 WILSHIRE BLVD.
LOS ANGELES, CA  90024


US BASKETBALL UNIVERSITY
6849 WILD STALLION RD.
FORT WORTH, TX  76126


US DEPARTMENT OF LABOR
S-2521
200 CONSITUTION AVE, NW
WASHINGTON, DC  20210


USA DODGEBALL
2930 COWLEY WAY UNIT 311
SAN DIEGO, CA  92117


USAP SOUTHWEST REGION NONPROFIT
ATTN: LARRY LITE
714 PARKLAND CIR. SE
ALBUQUERQUE, NM  87108

USAP SOUTHWEST REGION NON-PROFIT
LARRY LITE 714 PARKLAND CIR. SE
ALBUQUERQUE, NM  87108


USSSA/GSL
5800 STADIUM PKWY.
MELBOURNE, FL  32940


VAIL SOCCER CLUB
8110 S. HOUGHTON RD., 158
VAIL, AZ  85641


VAN CHEVROLET
8585 E. FRANK LLYOD WRIGHT BLVD.
SCOTTSDALE, AZ  85260


VARSITY CHEER
511 WESTFIELD AVE.
CHURCH HILL, TN  37642


VARSITY SPIRIT, LLC
6745 LENOX CENTER CT
STE 300
MEMPHIS, TN  38115


VAUGHAN GROUP, LLC
8734 E. JAEGAR ST.
MESA, AZ  85207


VENTURES ENDURANCE LLC
26 BUTLER RD.
MENDON, MA  01756


VERIZON WIRELESS
1 1 VERIZON PL
ALPHARETTA, GA  30004


VIBE FASTPITCH SOFTBALL, INC.
1525 S HIGLEY ROAD, STE 104
GILBERT, AZ  85296


VITA MESA
1 N. MCDONALD 209
MESA, AZ  85201


VOLLEY4LIFE
19653 S. 193RD ST.
QUEEN CREEK, AZ  85142


VOODDOO

VORTEX LAX
975 RIGGS RD., 12-156
CHANDLER, AZ  85249


VOS CHEER
6345 N. 15TH ST.
PHOENIX, AZ  85014


WALSH, BRIAN


WALTERS & WOLF CONSTRUCTION SPECIALTIES
889 N. COLORADO ST.
GILBERT, AZ  85233-2408


WALTERS & WOLF CONSTRUCTION SPECIALTIES
C/O JENNINGS STROUSS & SALMON PLC
ATTN JACK SESTAK, ESQ.
ONE EAST WASHINGTON STREET, SUITE 1900
PHOENIX, AZ  85004-2554


WALTZ CONTRUCTION
449 S. 48TH STREET
TEMPE, AZ  85281


WARREN BO DANIELS
1175 PEACHTREE ST, NE SUITE 1000
ATLANTA, GA  30361


WASTE MANAGEMENT
800 CAPITOL ST.
SUITE 3000
HOUSTON, TX  77002


WEISS BROWN, PLLC
6263 N. SCOTTSDALE RD., 340
SCOTTSDALE, AZ  85250


WEST COAST PREMIER TOURNAMENTS
1087 LEWES RIVER RD., 348
WOODLAND, WA  98674


WEST COAST PREMIER
13504 NE 84TH ST. 103-262
VANCOUVER, WA  98682


WHOLESALE FLOORS LLC
8855 N. BLACK CANYON HWY.
PHOENIX, AZ  85021


WHOLESALE FLOORS LLC
C/O LEWIS ROCA ROTHGERBER CHRISTIE, LLP
ATTN FRANCES HAYNES, MICHAEL BROWN
201 EAST WASHINGTON STREET, SUITE 1200
PHOENIX, AZ  85004

WILLIAM MORRIS ENDEAVOR ENTERTAINMENT
9601 WILSHIRE BLVD., 3RD FLOOR
BEVERLY HILLS, CA 90210

WILSON SPORTING GOODS CO.
130 E. RANDOLPH ST., 600
CHICAGO, IL 60601-6164

WILSON TROPHY CO OF CALIFORNIA
1724 FRIENZA AVE.
SACRAMENTO, CA 95815

WINGS OF STRENGTH
2025 S. AIRPORT BLVD.
CHANDLER, AZ 85286

WORLD CHEER CO
2210 AVIAN LOOP
KISSIMMEE, FL 34741

WORLD CHEER CO.
2210 AVIAN LOOP
KISSIMMEE, FL 34741

WORLD CLASS CHEER
6433 TOPANGA CANYON BLVD.
CANOGA PARK, CA 91303

WORLD PICKLEBALL TOUR
22 E. GAY ST.
COLUMBUS, OH 43215

WYOMING SOCCER ASSOCIATION
777 OVERLAND TRAIL, 132
CASPER, WY 82601

YK SPORTS, LLC
1755 N. 31ST 274
PHILADELPHIA, PA 19122

ZANZUCCHI-ASCENSION VOLLEYBALL

ZIPPY ENTERTAINMENT
645 E. KYLE DR.
GILBERT, AZ 85296

ZOPPE FAMILY INC.
1804 S. RACINE AVE.
CHICAGO, IL 60608

# United States Bankruptcy Court
## District of Arizona

In re    Legacy Cares, Inc.

Debtor(s)

Case No. _____

Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐   **FLAT FEE**

      For legal services, I have agreed to accept .....................................................   $ _____

      Prior to the filing of this statement I have received .......................................   $ _____

      Balance Due ..................................................................................................   $ _____

   ☒   **RETAINER**

      For legal services, I have agreed to accept and received a retainer of..........................   $      200,000.00

      The undersigned shall bill against the retainer at an hourly rate of...............................   $      500.00
      [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
      fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

      ☒ Debtor       ☐ Other (specify):

3.   The source of compensation to be paid to me is:

      ☒ Debtor       ☐ Other (specify):

4.   ☒   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
      e.   [Other provisions as needed]
         Negotiations with secured and unsecured creditors; preparation and filing of motion to sell assets; preparation and filing of plan of reorganization and disclosure statement; pursue approval of sale and confirmation of plan; respond to various creditor motions including motions for relief from the automatic stay; pursue actions to avoid liens and transfers.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   <u>Legacy Cares, Inc.</u>                    Case No.  <u>                      </u>

<center>Debtor(s)</center>

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

<div style="border:1px solid black; padding:10px;">

<center>**CERTIFICATION**</center>

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<u>    04/28/2023                    </u>      */s/ Henk Taylor*

*Date*                                           Henk Taylor 016321

                                                *Signature of Attorney*

                                                Warner Angle Hallam Jackson Formanek PLC

                                                  2555 E Camelback Road--Suite 800

                                                  Scottsdale, AZ 85260

                                                  (602) 264-7101   Fax:

                                                  htaylor@warnerangle.com

                                                  *Name of law firm*

</div>