# EXHIBIT A

**Chapter 11 DIP Budget**
**Legacy Cares, Inc.**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending: | 5/7/2023 | 5/14/2023 | 5/21/2023 | 5/28/2023 | 6/4/2023 | 6/11/2023 | 6/18/2023 | 6/25/2023 | 7/2/2023 | 7/9/2023 | 7/16/2023 | 7/23/2023 | 7/30/2023 |
| **Total Operating Receipts** | $ 528,084 | $ 528,084 | $ 528,084 | $ 528,084 | $ 405,389 | $ 405,389 | $ 405,389 | $ 405,389 | $ 405,389 | $ 370,700 | $ 370,700 | $ 370,700 | $ 370,700 |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Legacy Cares Operating Expenses | - | - | 40,238 | - | 40,238 | - | 40,238 | - | 40,238 | - | 40,238 | - | 40,238 |
| Direct Sports Expenses | 79,004 | 79,004 | 79,004 | 198,146 | 53,041 | 53,041 | 53,041 | 53,041 | 159,183 | 48,222 | 48,222 | 48,222 | 156,514 |
| Management Fee | - | - | 157,295 | - | - | - | 121,140 | - | - | - | 118,317 | - | - |
| Salaries & Wages | 355,185 | - | 355,185 | - | 349,192 | - | 349,192 | - | 349,192 | - | 312,341 | - | 312,341 |
| Employee Benefits & Taxes | 68,013 | - | 66,513 | - | 67,017 | - | 65,517 | - | 67,017 | - | 59,395 | - | 59,395 |
| G&A | 40,545 | 40,545 | 40,545 | 60,095 | 34,612 | 34,612 | 89,112 | 34,612 | 54,162 | 38,481 | 92,981 | 38,481 | 58,031 |
| Plant Expenses | 155,150 | 137,487 | 270,150 | 123,150 | 133,720 | 111,057 | 138,720 | 205,720 | 101,720 | 155,150 | 137,487 | 285,150 | 123,150 |
| Event Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Food & Beverage Expenses | 30,574 | 30,574 | 30,574 | 30,574 | 15,333 | 15,333 | 15,333 | 15,333 | 15,333 | 19,167 | 19,167 | 19,167 | 19,167 |
| Ground Lease | 319,685 | - | - | - | 319,685 | - | - | - | - | 319,685 | - | - | - |
| Other Expense | 1,411 | 1,411 | 1,411 | 1,411 | 1,129 | 1,129 | 1,129 | 1,129 | 1,129 | 1,411 | 1,411 | 1,411 | 1,411 |
| Contingency | 6,250 | 6,250 | 6,250 | 6,250 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 6,250 | 6,250 | 6,250 | 6,250 |
| **Total Operating Disbursements** | 1,055,818 | 295,271 | 1,047,166 | 419,626 | 1,018,968 | 220,172 | 878,422 | 314,835 | 792,974 | 588,366 | 835,808 | 398,680 | 776,496 |
| **Net Cash from Operations** | (527,734) | 232,813 | (519,082) | 108,458 | (613,578) | 185,217 | (473,033) | 90,554 | (387,584) | (217,666) | (465,109) | (27,981) | (405,796) |
| **Non-Operating Receipts/(Disbursements)** | | | | | | | | | | | | | |
| Capital Expenditures | 63,750 | 63,750 | 63,750 | 63,750 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 7,500 | 7,500 | 7,500 | 7,500 |
| Company Restructuring Fees | | | | | | | | 360,000 | | | | 385,000 | |
| Investment Banker Fees | | 75,000 | | | | 75,000 | | | | | 75,000 | | |
| UCC Professional Fees | | | | | | | | 50,000 | | | | 75,000 | |
| US Trustee Fees | | | | | | | | | | | | | 55,106 |
| **Net Cash Flow** | (591,484) | 94,063 | (582,832) | 44,708 | (619,578) | 104,217 | (479,033) | (325,446) | (393,584) | (225,166) | (547,609) | (495,481) | (468,402) |
| **Beginning Cash** | - | 408,516 | 502,579 | 519,748 | 564,456 | 544,878 | 649,095 | 570,062 | 544,616 | 551,032 | 525,866 | 578,257 | 582,776 |
| **DIP Draws** | 1,000,000 | - | 600,000 | - | 600,000 | - | 400,000 | 300,000 | 400,000 | 200,000 | 600,000 | 500,000 | 400,000 |
| **Ending Cash** | $ 408,516 | $ 502,579 | $ 519,748 | $ 564,456 | $ 544,878 | $ 649,095 | $ 570,062 | $ 544,616 | $ 551,032 | $ 525,866 | $ 578,257 | $ 582,776 | $ 514,374 |

**Chapter 11 DIP Budget**
**Legacy Cares, Inc.**

| Week Ending: | 14<br>8/6/2023 | 15<br>8/13/2023 | 16<br>8/20/2023 | 17<br>8/27/2023 | 18<br>9/3/2023 | 19<br>9/10/2023 | 20<br>9/17/2023 | 21<br>9/24/2023 | 22<br>10/1/2023 | 23<br>10/8/2023 | 24<br>10/15/2023 | 25<br>10/22/2023 | 26<br>10/29/2023 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Operating Receipts** | $ 348,025 | $ 348,025 | $ 348,025 | $ 348,025 | $ 348,025 | $ 560,046 | $ 560,046 | $ 560,046 | $ 560,046 | $ 711,725 | $ 711,725 | $ 711,725 | $ 711,725 | $ 12,449,294 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Legacy Cares Operating Expenses | - | - | 40,238 | - | 40,238 | - | 40,238 | - | 40,238 | - | 40,441 | - | - | 442,822 |
| Direct Sports Expenses | 55,431 | 55,431 | 55,431 | 55,431 | 163,723 | 92,927 | 92,927 | 92,927 | 324,544 | 87,079 | 87,079 | 87,079 | 265,645 | 2,623,341 |
| Management Fee | - | - | 85,668 | - | - | - | 101,608 | - | - | - | 124,686 | - | - | 708,714 |
| Salaries & Wages | - | 326,441 | - | 326,441 | - | 359,592 | - | 359,592 | - | 394,756 | - | 394,756 | - | 4,544,207 |
| Employee Benefits & Taxes | 1,500 | 61,737 | - | 61,737 | 1,500 | 67,245 | - | 67,245 | - | 74,588 | - | 73,088 | - | 861,507 |
| G&A | 31,460 | 31,460 | 93,460 | 51,010 | 31,460 | 43,964 | 98,464 | 43,964 | 63,514 | 42,954 | 97,454 | 42,954 | 62,504 | 1,391,437 |
| Plant Expenses | 133,720 | 116,057 | 230,720 | 149,720 | 85,720 | 155,150 | 137,487 | 275,150 | 123,150 | 155,150 | 132,487 | 260,150 | 123,150 | 4,155,613 |
| Event Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Food & Beverage Expenses | 13,052 | 13,052 | 13,052 | 13,052 | 13,052 | 22,018 | 22,018 | 22,018 | 22,018 | 96,168 | 96,168 | 96,168 | 96,168 | 813,633 |
| Ground Lease | 369,685 | - | - | - | 319,685 | - | - | - | 319,685 | - | - | - | - | 1,968,113 |
| Other Expense | 1,129 | 1,129 | 1,129 | 1,129 | 1,129 | 1,411 | 1,411 | 1,411 | 1,411 | 1,411 | 1,411 | 1,411 | 1,411 | 33,867 |
| Contingency | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 150,000 |
| **Total Operating Disbursements** | 610,977 | 610,306 | 524,697 | 663,519 | 661,506 | 748,558 | 500,403 | 868,558 | 900,811 | 858,355 | 585,976 | 961,855 | 555,128 | 17,693,253 |
| **Net Cash from Operations** | (262,952) | (262,281) | (176,672) | (315,494) | (313,481) | (188,512) | 59,643 | (308,512) | (340,765) | (146,630) | 125,750 | (250,130) | 156,598 | (5,243,959) |
| | | | | | | | | | | | | | | |
| **Non-Operating Receipts/(Disbursements)** | | | | | | | | | | | | | | |
| Capital Expenditures | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 405,000 |
| Company Restructuring Fees | | | | 385,000 | | | | 280,000 | | | | 155,000 | | 1,565,000 |
| Investment Banker Fees | | 75,000 | | | | | - | | | | - | | | 300,000 |
| UCC Professional Fees | | | | 75,000 | | | | 75,000 | | | | 75,000 | | 350,000 |
| US Trustee Fees | | | | | | | | | | | | | 82,070 | 137,176 |
| **Net Cash Flow** | (268,952) | (343,281) | (182,672) | (781,494) | (319,481) | (196,012) | 52,143 | (671,012) | (348,265) | (154,130) | 118,250 | (487,630) | 67,027 | (8,001,135) |
| | | | | | | | | | | | | | | |
| **Beginning Cash** | 514,374 | 545,422 | 502,141 | 519,469 | 537,974 | 518,493 | 522,481 | 574,624 | 603,612 | 555,348 | 501,218 | 619,467 | 531,837 | - |
| **DIP Draws** | 300,000 | 300,000 | 200,000 | 800,000 | 300,000 | 200,000 | - | 700,000 | 300,000 | 100,000 | - | 400,000 | - | 8,600,000 |
| **Ending Cash** | $ 545,422 | $ 502,141 | $ 519,469 | $ 537,974 | $ 518,493 | $ 522,481 | $ 574,624 | $ 603,612 | $ 555,348 | $ 501,218 | $ 619,467 | $ 531,837 | $ 598,865 | $ 598,865 |

| | |
|---|---|
| **DIP Credit Facility Commitment** | $ 9,000,000 |