J. Henk Taylor – State Bar No. 016321
**WARNER ANGLE HALLAM
  JACKSON & FORMANEK PLC**
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
Facsimile: (602) 234-0419
E-mail:  htaylor@warnerangle.com

*Proposed Counsel for the Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Case No. 2:23-bk-02832-DPC |
| **LEGACY CARES, INC.,** | **Chapter 11** |
| Debtor. | **VERIFIED STATEMENT PURSUANT TO RULE 2014 BY PROPOSED ATTORNEY FOR DEBTOR** |

STATE OF ARIZONA      )
                      ) ss.
County of Maricopa    )

I, Henk Taylor, being first duly sworn, depose and state:

1.      I am a partner with the law firm Warner Angle Hallam Jackson & Formanek, PLC ("WA"), which is located at 2555 E. Camelback Road, Suite 800, Phoenix, Arizona.

2.      I am duly admitted to practice law in the State of Arizona and am in good standing.

3.      I practice in the field of bankruptcy law and am qualified to represent Legacy Cares, Inc. ("Cares" or the "Debtor") in the above-captioned bankruptcy case and any related proceedings.

Warner Angle Hallam Jackson & Formanek PLC

4. The current hourly rates to be charged by WA in connection with the representation of the Debtor is as follows:

| | |
|---|---|
| Partner Henk Taylor: | $500 per hour |
| Other Attorneys: | $195 to $585 per hour |
| Paralegals: | $150 to $185 per hour |

5. A copy of the Debtor's Fee Agreement with WA is attached hereto as Exhibit "A", and is incorporated by reference.

6. To the best of my knowledge neither I nor WA (a) has any connection with the Debtor, its creditors, or any other party in interest, or any of their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, or (b) represents any interest adverse to the Debtor or its bankruptcy estate.

7. In the event I learn or any additional connections that I or WA may have with the Debtor, I will supplement this affidavit.

DATED this 3rd day of May, 2023.

By /s/ Henk Taylor (016321)
Henk Taylor
*Proposed Attorney for the Debtor*

- 2 -

SUBSCRIBED AND SWORN to before this date: May 3, 2023

Notary Public

My Commission Expires:
May 3, 2025



ERIN M BAILEY
Notary Public
Commission Number 604117
Expires: May 3, 2025
Maricopa County

Warner Angle Hallam Jackson & Formanek PLC

- 3 -