Warnicke Law PLC
Robert C. Warnicke
Arizona Bar No. 015345
2929 North Second Street
Phoenix, Arizona 85012
E-mail: Robert@WarnickeLaw.net
Telephone (602) 738-7382

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 11 |
| **LEGACY CARES, INC.,** | Case No. **2:23-bk-02832-DPC** |
| Debtor. | **NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that the Robert C. Warnicke makes his appearance in the above-captioned bankruptcy on behalf of the Haydon Companies, Inc. and requests that he be added to the mailing list for all filings in the above-captioned bankruptcy case.

SUBMITTED this 5th day of May 2023.

**WARNICKE LAW PLC**

By: /s/ Robert C. Warnicke
Robert C. Warnicke
*Attorney for Haydon Companies, Inc.*

Served via ECF on CM/ECF users on the above date which constitutes service pursuant to L.R. Bankr. P. 9076-1.
/s/ Robert C. Warnicke