Edward Rubacha (CA Bar No. 135840)
E-mail: er@jhkmlaw.com
**JENNINGS HAUG KELEHER MCLEOD, L.L.P.**
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
Telephone: (602) 234-7800
Facsimile: (602) 277-5595
Court Documents: docket@jhkmlaw.com

Attorneys for Aero Automatic Sprinkler Company

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Legacy Cares, Inc.,<br><br>      Debtor. | Case No.: 2:23-bk-02832-DPC<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that Edward Rubacha of Jennings Haug Keleher McLeod, L.L.P. hereby gives notice of appearance in this Chapter 11 proceeding as attorneys for Aero Automatic Sprinkler Company ("Aero"), an Interested Party/Creditor of the Debtor.

All notices given or required to be given in this case and any case that is consolidated herewith, and all papers, pleadings and documents filed or served or required to be filed or served in this case, and in any cases consolidated herewith, should be given to and served upon the following persons as attorneys for Aero:

Edward Rubacha
Jennings Haug Keleher McLeod, L.L.P.
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
Telephone: (602) 234-7846
E-mail: er@jhkmlaw.com
docket@jhkmlaw.com

DATED this __8th__ day of May, 2023.

            JENNINGS HAUG KELEHER MCLEOD, LLP

            By */s/ Edward Rubacha*
              Edward Rubacha
              Attorneys for Aero Automatic Sprinkler Co.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Service of Electronic Filing to the individuals registered with CM/ECF.

J. Henk Taylor
Warner Angle Hallam Jackson & Formanek PLC
2555 East Camelback Road, Suite 800
Phoenix, AZ 85016
htaylor@warnerangle.com
Attorneys for Debtor

By /s/ Monica Kish_____