# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | LEGACY CARES, INC. |
| **Case Number:** | 2:23-BK-02832-DPC    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MAY 04, 2023 02:30 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RENEE BRYANT |
| **Reporter / ECR:** | JANET SPIKER |

### Matters:

1) MOTION REGARDING CHAPTER 11 FIRST DAY MOTIONS MOTION FOR ORDERS (I) AUTHORIZING DEBTOR TO OBTAIN POSTPETITION FINANCING ON PRIMING, SUPERPRIORITY AND SECURED BASIS; (II) PERMITTING USE OF CASH COLLATERAL; (III) GRANTING INTERIM AND ADDITIONAL RELIEF; AND (IV) SCHEDULING A FINAL HEARING UNDER BANKRUPTCY RULE 4001(C)
   R / M #:  3 / 0

2) DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING MAINTENANCE OF PREPETITION CASH MANAGEMENT SYSTEM AND BANK ACCOUNTS; AND (II) GRANTING RELATED RELIEF
   R / M #:  0 / 0

3) MOTION OF DEBTOR FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 105(a) AND 366 OF THE BANKRUPTCY CODE (I) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICES TO, OR DISCRIMINATING AGAINST, DEBTOR ON ACCOUNT OF PREPETITION AMOUNTS DUE; (II) DEEMING UTILITY PROVIDERS ADEQUATELY ASSURED OF FUTURE PERFORMANCE; (III) AUTHORIZINGDEBTOR TO ESTABLISH THE ADEQUATE ASSURANCE DEPOSIT ACCOUNT AND PAY THE ADEQUATE ASSURANCE DEPOSITS; (IV) ESTABLISHINGPROCEDURES FOR OBJECTION TO THE ADEQUATE ASSURANCE PROCEDURES AND (V) GRANTING CERTAIN RELIEF
   R / M #:  0 / 0

4) DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) SETTING BAR DATES FOR FILING PROOFS OF CLAIM; (II) APPROVING NOTICE OF BAR DATES, AND (III) GRANTING RELATED RELIEF
   R / M #:  0 / 0

### Appearances:

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:23-BK-02832-DPC        THURSDAY, MAY 04, 2023 02:30 PM

J. HENK TAYLOR, ATTORNEY FOR LEGACY CARES, INC.
JENNIFER GIAIMO, ATTORNEY FOR THE UNITED STATES TRUSTEE
ROBERT M. CHARLES, ATTORNEY FOR UMB BANK, N.A.
LAMAR HAWKINS, ATTORNEY FOR SPRAYFOAM SOUTHWEST INC., D.H. PACE COMPANY INC., IMAGE BUILDING SYSTEMS
PHIL GILES, ATTORNEY FOR KEARNEY ELECTRIC, INC.
JAMES L.. UGLADE, ATTORNEY FOR EASTERN FUNDING LLC
BRAD COSMAN, ATTORNEY FOR INSIGHT INVESTMENTS, LLC
KATHLEEN ALLARE, ATTORNEY FOR INSIGHT INVESTMENTS, LLC
ROBERT C. WARNICKE, ATTORNEY FOR HAYDON COMPANIES LLC
JOHN RYAN, ATTORNEY FOR HAYDON COMPANIES LLC
ANDREW ABRAHAM, ATTORNEY FOR PACIFIC PROVING, LLC
PATRICK DERKSEN, ATTORNEY FOR JAYCO DESIGN AND INSTALLATIONS, LLC
KATHERINE ANDERSON, ATTORNEY FOR OVG FACILITIES LLC
WARREN STAPLETON, ATTORNEY FOR SALT RIVER PIMA COMMUNITY GAMING ENTERPRISE CASINO ARIZONA
ELI ENGER, ATTORNEY FOR RKS PLUMBING & MECHANICAL, INC.
JAMES L. CSONTOS, ATTORNEY FOR OKLAND CONSTRUCTIONS COMPANY, INC.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:23-BK-02832-DPC         THURSDAY, MAY 04, 2023  02:30 PM

## *Proceedings:*

The Court discusses the applications to employ filed by Mr. Taylor. The Court asks Mr. Taylor to eliminate the nunc pro tunc language in the WA and PSWM employment applications.

Mr. Taylor states he will remove the reference to nunc pro tunc and resubmit the form of order. He states he will also remove the nunc pro tunc reference and resubmit a form of order for Epiq.

COURT: IT IS ORDERED SETTING A HEARING ON THE MCA FEE APPLICATION FOR MAY 25, 2025, AT 1:00 P.M.

## MATTER #3

Mr. Taylor presents the utility motion and addresses the U.S. Trustee's objection. He states they are not asking for a finding on adequate assurance and outlines the process for determining it. Mr. Taylor asks that the Court enter an interim order and schedule a final hearing. He responds to the Court's questions.

Ms. Giaimo states she received a revised order from Mr. Taylor that removed the procedures for the utility company to object. The U.S. Trustee does not object to the Court entering an order saying that utilities will not be terminated pending a final hearing.

Mr. Taylor confirms the interim order will not include language about the procedures.

COURT: THE COURT INSTRUCTS MR. TAYLOR AND MS. GIAIMO TO WORK TOGETHER ON AN INTERIM ORDER FOR THE COURT TO SIGN.

Mr. Taylor provides a history of the Debtor's business operations and the events that led to the bankruptcy.

## MATTER #4

Mr. Taylor explains why they are seeking a claims bar date shorter than 60 days. He asks that the Court set a June 16, 2023, deadline to file general unsecured claims.

Ms. Giaimo suggests a compromise of July 3, 2023, as the bar date. She states her concerns with the instructions for filing proofs of claims. Ms. Giaimo argues that this language will complicate things and should be omitted. She states her issues with the provision in the order regarding a late-filed proof of claim.

Mr. Taylor states the language in the notice addressing the ability to assert a claim and the ability to file a claim and two different issues. He states that a proof of claim can be filed late; however, the assertion language is standard and should not be omitted.

Case 2:23-bk-02832-DPC    Doc 81    Filed 05/08/23    Entered 05/08/23 17:36:51    Desc
Main Document      Page 3 of 5

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:23-BK-02832-DPC        THURSDAY, MAY 04, 2023 02:30 PM

Ms. Giaimo responds that the language contravenes the bankruptcy rules.

Mr. Csontos states his concerns with the language in the notice regarding documentation. He states he would prefer a July 3rd bar date but will meet whatever deadline the Court sets.

Ms. Giaimo offers her suggestions.

Mr. Taylor agrees to remove the language preventing parties from filing late filed proofs of claim.

COURT: IT IS ORDERED SETTING JUNE 30, 2023, AS THE CLAIMS BAR DATE. THE COURT INSTRUCTS MR. CSONTOS, MS. GIAIMO, AND MR. TAYLOR TO WORK ON A FORM OF ORDER FOR THE COURT TO SIGN.

Ms. Giaimo reports that solicitations for a committee were sent, and they are attempting to get one formed as soon as possible. If there will be a committee, she hopes to have it formed by the May 25, 2023, hearing.

## MATTER #2

Mr. Taylor explains that the inclusion of the M&O account in the motion may have caused some confusion. He states that the M&O account is not a Debtor account and should not have been a part of the motion. Mr. Taylor informs the Court that he has prepared a revised order removing references to the M&O accounts. He responds to the Court's questions.

Ms. Giaimo states her objections to the provisions in the proposed order.

Mr. Taylor is confident he and Ms. Giaimo can resolve the issues. He responds to the Court's question regarding a liquor license.

COURT: IT IS ORDERED APPROVING THE INTERIM ORDER RE: CASH MANAGEMENT SYSTEM MOTION. THE COURT INSTRUCTS MR. TAYLOR, MR. CHARLES, AND MS. GIAIMO TO WORK TOGETHER ON A FORM OF ORDER FOR THE COURT TO SIGN.

## MATTER #1

Mr. Taylor presents the motion to approve post-petition financing and use of cash collateral. He states that post-petition financing is needed as the park is operating at a loss, and the use of cash collateral itself is not enough to fund operations.

Mr. Cosman reports they have agreed on reservation of rights language.

Mr. Ugalde states Mr. Taylor's representations on this record that the DIP financing motion and credit

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:23-BK-02832-DPC      THURSDAY, MAY 04, 2023 02:30 PM

agreement do not seek to attach any liens on his client's collateral are sufficient.

Mr. Warnicke outlines his objections.

Mr. Taylor responds.

Ms. Giaimo argues the U.S. Trustee's objections. She responds to the Court's questions.

Mr. Charles argues his position.

COURT: IT IS ORDERED APPROVING THE INTERIM ORDER RE: USE OF CASH COLLATERAL AND POST-PETITION FINANCING. THE COURT WILL NOT GRANT THE CARVE OUT AT THIS TIME. IT IS ORDERED SETTING A FINAL HEARING ON THE FINANCING MOTION FOR MAY 25, 2025, AT 1:00 P.M.

THE FOLLOWING MATTERS HAVE BEEN SCHEDULED FOR AN IN-PERSON HEARING ON MAY 25, 2023, AT 1:00 P.M.

1. DEBTOR'S APPLICATION FOR ENTRY OF ORDER (1) AUTHORIZING THE RETENTION AND EMPLOYMENT OF MCA FINANCIAL GROUP LTD, AS FINANCIAL ADVISOR

2. FINAL HEARING ON THE UTILITIES MOTION

3. FINAL HEARING ON THE CASH MANAGEMENT MOTION

4. FINAL HEARING ON THE DIP MOTION

5. CHAPTER 11 STATUS CONFERENCE