

402 E. Southern Ave.
Tempe, AZ 85282
Telephone: (602) 888-9229
Facsimile: (480) 725-0087
D. Lamar Hawkins – 013251
E-Mail: lamar@guidant.law
JoAnn Falgout – 015052
E-Mail: joann@guidant.law
*Attorneys For Image Building Systems, LLC, Sprayfoam Southwest, Inc. and D. H. Pace Company, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| LEGACY CARES, INC., an Arizona non-profit corporation, | Case No. 2:23-bk-02832-DPC |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that D. Lamar Hawkins of the firm of Guidant Law, PLC, as counsel for Image Building Systems, LLC, Sprayfoam Southwest, Inc. and D. H. Pace Company, Inc., hereby enters appearance on the record in the above entitled bankruptcy case pursuant to Fed.R.Bankr.P. 9010(b) and formally requests special notice of all hearings, actions, contested matters and adversary proceedings in this case, together with copies of all notice, pleadings, motions, response and other related materials that are issued or filed in connection with this case and proceedings related thereto. Pursuant to Fed.R.Bankr.P. 2002, all notice and copies in response to the foregoing, should be directed to:

> D. Lamar Hawkins
> Guidant Law Firm
> 402 E. Southern Avenue
> Tempe, AZ 85282
> lamar@guidant.law

1

| | |
|---|---|
| DATED this 9th day of May, 2023. | |
| | GUIDANT LAW, PLC |
| | By: /s/ D. Lamar Hawkins #013251 |
| | D. Lamar Hawkins |
| | JoAnn Falgout |
| | 402 East Southern Avenue |
| | Tempe, AZ 85282 |
| | *Attorneys for Image Building Systems, LLC, Sprayfoam Southwest, Inc. and D. H. Pace Company, Inc.* |

E-FILED this 9th day of May, 2023 with the U.S. Bankruptcy Court and copies served via the Court's CM/ECF Notification System this day on all parties that have appeared in the case.