United States Bankruptcy Court
District of Arizona

In re:  Case No. 23-02832-DPC
LEGACY CARES, INC.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2  User: admin  Page 1 of 2
Date Rcvd: May 08, 2023  Form ID: ostatcgc  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + LEGACY CARES, INC., 6321 S. ELLSWORTH ROAD, SUITE 146, MESA, AZ 85212-3301 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW ABRAHAM | on behalf of Creditor Pacific Proving LLC aabraham@bcattorneys.com tfox@bcattorneys.com |
| BRADLEY A COSMAN | on behalf of Creditor Insight Investments LLC BCosman@perkinscoie.com, kmcclure@perkinscoie.com,DocketPHX@perkinscoie.com,scarnall@perkinscoie.com |
| EDWARD RUBACHA | on behalf of Interested Party AERO AUTOMATIC SPRINKLER COMPANY er@jhc-law.com |
| J. HENK TAYLOR | on behalf of Debtor LEGACY CARES INC. htaylor@warnerangle.com |
| JAMES L UGALDE | on behalf of Creditor Eastern Funding LLC jugalde@clarkhill.com cboggs@clarkhill.com,kwebster@clarkhill.com |
| JAMES L UGALDE | on behalf of Creditor Eastern Funding LLC successor-in-interest to Macrolease Corporation jugalde@clarkhill.com, |

cboggs@clarkhill.com,kwebster@clarkhill.com

JAMES L. CSONTOS
   on behalf of Creditor Okland Construction Company Inc. JLC@JHC.Law, sma@jhkmlaw.com

JENNIFER A. GIAIMO
   on behalf of U.S. Trustee U.S. TRUSTEE Jennifer.A.Giaimo@usdoj.gov

JOEL E. SANNES
   on behalf of Creditor RKS Plumbing & Mechanical Inc. jes@udallshumway.com, tdh@udallshumway.com

Katherine E. Anderson
   on behalf of Creditor OVG Facilities LLC andersonke@ballardspahr.com, PHXLitLAAs@ballardspahr.com,PHXdocketingBKR@ballardspahr.com

Kenneth C. Edstrom
   on behalf of Interested Party Michael Kuntz kene@sapientialaw.com kathyl@sapientialaw.com,alexb@sapientialaw.com

Kenneth C. Edstrom
   on behalf of Creditor National Sports Opportunity Partners LLC kene@sapientialaw.com, kathyl@sapientialaw.com,alexb@sapientialaw.com

PATRICK T. DERKSEN
   on behalf of Creditor Jayco Design and Installations LLC pderksen@wdlawpc.com, abourassa@wdlawpc.com

PHILIP J GILES
   on behalf of Creditor Kearney Electric Inc. pgiles@bkfirmaz.com, mvasquez@bkfirmaz.com,mmorgan@bkfirmaz.com,ssheffield@bkfirmaz.com,sgomez@bkfirmaz.com,ageiler@bkfirmaz.com,mhildreth@bkfirmaz.com

Peter L Riggs
   on behalf of Creditor UMB BANK N.A. priggs@spencerfane.com

RICHARD B. MURPHY
   on behalf of Creditor Spectrum Mechanical & Plumbing Contractors LLC rich@mcattorneys.com

ROBERT M CHARLES, JR
   on behalf of Creditor UMB BANK N.A. rcharles@lewisroca.com, bankruptcynotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

Robert Warnicke
   on behalf of Creditor Haydon Companies Inc. robert@warnickelaw.net, robert@warnickelaw.net

SHELTON L. FREEMAN
   on behalf of Creditor Siteworks Landscape Development LLC filings@roselawgroup.com

WILLIAM G. KLAIN
   on behalf of Creditor Pritchard Sports & Entertainment Group Ltd. Filing@lang-klain.com

TOTAL: 20

FORM ostatcgc (revised 050214)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                              Case No.: 2:23−bk−02832−DPC

LEGACY CARES, INC.                          Chapter: 11
6321 S. ELLSWORTH ROAD, SUITE 146
MESA, AZ 85212
SSAN:
EIN: 84−3520422

Debtor(s)

**NOTICE AND ORDER SETTING CHAPTER 11 STATUS CONFERENCE**
**AND PROVIDING FOR THE FILING OF A PRE−CONFERENCE REPORT**
**AND PROVIDING FOR THE DISMISSAL IF NO REPORT IS FILED**

   A. Pursuant to 11 U.S.C. § 105(d), a status conference will be held on 5/25/23 at 01:00 PM at the **U.S. Bankruptcy Court**, 230 N. First Avenue, 6th Floor, Courtroom 603, Phoenix, AZ. The Debtor−in−Possession ("Debtor"), or an authorized representative of Debtor, and counsel for Debtor shall be present at this status conference and shall be prepared to discuss and/or resolve, at the Court's direction, the following issues:

      1. The nature of the Debtor's operations and the factors leading to the filing of a Chapter 11.
      2. Whether any professionals have been or will be employed by the Debtor.
      3. Any unique issues regarding secured debt, employees, executory contracts, cash collateral, existing management and/or equity owners.
      4. A deadline for the filing of a plan and disclosure statement.
      5. A deadline for the filing of proofs of claims and interests.
      6. The status of Debtor's post−petition operations.
      7. The status of any litigation involving the Debtor.

   B. The Court requires the filing of a report that addresses the nature of Debtor's business, an outline of the proposed Chapter 11 Plan, timing of filing the plan together with the other issues outlined above in this Order. Debtor shall file and serve a copy of the initial report no less then seven (7) days prior to the status conference. In the event the report is not filed the initial 105(d) status hearing will be vacated and the Chapter 11 case will be subject to dismissal.

− − − ORDER CONTINUES ON NEXT PAGE − − −

C. The Debtor is directed to mail a copy of this Notice and Order to all creditors and parties in interest no less than 23 days prior to the status conference and to file a certificate of mailing with the Clerk of the Court. The scope of the notice required by this Order may be modified upon good cause shown by the Debtor.

Date: May 8, 2023                             BY THE COURT

Address of the Bankruptcy Clerk's Office:      **Honorable Daniel P. Collins**
U.S. Bankruptcy Court, Arizona                  United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov