

402 E. Southern Ave.
Tempe, AZ 85282
Telephone: (602) 888-9229
Facsimile: (480) 725-0087
D. Lamar Hawkins – 013251
E-Mail: lamar@guidant.law
JoAnn Falgout – 015052
E-Mail: joann@guidant.law
*Attorneys For Image Building Systems, LLC, Sprayfoam Southwest, Inc. and D. H. Pace Company, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| LEGACY CARES, INC., an Arizona non-profit corporation, | Case No. 2:23-bk-02832-DPC |
| Debtor. | **VERIFIED STATEMENT PURSUANT TO F.R.B.P. 2019** |

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Guidant Law, PLC ("**Guidant**"), by D. Lamar Hawkins and JoAnn Falgout, hereby gives notice that Guidant is representing more than one secured creditor in the above-captioned Chapter 11 case, and states as follows:

1. I am duly admitted to practice in the State of Arizona and am in good standing.

2. On or about May 4, 2023, Guidant was retained to represent secured creditor, D. H. Pace Company, Inc. in the above-captioned Chapter 11 proceedings.

3. On or about May 4, 2023, Guidant was retained to represent secured creditor, Image Building Systems, LLC in the above-captioned Chapter 11 proceedings.

4. On or about May 9, 2023 Guidant was retained to represent secured creditor, Sprayfoam Southwest, Inc. in the above-captioned Chapter 11 proceedings.

5.  As of the date of this Verified Statement, Guidant represents Image Building Systems, LLC, Sprayfoam Southwest, Inc. and D. H. Pace Company, Inc. in this Chapter 11 proceeding.

6.  As of the date of this Verified Statement, Image Building Systems, LLC, Sprayfoam Southwest, Inc. and D. H. Pace Company, Inc. are the only creditors or parties in interest in these Chapter 11 proceedings for which Guidant is required to file a Verified Statement pursuant to Rule 2019.

7.  In accordance with Bankruptcy Rule 2019, Exhibit A lists Image Building Systems, LLC's, Sprayfoam Southwest, Inc.'s and D. H. Pace Company, Inc.'s address and "the nature and amount of each disclosable economic interest" held by each creditor.

8.  Guidant reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019.

DATED this 11th day of May, 2023.

GUIDANT LAW, PLC

By: /s/ D. Lamar Hawkins #013251
D. Lamar Hawkins
JoAnn Falgout
402 East Southern Avenue
Tempe, AZ 85282
*Attorneys for Image Building Systems, LLC, Sprayfoam Southwest, Inc. and D. H. Pace Company, Inc.*

E-FILED this 11th day of May, 2023 with the U.S. Bankruptcy Court and copies served via the Court's CM/ECF Notification System this day on all parties that have appeared in the case.

# **EXHIBIT A**

D. H. Pace Company, Inc.:

1901 E. 119th St.
Olathe, KS 66061

Mechanics lien


Image Building Systems, LLC:

1923 E 5th Street
Tempe, AZ 85281

Mechanics lien


Sprayfoam Southwest, Inc.:

2401 E Magnolia St.
Phoenix, AZ 85034

Mechanics lien