Matthew H. Sloan (No. 018632)
E-mail: mhs@jhkmlaw.com
**JENNINGS HAUG KELEHER MCLEOD LLP**
2800 North Central Avenue, Suite 1800
Phoenix, AZ  85004-1049
Telephone:   602-234-7800
Facsimile:   602-277-5595

Attorneys for ICON Architectural Group, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceeding |
|---|---|
| LEGACY CARES, INC., | Case No.: 2:23-bk-02832-DPC |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Pursuant to Federal Bankruptcy Rule 9010(b), Matthew H. Sloan of the law firm of Jennings Haug Keleher McLeod LLP hereby enters his appearance as attorneys of record for ICON Architectural Group, LLC, a creditor of this Debtor and Estate, and hereby requests that he receive copies of all filings in the administrative case, notice of all matters concerning this bankruptcy proceeding, and that he be placed on the master mailing list forthwith, as follows:

> Matthew H. Sloan
> Jennings Haug Keleher McLeod LLP
> 2800 North Central Avenue, Suite 1800
> Phoenix, Arizona  85004-1049
> Telephone:   (602) 234-7800
> Facsimile:    (602) 277-5595

This request encompasses all notices, copies and pleadings referred to in Title 11 of the United States Code, and the Bankruptcy Rules, including, without limitation, notices of any order, motions, demand, complaints, petitions, pleadings or requests, applications and any other documents brought before this Court in this case, whether

formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect any interest of ICON Architectural Group, LLC.

Please take notice that the undersigned intends that neither this Request for Notices nor any later appearance, pleadings, claim, or suit shall waive: (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) the right to trial by jury in any proceeding so triable in this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupment to which ICON Architectural Group, LLC is entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this 11th day of May, 2023.

                                JENNINGS HAUG KELEHER MCLEOD LLP

                                /s/ Matthew H. Sloan (#018632)
                                Matthew H. Sloan
                                Attorneys for ICON Architectural Group, LLC

| | |
|---|---|
| 1 | Filed electronically and copies served via CM/ECF this 11th |
| 2 | day of May, 2023, to: |
| 3 | J. Henk Taylor |
| | Warner Angle Hallam Jackson & Formanek PLC |
| 4 | 2555 E. Camelback Road, Suite 800 |
| | Phoenix, AZ 85016 |
| 5 | htaylor@warnerangle.com |
| | Attorneys for Debtor |
| 6 | |
| | Jennifer A. Giaimo |
| 7 | Trial Attorney |
| | Office of the United States Trustee |
| 8 | 230 N. First Avenue, Suite 204 |
| | Phoenix, AZ 85003 |
| 9 | Jennifer.A.Giaimo@usdoj.gov |
| 10 | |
| | /s/ T. Kido |
| 11 | 7561-0/5220994 |