**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>LEGACY CARES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-02832 (DPC)<br><br>**Ref. Docket Nos. 80, 88** |

## **CERTIFICATE OF SERVICE**

I, DAVID RODRIGUEZ, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 12, 2023, I caused to be served the following:

   a. "Notice and Order Setting Chapter 11 Status Conference and Providing for the Filing of a Pre-Conference Report and Providing for the Dismissal if no Report is Filed," dated May 8, 2023 [Docket No. 80], and

   b. "Notice of Chapter 11 Bankruptcy Case," filed May 12, 2023 [Docket No. 88],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ David Rodriguez*
                                                         David Rodriguez

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ALLEN, JONES & GILES, PLC | (COUNSEL TO KEANERY ELECTRIC, INC) ATTN: PHILIP GILES, DAVID NELSON 1850 N. CENTRAL AVE, STE 1150 PHOENIX AZ 85004 |
| BALLARD SPAHR LLP | (COUNSEL TO OVG FACILITIES, LLC) ATTN CRAIG S. GANZ & KATHERINE E. ANDERSON 1 EAST WASHINGTON STREET, SUITE 2300 PHOENIX AZ 85004-2555 |
| BSN SPORTS | 14460 VARSITY BRANDS WAY BRANCH TX 75244 |
| BURCH & CRACCHIOLO PA | (COUNSEL TO PACIFIC PROVING, LLC) ATTN: ANDREW ABRAHAM, ESQ 1850 N. CENTRAL AVE., STE 1700 PHOENIX AZ 85004 |
| CLARK HILL PLC | (COUNSEL TO EASTERN FUNDING LLC AND EASTERN FUND. AS SUCCESSOR-IN-INTEREST TO MACROLEASE CORP.)_ ATTN: JAMES L UGALDE 3200 N. CENTRAL AVE, STE 1600 PHOENIX AZ 85012 |
| EARTHSCAPES | ATTN BRENDA BAHENA, DIRECTOR 4640 E. COTTON GIN LOOP PHOENIX AZ 85040 |
| FIELDTURF USA, INC. | ATTN JOSH KEOWN, REGIONAL SALES MGR 175 N. INDUSTRIAL BLVD. NE CALHOUN GA 30701 |
| FIELDTURF USA, INC. | C/O BUTLER SNOW LLP ATTN JOSHUA MCDIARMID, ESQ. 445 NORTH BOULEVARD, SUITE 300 BATON ROUGE LA 70802 |
| GLOBAL INDUSTRIAL | 29833 NETWORK PLACE CHICAGO IL 60673-1298 |
| GUIDANT LAW, PLC | (COUNSEL TO IMAGE BUILDING SYSTEMS, LLC, SPRAYFOAM SOUTHWEST, INC. AND D.H. PACE COMPANY, INC.) ATTN: D. LAMAR HWAWKINS, JOANN FALGOUT 402 E. SOUTHERN AVE TEMPE AZ 85282 |
| HELLAS | 1000 FRANKLIN VILLAGE DR. FRANKLIN MA 02038 |
| HURRICANE FENCE CO. | 3404 W. LINCOLN STREET PHOENIX AZ 85009 |
| ICING INVESTMENT HOLDINGS, LLC | C/O FR LAW GROUP ATTN TROY FRODERMAN, S. RYAN, R. EDWARDS 4745 N. 7TH ST., STE. 310 PHOENIX AZ 85014 |
| ICING INVESTMENT HOLDINGS, LLC | 11201 N. TATUM BLVD. STE 200 PHOENIX AZ 85028 |
| ICON ARCHITECTURAL GROUP | 4000 GARDEN VIEW DRIVE, SUITE 101 GRAND FORKS ND 58201-7215 |
| ICON HD, LLC | 702 MAIN STREET STOUGHTON SK S0G 4T0 CANADA |
| INTERNAL REVENUE SERVICE | 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICE | 4041 N CENTRAL AVE. PHOENIX AZ 85012 |
| JAYCO DESIGN & INSTALLATIONS | ATTN JAYSON MORRIS, CEO 2560 N. 33RD AVE. PHOENIX AZ 85009 |
| JENNINGS HAUG KELEHER MCLEOD LLP | (COUNSEL TO OKLAND CONSTRUCTION COMPANY, INC) ATTN: EDWARD RUBACHA 2800 N. CENTRAL AVE, STE 1800 PHOENIX AZ 85004 |
| JENNINGS HAUG KELEHER MCLEOD LLP | (COUNSEL TO ICON ARCHITECTURAL GROUP, LLC) ATTN: MATTHEW H. SLOAN 2800 NORTH CENTRAL AVENUE, SUITE 1800 PHOENIX AZ 85004-1049 |
| LANG & KLAIN, P.C. | (COUNSEL TO PRITCHARD SPORTS & ENTERTAINMENT GRP) ATTN: WILLIAM KLAIN JASON CLARK ZACHARY ROSENBERG 6730 N. SCOTTSDALE RD, STE 101 SCOTTSDALE AZ 85253 |
| LAW FIRM OF RUSSELL R. JOHNSON III, PLC | (COUNSEL TO SALT RIVER PROJECT) ATTN: RUSSELL R. JOHNSON 2258 WEHATLANDS DRIVE MANAKIN-SABOT VA 23103 |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | ATTN: BRYANT BARBER S. FREEMAN, R. CHARLES, A. WHITEHILL 201 EAST WASHINGTON STREET SUITE 1200 PHOENIX AZ 85004 |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | (COUNSEL TO UMB BANK, N.A.) ATTN: ROBERT CHARLES, JR., ALLISON WHITEHILL ONE SOUTH CHURCH AVENUE, STE 2000 TUCSON AZ 85701-1611 |
| LLOYD CIVIL GROUP | ATTN ANTHONY STEVENSON, PRINCIPAL 605 W. KNOX RD., STE.210 TEMPE AZ 85284 |
| MARC TAYLOR, INC. | 15396 N. 83RD AVE., STE.C-103 PEORIA AZ 85381 |
| MOBILE MODULAR | 401 N. 56TH ST. CHANDLER AZ 85226 |
| MURPHY CORDIER CASALE AXEL, PLC | (COUNSEL TO SPECTRUM) ATTN: RICHARD MURPHY, CHASE HALSEY 4647 NORTH 32ND ST, STE 150 PHOENIX AZ 85018 |
| NORCON | 5412 E. CALLE CERRITOS GUADALUPE AZ 85283 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JENNIFER A. GIAIMO 230 N. FIRST AVENUE, SUITE 204 PHOENIX AZ 85003-1706 |
| OVG FACILITIES LLC | C/O BALLARD SPAHR, LLP ATTN TYLER COBB, ESQ. 1 EAST WASHINGTON STREET, SUITE 2300 PHOENIX AZ 85004-2555 |
| OVG FACILITIES LLC | 11755 WILSHIRE BLVD., 900 LOS ANGELES CA 90025 |
| PERKINS COIE LLP | (COUNSEL TO INSIGHT INVESTMENTS, LLC) ATTN: BRADLEY A. COSMAN 2901 N. CENTRAL |

| Claim Name | Address Information |
|---|---|
| PERKINS COIE LLP | AVE, STE 2000 PHOENIX AZ 85012 |
| PRITCHARD SPORTS & | ENTERTAINMENT GROUP, LLC 2130 PRIEST BRIDGE DR., 9 CROFTON MD 21114 |
| R-ENTERTAINMENT COMPANY, LLC | 16413 N. 91ST ST., C-100 SCOTTSDALE AZ 85260 |
| ROSE LAW GROUP, PC | (COUNSEL TO SITEWORKS LANDSCAPE DEVELOPMENT, LLC) ATTN: SHELTON FREEMAN, SARAH SLADICK 7144 E. STETSON DRIVE, STE 300 SCOTTSDALE AZ 85251 |
| SAPIENTIA LAW GROUP, PLLC | (COUNSEL TO MICHAEL KUNTZ & NATIONAL SPORTS OPPORTUNITY PARTNERS LLC) ATTN: KENNETH C. EDSTROM 120 SOUTH 6TH ST. STE 100 MINNEAPOLIS MN 55402 |
| SPECTRA FOOD SERVICES & HOSPITALITY | 150 ROUSE BOULEVARD, 3RD FLOOR PHILADELPHIA PA 19112 |
| SPENCER FANE LLP | (COUNSEL TO UMB BANK, N.A.) ATTN JESSICA A. GALE & PETER L. RIGGS 2415 E. CAMELBACK RD., SUITE 600 PHOENIX AZ 85016 |
| SPOTON TRANSACT LLC | 100 CALIFORNIA STREET, 900 SAN FRANCISCO CA 94111 |
| U.S. TRUSTEE'S OFFICE | ATTN LARRY WATSON 230 N. FIRST AVE, STE. 204 PHOENIX AZ 85003-1706 |
| UDALL SHUMWAY PLC | (COUNSEL TO RKS PLUMBING & MECHANICAL, INC.) ATTN JAMES B. REED, JOEL SANNES, & ELI T. ENGER 1138 N. ALMA SCHOOL RD, STE 101 MESA AZ 85201 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE DISTRICT OF ARIZONA 40 N. CENTRAL AVENUE, SUITE 1800 PHOENIX AZ 85004-4449 |
| WARNICKE LAW PLC | (COUNSEL TO HAYDON COMPANIES, INC.) ATTN: ROBERT C. WARNICKE 2929 NORTH SECOND ST PHOENIX AZ 85012 |
| WITTHOFT DERKSEN, P.C. | (COUNSEL TO JAYCO DESIGN AND INSTALLATIONS, LLC) ATTN PATRICK T. DERKSEN 3550 NORTH CENTRAL AVENUE, SUITE 1006 PHOENIX AZ 85012 |

**Total Creditor count 46**

# EXHIBIT B

**Legacy Cares, Inc.**
**Case No. 23-02832 (DPC)**
**Electronic Mail Service List**

| | |
|---|---|
| AABRAHAM@BCATTORNEYS.COM | JOHN.COSTELLO2@TREASURY.GOV |
| ALEXANDER.ABAWI@TREASURY.GOV | JOSH.MCDIARMID@BUTLERSNOW.COM |
| ANDERSONKE@BALLARDSPAHR.COM | JUGALDE@CLARKHILL.COM |
| AWHITEHILL@LEWISROCA.COM | KALLARE@PERKINSCOIE.COM |
| BBARBER@LEWISROCA.COM | KENE@SAPIENTIALAW.COM |
| BCOSMAN@PERKINSCOIE.COM | LAMAR@GUIDANT.LAW |
| CHASE@MCCALAW.COM | LARRY.WATSON@USDOJ.GOV |
| CLS@JHKMLAW.COM | MHS@JHKMLAW.COM |
| COBBT@BALLARDSPAHR.COM | PDERKSEN@WDLAWPC.COM |
| DARLENE.JONES2@IRS.GOV | PGILES@BKFIRMAZ.COM |
| DNELSON@BKFIRMAZ.COM | PRIGGS@SPENCERFANE.COM |
| ER@JHKMLAW.COM | RCHARLES@LEWISROCA.COM |
| ETE@UDALLSHUMWAY.COM | REDWARDS@FRLAWGROUP.COM |
| FILINGS@ROSELAWGROUP.COM | RICH@MCCALAW.COM |
| GANZC@BALLARDSPAHR.COM | ROBERT@WARNICKELAW.NET |
| INFO@OAKVIEWGROUP.COM | RUSSELL@RUSSELLJOHNSONLAWFIRM.COM |
| INFO@R-ENTERTAINMENT.COM | SFREEMAN@LEWISROCA.COM |
| JAYSON@JAYCOINSTALLATIONS.COM | SRYAN@FRLAWGROUP.COM |
| JBR@UDALLSHUMWAY.COM | SSLADICK@ROSELAWGROUP.COM |
| JCLARK@LANG-KLAIN.COM | TFREEMAN@ROSELAWGROUP.COM |
| JENNIFER.A.GIAIMO@USDOJ.GOV | TFRODERMAN@FRLAWGROUP.COM |
| JES@UDALLSHUMWAY.COM | USAAZ.COMPLAINTATTY@USDOJ.GOV |
| JGALE@SPENCERFANE.COM | USTPREGION14.PX.ECF@USDOJ.GOV |
| JLC@JHKMLAW.COM | WKLAIN@LANG-KLAIN.COM |
| JOANN@GUIDANT.LAW | ZROSENBERG@LANG-KLAIN.COM |