ILENE J. LASHINSKY (AZ #3073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Cellular: (202) 590-8699
Email: Jennifer.A.Giaimo@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| LEGACY CARE, INC., an Arizona non-profit corporation, | ) |
| | ) Case No. 2:23-bk-02832-DPC |
| | ) |
| Debtor. | ) APPOINTMENT OF OFFICIAL |
| | ) UNSECURED CREDITORS |
| _____ | ) COMMITTEE |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtor, being among those holding unsecured claims and who are willing to serve, are appointed to the official joint committee of unsecured creditors:

**FieldTurf USA, Inc.**
Attention: Marie-France Nantel (Chairperson)
3000 Aurora Rd.
Solon, OH 44139
Telephone: (440) 903-4633
Email:MFNantel@tarkett.com

**Icing Investment Holdings, LLC**
Attention: Lee Plosjai
11201 N. Tatum Blvd., Suite 300
Phoenix, AZ 85028
Telephone: (602) 510-1116
Email: lee@icingholdings.com

**OVG Facilities, LLC and Spectra Food Services & Hospitality**
Attention: Brian Rothenberg
150 Rouse Boulevard
Philadelphia, PA 19112
Telephone: (215) 264-2800
Email: Brian.Rothenberg@oakviewgroup.com

**Hurricane Fence, Inc.**
Attention: Kirby Reinhardt
3404 W. Lincoln
Phoenix, AZ 85009
Telephone: (602) 484-9005
Email: kirbyr@hurricanefenceco.com

**Earthscapes, Inc.**
Attention: Les Keebler
4640 E. Cotton Gin Loop
Phoenix, AZ 85040
Telephone: (602) 296-1496
Email: lkeeble@haydonbc.com

**Icon Architectural Group, LLC**
Attention: Cassie Scheving
4000 Garden View Drive, Suite 101
Grand Forks, ND 58201
Telephone: (701) 757-5087
Email: cassie.scheving@iconarchitects.com

**Tri Phx LLC d/b/a Adventure Fitness**
Attention: Kristen E. Stewart
1836 W. Straight Arrow Ln.
Phoenix, AZ 85085
Telephone: (203) 470-0602
Email: kristen@adv.fit

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 15th day of May, 2023. |
| 2 | ILENE J. LASHINSKY |
| 3 | United States Trustee |
| | District of Arizona |
| 4 | |
| 5 | /s/ JAG (NY #2520005) |
| 6 | _____ |
| | JENNIFER A. GIAIMO |
| 7 | Trial Attorney |

## CERTIFICATE OF SERVICE

This is to certify that on May 15, 2023, a copy of the foregoing pleading was served on the Debtor by electronically mailing the same to the Debtor's counsel of record at the email address listed below:

J. HENK TAYLOR
Warner Angle Hallam Jackson & Formanek, PLC
2555 E. Camelback Rd.
Ste 800
Phoenix, AZ 85016
Email: htaylor@warnerangle.com


/s/ Jennifer A. Giaimo
_____
JENNIFER A. GIAIMO
Trial Attorney