Chad L. Schexnayder (No. 009832)
James L. Csontos (No. 010823)
Ed Rubacha (No. 011689)
Matthew H. Sloan (No. 018632)
**JENNINGS HAUG KELEHER MCLEOD LLP**
2800 N. Central Avenue, Suite 1800
Phoenix, AZ  85004-1049
Telephone:    602-234-7800
Facsimile:    602-277-5595
E-mail: cls@jhkmlaw.com
         jlc@jhkmlaw.com
         er@jhkmlaw.com
         mhs@jhkmlaw.com

AZTurboCourt E-service and
Court Documents: docket@jhkmlaw.com

*Attorneys for Okland Construction Company, Inc.,
Aero Automatic Sprinkler Co. and
ICON Architectural Group, LLC*

# UNITED STATES BANKRTUPCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Case No.: 2:23-bk-02832-DPC |
| LEGACY CARES, INC., | Chapter 11 |
| Debtor. | **VERIFIED STAEMENT PURSUANT TO F.R.B.P. 2019** |

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Jennings Haug Keleher McLeod LLP ("JHKM"), by Chad L. Schexnayder, James L. Csontos, Ed Rubacha and Matthew H. Sloan hereby give notice that JHKM is representing more than one creditor in the above-captioned Chapter 11 case, and states as follows:

1. I am duly admitted to practice in the State of Arizona and am in good standing.

2. On or about May 1, 2023, JHKM was retained to represent creditor, Okland Construction Company, Inc., in the above-captioned Chapter 11 proceedings.

3. On or about May 1, 2023, JHKM was retained to represent creditor, Aero Automatic Sprinkler Co., in the above-captioned Chapter 11 proceedings.

4. On or about May 10, 2023, JHKM was retained to represent creditor, ICON Architectural Group, LLC, in the above-captioned Chapter 11 proceedings.

5. As of the date of this Verified Statement, JHKM represents Okland Construction Company, Inc., Aero Automatic Sprinkler Co. and ICON Architectural Group, LLC, in this Chapter 11 proceeding.

6. As of the date of this Verified Statement, Okland Construction Company, Inc., Aero Automatic Sprinkler Co. and ICON Architectural Group, LLC are the only creditors or parties in interest in these Chapter 11 proceedings for which JHKM is required to file a Verified Statement pursuant to Rule 2019.

7. In accordance with Bankruptcy Rule 2019, Exhibit A lists Okland Construction Company, Inc.'s, Aero Automatic Sprinkler Co.'s and ICON Architectural Group, LLC's address and "the nature and amount of each disclosable economic interest" held by each creditor.

8. JHKM reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019.

DATED this 15th day of May, 2023.

JENNINGS HAUG KELEHER MCLEOD LLP

*/s/ James L. Csontos*
Chad L. Schexnayder
James L. Csontos
Ed Rubacha
Matthew H. Sloan
*Attorneys for Okland Construction Company, Inc., Aero Automatic Sprinkler Co. and ICON Architectural Group, LLC*

# Exhibit A

Okland Construction Company, Inc.

1700 N. McClintock Drive
Tempe, AZ 85288

Contract claim as secured by a Mechanics Lien Recorded with the Maricopa County Recorder's office at Instrument No. 2022-0590285 and stating the principal amount of $24,073,512.00 plus interest, costs and attorney fees.


Aero Automatic Sprinkler Co.

21605 N. Central Avenue
Phoenix, AZ 85024

Mechanics Lien Recorded with the Maricopa County Recorder's office at Instrument No. 2022-0653022 and stating the principal amount of $226,447 plus interest, costs and attorney fees.


ICON Architectural Group, LLC

3187 Bluestem Drive, Suite 2
West Fargo, ND 58078

Contract claim in the principal amount of $247,617.78 plus interest, costs and attorney fees.

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the individuals registered with CM/ECF.

*/s/ Sylvia Aguayo*
1006-0001