| | |
|---|---|
| 1 | Alan A. Meda (#009213)<br>BURCH & CRACCHIOLO, P.A. |
| 2 | 1850 N. Central Ave., Suite 1700<br>Phoenix, AZ 85004 |
| 3 | Tel: 602.274.7611<br>ameda@bcattorneys.com |
| 4 | |
| 5 | *Attorneys for Pacific Proving, LLC* |

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | Chapter 11 |
|---|---|
| LEGACY CARES, LLC, | Case No.: 2:23-bk-02832-DPC |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Pursuant to Federal Bankruptcy Rule 9010(b), Alan A. Meda of the law firm of Burch & Cracchiolo, P.A., hereby enters his appearance as attorney of record for Pacific Proving, LLC, a Delaware limited liability corporation ("Pacific Proving"), in the above-referenced bankruptcy case. Notice and copies of all pleadings and documents should be transmitted to Pacific Proving at the following address:

Alan A. Meda, Esq.
BURCH & CRACCHIOLO PA
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
ameda@bcattorneys.com

This request encompasses all notices, copies and pleadings referred to in Title 11 of the United States Code, and the Bankruptcy Rules, including, without limitation, notices of any order, motions, demand, complaints, petitions, pleadings or requests, applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect any interest of Pacific Proving.

/ / /

Please take notice that the undersigned intends that neither this Request for Notices nor any later appearance, pleadings, claim, or suit shall waive: (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) the right to trial by jury in any proceeding so triable in this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupment to which Pacific Proving is entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this 16th day of May 2023.

BURCH & CRACCHIOLO, P.A.

By: /s/ Alan A. Meda (#009213)
Alan A. Meda
*Attorneys for Pacific Proving, LLC*

Served via ECF on CM/ECF users this 16th day of May 2023 which constitutes service pursuant to L.R. Bankr. P. 9076-1.

/s/ Tracy Dunham
Tracy Dunham