J. Henk Taylor – State Bar No. 016321
**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
Facsimile: (602) 234-0419
E-mail:  htaylor@warnerangle.com

*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **In Re:**<br><br>**LEGACY CARES, INC.,**<br>            **Debtor.** | **Case No. 2:23-bk-02832-DPC**<br><br>**Chapter 11**<br><br>**NOTICE OF MOTION FOR ORDER AUTHORIZING THE DEBTOR TO EMPLOY AND COMPENSATE NONBANKRUPTCY PROFESSIONALS IN THE ORDINARY COURSE OF BUSINESS RETROACTIVE TO THE PETITION DATE** |

     **NOTICE IS HEREBY GIVEN** that Debtor has filed its *Motion for Order Authorizing the Debtor to Employ and Compensate Nonbankruptcy Professionals in the Ordinary Course of Business Retroactive to the Petition Date* (DE 98) (the "Motion").  In the Motion, Debtor requests authority to retain and compensate certain professionals—accountants, tax advisors and public relations firms—that Debtor employed prior to filing its bankruptcy petition.  The Motion further requests that these professionals not be required to be employed or file fee applications pursuant to 11 U.S.C. §§ 327-331.

**NOTICE IS FURTHER GIVEN**, that under Local Rule 9013-1(k), if no written objection to the Motion is filed with the Clerk of the United States Bankruptcy Court on or before fourteen (14) days from the date of service of this notice, with copies served upon:

>Henk Taylor (016321)
>**WARNER ANGLE HALLAM JACKSON**
>**& FORMANEK, PLC**
>2555 E. Camelback Road, Suite 800
>Phoenix, Arizona 85016
>Telephone: (602) 264-7101
>Email: htaylor@warnerangle.com

the Motion may be granted without further hearing.

**PLEASE TAKE FURTHER NOTICE** that under Local Rule 5005-4(a), all attorneys and trustees are required to electronically file documents at http://ecf.azb.uscourts.gov. An electronic case-filing password may be obtained from the U.S. Bankruptcy Court for the District of Arizona. Any party that is not an attorney or trustee may file a document in paper form with the Clerk of the United States Bankruptcy Court, in person or by courier at:

>United States Bankruptcy Court
>230 N. First Avenue, Suite 101
>Phoenix, Arizona 85004

A document is not filed with the Court until and unless actually received by the Clerk of the Court.

DATED this 17th day of May, 2023.

>**WARNER ANGLE HALLAM**
>**JACKSON & FORMANEK PLC**
>
>
>By:     */s/ Henk Taylor*
>       J. Henk Taylor
>       Counsel for the Debtor