**Lewis Roca Rothgerber Christie LLP**
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611

**Robert M. Charles, Jr.** (State Bar No. 07359)
Direct Dial: 520.629.4427
Direct Fax: 520.622.3088
Email: RCharles@lewisroca.com

**Allison Whitehill** (State Bar No. 0036339)
Direct Dial: 602.262.0850
Direct Fax: 602.262.5747
Email: AWhitehill@lewisroca.com

*Attorneys for UMB Bank, N.A.*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy Cares, Inc., | Case No. 2:23-bk-02832-DPC |
| Debtor. | **Application For Withdrawal Of Counsel** |

Robert M. Charles, Jr. and Allison Whitehill of Lewis Roca Rothgerber Christie LLP apply pursuant to Local Rule 9010-1(e) for this Court's order authorizing the withdrawal of Lewis Roca as counsel for UMB Bank, N.A. UMB Bank, N.A. consents to the withdrawal because, among other things, Peter L. Riggs of Spencer Fane LLP are and remain counsel for UMB Bank, N.A. as trustee. Their notice of appearance was filed at Dkt #53.

A proposed form of order complying with Local Rule 9010-1(e) is submitted with this application, which permits (1) the withdrawal of Robert M. Charles, Jr. and Allison Whitehill of Lewis Roca Rothgerber Christie LLP as counsel of record on behalf of UMB Bank, N.A., and (2) removes Robert M. Charles, Jr. and Allison Whitehill from the CM/ECF service list and master mailing matrix in this bankruptcy case. Applicant submits that this application may be granted without a hearing.

1 | DATED this 17th day of May, 2023.

2 |                                               LEWIS ROCA ROTHGERBER CHRISTIE LLP

4 |                           By: */s/ Robert M. Charles, Jr.*
                               Robert M. Charles, Jr.
                               Allison Whitehill
                       Attorneys for UMB Bank, N.A.

Lewis Roca
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611

# CERTIFICATE OF SERVICE

I certify that on this 17th day of May, 2023, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and served through the Notice of Electronic Filing automatically generated by the Court's facilities.

ANDREW ABRAHAM on behalf of Creditor Pacific Proving LLC
aabraham@bcattorneys.com, tfox@bcattorneys.com

Katherine E. Anderson on behalf of Creditor OVG Facilities, LLC
andersonke@ballardspahr.com, PHXLitLAAs@ballardspahr.com,PHXdocketingBKR@ballardspahr.com

BRADLEY A COSMAN on behalf of Creditor Insight Investments, LLC
BCosman@perkinscoie.com, kmcclure@perkinscoie.com,DocketPHX@perkinscoie.com,scarnall@perkinscoie.com

JAMES L. CSONTOS on behalf of Creditor ICON Architectural Group, LLC
JLC@JHC.Law, sma@jhkmlaw.com

JAMES L. CSONTOS on behalf of Creditor Okland Construction Company, Inc.
JLC@JHC.Law, sma@jhkmlaw.com

JAMES L. CSONTOS on behalf of Interested Party AERO AUTOMATIC SPRINKLER COMPANY
JLC@JHC.Law, sma@jhkmlaw.com

PATRICK T. DERKSEN on behalf of Creditor Jayco Design and Installations, LLC
pderksen@wdlawpc.com, abourassa@wdlawpc.com

Kenneth C. Edstrom on behalf of Creditor National Sports Opportunity Partners, LLC
kene@sapientialaw.com, kathyl@sapientialaw.com,alexb@sapientialaw.com

Kenneth C. Edstrom on behalf of Interested Party Michael Kuntz
kene@sapientialaw.com, kathyl@sapientialaw.com,alexb@sapientialaw.com

SHELTON L. FREEMAN on behalf of Creditor Siteworks Landscape Development, LLC
filings@roselawgroup.com

JENNIFER A. GIAIMO on behalf of U.S. Trustee U.S. TRUSTEE
Jennifer.A.Giaimo@usdoj.gov

121242033.1
- 3 -

Case 2:23-bk-02832-DPC    Doc 101    Filed 05/17/23    Entered 05/17/23 11:25:29    Desc
Main Document    Page 3 of 5

| | |
|---|---|
| 1 | PHILIP J GILES on behalf of Creditor Kearney Electric, Inc. |
| 2 | pgiles@bkfirmaz.com, mvasquez@bkfirmaz.com,mmorgan@bkfirmaz.com,ssheffield@bkfirmaz.com,sgomez@bkfirmaz.com,ageiler@bkfirmaz.com,mhildreth@bkfirmaz.com |
| 3 | |
| 4 | D LAMAR HAWKINS on behalf of Creditor D. H. Pace Company, Inc. |
| 5 | lamar@guidant.law, ecf@guidant.law,hawkins.lamarb109204@notify.bestcase.com |
| 6 | D LAMAR HAWKINS on behalf of Creditor Image Building Systems, LLC |
| 7 | lamar@guidant.law, ecf@guidant.law,hawkins.lamarb109204@notify.bestcase.com |
| 8 | D LAMAR HAWKINS on behalf of Creditor Sprayfoam Southwest, Inc. |
| 9 | lamar@guidant.law, ecf@guidant.law,hawkins.lamarb109204@notify.bestcase.com |
| 10 | WILLIAM G. KLAIN on behalf of Creditor Pritchard Sports & Entertainment Group, Ltd. |
| 11 | Filing@lang-klain.com, wklain@lang-klain.com |
| 12 | ALAN A. MEDA on behalf of Creditor Pacific Proving LLC |
| 13 | ameda@bcattorneys.com, tdunham@bcattorneys.com |
| 14 | RICHARD B. MURPHY on behalf of Creditor Spectrum Mechanical & Plumbing Contractors, LLC |
| 15 | rich@mcattorneys.com |
| 16 | |
| 17 | EDWARD RUBACHA on behalf of Interested Party AERO AUTOMATIC SPRINKLER COMPANY |
| 18 | er@jhc-law.com |
| 19 | Peter L Riggs on behalf of Creditor UMB BANK, N.A. |
| 20 | priggs@spencerfane.com, ccarpenter@spencerfane.com |
| 21 | JOEL E. SANNES on behalf of Creditor RKS Plumbing & Mechanical, Inc. |
| 22 | jes@udallshumway.com, tdh@udallshumway.com |
| 23 | MATTHEW H. SLOAN on behalf of Creditor ICON Architectural Group, LLC |
| 24 | mhs@jhkmlaw.com |
| 25 | J. HENK TAYLOR on behalf of Debtor LEGACY CARES, INC. htaylor@warnerangle.com |
| 26 | |
| 27 | JAMES L UGALDE on behalf of Creditor Eastern Funding LLC jugalde@clarkhill.com, cboggs@clarkhill.com,kwebster@clarkhill.com |
| 28 | |

LEWIS ROCA
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611

121242033.1

1  JAMES L UGALDE on behalf of Creditor Eastern Funding LLC, successor-in-interest to
2  Macrolease Corporation
   jugalde@clarkhill.com, cboggs@clarkhill.com,kwebster@clarkhill.com

3
4  Robert Warnicke on behalf of Creditor Haydon Companies, Inc.
   robert@warnickelaw.net, robert@warnickelaw.net

5

6  /s/ Renee L. Creswell
7  Lewis Roca Rothgerber Christie LLP