SPENCER FANE LLP
Peter L. Riggs (No. 023423)
Jessica A. Gale (No. 030583)
2415 E. Camelback Rd., Suite 600
Phoenix, AZ 85016
Telephone: 602-333-5430
jgale@spencerfane.com
priggs@spencerfane.com

Attorneys for UMB Bank, N.A.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Case No. 2:23-bk-02832-DPC |
| LEGACY CARES, INC. | Chapter 11 |
| Debtor. | **AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that Jessica A. Gale and Peter L. Riggs of the law firm Spencer Fane LLP hereby enter an appearance on behalf of UMB Bank, N.A. in the captioned Chapter 11 bankruptcy case and request that all notices given or required to be given in this case and all papers served or required to be served in this case, be sent to the addresses above as indicated.

This request for notice includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, petitions, complaints or demands transmitted or conveyed by U.S. mail, electronic mail, delivery, telephone, telegraph, telecopier, or otherwise, which are filed or made with regard to the captioned case and proceedings herein.

The undersigned consent to service by email as applicable at the listed addresses.

1 | DATED this 17th day of May, 2023.

SPENCER FANE LLP

*/s/ Peter L. Riggs*
Jessica A. Gale
Peter L. Riggs
Attorneys for UMB Bank, N.A.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2023, a copy of the foregoing was filed electronically using the Clerk of Court's CM/ECF system, which will provide notice to all counsel of record.

*s/ Katrina Thomas*