UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| Legacy Cares, Inc., | Case No. 2:23-bk-02832-DPC |
| Debtor. | **Order Authorizing Withdrawal Of Counsel** |

Upon the Application for Withdrawal of Counsel [Dkt #101], pursuant to Local Rule 9010-1(e), and good cause appearing,

IT IS ORDERED that

1. Robert M. Charles, Jr. and Allison Whitehill of Lewis Roca Rothgerber Christie LLP is authorized to withdraw as counsel for UMB Bank, N.A.

2. Jessica A. Gale and Peter L. Riggs of Spencer Fane LLP, 2415 East Camelback Road, Suite 600, Phoenix, Arizona 85016; telephone 602.333.5430; email jgale@spencerfane.com and priggs@spencerfane.com are counsel for UMB Bank, N.A. in this case.

3. Robert M. Charles, Jr. and Allison Whitehill of Lewis Roca Rothgerber Christie LLP shall be removed as counsel of record on behalf of UMB Bank, N.A. from the CM/ECF service list and master mailing matrix in this case.

**DATED AND SIGNED ABOVE**