**SPENCER FANE LLP**
Peter L. Riggs (No. 023423)
Jessica A. Gale (No. 030583)
2415 E. Camelback Rd., Suite 600
Phoenix, AZ 85016
Telephone: 602-333-5430
jgale@spencerfane.com
priggs@spencerfane.com
COUNSEL FOR UMB BANK, N.A., AS BOND TRUSTEE

**SPENCER FANE LLP**
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Tel: (816) 474-8100
Fax: (816) 474-3216
Zachary R.G. Fairlie (MO Bar No. 68057)
Email: zfairlie@spencerfane.com
COUNSEL FOR UMB BANK, N.A., AS BOND TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LEGACY CARES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:23-bk-02832-DPC<br><br>**PRO HAC VICE APPLICATION OF ZACHARY R.G. FAIRLIE** |

I, Zachary R.G. Fairlie, apply under Local Rule 2090-1 for leave to appear and participate in this matter on behalf of UMB Bank, N.A. in its capacity as indenture trustee, by whom I have been retained. In support of this application, I submit the following information:

1. I am an active member in good standing eligible to practice law before the United States District Court for the District of Kansas, United States District Court for the Eastern District of Missouri, United States District Court for the Western District of Missouri, United States District Court for the District of Colorado, the Supreme Court of Missouri, and the United States Supreme Court.

2. I am not currently suspended, disbarred or subject to disciplinary proceedings in any court.

3. I do not reside in Arizona. I am not regularly engaged in the practice of law in Arizona and I am not a member of the Bar of the United States District Court for the District of Arizona, or the United States Bankruptcy Court for the District of Arizona.

4. Within the last three (3) years of this application, I have filed applications for Pro Hac Vice admission in the United States District Court for the District of Arizona, or the United States Bankruptcy Court for the District of Arizona in the following cases:

| Case Name | Case Number | Application Date | Granted |
| --- | --- | --- | --- |
| Park View Schools, Inc. | 3:22-bk-04720-DPC | August 5, 2022 | Granted [Doc. 22] |

5. I certify that I have read the Local Bankruptcy Rules in their entirety.

6. I acknowledge that I am subject to the jurisdiction of this Court.

7. I designate Peter Riggs of Spencer Fane LLP, an active member of the bar of this Court who maintains an office in this district and who consented to this designation, as co-counsel with whom the Court and opposing counsel may readily communicate regarding the case and upon whom documents may be served.

8. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By: /s/ *Zachary R.G. Fairlie*
Zachary R.G. Fairlie (MO Bar No. 68057)
Email: zfairlie@spencerfane.com
SPENCER FANE LLP

1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Tel: (816) 474-8100
Fax: (816) 474-3216
COUNSEL FOR UMB BANK, N.A., AS
BOND TRUSTEE

## CONSENT TO DESIGNATION AS LOCAL COUNSEL

I, Peter Riggs, am admitted to practice before this Court and maintain an office within this district. I consent to the foregoing designation as a member of the Bar of the United States District Court for the District of Arizona. I understand the Court may require me to appear in court hearings on this case.

Dated: May 17, 2023

By: /s/ *Peter Riggs*
Peter L. Riggs (No. 023423)
Jessica A. Gale (No. 030583)
2415 E. Camelback Rd., Suite 600
Phoenix, AZ 85016
Tel: 602-333-5430
jgale@spencerfane.com
priggs@spencerfane.com
COUNSEL FOR UMB BANK, N.A., AS
BOND TRUSTEE

## CERTIFICATE OF SERVICE

I certify that on May 17, 2023, the foregoing document was served on all parties of record through the Court's CM/ECF filing system, which provides an electronic copy of the foregoing to all parties registered with the Court in this matter.

By: /s/ Peter L. Riggs
Peter L. Riggs (No. 023423)

**SPENCER FANE LLP**
2415 East Camelback Road, Suite 600
Phoenix, Arizona 85016
Tel: 602-333-5430
Peter L. Riggs (No. 023423)
Jessica A. Gale (No. 030583)
jgale@spencerfane.com
priggs@spencerfane.com
COUNSEL FOR UMB BANK, N.A., AS BOND TRUSTEE

**SPENCER FANE LLP**
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Tel: (816) 474-8100
Fax: (816) 474-3216
Zachary R.G. Fairlie (MO Bar No. 68057)
Email: zfairlie@spencerfane.com
COUNSEL FOR UMB BANK, N.A., AS BOND TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

LEGACY CARES, INC.,

Debtor.

(Chapter 11 Case)

Case No. 2:23-bk-02832-DPC

**ORDER GRANTING PRO HAC VICE APPLICATION**

Upon reviewing the Pro Hac Vice Application of Zachary R.G. Fairlie to appear as counsel pro hac vice for UMB Bank, N.A. in this action, and good cause appearing; IT IS HEREBY ORDERED that the Application of Zachary R.G. Fairlie is GRANTED, Zachary R.G. Fairlie is admitted pro hac vice in the above captioned case, and Zachary R.G. Fairlie shall be given notice of all pleadings, notices and filings to the following email address: zfairlie@spencerfane.com

IT IS FURTHER ORDERED that UMB Bank, N.A. shall give Notice of this Order as anyone becomes entitled to it.

DATED: _____     _____
                                                              JUDGE

KC 20420489.1