| | |
|---|---|
| 1 | Michael R. King #005903 |
| 2 | Jacqueline E. Marzocca #037140 |
|   | **GAMMAGE & BURNHAM, PLC** |
| 3 | ATTORNEYS AT LAW |
|   | 40 NORTH CENTRAL AVENUE |
| 4 | 20TH FLOOR |
|   | PHOENIX, AZ  85004 |
| 5 | TELEPHONE (602) 256-0566 |
|   | FAX (602) 256-4475 |
| 6 | EMAIL: MKING@GBLAW.COM |
|   | JMARZOCCA@GBLAW.COM |
|   | DOCKET@GBLAW.COM |

Attorneys for The Orcutt/Winslow Limited Liability Limited Partnership

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | NO. 2:23-bk-02832-DPC |
| LEGACY CARES, INC., | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Pursuant to Federal Bankruptcy Rule 9010(b), Michael R. King and Jacqueline E. Marzocca of the law firm of Gammage & Burnham, PLC hereby give notice of their appearance as attorneys of record for The Orcutt/Winslow Limited Liability Limited Partnership, a creditor of this Debtor and Estate, and hereby request copies of all filings in the administrative case, notices of all matters concerning this bankruptcy proceeding, and that they are placed on the master mailing list forthwith, as follows:

    Michael R. King
    Jacqueline E. Marzocca
    GAMMAGE & BURNHAM, P.L.C.
    40 North Central Avenue, 20th Floor
    Phoenix, AZ  85004

1         Telephone: (602) 256-0566
Fax: (602) 256-4475
mking@gblaw.com
jmarzocca@gblaw.com
docket@gblaw.com

        This request encompasses all notices, copies, and pleadings referred to in Title 11 of the United States Code, and the Bankruptcy Rules, including, without limitation, notices of any order, motions, demand, complaints, petitions, pleadings, requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect any interest of The Orcutt/Winslow Limited Liability Limited Partnership.

        Please take notice that the undersigned intends that neither this Request for Notices nor any later appearance, pleadings, claim, or suit shall waive: (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) the right to trial by jury in any proceeding so triable in this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupment to which The Orcutt/Winslow Limited Liability Limited Partnership is entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

//
//
//
//
//

3345.85.3550167.1         2
Case 2:23-bk-02832-DPC    Doc 108    Filed 05/17/23    Entered 05/17/23 15:08:09    Desc
Main Document    Page 2 of 3

DATED this 17th day of May 2023.

                GAMMAGE & BURNHAM PLC

                By /s/ Michael R. King (#005903)
                Michael R. King
                Jacqueline E. Marzocca
                40 North Central Avenue, 20th Floor
                Phoenix, Arizona 85004
                Attorneys for The Orcutt/Winslow Limited
                Liability Limited Partnership

Served via ECF on CM/ECF users this 17th day of May 2023 which constitutes service pursuant to L.R. Bankr. P. 9076-1.

/s/ Trinity L. Osborne
Trinity L. Osborne

3345.85.3550167.1     3
Case 2:23-bk-02832-DPC    Doc 108    Filed 05/17/23    Entered 05/17/23 15:08:09    Desc
Main Document    Page 3 of 3