**PAPETTI SAMUELS WEISS MCKIRGAN LLP**
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254

**Robert McKirgan** (State Bar No. 011636)
Direct Dial: 480.800.3533
Email: rmckirgan@PSWMlaw.com

**Randy Papetti** (State Bar No. 014586)
Direct Dial: 480.800.3525
Email: rpapetti@PSWMlaw.com

**Jared Sutton** (State Bar No. 028887)
Direct Dial: 480.800.3527
Email: jsutton@PSWMlaw.com

*Special Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

LEGACY CARES, INC.,

        Debtor.

Case No. 2:23-bk-02832-DPC

Chapter 11

**NOTICE OF APPEARANCE**

    Robert H. McKirgan, Randy Papetti, and Jared Sutton of Papetti Samuels Weiss McKirgan LLP give notice of their appearance in this action as special counsel for Debtor Legacy Cares, Inc.

    DATED this 17th day of May, 2023.

                            PAPETTI SAMUELS WEISS MCKIRGAN LLP

                            /s/Robert McKirgan
                            Robert McKirgan
                            Randy Papetti
                            Jared Sutton

                            *Special Counsel for Debtor*

# CERTIFICATE OF SERVICE

On the 17th day of May, 2023, I caused the foregoing to be filed and served electronically via the Court's CM/ECF system upon counsel of record and emailed a copy to:

U.S. Trustee's Office
230 N. First Ave, Ste. 204
Phoenix, AZ 85003-1706
ustpregion14.px.ecf@usdoj.gov

/s/Robert McKirgan
Robert McKirgan