

| | |
|---|---|
| 1 | Christopher C. Simpson, 018626 |
| 2 | Warren J. Stapleton, 018646 |
|   | Andrew B. Haynes, 037755 |
| 3 | OSBORN MALEDON, P.A. |
|   | 2929 North Central Avenue |
| 4 | 20th Floor |
|   | Phoenix, Arizona 85012-2793 |
| 5 | (602) 640-9000 |
|   | csimpson@omlaw.com |
| 6 | wstapleton@omlaw.com |
|   | ahaynes@omlaw.com |
| 7 | Attorneys for Salt River Pima-Maricopa Indian Community |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In Re: | Case No. 2:23-bk-02832-DPC |
|---|---|
| LEGACY CARES, INC., | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE** |

The law firm of Osborn Maledon PA ("OM") hereby gives notice of appearance on behalf of Salt River Pima-Maricopa Indian Community in the above-captioned proceeding. OM requests that all pleadings, notices, orders and other items of record be sent to the following attorneys:

Christopher C. Simpson
Warren J. Stapleton
Osborn Maledon PA
2929 N Central Ave, 20th Floor
Phoenix AZ 85012
csimpson@omlaw.com
wstapleton@omlaw.com

DATED this 18th day of May, 2023.

OSBORN MALEDON, P.A.

By  /s/ Warren J. Stapleton
    Christopher C. Simpson
    Warren J. Stapleton
    Andrew B. Haynes
    2929 North Central Avenue
    20th Floor
    Phoenix, Arizona 85012-2793

Attorneys for Salt River Pima-Maricopa Indian Community

## CERTIFICATE OF SERVICE

I hereby certify that on May 18th, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Peggy Nieto