# THE ARIZONA REPUBLIC

PO Box 194, Phoenix, Arizona 85001-0194
Phone 1-602-444-7315  Fax 1-877-943-0443

---

STATE OF WISCONSIN } SS.

COUNTY OF BROWN

AFFIDAVIT OF PUBLICATION

EPIQ CLASS ACTION & CLAIM SOL
10300 SW ALLEN BLVD
BEAVERTON, OR 97005-4833

I, being first duly sworn, upon oath deposes and says: That I am the legal clerk of the Arizona Republic, a newspaper of general circulation in the counties of Maricopa, Coconino, Pima and Pinal, in the State of Arizona, published weekly at Phoenix, Arizona, and that the copy hereto attached is a true copy of the advertisement published in the said paper on the dates indicated.

Publication: Arizona Republic

Ad number: GCI1059777

PO Field: Legacy Cares, Inc.

Published Date(s):

05/12/2023

*[signature]*

Sworn to before me this

12th day of
May, 2023

*[signature]* 9|19|25

Notary Public
My Commission Expires on

VICKY FELTY
Notary Public
State of Wisconsin

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

In Re: LEGACY CARES, INC., Debtor.
Case No. 2:23-bk-02832-DPC
Chapter 11

**NOTICE OF (I) DATE BY WHICH PARTIES MUST FILE PROOFS OF CLAIM; AND (II) PROCEDURES FOR FILING PROOFS OF CLAIM AGAINST THE DEBTOR**

PLEASE TAKE NOTICE that Legacy Cares, Inc. as debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court") on May 1, 2023 (the "Petition Date").

PLEASE TAKE FURTHER NOTICE that the Court has established the following Bar Dates as those dates by which parties holding claims against Debtor arising prior to the Petition Date must file proofs of claim: (a) **June 30, 2023 at 4:00 p.m. (prevailing Arizona Time)** is the date by which all entities (which includes individual persons, estates, trusts, partnerships, and corporations, among others) must file proofs of claims (the "General Bar Date"). (b) **October 30, 2023 at 4:00 p.m. (prevailing Arizona Time)** is the date by which all governmental units holding claims (whether secured, unsecured priority, or unsecured non-priority) must file proofs of claim, including claims for unpaid taxes, if any, whether such claims arise from prepetition tax years or periods, or prepetition transactions to which Debtor was a party (the "Governmental Bar Date"); and (c) to the extent applicable, the later of (i) the General Bar Date or the Governmental Bar Date, as applicable, and (ii) twenty-one (21) days from the date on which Debtor provides notice of an amendment to the Schedules is the date by which holders of claims affected thereby must file proofs of claims.

PLEASE TAKE FURTHER NOTICE that failure to file a proof of claim in accordance with the above will result in your claim being **forever barred, estopped, and enjoined** and you shall receive no distribution in this chapter 11 case on account of that claim or be entitled to vote on the chapter 11 plan.

**Filing a Proof of Claim.** Each Proof of Claim must be filed, including supporting documentation, by either (1) electronic submission through PACER (Public Access to Court Electronic Records at http://ecf.azb.uscourts.gov), (2) electronic submission using the interface available on the Claims and Noticing Agent's website at https://dm.epiq11.com/LegacyCares or (3) if submitted through non-electronic means, by U.S. Mail or other hand delivery system, so as to be actually received by the Claims and Claims and Noticing Agent on or before the General Bar Date or the Governmental Bar Date, or any other applicable Bar Date, at the following addresses: **If by First-Class Mail:** Legacy Cares, Inc. Claims Processing Center, c/o Epiq Corporate Restructuring, P.O. Box 4419, Beaverton, OR 97076-4419. **If by Hand Delivery or Overnight:** Legacy Cares, Inc. Claims Processing Center, c/o Epiq Corporate Restructuring, 10300 SW Allen Boulevard, Beaverton, OR 97005.

**Additional Information.** If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a proof of claim form or related documents you may do so by: (1) calling the Debtor's restructuring hotline at (888) 831-8508 (toll free) or +1 (503) 664-9231 (international); and/or (2) visiting the Debtor's restructuring website at: https://dm.epiq11.com/LegacyCares. Alternatively, you may also inquire via email at LegacyCaresInfo@epiqglobal.com.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| In Re: | Case No. 2:23-bk-02832-DPC |
|---|---|
| LEGACY CARES, INC., Debtor. | Chapter 11 |

### NOTICE OF (I) DATE BY WHICH PARTIES MUST FILE PROOFS OF CLAIM; AND (II) PROCEDURES FOR FILING PROOFS OF CLAIM AGAINST THE DEBTOR

**PLEASE TAKE NOTICE** that Legacy Cares, Inc., as debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court") on May 1, 2023 (the "Petition Date").

**PLEASE TAKE FURTHER NOTICE** that the Court has established the following Bar Dates as those dates by which parties holding claims against Debtor arising prior to the Petition Date must file proofs of claim: (a) **June 30, 2023 at 4:00 p.m. (prevailing Arizona Time)** is the date by which all entities (which includes individual persons, estates, trusts, partnerships, and corporations, among others) must file proofs of claims (the "General Bar Date"); (b) **October 30, 2023 at 4:00 p.m. (prevailing Arizona Time)** is the date by which all governmental units holding claims (whether secured, unsecured priority, or unsecured non-priority) must file proofs of claim, including claims for unpaid taxes, if any, whether such claims arise from prepetition tax years or periods, or prepetition transactions to which Debtor was a party (the "Governmental Bar Date"); and (c) to the extent applicable, the later of (i) the General Bar Date or the Governmental Bar Date, as applicable, and (ii) twenty-one (21) days from the date on which Debtor provides notice of an amendment to the Schedules is the date by which holders of claims affected thereby must file proofs of claims.

**PLEASE TAKE FURTHER NOTICE** that failure to file a proof of claim in accordance with the above will result in your claim being **forever barred, estopped, and enjoined and you shall receive no distribution in this chapter 11 case on account of that claim or be entitled to vote on the chapter 11 plan.**

**Filing a Proof of Claim.** Each Proof of Claim must be filed, including supporting documentation, by either (1) electronic submission through PACER (Public Access to Court Electronic Records at http://ecf.azb.uscourts.gov), (2) electronic submission using the interface available on the Claims and Noticing Agent's website at https://dm.epiq11.com/LegacyCares, or (3) if submitted through non-electronic means, by U.S. Mail or other hand delivery system, so as to be actually received by the Claims and Claims and Noticing Agent on or before the General Bar Date or the Governmental Bar Date, or any other applicable Bar Date, at the following addresses: **If by First-Class Mail**: Legacy Cares, Inc. Claims Processing Center, c/o Epiq Corporate Restructuring, P.O. Box 4419, Beaverton, OR 97076-4419. **If by Hand Delivery or Overnight**: Legacy Cares, Inc. Claims Processing Center, c/o Epiq Corporate Restructuring, 10300 SW Allen Boulevard, Beaverton, OR 97005.

*Additional Information.* If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a proof of claim form or related documents you may do so by: (1) calling the Debtor's restructuring hotline at (888) 831-8608 (toll free) or +1 (503) 664-9231 (international); and/or (2) visiting the Debtor's restructuring website. Alternatively, you may also inquire via email at LegacyCaresInfo@epiqglobal.com.

AZCENTRAL.COM | FRIDAY, MAY 12, 2023 | 9B

# Home Services

to advertise, email: servicedirectory@arizonarepublic.com or call: 602.444.7355

## Professional Service
all your needs...

### Carpet - Upholstery
**Pefect Choice Carpet Cleaning**
Dry System, Dry in 1 HR. 3 RMS & Hall $95 Includes Pre-Treat! Tile, Grout, & Uphlstry Cleaning Avail
602-697-3377

### Electrical
**MASTER ELECTRICIAN**
23 years in Valley.
Not a lic'd contractor
602-732-8877

### Fences
BlockFence & Gates: 602-789-6929
Roc#057163 Lowest Prices 30Yrs
Exp. Serving Entire Valley
You'll Like Us The Best!

### Handyman Services
**Handyman Services**
Bath and Kitchen Remodeling, Electric, Tile, Plumbing, Drywall, Demo *Free Est.*
623-986-5397

**MARTINEZ DRYWALL**
YARD GRASS PAVER BLOCK FENCE
ALL REMODELING
PAINTING DRYWALL ALL FINISH
ELECTRIC PUMBLING TILE
Cell: (602) 475-5127

### Hauling
★★★ Retired Fireman ★★★
Deliver Landscape & Materials
Trash Hauling & Tractor Work
Pat 602-920-3387

**HAULING**
* YARD CLEANUP *
$25 and Up! Low Prices!
Call Nathan @ 602-614-5898

### Landscaping
**Light Up Your Life with LED!**
Outdoor Lighting
Installs, Remodells, Irrigation, Lighting, Landscaping, Synthetic Grass, Fire Pits, BBQs & More!
**POTTER LANDSCAPING**
623-465-0952
ROC150017, 203168, Bonded & Insured
www.mikescreativescapes.com

### Painting

Aaron & Able average, room $140
interior/exterior painting LLC
Fully Insured 623 980 7979



### Painting
**Painting**
**Ike's Home Improvement**
Interior /Exterior Painting
Roofing Maintenance Specialist
Shingle & Tile Roofs
Elastomeric Roof Coating
Free Estimates & Senior Discounts
Licensed & Bonded ROC 309706
BBB * 480-338-4011

### Personal Services

**MD Your-ology Health**
New Telehealth Urology Services.
FREE CONSULTS. We treat erectile dysfunction, prostate / bladder conditions, high PSA and kidney stone prevention. (NO DISCLOSURES required)
BOOK ONLINE at mdyourologyhealth.com.

**PRIVATE DRIVER CONCIERGE SERVICE**
Unlimited rides in Arizona for $9149 a year. (NON-DISCLOSURES required)
Veteran Owned Armed Security
Cash, Checks, Venmo, and Credit Cards welcome. KWM LIMOUSINE
602-290-0902 rentmystuff7@gmail.com

### Plumbing - Heating
**Drain Cleaning Experts**
SEWER CAMERA SCOPING
Water Heaters, Toilets, Disposals, Leaking Faucets and Shower Valves, Slab Leaks
All Work Guaranteed
*If Water Runs Thru It We Do It*
602-263-8432

### Remodeling
**HANDYMAN**
**GEORGE HANDYMAN**
Plumbing - Electric
Tile/Hardwood Flooring
Door & Window Install
Wood Framing Trim & Baseboard
Paint - Drywall Repair
Granite & Cabinets
Shower Door Install
Lic#50008479   623-500-1646

**REMODELING**
**AZ GEORGE HOME REMODELING-LLC**
Licensed, Bonded & Insured
Complete Home Remodels.
Kitchen & Bath, Baseboard, Doors, Windows, Wood & Tile
Flooring, Painting Int/Ext.
ROC #317869
602-367-1188 or 602-500-1487

### Roofing - Siding
**ROOFING REPAIR SPECIALIST**
25 Years Experience
Local References
Michael Butler
602-838-4466 or
480-480-2628

### Tree Service
**PETE'S TREE SERVICE**
Bonded & Insured Tree Trimming & Removals. Yard Clean-Ups 30 Years of Exp. Satisfaction Guaranteed!
Free Estimates.
602-423-8944


Homes

**BUSINESS & SERVICE DIRECTORY PUBLISHES WEDNESDAY, FRIDAY, SATURDAY & SUNDAY**
To feature your business email: servicedirectory@arizonarepublic.com or call: 602.444.7355

## Legal Notices


**Your Source** for the latest...
Public Notices

### Invitation To Bid

**PUBLIC NOTICE**
Arizona Department of Transportation Procurement has issued Solicitation Number BPM005346 for Equipment Maintenance, Paint Striper Tank Cleaning. Responses are due on June 12, 2023 at 3:00 P.M. MST. For details please visit https://app.az.gov/page.aspx/en/rfp/request_browse_public. Para mas informacion contacte: (602) 712-7466
Pub: May 12, 2023

NOTICE TO CREDITORS PURSUANT TO A.R.S. 14-6103 IN THE MATTER OF THE WILLARD LEE SWEETIN TRUST DATED SEPTEMBER 6, 2018. NOTICE IS HEREBY GIVEN THAT WILLARD LEE SWEETIN, TRUSTOR OF THE WILLARD LEE SWEETIN TRUST DATED SEPTEMBER 6, 2018, PASSED AWAY ON MARCH 12TH, 2023. SARA SWEETIN IS THE SUCCESSOR TRUSTEE OF THE TRUST. ALL PERSONS HAVING CLAIMS AGAINST THE TRUST ESTATE THAT AROSE PRIOR TO THE TRUSTOR'S DEATH, ARE REQUIRED TO PRESENT THEIR CLAIMS WITHIN 4 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE, AS PRESCRIBED IN A.R.S. 14-3801 (A), OR CLAIMS WILL BE FOREVER BARRED. CLAIMS MUST BE PRESENTED BY DELIVERING OR MAILING A WRITTEN STATEMENT OF THE CLAIM TO THE TRUSTEE C/O SARA SWEETIN, 6715 OLD GUIDE RD, LYNDEN, WA 98264.
DATED THIS 25TH DAY OF APRIL, 2023.
Pub: April 28, May 5, 12, 2023

### Legal Notices

**City of Buckeye**
NOTICE IS HEREBY GIVEN that the City of Buckeye City Council will hold two public hearings on Tuesday, June 6, 2023; and Tuesday, July 18, 2023, to be held at the City Council Chambers, located at 530 E. Monroe Avenue at 6:00 p.m., for the purpose of hearing all persons for or against the following request: Case No. PLZM-22-0041: Request by Zach Pebier for the approval of an Annexation located south of the southeast corner of Miller Road and Van Buren Street within that portion of the Northwest Quarter of Section 8, Township 1 North, Range 3 West, of the Gila and Salt River Base and Meridian. For additional information, please contact the Development Services Department at (623) 349-6211
Pub: May 12, 2023

### Legal Notices

**NOTICE OF HEARING APPROVAL OF 2023 SID 228 DISTRICT ASSESSMENTS**
Dear Mesa Town Center Property Owners:
On October 7th, 1985, the Mesa Town Center Improvement District was established by the Mesa City Council to provide enhanced municipal services for the Mesa Town Center. The enhanced municipal services are above and beyond normal City services and have been provided by the Downtown Mesa Association, a non-profit organization that promotes, markets, provides clean and safe services, and overall management the mile square District on behalf of Town Center owners. On December 8th, 2021 the City Council voted to continue the District until 2026/2027.
You are hereby notified that the Mesa City Council will conduct a Public Hearing for May 15th, 2023 regarding the annual assessment for the District. The hearing will be held at the City Council Chambers located at 57 East First Street, Mesa, at 5:45 p.m. This is not a public hearing for the continuation of the District.
If you wish to object to the approval of district assessments and/or the modified assessment methodology you must submit a written objection to the approval of district assessments and/or the modified assessment methodology to the Mesa City Clerk. Your objection must include the following information: Owner's Name, Property Address, County Assessor Parcel Number of each parcel that is objecting and the basis for your objection. ALL OBJECTION LETTERS MUST BE SIGNED BY THE PROPERTY OWNER AND NOTARIZED, AND MUST BE RECEIVED BY THE CITY CLERK'S OFFICE NO LATER THAN 12:00PM, MAY 15th, 2023. Objection letters should be mailed to: Mesa City Clerk, P.O. Box 1466, Mesa, AZ, 85211-1466.
In accordance with City of Mesa Resolution No. 5617, if a majority of the Property Owners (not tenants) entitled to protest the assessment object, then the District will not be assessed. If a majority of the Property Owners (not tenants) entitled to protest the modified assessment methodology object, then the modified methodology will not be adopted and, consequentially, the assessments as proposed will not be assessed. Also, the City Council may decide to approve or disapprove the District assessment on the Council's own initiative.
If you are in need of any additional information regarding this notice, please contact Nancy Hormann, Downtown Mesa Association, 100 N. Center Street, Mesa, AZ 85201, Phone: (480) 890-2613, email: nancy@downtownmesa.com or Jimmy Cerrocchio, City of Mesa, Downtown Transformation Project Manager, P.O. Box 1466, Mesa, Arizona, 85211-1466. Phone: (480) 644-4186, email: jimmy.cerrocchilo@mesaaz.gov.
Pub: May 9-13, 2023

### Legal Notices

**ORDER OF PUBLICATION NON-RESIDENT NOTICE**
IN THE CHANCERY COURT FOR MONROE COUNTY, TENNESSEE AT MADISONVILLE
DOCKET #: 21,591
CHRISTOPHER TODD UPTON, an heir of CHARLES F. UPTON & GERALDINE CLARK UPTON
PLAINTIFF
vs.
ERIC FORDHAM, BRENDA FORDHAM, YOLANDA FORDHAM, ZELLA SMALL & CARLOTTA UPTON, as heirs of LOUIS D. UPTON
DEFENDANTS
IN THE ABOVE STYLED CAUSE IT APPEARING BY AFFIDAVIT OF THE ATTORNEY THAT THE DEFENDANT, CARLOTTA UPTON'S RESIDENCE IS UNKNOWN AND/OR THAT SHE IS A NON-RESIDENT OF THE STATE OF TENNESSEE AND THAT PERSONAL SERVICE OF PROCESS CANNOT BE HAD UPON HER. THE DEFENDANT, THEREFORE, IS HEREBY REQUIRED TO FILE AN ANSWER ON OR BEFORE THE 12th DAY OF June, 2023 THE SAME BEING 30 DAYS FROM THE LAST PUBLICATION OF THIS NOTICE, WITH MARK E. BROWN, ATTORNEY FOR THE PLAINTIFFS, AT 2633 KINGSTON PIKE, STE. 100 KNOXVILLE, TN. 37919 AND WITH THE MONROE COUNTY CHANCERY COURT AT 105 COLLEGE ST. SOUTH, SUITE 2, MADISONVILLE, TN. 37354. FAILURE TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT AND A HEARING EX PARTE WILL BE SET.
IT IS FURTHER ORDERED THAT THIS NOTICE BE PUBLISHED FOR FOUR CONSECUTIVE WEEKS IN THE ARIZONA REPUBLIC.
THIS THE 21st DAY OF APRIL, 2023.
TERESA A. CHOATE, CLERK & MASTER
Pub: Apr 21, 28, May 5, 12, 2023

### Legal Notices

The Maricopa Association of Governments ("MAG") is requesting proposals from qualified consultants for the FY 2024-2026 RIO REIMAGINED AMBASSADOR. Detailed proposal requirements may be downloaded from http://azmag.gov, then "RFPs and RFGs." For further information, please submit questions in writing by email to azdome r@azmag.gov no later than ten (10) business days prior to the closing date of Jun 12, 2023.
Pub: May 12, 2023

### Legal Notices

**UNITED STATES BANKRUPTCY COURT DISTRICT OF ARIZONA**
In Re: LEGACY CARES, INC., Debtor.
Case No. 2:23-bk-02832-DPC
Chapter 11

**NOTICE OF (I) DATE BY WHICH PARTIES MUST FILE PROOFS OF CLAIM; AND (II) DEADLINE FOR FILING PROOFS OF CLAIM AGAINST THE DEBTOR**

**PLEASE TAKE NOTICE** that Legacy Cares, Inc., as debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court") on May 1, 2023 (the "Petition Date").

**PLEASE TAKE FURTHER NOTICE** that the Court has established the following Bar Dates as those dates by which parties holding claims against Debtor arising prior to the Petition Date must file proofs of claim: (a) **June 30, 2023 at 4:00 p.m. (prevailing Arizona Time)** is the date by which all entities (which includes individual persons, estates, trusts, partnerships, and corporations, among others) must file proofs of claims (the "General Bar Date"); (b) **October 30, 2023 at 4:00 p.m. (prevailing Arizona Time)** is the date by which all governmental units holding claims (whether secured, unsecured priority, or unsecured non-priority) must file proofs of claim, including claims for unpaid taxes, if any, whether such claims arise from prepetition tax years or periods, or prepetition transactions to which Debtor was a party (the "Governmental Bar Date"); and (c) to the extent applicable, the later of (i) the General Bar Date or the Governmental Bar Date, as applicable, and (ii) twenty-one (21) days from the date on which Debtor provides notice of an amendment to the Schedules is the date by which holders of claims affected thereby must file proofs of claims.

**PLEASE TAKE FURTHER NOTICE** that failure to file a proof of claim in accordance with the above will result in your claim being **forever barred, estopped, and enjoined and you shall receive no distribution in this chapter 11 case on account of that claim or be entitled to vote on the chapter 11 plan.**

**Filing a Proof of Claim.** Each Proof of Claim must be filed, including supporting documentation, by either (1) electronic submission through PACER (Public Access to Court Electronic Records at http://ecf.azb.uscourts.gov), (2) electronic submission using the interface available on the Claims and Noticing Agent's website at https://dm.epiq11.com/LegacyCares, or (3) if submitted through non-electronic means, by U.S. Mail or other hand delivery system, so as to be actually received by the Claims and Claims and Noticing Agent on or before the General Bar Date or the Governmental Bar Date, or any other applicable Bar Date, at the following addresses: **If by First-Class Mail:** Legacy Cares, Inc. Claims Processing Center, c/o Epiq Corporate Restructuring, P.O. Box 4419, Beaverton, OR 97076-4419. **If by Hand Delivery or Overnight:** Legacy Cares, Inc. Claims Processing Center, c/o Epiq Corporate Restructuring, 10300 SW Allen Boulevard, Beaverton, OR 97005.

**Additional Information.** If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a proof of claim form or related documents you may do so by: (1) calling the Debtor's restructuring hotline at (888) 831-8608 (toll free) or +1 (503) 664-9231 (international); and/or (2) visiting the Debtor's restructuring website at: https://dm.epiq11.com/LegacyCares. Alternatively, you may also inquire via email at LegacyCaresInfo@epiqglobal.com.

### Legal Notices

**NOTICE OF OPPORTUNITY TO PROTEST**
**ENHANCED SERVICES IMPROVEMENT DISTRICT ASSESSMENTS AND NOTICE OF HEARING ON PROTESTS**

TO: ALL OWNERS OF OR PERSONS INTERESTED IN LAND LYING WITHIN THE DOWNTOWN TEMPE ENHANCED SERVICES IMPROVEMENT DISTRICT

Pursuant to Resolutions Nos. 93.35, 98.68, 2003.30, 2008.38, and 2009.52 of the Mayor and Council of the City of Tempe, Arizona, and Section 48-575 of the Arizona Revised Statutes, as amended, the City of Tempe established the Downtown Tempe Enhanced Services Improvement District (the "District").

The annual costs and expenses of the District are assessed against the land lying within the District as shown on the Downtown Tempe Enhanced Services District map attached hereto.

For further particulars, reference is hereby made to Resolution No. 93.35, the 1993 District Plans, Specifications and Estimate of cost and expenses, Resolution No. 2003.30, the 2003 District Continuation and Organization Report, and the Proposed FY 2023/2024 Assessments which will be available and on file in the office of the Clerk of the City of Tempe after May 4, 2023.

The owners of property within the District may file written protests against the annual assessments of the District and all prior proceedings relating thereto. The protests may be filed with the Clerk of the City of Tempe, 31 E. Fifth Street, Tempe, Arizona, and must be received on or before May 19, 2023.

A hearing on the assessments and all protests filed will be held June 1, 2023, and if needed, June 15, 2023. The hearing will be held at the City Council Chambers, 31 E. Fifth Street, Tempe, Arizona, at 6:00 p.m.

For additional information concerning services provided by the Assessment District, interested parties should contact the Downtown Tempe Authority, Inc. (DTA) at (480) 921-2300

DATED: May 4, 2023

/s/
Clerk, City of Tempe, Arizona



DOWNTOWN TEMPE ENHANCED SERVICES IMPROVEMENT DISTRICT 2023 - 2024

AR-GCI1056184-01

### NOTICE OF HEARING ON ASSESSMENT

**TO THE PROPERTY OWNERS AND ALL PERSONS CLAIMING AN INTEREST IN ANY PROPERTY WITHIN THE DOWNTOWN CHANDLER ENHANCED MUNICIPAL SERVICES DISTRICT IN THE CITY OF CHANDLER, ARIZONA.**

**NOTICE IS HEREBY GIVEN** of the time fixed for hearing and passing upon the annual assessments and proceedings heretofore had and taken for enhanced municipal services in the City of Chandler, Arizona (the "City") as described in Resolution of Intention No. 3905 (the "Resolution of Intention").

Pursuant to the provisions of Title 48, Chapter 4, Article 2, Arizona Revised Statutes, and specifically A.R.S. § 48-575, and all amendments thereto, PUBLIC NOTICE IS HEREBY GIVEN that the Mayor and Council of the City made a statement and estimate of all annual expenses for the Downtown Chandler Enhanced Municipal Services District (the "District") for the fiscal year commencing July 1, 2023, and ending June 30, 2024, and assessed the total cost thereof against the lots within the District. The work proposed to be done in the District is described in the Resolution of Intention on file with the Clerk of the City and in the Plans and Specifications therefore on file with the Clerk of the City, to which Resolution, Plans and Specifications reference is hereby made for a more particular description of the work.

**NOTICE IS FURTHER GIVEN** that the Mayor and Council have fixed the time and place of hearing and passing upon the said assessments and proceedings heretofore had and taken with respect thereto at:

TIME: 6:00 p.m.
DATE: May 25, 2023
LOCATION: Council Chambers
City Hall
88 E. Chicago Street
Chandler, Arizona 85225

The property assessed to pay for said improvement comprises all lots included within the District in said City as described in the Resolution of Intention. The area subject to assessment is shown on the map below.

Any property owner and all other persons directly interested in the work or in the assessment having any objection to the legality of the assessment or to any of the previous proceedings connected therewith, may, at any time prior to the time fixed for said hearing, file with the City Clerk a written notice briefly specifying the grounds for such objection and at the time fixed for said hearing or at a time or times not later than ten (10) days thereafter, to which such hearing may be postponed, the Mayor and City Council will hear and pass upon all objections so made and filed.

All decisions and determinations of the Mayor and Council upon the hearing aforesaid will be final and conclusive upon all persons entitled to object as to all errors, informalities and irregularities which the Mayor and Council might have remedied or avoided at any time during the progress of the proceedings.

/s/ Dana DeLong
CITY CLERK



City of Chandler Enhanced Municipal Services District

AR-GCI1046761-01

Jobcase — FIND THE BEST TALENT TODAY!
LocaliQ | USA TODAY NETWORK
Get started at jobs.usatoday.com

**KOHLER Walk-In Bath**
IMMERSE YOURSELF IN SAFETY AND COMFORT
SPECIAL OFFERS AVAILABLE
Ask Your KOHLER Authorized Dealer About Exclusive Offers In Your Area
$$$ SPECIAL FINANCING AVAILABLE
No Payments for 18 MONTHS‡
Call today for your FREE in-home quote!
855-238-5639
†Limited time offer. Valid at participating dealers only. Dealer sets all prices and is responsible for full amount of discount. Cannot be combined with any other advertised offer. Consult local dealer for financing details. ‡subject to credit approval. Interest is billed during the promotional period but all interest is waived if the purchase amount is paid before the expiration of the promotional period. There is no minimum monthly payment required during the promotional period. Financing for GreenSky® consumer loan programs is provided by federally insured, equal opportunity lender banks. NMLS #1416362. GreenSky® Program is a program name for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods and/or services from participating merchants. Participating lenders are federally insured, equal opportunity lender banks. GreenSky® is a registered trademark of GreenSky, LLC. GreenSky Servicing, LLC services the loans on behalf of participating lenders. NMLS #1416362 GreenSky® financing offers available at participating dealers only.
CTN 855-238-5639

**SELL IT  BUY IT  FIND IT**

Case 2:23-bk-02832-DPC   Doc 114   Filed 05/18/23   Entered 05/18/23 09:07:57   Desc
Main Document    Page 3 of 3