# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LEGACY CARES, INC.,<br><br>      Debtor. | Case No.: 2:23-bk-02832-DPC<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AS OF MAY 15, 2023** |

Upon the *Application to Employ Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors as of May 15, 2023* (the "Application") [DE ___]; and upon the Verified Statement of Jordan A. Kroop (the "Kroop Statement") [DE ___]; and it appearing that due and proper notice of the Application has been given; and after due deliberation, and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Committee is authorized and empowered to employ PSZJ as its counsel in this chapter 11 case, effective as of May 15, 2023, and PSZJ is authorized to perform services on behalf of the Committee.

2. PSZJ will be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Procedure for the District of Arizona, and such other procedures as may be fixed by order of this Court.

3. PSZJ will comply with all fee application procedures set forth in the Bankruptcy Code and Bankruptcy Rules, including Appendix B of the United States Trustee's Fee Guidelines, and will be entitled to compensation for its services and reimbursement of its costs as an administrative expense of the bankruptcy estate only in accordance with orders of this Court.

1

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**SIGNED AND DATED ABOVE**