Tamalyn E. Lewis, SBA #009752
Bradley D. Pack, SBA #023973
**Engelman Berger, P.C.**
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
———————
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: tel@eblawyers.com
Email: bdp@eblawyers.com
———————

Attorneys for Elite Sports Builder, LLC,
RH Dupper Landscaping, Inc., and
JFK Electrical Contracting Enterprises, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LEGACY CARES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:23-bk-02832-DPC<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**TO:** Clerk of the U.S. Bankruptcy Court, Debtor, Debtor's attorney of record and all parties-in-interest:

**PLEASE TAKE NOTICE** that claimants, Elite Sports Builder, LLC, RH Dupper Landscaping, Inc., and JFK Electrical Contracting Enterprises, Inc. (collectively "Claimants"), hereby enter their appearance through counsels, Tamalyn E. Lewis and Bradley D. Pack of Engelman Berger, P.C., in accordance with Federal Rules of Bankruptcy Procedure 9010, and pursuant to 11 U.S.C. § 102(1) and 342 and Federal Rules of Bankruptcy Procedure 2002 and 9007, and request that all notices given or required to be given in this matter and all papers served or required to be served in this matter also be given to and served upon the following:

Tamalyn E. Lewis
Bradley D. Pack
**ENGELMAN BERGER, P.C.**
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
tel@eblawyers.com
bdp@eblawyers.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any plan and disclosure statement, orders and notice of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise, which affect or seek to affect in any way any rights or interest of the above referenced claimants.

This Notice of Appearance and Request for Service of papers shall not be deemed or construed to be a waiver of the rights of the claimants: (i) to have final orders in non-core matters or "*Stern* claims" entered only after de novo review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this matter or any case, controversy, or proceeding related to this matter; (iii) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal; or (iv) with respect to any other rights, claims, actions, setoffs, or recoupments to which the creditors may be entitled, in law or in equity, all of which are expressly reserved.

**DATED** this 25th day of May, 2023.

**ENGELMAN BERGER, P.C.**

By /s/ Tamalyn E. Lewis – SBA #009752
    Tamalyn E. Lewis
    Bradley D. Pack
    Attorneys for Elite Sports Builder, LLC,
    RH Dupper Landscaping, Inc., and
    JFK Electrical Contracting Enterprises, Inc.

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

**COPY** of the foregoing e-mailed
this 25th day of May, 2023 to:

Robert H. McKirgan
Email: rmckirgan@pswmlaw.com
J. Henk Taylor
Email: htaylor@warnerangle.com
Attorneys for Debtor

Jennifer A. Giaimo
Email: Jennifer.A.Giaimo@usdoj.gov
Chapter 11 Trustee

Jordan A Kroop
Email: jkroop@pszjlaw.com
Attorneys for Official Committee of
Unsecured Creditors

**COPY** of the foregoing automatically
served via the Court's ECF System
this 25th day of May, 2023 to:
All attorneys that have entered appearances

　　 */s/ Cynthia D. Nesselrode*