TAMALYN E. LEWIS, SBA #009752
BRADLEY D. PACK, SBA #023973
**ENGELMAN BERGER, P.C.**
2800 NORTH CENTRAL AVENUE, SUITE 1200
PHOENIX, ARIZONA 85004
_____
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: tel@eblawyers.com
Email: bdp@eblawyers.com
_____

Attorneys for Elite Sports Builder, LLC,
RH Dupper Landscaping, Inc., and
JFK Electrical Contracting Enterprises, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LEGACY CARES, INC.,<br><br>Debtors. | Chapter 11<br><br>Case No. 2:23-bk-02832-DPC<br><br>**VERIFIED STATEMENT OF ENGELMAN BERGER, P.C. UNDER BANKRUPTCY RULE 2019(b)** |

I, Tamalyn E. Lewis, declare and state as follows:

1. Bradley D. Pack and I are attorneys licensed to practice law in Arizona and are shareholders with the law firm of ENGELMAN BERGER, P.C. ("EB"). Except where otherwise specified, I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2. I am filing this Verified Statement regarding representation of multiple creditors and parties-in interest with respect to the above-captioned bankruptcy case pursuant to Bankruptcy Rule 2019(b).

3. Bradley D. Pack and I are the attorneys primarily responsible for representing the following mechanic's lien holder claimants (collectively, the "Claimants") in connection with the above-captioned bankruptcy case:

| Claimant | Claimant's Address |
|---|---|
| Elite Sports Builders, LLC dba Sunland Sports Approximate amount owed $213,937.84, plus interest, costs and attorneys' fees | c/o Troy Rudolph 3600 S. 7th Avenue Phoenix, AZ 85041 |
| RH Dupper Landscaping, Inc. Approximate amount owed $382,021.78, plus interest, costs and attorneys' fees | c/o Russ Dupper 1020 W. Ranch Road, Suite 105 Tempe, AZ 85284 |
| JFK Electrical Contracting Enterprises, Inc. Approximate amount owed (two liens) $87,674.50, plus interest, costs and attorneys' fees | c/o Brandon Krecek and John Krecek 1439 W. San Angelo Street Gilbert, AZ 85233 |
| Wholesale Floors, LLC Approximate amount owed $335,695.20, plus interest, costs and attorneys' fees | c/o Josh Sugidono 8855 N. Black Canyon Hwy Phoenix, AZ 85021 |

4. The Claimants all retained EB to represent them with respect to their mechanic lien holder interests in connection with the above-captioned bankruptcy case. EB is billing each Claimant on a monthly basis. Each of the Claimants is aware of EB's representation of other clients in these cases and has provided informed consent of such representation.

5. The Claimants expressly waive any conflict of interests that may exist between them.

6. EB expressly reserves the right to supplement or amend this statement in any respect.

7. I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

**DATED** this 25th day of May 2023.

                                                **ENGELMAN BERGER, P.C.**

By  */s/ Tamalyn E. Lewis, SBA #009752*
    Tamalyn E. Lewis
    Bradley D. Pack
    Attorneys for Elite Sports Builder, LLC,
    RH Dupper Landscaping, Inc., and
    JFK Electrical Contracting Enterprises, Inc.

**COPY** of the foregoing e-mailed this 25th day of May, 2023 to:

Robert H. McKirgan
Email: rmckirgan@pswmlaw.com
J. Henk Taylor
Email: htaylor@warnerangle.com
Attorneys for Debtor

Jennifer A. Giaimo
Email: Jennifer.A.Giaimo@usdoj.gov
Chapter 11 Trustee

Jordan A Kroop
Email: jkroop@pszjlaw.com
Attorneys for Official Committee of Unsecured Creditors

**COPY** of the foregoing automatically served via the Court's ECF System this 25th day of May, 2023 to:
all attorneys that have entered appearances

  */s/ Cynthia D. Nesselrode*