TAMALYN E. LEWIS, SBA#009752
BRADLEY D. PACK, SBA #023973
**ENGELMAN BERGER, P.C.**
2800 NORTH CENTRAL AVENUE, SUITE 1200
PHOENIX, ARIZONA 85004
—————
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: tel@eblawyers.com
Email: bdp@eblawyers.com
—————

Attorneys for Elite Sports Builder, LLC,
RH Dupper Landscaping, Inc., and
JFK Electrical Contracting Enterprises, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| LEGACY CARES, INC., | Case No. 2:23-bk-02832-DPC |
| Debtor. | **JOINDER IN OBJECTION OF WHOLESALE FLOORS, LLC'S TO DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POSTPETITION FINANCING ON PRIMING, SUPERPRIORITY AND SECURED BASIS** |
| | Hearing Date: May 25, 2023 |
| | Hearing Time: 1:00 p.m. |

Elite Sports Builder, LLC, RH Dupper Landscaping, Inc., and JFK Electrical Contracting Enterprises, Inc. (collectively "Claimants") - mechanic's lien claimants hereby join in the Objection of Wholesale Floors, LLC to the *Motion For Order Authorizing Debtor To Obtain Postpetition Financing On Priming, Superpriority And Secured Basis* (the "Priming Lien Motion") (Dkt. 3) filed by Legacy Cares, Inc. ("Debtor").

As holders of mechanic's liens, Claimants request that the relief the Debtor seeks be provided in such a way as to not prejudice any of the Claimants existing lien rights on the Debtor's property or prevent collection against non-debtors.

**DATED** this 25th day of May, 2023.

                              **ENGELMAN BERGER, P.C.**

                              By /s/ *Tamalyn E. Lewis, #009752*
                                  Tamalyn E. Lewis
                                  Bradley D. Pack
                                  Attorneys for Elite Sports Builders, LLC, RH Dupper Landscaping, Inc., and JFK Electrical Contracting Enterprises, Inc.

**COPY** of the foregoing e-mailed
this 25th day of May, 2023 to:

Robert H. McKirgan
Email: rmckirgan@pswmlaw.com
J. Henk Taylor
Email: htaylor@warnerangle.com
Attorneys for Debtor

Jennifer A. Giaimo
Email: Jennifer.A.Giaimo@usdoj.gov
Chapter 11 Trustee

Jordan A Kroop
Email: jkroop@pszjlaw.com
Attorneys for Official Committee of
Unsecured Creditors

**COPY** of the foregoing automatically
served via the Court's ECF System
this 25th day of May, 2023 to:
All other attorneys that have entered appearances

    */s/Cynthia D. Nesselrode*

{0006751.0000/01465090.DOCX / 3}  2
Case 2:23-bk-02832-DPC    Doc 136    Filed 05/25/23    Entered 05/25/23 12:15:24    Desc
Main Document    Page 2 of 2