DORSEY & WHITNEY LLP
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: (602) 735-2700
Isaac M. Gabriel (#021780)
Gabriel.Isaac@dorsey.com
Michael R. Fletcher (#027239)
Fletcher.Michael@dorsey.com
Madison A. Burr (#037079)
Burr.Madison@dorsey.com

*Attorneys for Johnson Statewide Caulking, LP.*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LEGACY CARES, INC.,<br><br>Debtor. | Case No. 2:23-bk-02832-DPC<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** of the appearance of Isaac M. Gabriel, Michael R. Fletcher and Madison A. Burr of Dorsey & Whitney LLP, as counsel for Johnson Statewide Caulking, L.P. ("Johnson") in the above-captioned Chapter 11 bankruptcy case. All notices given or required to be given in this case, and any case that is consolidated herewith, and all papers, pleadings and documents filed or served, or required to be filed or served in this case, and in any cases consolidated herewith, should be given to and served upon the following persons as attorneys for Johnson Statewide Caulking, L.P.:

…

…

Isaac M. Gabriel, Esq.
Michael R. Fletcher, Esq.
Madison A. Burr, Esq.
DORSEY & WHITNEY LLP
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Gabriel.Isaac@dorsey.com
Fletcher.Michael@dorsey.com
Burr.Madison@dorsey.com

Neither this request for notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or notice, shall constitute a waiver of Johnson's:

(a) Right to have any and all final orders for any and all non-core matters entered only after a de novo review by a United States District Court or United States Bankruptcy Court

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court or United States Bankruptcy Court in any manner or proceeding subject to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

…

…

All of the above rights are expressly reserved and preserved by Johnson without exception and shall not be waived, confessed or conceded by filing this notice of by any other participation in this matter.

DATED this 25th day of May, 2023.

>DORSEY & WHITNEY LLP
>2325 East Camelback Road, Suite 300
>Phoenix, AZ 85016
>
>By */s/ Isaac M. Gabriel*
>   Isaac M. Gabriel
>   Michael R. Fletcher
>   Madison A. Burr
>
>*Attorneys for Johnson Statewide Caulking, L.P.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the individuals registered with CM/ECF.

*/s/ Jasmin Sing*

-3-
Case 2:23-bk-02832-DPC    Doc 137    Filed 05/25/23    Entered 05/25/23 13:49:39    Desc
4867-7505-6484\1              Main Document         Page 3 of 3