BRADLEY D. PACK, SBA #023973
**ENGELMAN BERGER, P.C.**
2800 NORTH CENTRAL AVENUE, SUITE 1200
PHOENIX, ARIZONA 85004
———————
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: bdp@eblawyers.com
———————

Attorneys for Wholesale Floors, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LEGACY CARES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:23-bk-02832-DPC<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Wholesale Floors, LLC gives notice pursuant to Local Rule Bankr. P. 5005-1 that on May 25, 2023, it served the following documents (collectively, the "Discovery Requests") pursuant to Fed. R. Bankr. P. 9014(c): (1) First Set Of Requests For Production And Interrogatories directed to Legacy Cares, Inc.; and (2) First Set Of Requests For Production And Interrogatories directed to UMB Bank, N.A.

The Discovery Requests were each served by mail and email upon the following:

J. Henk Taylor
Warner Angle Hallam Jackson & Formanek PLC
2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Email: htaylor@warnerangle.com
Attorneys for Debtor

Robert McKirgan
Randy Papetti
Jared Sutton
Papetti Samuels Weiss McKirgan LLP
16430 North Scottsdale Road, Suite 290
Scottsdale, AZ 85254
Email: rmckirgan@PSWMlaw.com
Email: rpapetti@PSWMlaw.com
Email: jsutton@PSWMlaw.com
Attorneys for Debtor

Peter Riggs
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City MO 64106
Email: priggs@spencerfane.com
Attorneys for UMB Bank

**DATED** this 25th day of May, 2023.

**ENGELMAN BERGER, P.C.**

By /s/ *Bradley D. Pack*
    Bradley D. Pack
    Attorneys for Wholesale Floors, LLC

**COPY** of the foregoing served
by automatic ECF notification
this 25th day of May, 2023 to:

All attorneys that have entered appearances

  */s/ Bradley D. Pack*