UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| LEGACY CARES, INC., | Case No. 23-02832 (DPC) |
| Debtor. | **Ref. Docket No. 88** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, DAVID RODRIGUEZ, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 25, 2023, I caused to be served the "Notice of Chapter 11 Bankruptcy Case," filed May 12, 2023 [Docket No. 88], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ David Rodriguez*
David Rodriguez

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ASPIRE VBC | 8350 S. KYRENE RD. STE 107 TEMPE AZ 85284 |
| AZ BEVERAGE CONTROL | 2730 E. JONES AVE. PHOENIX AZ 85040 |
| BALLHAWKS | 18610 E. RAVEN DR QUEEN CREEK AZ 85142 |
| BLX GROUP | 777 S. FIGUEROA ST. STE 3200 LOS ANGELES CA 90017 |
| BURCH & CRACCHIOLA, PA | ATTN: ANDREW ABRAHAM 702 E. OSBORN RD STE 200 PHOENIX AZ 85014 |
| BURLINGTON INSURANCE GROUP | 6320 QUADRANGLE DR. STE 300 CHAPEL HILL NC 27517-8236 |
| CORTEZ VISUAL/FLEET WRAP HQ | 219 S. WILLIAM DILLARD DR. STE 117 GILBERT AZ 85233 |
| D H PACE COMPANY INC. | C/O HOLDEN WILLITS PLC ATTN BARRY WILLITS, NELSON MIXON 2 N CENTRAL AVE SUITE 2000 PHOENIX AZ 85004-2395 |
| DET 365 APPAREL LLC | 33667 PONDVIEW CIRCLE LIVONIA MI 48152 |
| EBAY INC | 2125 HAMILTON AVE. SAN JOSE CA 95125-5905 |
| GD JIU-JITSU ACADEMY | 1848 E. UNIVERSITY DR. TEMPE AZ 85281 |
| GROUP IMAGING | 1362 N HIBBERT MESA AZ 85201-2709 |
| IMAGE BUILDING SYSTEMS LLC | C/O HOLDEN WILLITS PLC ATTN MICHAEL HOLDEN, TYLER WOODS 2 N CENTRAL AVE STE 2000 PHOENIX AZ 85004-2395 |
| INVISION QUEST, LLC | 23166 S. 224TH PL QUEEN CREEK AZ 85142 |
| KETCHAM, DILLON | SECURIAN FINANCIAL SERVICES, INC. 2730E. CAMELBACK RD. STE 250 PHOENIX AZ 85016 |
| LEGACY SPORTS USA, LLC | ATTN: CHAD MILLER 1 LEGACY DR. MESA AZ 85212 |
| MITO RED LIGHT, INC. | 9319 N. 94TH WAY #400 SCOTTSDALE AZ 85258 |
| OZVP V LLC | 7305 MAIN ST. OMAHA NE 68127-3913 |
| PLACER LABS, INC. | 440N. BARRANCA AVE. PMB 1277 COVINA CA 91723-1722 |
| PROLIFT RENTAL LLC | 18329 E. NAVAJO DR. QUEEN CREEK AZ 85142 |
| QUEEN CREEK EDUCATION FOUNDATION | ATTN: TYLER SHUPE 1851 E. QUEEN CREEK RD. GILBERT AZ 85297 |
| RED ZONE ELITE TOURNAMENTS LLC | 111 W. MONROE ST. FL 17 PHOENIX AZ 85003 |
| SAVI PERFORMANCE | 957 E. LA JOLLA DR. TEMPE AZ 85282 |
| SC DEL SOL | PO BOX 30662 PHOENIX AZ 85046-0662 |
| SITTON SECURITY LLC | 1117 W SIERRA MADRE AVE GILBERT AZ 85233 |
| SPRAYFOAM SOUTHWEST, INC. | C/O HOLDEN WILLITS PLC ATTN MICHAEL HOLDEN, TYLER WOODS 2 N CENTRAL AVE STE 2000 PHOENIX AZ 85004-2395 |
| TENNIS CABANA | 2580 W. CHANDLER BLVD. STE 6 CHANDLER AZ 85224 |
| ULTIMATE MOBILE WHEEL & TIRE LLC | 7498 E. MONTE CRISTO AVE., STE 100 SCOTTSDALE AZ 85260 |
| VARSITY SPIRIT, LLC | 711 N FRONT ST STE 100 MEMPHIS TN 38107-3618 |
| WALTZ CONTRUCTION | 449 S. 48TH STREET, STE 105 TEMPE AZ 85281 |

**Total Creditor count  30**