ILENE J. LASHINSKY (#3073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2600
Facsimile: (602) 514-7270
Email: Jennifer.A.Giaimo@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| LEGACY CARE, INC., an Arizona | ) |
| non-profit corporation, | ) Case No. 2:23-bk-02832-DPC |
| | ) |
| Debtor. | ) **NOTICE OF 341 MEETING** |
| | ) **PROTOCOL AND REQUEST FOR** |
| | ) **NOTICE OF APPEARANCE AT 341** |
| _____ | ) **MEETING** |

PLEASE TAKE NOTICE that, in order to increase efficiency in conducting the June 6, 2023, 9:00 a.m. telephonic meeting of creditors being conducted pursuant to 11 U.S.C. § 341(a) ("the 341 Meeting"), the United States Trustee ("UST") requests that all creditors, either on their own or through counsel if they are represented, notify the UST whether:

(1) such creditor intends to appear telephonically at the 341 Meeting; and

(2) such creditor intends to ask questions of the debtor at the 341 Meeting.

Such notice should be provided by Friday, June 2, 2023, by emailing the following individual at the UST's office: Lori Dickman, lori.a.dickman@usdoj.gov.

RESPECTFULLY SUBMITTED this 26th day of May, 2023.

        ILENE J. LASHINSKY
        United States Trustee
        District of Arizona

        /s/ JAG (NY #2520005)
        _____
        JENNIFER A. GIAIMO
        Trial Attorney

### CERTIFICATE OF SERVICE

This is to certify that on May 26, 2023, a copy of the foregoing pleading was served on the Debtor by electronically mailing the same to the Debtor's counsel of record at the email address listed below:

J. HENK TAYLOR
Warner Angle Hallam Jackson & Formanek, PLC
2555 E. Camelback Rd.
Ste 800
Phoenix, AZ 85016
Email: htaylor@warnerangle.com

/s/ Jennifer A. Giaimo
_____
JENNIFER A. GIAIMO
Trial Attorney