DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ  85020
(602) 285-9901

Inv. # 152457

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

IN RE: LEGACY CARES, INC.

**Plaintiff / Petitioner,**

vs.

**Defendant / Respondent.**

NO. **2:23-bk-02832-dpc**

CERTIFICATE OF SERVICE

**Geoffrey Roberts**, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING), EXHIBIT 1, EXHIBIT "A"**

from **Engelman Berger, P.C.** on **5/26/23**; that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:** **CUSTODIAN OF RECORDS FOR OKLAND CONSTRUCTION COMPANY, INC., c/o William Okland, Statutory Agent**
**DATE & TIME:** 5/30/23 915am
**PLACE & MANNER:** 1700 N. McCLINTOCK DRIVE  TEMPE, AZ 85281, which is his/her place of business. By serving Allison E., Administrative Assistant, a person authorized to accept such service on their behalf, in person.

Description of the Named: Female, Age: 30's, Ht: 5' 5in., Wt: 160, Eyes: brown, Hair: black, Ethnicity: Hisp.

**Date of Appearance: June 5, 2023 at 12:00 pm**

**Statement of Costs**

| | |
|---|---|
| **Services** | $16.00 |
| **Mileage** | $28.80 |
| **Sp. Handl.** | $24.00 |
| **Witness Advances** | |
| **Cert. Prep** | $25.00 |
| **Other** | |
| **Total** | $93.80 |

*Geoffrey Roberts*
**Affiant - Registered in Maricopa County**

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.