**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 |
| LEGACY CARES, INC., | Case No. 23-02832 (DPC) |
| Debtor. | **Ref. Docket Nos. 73, 88** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, DAVID RODRIGUEZ, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 30, 2023, I caused to be served the following:

    a. "Notice of Deadlines for Filing Proofs of Claim," *related to Docket No. 73*, a sample of which is annexed hereto as Exhibit A,

    b. "Proof of Claim (Official Form 410)," a sample of which is annexed hereto as Exhibit B,

    c. "Instructions for Proof of Claim," a sample of which is annexed hereto as Exhibit C, and

    d. "Notice of Chapter 11 Bankruptcy Case," filed May 12, 2023 [Docket No. 88],

    by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D, and

    ii. delivered via electronic mail to the following party: *keithgregorybrown@gmail.com*.

Case 2:23-bk-02832-DPC   Doc 161   Filed 05/31/23   Entered 05/31/23 06:09:57   Desc
Main Document    Page 1 of 16

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ David Rodriguez*
David Rodriguez

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>**LEGACY CARES, INC.,**<br><br>         Debtor. | Case No. 2:23-bk-02832-DPC<br><br>Chapter 11 |

**NOTICE OF (I) DATE BY WHICH PARTIES MUST FILE PROOFS OF CLAIM; AND (II) PROCEDURES FOR FILING PROOFS OF CLAIM AGAINST THE DEBTOR**

   **PLEASE TAKE NOTICE** that Legacy Cares, Inc., as debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Arizona (the "Court") on May 1, 2023 (the "Petition Date").

   **PLEASE TAKE FURTHER NOTICE** that on May 1, 2023, Debtor filed the *Debtor's Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim;(II) Approving Notice of Bar Dates; and (III) Granting Related Relief* [Docket No. 6] (the "Bar Date Motion") with the Court. On May 5, 2023, the Court entered an order approving the Bar Date Motion [Docket No. 73] (the "Bar Date Order") and establishing certain dates (each, a "Bar Date," and collectively, the "Bar Dates") by which parties holding claims against Debtor arising prior to the Petition Date must file proofs of claim. Each date is expressly set forth below.

   YOU ARE RECEIVING THIS NOTICE BECAUSE YOU MAY BE HOLDING A CLAIM AGAINST DEBTOR IN THE ABOVE-CAPTIONED CHAPTER 11 CASE. THEREFORE, YOU SHOULD READ THIS NOTICE CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

## Background to the Debtor's Chapter 11 Case

**A.  General Information About the Debtor's Case**.  The Debtor's case is being administered under case number 2:23-bk-02382-DPC. No request for the appointment of a trustee or examiner has been made in this chapter 11 case (this "Chapter 11 Case").

**B.  Access to Proof of Claim Forms and Additional Information**. If you have any questions regarding the claims processing and/or if you wish to obtain a copy of the Bar Date Motion, Bar Date Order, proof of claim form, or related documents (and/or any other pleadings filed in this chapter 11 case) you may do so by: (i) visiting the website of the Debtor's noticing and claims agent, Epiq Corporate Restructuring, LLC ("Epiq") at: https://dm.epiq11.com/LegacyCares, (ii) calling at (888) 831-8608 (Toll-Free) or +1 (503) 664-9231 (International), and/or (iii) writing via hardcopy to: Legacy Cares, Inc., Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4419, Beaverton, OR 97076-4419 or Legacy Cares, Inc., Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005 or via email at LegacyCaresInfo@epiqglobal.com. Please note that Epiq **cannot** advise you on how to file, or whether you should file, a proof of claim.

**C.  Schedules of Assets and Liabilities**. Debtor filed its statement of financial affairs and schedules of assets and liabilities on the Petition Date, with the Court (collectively, the "Schedules"). Debtor's Schedules may be examined and inspected by interested parties during regular business hours at the Clerk of the Bankruptcy Court, United States Bankruptcy Court, District of Arizona, 230 N. 1st Ave., Suite 101, Phoenix, Arizona 85003. The Schedules are also available online and free of charge at https://dm.epiq11.com/LegacyCares.

## Bar Dates Approved by the Court

The Court has established the following Bar Dates as those dates by which parties holding claims against Debtor arising prior to the Petition Date must file proofs of claims so that they are **actually received** by Epiq:

| | |
|---|---|
| **General Bar Date:** | **June 30, 2023 at 4:00 p.m. (prevailing Arizona Time)** is the date by which all entities (which includes individual persons, estates, trusts, partnerships, and corporations, among others) must file proofs of claims. |

| **Governmental Bar Date:** | **October 30, 2023 at 4:00 p.m. (prevailing Arizona Time)** is the date by which all governmental units holding claims (whether secured, unsecured priority, or unsecured non-priority) must file proofs of claim, including claims for unpaid taxes, if any, whether such claims arise from prepetition tax years or periods, or prepetition transactions to which Debtor was a party. |
|---|---|
| **Amended Schedules Bar Date:** | To the extent applicable, the later of (i) the General Bar Date or the Governmental Bar Date, as applicable, and (ii) twenty one (21) days from the date on which Debtor provides notice of an amendment to the Schedules is the date by which holders of claims affected thereby must file proofs of claims. |

**Parties Required to File Claim Forms**

**A.     Definition of Claim**.  Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (i) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (ii) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**B.     Parties Who Must File Claim Forms**.  Except as otherwise set forth herein, any person or entity that holds claims against Debtor that arose (or is deemed to have arisen) before the Petition Date <u>must</u> file a proof of claim on or before the applicable Bar Date.

**C.     Parties Who Do Not Need to File Claim Forms**.  Certain parties are not required to file a proof of claim.  The Court may, however, enter one or more separate orders at a later time requiring holders of claims to file proofs of claim and setting related deadlines.  If the Court enters such an order, you will receive notice of it.

The following persons or entities holding claims that would otherwise be subject to the applicable Bar Date need **not** file proofs of claim:

    a. any person or entity whose claim is listed on the Schedules if: (i) the claim is *not* scheduled as any of "disputed," "contingent," or "unliquidated;" and (ii) such person or entity agrees with the amount, nature, and priority of the claim as set forth in the Schedules;

    b. any person or entity whose claim has previously been allowed by order of the Court;

    c. any person or entity whose claim has been paid in full by Debtor pursuant to the Bankruptcy Code or in accordance with an order of the Court;

    d. a current employee of Debtor, if an order of this Court authorized Debtor to honor such claim in the ordinary course of business as a wage, commission, or benefit; *provided* that current employee must submit a proof of claim by the General Bar Date for all other claims arising before the Petition Date;

    e. any person or entity holding a claim for which a separate deadline is fixed by the Court; and

    f. holders of claims for fees and expenses of professionals retained in this chapter 11 case.

## Instructions for Filing Claim Forms

A.   **Contents of Claim Forms**. Each proof of claim must conform substantially to Official Form 410 and the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy Procedure for the District of Arizona.

B.   **Timely Service**. Each Proof of Claim must be filed, including supporting documentation, by either (1) electronic submission through PACER (Public Access to Court Electronic Records at http://ecf.azb.uscourts.gov), (2) electronic submission using the interface available on the Claims and Administrative Agent's

website at https://dm.epiq11.com/LegacyCares, or (3) if submitted through non-electronic means, by U.S. Mail or other hand delivery system, so as to be *actually received* by the Claims and Noticing Agent on or before the General Bar Date or the Governmental Bar Date, or any other applicable Bar Date, at the following addresses:

> **If by First-Class Mail**:
>
> Legacy Cares, Inc.
> Claims Processing Center
> c/o Epiq Corporate Restructuring, LLC
> P.O. Box 4419
> Beaverton, OR 97076-4419
>
> **If by Hand Delivery or Overnight Mail**:
>
> Legacy Cares, Inc.
> Claims Processing Center
> c/o Epiq Corporate Restructuring, LLC
> 10300 SW Allen Blvd.
> Beaverton, OR 97005

**PROOF OF CLAIM FORMS SUBMITTED BY FACSIMILE OR ELECTRONIC MAIL WILL NOT BE ACCEPTED**.

C. **Receipt of Service**. Claimants wishing to receive acknowledgment that their proof of claim forms were received by Epiq must submit (i) a copy of the proof of claim form; and (ii) a self-addressed, stamped envelope.

## Amendments to Debtor's Schedules

A. **Amendments to Schedules**. In the event that Debtor amends its Schedules after the date of this notice, Debtor will provide holders of claims that are affected by any such amendment notice of the amendment, and such parties will be given an opportunity to file proofs of claim before a new deadline that will be specified in that future notice.

B. **Amended Schedules Bar Date**. The Court has approved the later of (i) the General Bar Date or the Governmental Bar Date, as applicable, and (ii) twenty-one (21) days from the date on which Debtor provides notice of the amendment to the Schedules as the date by which holders of claims affected by the amendment must file proofs of claim with respect to such claims.

### Reservation of Rights

Nothing contained in this notice in intended to or should be construed as a waiver of Debtor's right to: (a) dispute, or assert offsets or defenses against, any filed claim or any claim listed or reflected in the Schedules as to the nature, amount, liability, or classification thereof; (b) subsequently designate any scheduled claim as disputed, contingent, or unliquidated; or (c) otherwise amend or supplement the Schedules.

Dated: May 5, 2023.

**WARNER ANGLE HALLAM
JACKSON & FORMANEKPLC**

By: __/s/ Henk Taylor_____
J. Henk Taylor
Counsel for the Debtor

# EXHIBIT B

United States Bankruptcy Court for the District of Arizona
Legacy Cares, Inc., Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4419
Beaverton, OR 97076-4419

Name of Debtor: Legacy Cares, Inc.
Case Number: Case No. 23-XXXXX

To submit your form online please go to (https://epiqworkflow.com/cases/LCA)

**For Court Use Only**

# Proof of Claim (Official Form 410)

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of claims under 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**
**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.
**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): _____

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?** ☐ No ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

_____
Name

_____
Number     Street

_____
City          State        ZIP Code

Country (if International): _____

Contact phone: _____

Contact email: _____

**Where should payments to the creditor be sent?**
(if different)

_____
Name

_____
Number     Street

_____
City          State        ZIP Code

Country (if International): _____

Contact phone: _____

Contact email: _____

**4. Does this claim amend one already filed?**
☐ No
☐ Yes. Claim number on court claims register (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☐ Yes. Who made the earlier filing?
_____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |

**6. Do you have any number you use to identify the debtor?**

☐ No

☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

____ ____ ____ ____

**7. How much is the claim?**

$_____.

**Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

_____

| 9. Is all or part of the claim secured? | 10. Is this claim based on a lease? | 11. Is this claim subject to a right of setoff? |
|---|---|---|
| ☐ No | ☐ No | ☐ No |
| ☐ Yes. The claim is secured by a lien on property. | ☐ Yes. **Amount necessary to cure any default as of the date of petition**. | ☐ Yes. Identify the property: |
| **Nature of property:** | $_____ | _____ |

| | | |
|---|---|---|
| ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.* | **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. |
| ☐ Motor vehicle | ☐ No | |
| ☐ Other. Describe: _____ | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| **Basis for perfection:** _____ | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| **Value of property:** $_____ | | |
| **Amount of the claim that is secured:** $_____ | | |
| **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.) | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | |
| **Amount necessary to cure any default as of the date of the petition:** $_____ | ☐ Other. Specify subsection of 11 U.S.C. § 507 (a)(__) that applies. | $_____ |
| **Annual Interest Rate** (when case was filed) _____% ☐ Fixed ☐ Variable | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☐ No

☐ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9)**: $_____

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____  _____
                  MM / DD / YYYY        Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
     First name       Middle name           Last name

Title _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number       Street

_____
City                          State               ZIP Code

Contact Phone _____ Email _____

# EXHIBIT C

# Instructions for Proof of Claim
United States Bankruptcy Court

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

**A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157 and 3571

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**
- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.
- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of redaction below.) Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).
- **Do not attach original documents because attachments may be destroyed after scanning.**
- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**
- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.
- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St, City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed
To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or you may access the Claims Agent's website (https://dm.epiq11.com/LegacyCares) to view your filed form under "Claims."

## Where to Send Proof of Claim Form
**First-Class Mail:**

Legacy Cares, Inc.
**Claims Processing Center**
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4419
Beaverton, OR 97076-4419

**Hand Delivery or Overnight Mail:**
Legacy Cares, Inc.
**Claims Processing Center**
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005

**Electronic Filing:**
**By accessing the E-filing Claims link at under Case Actions, at:**
https://dm.epiq11.com/LegacyCares

## Understand the terms used in this form

**Administrative expense**: Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim**: A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim for the value of any goods that were sold to the Debtor in the ordinary course of its business and were received by the Debtor within 20 days before the date of commencement of the above case. Attach documentation supporting such claim.

**Creditor**: A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor**: A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection**: Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy**: A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim**: A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim**: A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information**: Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a)**: A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff**: Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier**: An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim**: A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

Do not file these instructions with your form.

# EXHIBIT D

# LEGACY CARES
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ASEC | 1820 E. RAY RD. A-110 CHANDLER AZ 85225 |
| BOINGO LLC | C/O BOINGO WIRELESS INC ATTN ACCOUNT MGMT 10960 WILSHIRE BLVD, 23RD FL LOS ANGELES CA 90024 |
| EVANSTON INSURANCE COMPANY | 10275 W. HIGGINS RD. STE 700 ROSEMONT IL 60018 |
| LIFESTYLE SPORTS LLC | 19550 N. GRAYHAWK DR UNIT 1078 SCOTTSDALE AZ 85255 |
| SAN TAN VALLEY LLC | 2152 S. VINEYARD #105 MESA AZ 85210 |
| SOCCER YOUTH ALL AMERICAN – YTH SPORTS | 149 E. MAIN ST, SUITE 101C MOREHEAD KY 40351 |
| TRULLION, LTD. | 210 E. BROADWAY NEW YORK NY 10002 |
| VAIL SOCCER CLUB | 8110 S. HOUGHTON RD. STE 108 TUCSON AZ 85747 |
| WEST COAST PREMIER | 9559 CENTER AVE. #G RANCHO CUCAMONGA CA 91730 |
| YK SPORTS, LLC | 9889 HARWIN DR. STE 404 HOUSTON TX 77036 |

**Total Creditor count 10**