# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| LEGACY CARES, INC., | Case No. 23-02832 (DPC) |
| Debtor. | **Ref. Docket Nos. 154-157** |

## **CERTIFICATE OF SERVICE**

I, DAVID RODRIGUEZ, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 30, 2023, I caused to be served the following:

   a. "Final Order (I) Authorizing Maintenance of Prepetition Cash Management System and Bank Accounts; and (II) Granting Related Relief," dated May 30, 2023 [Docket No. 154], (the "Cash Management Order"),

   b. "Order (I) Authorizing the Retention of Miller Buckfire as Investment Banker, Effective as of the Petition Date (II) Waiving Certain Informational Requirements, and (III) Granting Related Relief," dated May 30, 2023 [Docket No. 155], (the "MB Order"),

   c. "Order (I) Authorizing the Retention of MCA Financial Group, LTD. as Financial Advisor, Effective as of the Petition Date, and (II) Granting Related Relief," dated May 30, 2023 [Docket No. 156], (the "MCA Order"), and

   d. "Second Interim Order Re: Use of Case Collateral and Postpetition Financing on Priming, Superpriority and Secured Basis," dated May 30, 2023 [Docket No. 157], (the "Interim Order"),

   by causing true and correct copies of the:

   i. Cash Management Order, MB Order, MCA Order and Interim Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. Cash Management Order, MB Order, MCA Order and Interim Order, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

iii. Cash Management Order and Interim Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>, and

iv. Interim Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ David Rodriguez*
David Rodriguez

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ALLEN, JONES & GILES, PLC | (COUNSEL TO KEANERY ELECTRIC, INC) ATTN: PHILIP GILES, DAVID NELSON 1850 N. CENTRAL AVE, STE 1150 PHOENIX AZ 85004 |
| BALLARD SPAHR LLP | (COUNSEL TO OVG FACILITIES, LLC) ATTN CRAIG S. GANZ & KATHERINE E. ANDERSON 1 EAST WASHINGTON STREET, SUITE 2300 PHOENIX AZ 85004-2555 |
| BURCH & CRACCHIOLO PA | (COUNSEL TO PACIFIC PROVING, LLC) ATTN: ANDREW ABRAHAM, ESQ 1850 N. CENTRAL AVE., STE 1700 PHOENIX AZ 85004 |
| BURCH & CRACCHIOLO, P.A. | (COUNSEL TO PACIFIC PROVING, LLC) ATTN: ALAN A. MEDA, ESQ. 1850 N. CENTRAL AVE., SUITE 1700 PHOENIX AZ 85004 |
| CLARK HILL PLC | (COUNSEL TO EASTERN FUNDING LLC AND EASTERN FUND. AS SUCCESSOR-IN-INTEREST TO MACROLEASE CORP.)_ ATTN: JAMES L UGALDE 3200 N. CENTRAL AVE, STE 1600 PHOENIX AZ 85012 |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY NCS | 2390 E. CAMELBACK ROAD, SUITE 230 PHOENIX AZ 85016 |
| DORSEY & WHITNEY LLP | (COUNSEL TO JOHNSON STATEWIDE CAULKING, LP) ATTN: ISAAC M. GABRIEL, MICHAEL R. FLETCHER, MADISON A. BURR 2325 EAST CAMELBACK ROAD, SUITE 300 PHOENIX AZ 85016 |
| EARTHSCAPES, INC. | ATTN LES KEEBLER 4640 E. COTTON GIN LOOP PHOENIX AZ 85040 |
| ENGELMAN BERGER, P.C. | (COUNSEL TO WHOLESALE FLOORS, LLC, ET AL.) ATTN: TAMALYN E. LEWIS & BRADLEY D. PACK 2800 NORTH CENTRAL AVENUE, SUITE 1200 PHOENIX AZ 85004 |
| FIELDTURF USA, INC. | ATTN: MARIE-FRANCE NANTEL (CHAIRPERSON) 3000 AURORA RD. SOLON OH 44139 |
| FIELDTURF USA, INC. | ATTN JOSH KEOWN, REGIONAL SALES MGR 175 N. INDUSTRIAL BLVD. NE CALHOUN GA 30701 |
| FIELDTURF USA, INC. | C/O BUTLER SNOW LLP ATTN JOSHUA MCDIARMID, ESQ. 445 NORTH BOULEVARD, SUITE 300 BATON ROUGE LA 70802 |
| GAMMAGE & BURNHAM, P.L.C. | (COUNSEL TO THE ORCUTT/WINSLOW LTD L.L.P.) ATTN: MICHAEL R. KING & JACQUELINE E. MARZOCCA 40 NORTH CENTRAL AVENUE, 20TH FLOOR PHOENIX AZ 85004 |
| GUIDANT LAW, PLC | (COUNSEL TO IMAGE BUILDING SYSTEMS, LLC, SPRAYFOAM SOUTHWEST, INC. AND D.H. PACE COMPANY, INC.) ATTN: D. LAMAR HWAWKINS, JOANN FALGOUT 402 E. SOUTHERN AVE TEMPE AZ 85282 |
| HURRICANE FENCE, INC. | ATTN: KIRBY REINHARDT 3404 W. LINCOLN STREET PHOENIX AZ 85009 |
| ICING INVESTMENT HOLDINGS, LLC | C/O FR LAW GROUP ATTN TROY FRODERMAN, S. RYAN, R. EDWARDS 4745 N. 7TH ST., STE. 310 PHOENIX AZ 85014 |
| ICING INVESTMENT HOLDINGS, LLC | ATTN: LEE PLOSJAL 11201 N. TATUM BLVD. STE 300 PHOENIX AZ 85028 |
| ICON ARCHITECTURAL GROUP, LLC | ATTN: CASSIE SCHEVING 4000 GARDEN VIEW DRIVE, STE 101 GRAND FORKS ND 58201-7215 |
| ICON HD, LLC | 702 MAIN STREET STOUGHTON SK S0G 4T0 CANADA |
| INTERNAL REVENUE SERVICE | 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICE | 4041 N CENTRAL AVE. PHOENIX AZ 85012 |
| JENNINGS HAUG KELEHER MCLEOD LLP | (COUNSEL TO OKLAND CONSTRUCTION COMPANY, INC) ATTN: EDWARD RUBACHA 2800 N. CENTRAL AVE, STE 1800 PHOENIX AZ 85004 |
| JENNINGS HAUG KELEHER MCLEOD LLP | (COUNSEL TO ICON ARCHITECTURAL GROUP, LLC) ATTN: MATTHEW H. SLOAN 2800 NORTH CENTRAL AVENUE, SUITE 1800 PHOENIX AZ 85004-1049 |
| LANG & KLAIN, P.C. | (COUNSEL TO PRITCHARD SPORTS & ENTERTAINMENT GRP) ATTN: WILLIAM KLAIN JASON CLARK ZACHARY ROSENBERG 6730 N. SCOTTSDALE RD, STE 101 SCOTTSDALE AZ 85253 |
| LAW FIRM OF RUSSELL R. JOHNSON III, PLC | (COUNSEL TO SALT RIVER PROJECT) ATTN: RUSSELL R. JOHNSON 2258 WEHATLANDS DRIVE MANAKIN-SABOT VA 23103 |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | ATTN: BRYANT BARBER, S. FREEMAN 201 EAST WASHINGTON STREET SUITE 1200 PHOENIX AZ 85004 |
| MURPHY CORDIER CASALE AXEL, PLC | (COUNSEL TO SPECTRUM) ATTN: RICHARD MURPHY, CHASE HALSEY 4647 NORTH 32ND ST, STE 150 PHOENIX AZ 85018 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JENNIFER A. GIAIMO 230 N. FIRST AVENUE, SUITE 204 PHOENIX AZ 85003-1706 |
| OSBORN MALEDON, P.A. | (COUNSEL TO SALT RIVER PIMA-MARICOPA INDIAN COMM) ATTN: CHRISTOPHER C. SIMPSON, WARREN J. STAPLETON, ANDREW B. HAYNES 2929 N. CENTRAL AVE, 20TH FLOOR PHOENIX AZ 85012-2793 |

| Claim Name | Address Information |
|---|---|
| OVG FACILITIES LLC | C/O BALLARD SPAHR, LLP ATTN TYLER COBB, ESQ. 1 EAST WASHINGTON STREET, SUITE 2300 PHOENIX AZ 85004-2555 |
| OVG FACILITIES LLC | 11755 WILSHIRE BLVD., 900 LOS ANGELES CA 90025 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: BRADFORD J. SANDLER, JORDAN A. KROOP, CIA H. MACKLE 780 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10017 |
| PAPETTI SAMUELS WEISS MCKIRGAN LLP | (SPECIAL COUNSEL TO DEBTOR) ATTN: ROBERT MCKIRGAN, RANDY PAPETTI, JARED SUTTON 16430 NORTH SCOTTSDALE ROAD, STE 290 SCOTTSDALE AZ 85254 |
| PERKINS COIE LLP | (COUNSEL TO INSIGHT INVESTMENTS, LLC) ATTN: BRADLEY A. COSMAN 2901 N. CENTRAL AVE, STE 2000 PHOENIX AZ 85012 |
| ROBERT GARRETT, ESQ. | GARRET & TULLY, P.C. 225 S. LAKE AVE., STE 200 PASADENA CA 91101-4869 |
| ROSE LAW GROUP, PC | (COUNSEL TO SITEWORKS LANDSCAPE DEVELOPMENT, LLC) ATTN: SHELTON FREEMAN, SARAH SLADICK 7144 E. STETSON DRIVE, STE 300 SCOTTSDALE AZ 85251 |
| SAPIENTIA LAW GROUP, PLLC | (COUNSEL TO MICHAEL KUNTZ & NATIONAL SPORTS OPPORTUNITY PARTNERS LLC) ATTN: KENNETH C. EDSTROM 120 SOUTH 6TH ST. STE 100 MINNEAPOLIS MN 55402 |
| SNELL & WILMER L.L.P. | (COUNSEL TO E&K OF PHOENIX, INC.) ATTN: BENJAMIN W. REEVES 1 EAST WASHINGTON STREET, SUITE 2700 PHOENIX AZ 85004 |
| SPECTRA FOOD SERVICES & HOSPITALITY | ATTN: BRIAN ROTHENBERG 150 ROUSE BOULEVARD, 3RD FLOOR PHILADELPHIA PA 19112 |
| SPENCER FANE LLP | (COUNSEL TO UMB BANK, N.A.) ATTN JESSICA A. GALE & PETER L. RIGGS 2415 E. CAMELBACK RD., SUITE 600 PHOENIX AZ 85016 |
| TRI PHX LLC D/B/A ADVENTURE FITNESS | ATTN: KRISTEN E. STEWART 1836 W. STRAIGHT ARROW LN PHOENIX AZ 85085 |
| U.S. TRUSTEE'S OFFICE | ATTN LARRY WATSON 230 N. FIRST AVE, STE. 204 PHOENIX AZ 85003-1706 |
| UDALL SHUMWAY PLC | (COUNSEL TO RKS PLUMBING & MECHANICAL, INC.) ATTN JAMES B. REED, JOEL SANNES, & ELI T. ENGER 1138 N. ALMA SCHOOL RD, STE 101 MESA AZ 85201 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE DISTRICT OF ARIZONA 40 N. CENTRAL AVENUE, SUITE 1800 PHOENIX AZ 85004-4449 |
| WARNICKE LAW PLC | (COUNSEL TO HAYDON COMPANIES, INC.) ATTN: ROBERT C. WARNICKE 2929 NORTH SECOND ST PHOENIX AZ 85012 |
| WITTHOFT DERKSEN, P.C. | (COUNSEL TO JAYCO DESIGN AND INSTALLATIONS, LLC) ATTN PATRICK T. DERKSEN 3550 NORTH CENTRAL AVENUE, SUITE 1006 PHOENIX AZ 85012 |

**Total Creditor count 46**

# EXHIBIT B

Legacy Cares, Inc.
Case No. 23-02832 (DPC)
Electronic Mail Service List

| | |
|---|---|
| AABRAHAM@BCATTORNEYS.COM | JOHN.COSTELLO2@TREASURY.GOV |
| AHAYNES@OMLAW.COM | JOSH.MCDIARMID@BUTLERSNOW.COM |
| ALEXANDER.ABAWI@TREASURY.GOV | JSUTTON@PSWMLAW.COM |
| AMEDA@BCATTORNEYS.COM | JUGALDE@CLARKHILL.COM |
| ANDERSONKE@BALLARDSPAHR.COM | KALLARE@PERKINSCOIE.COM |
| BBARBER@LEWISROCA.COM | KENE@SAPIENTIALAW.COM |
| BCOSMAN@PERKINSCOIE.COM | KIRBYR@HURRICANEFENCECO.COM |
| BDP@EBLAWYERS.COM | KRISTEN@ADV.FIT |
| BREEVES@SWLAW.COM | LAMAR@GUIDANT.LAW |
| BRIAN.ROTHENBERG@OAKVIEWGROUP.COM | LARRY.WATSON@USDOJ.GOV |
| BSANDLER@PSZJLAW.COM | LEE@ICINGHOLDINGS.COM |
| BURR.MADISON@DORSEY.COM | LKEEBLE@HAYDONBC.COM |
| CASSIE.SCHEVING@ICONARCHITECTS.COM | MFNANTEL@TARKETT.COM |
| CHASE@MCCALAW.COM | MHS@JHKMLAW.COM |
| CLS@JHKMLAW.COM | MKING@GBLAW.COM |
| CMACKLE@PSZJLAW.COM | PDERKSEN@WDLAWPC.COM |
| COBBT@BALLARDSPAHR.COM | PGILES@BKFIRMAZ.COM |
| CSIMPSON@OMLAW.COM | PRIGGS@SPENCERFANE.COM |
| DARLENE.JONES2@IRS.GOV | REDWARDS@FRLAWGROUP.COM |
| DNELSON@BKFIRMAZ.COM | RGARRETT@GARRETT-TULLY.COM |
| DOCKET@GBLAW.COM | RICH@MCCALAW.COM |
| ER@JHKMLAW.COM | RMCKIRGAN@PSWMLAW.COM |
| ETE@UDALLSHUMWAY.COM | ROBERT@WARNICKELAW.NET |
| FILINGS@ROSELAWGROUP.COM | RPAPETTI@PSWMLAW.COM |
| FLETCHER.MICHAEL@DORSEY.COM | RUSSELL@RUSSELLJOHNSONLAWFIRM.COM |
| GABRIEL.ISAAC@DORSEY.COM | SFREEMAN@LEWISROCA.COM |
| GANZC@BALLARDSPAHR.COM | SRYAN@FRLAWGROUP.COM |
| INFO@OAKVIEWGROUP.COM | SSLADICK@ROSELAWGROUP.COM |
| JBR@UDALLSHUMWAY.COM | TEL@EBLAWYERS.COM |
| JCLARK@LANG-KLAIN.COM | TFREEMAN@ROSELAWGROUP.COM |
| JENNIFER.A.GIAIMO@USDOJ.GOV | TFRODERMAN@FRLAWGROUP.COM |
| JES@UDALLSHUMWAY.COM | USAAZ.COMPLAINTATTY@USDOJ.GOV |
| JGALE@SPENCERFANE.COM | USTPREGION14.PX.ECF@USDOJ.GOV |
| JKROOP@PSZJLAW.COM | WKLAIN@LANG-KLAIN.COM |
| JLC@JHKMLAW.COM | WSTAPLETON@OMLAW.COM |
| JMARZOCCA@GBLAW.COM | ZROSENBERG@LANG-KLAIN.COM |
| JOANNE@GUIDANT.LAW | |

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| U.S. BANK N.A. | 800 NICOLLET MALL MINNEAPOLIS MN 55402 |
| UMB BANK, N.A., AS TRUSTEE | ATTN: JAY SMITH 120 S. 6TH ST., SUITE 1400 MINNEAPOLIS MN 55402 |
| UMB BANK, N.A., AS TRUSTEE | ATTN: MICHAEL SLADE 120 SIXTH STREET SOUTH, SUITE 1400 MINNEAPOLIS MN 55402 |

**Total Creditor count 3**

# EXHIBIT D

| Claim Name | Address Information |
|---|---|
| AERO AUTOMATIC SPRINKLER CO. | 21605 N. CENTRAL AVE. PHOENIX AZ 85024 |
| B&F CONTRACTING, INC. | C/O MESSNER REEVES LLP ATTN DAVID SELDEN 7250 N. 16TH STREET, SUITE 410 PHOENIX AZ 85020 |
| B&F CONTRACTING, INC. | 11011 N. 23RD AVE. PHOENIX AZ 85029 |
| D H PACE COMPANY INC. | 1901 E. 119TH ST. OLATHE KS 66061 |
| D H PACE COMPANY INC. | C/O HOLDEN WILLITS PLC ATTN BARRY WILLITS, NELSON MIXON 2 N CENTRAL AVE SUITE 2000 PHOENIX AZ 85004-2395 |
| E&K OF PHOENIX INC. | 1802 W. KNUDSEN DR. PHOENIX AZ 85027 |
| E&K OF PHOENIX INC. | C/O MINORE LAW ATTN DOMINICA MINORE, ESQ. 9375 E. SHEA BLVD., SUITE 100 SCOTTSDALE AZ 85260 |
| EASTERN FUNDING LLC | 213 WEST 25TH STREET, SUITE 2W NEW YORK NY 10001 |
| ELITE SPORTS BUILDERS LLC | 1622 N. BLACK CANYON HWY. STE. C-1 PHOENIX AZ 85009 |
| ELITE SPORTS BUILDERS LLC | C/O PALECEK & PALECEK PLLC ATTN KAREN PALECEK, ESQ. 6263 N. SCOTTSDALE ROAD, SUITE 144 SCOTTSDALE AZ 85250 |
| FULL SWING GOLF, INC. | 1905 ASTON AVE. 100 CARLSBAD CA 92008 |
| HAYDON COMPANIES, LLC | C/O RYAN RAPP PACHECO & KELLY PLC ATTN JOHN G. RYAN, ESQ. 3200 N. CENTRAL AVE., SUITE 2250 PHOENIX AZ 85012 |
| HAYDON COMPANIES, LLC | 4640 W. COTTON GIN LOOP PHOENIX AZ 85040 |
| IMAGE BUILDING SYSTEMS LLC | C/O HOLDEN WILLITS PLC ATTN MICHAEL HOLDEN, TYLER WOODS 2 N CENTRAL AVE STE 2000 PHOENIX AZ 85004-2395 |
| IMAGE BUILDING SYSTEMS LLC | 4213 S. 43RD PLACE PHOENIX AZ 85040 |
| INSIGHT INVESTMENTS, LLC | C/O PERKINS COIE LLP ATTN BRADLEY COSMAN, THOMAS RYERSON 2901 NORTH CENTRAL AVENUE, SUITE 2000 PHOENIX AZ 85012-2788 |
| INSIGHT INVESTMENTS, LLC | 611 ANTON BLVD., SUITE 700 COSTA MESA CA 92626 |
| JFK ELECTRICAL CONTRACTING ENTERPRISES | 1439 W. SAN ANGELO ST. GILBERT AZ 85233-2408 |
| JFK ELECTRICAL CONTRACTING ENTERPRISES | C/O PALECEK & PALECEK PLLC ATTN KAREN PALECEK, ESQ. 6263 N. SCOTTSDALE ROAD, SUITE 144 SCOTTSDALE AZ 85250 |
| JOHNSON STATEWIDE CAULKING L.P. | 3747 E. GROVE ST. PHOENIX AZ 85040-2989 |
| JOHNSON STATEWIDE CAULKING L.P. | C/O DORSEY & WHITNEY LLP ATTN M. FLETCHER, I. GABRIEL, M. BURR 2325 E. CAMELBACK RD., SUITE 300 PHOENIX AZ 85040-2989 |
| KEARNEY ELECTRIC, INC. | C/O BROENING OBERG WOODS & WILSON PC ATTN GREG CAHILL, ESQ. 2800 N. CENTRAL AVENUE, SUITE 1600 PHOENIX AZ 85004 |
| KEARNEY ELECTRIC, INC. | 3609 E. SUPERIOR AVE. PHOENIX AZ 85040 |
| LEFTFIELD DEVELOPMENT, LLC | 4000 GARDENVIEW DR., SUITE 201 GRAND FORKS ND 58201 |
| MACROLEASE CORPORATION | 185 EXPRESS STREET, SUITE 100 PLAINVIEW NY 11803 |
| NATIONAL SPORTS OPPORTUNITY PARTNERS | 4000 GARDENVIEW DR., SUITE 201 GRAND FORKS ND 58201 |
| OKLAND CONSTRUCTION COMPANY, INC. | C/O FOLEY & LARDNER, LLP ATTN KENNETH BLACK, ESQ. 95 S. STATE STREET, SUITE 2500 SALT LAKE CITY UT 84111 |
| OKLAND CONSTRUCTION COMPANY, INC. | C/O JENNINGS HAUG KELEHER MCLEOD LLP ATTN JIM CSONTOS, ESQ. 2800 N. CENTRAL AVE., SUITE 1800 PHOENIX AZ 85004 |
| OKLAND CONSTRUCTION COMPANY, INC. | 1700 N. MCCLINTOCK DR. TEMPE AZ 85281 |
| OVG FACILITIES LLC | 11755 WILSHIRE BLVD., 900 LOS ANGELES CA 90025 |
| PACIFIC PROVING, LLC | C/O BURCH & CRACCHIOLO ATTN ANDREW ABRAHAM, ESQ. 1850 N. CENTRAL AVE., SUITE 1700 PHOENIX AZ 85004 |
| PACIFIC PROVING, LLC | C/O SNELL & WILMER, LLP ATTN RICHARD ERICKSON, C. FERNANDEZ ONE EAST WASHINGTON STREET SUITE 2700 PHOENIX AZ 85004 |
| PACIFIC PROVING, LLC | ATTN: ANDREW COHEN 2801 E. CAMELBACK ROAD, SUITE 450 PHOENIX AZ 85016 |
| R.H. DUPPER LANDSCAPING, INC. | C/O PALECEK & PALECEK PLLC ATTN KAREN PALECEK, ESQ. 6263 N. SCOTTSDALE ROAD, SUITE 144 SCOTTSDALE AZ 85250 |
| R.H. DUPPER LANDSCAPING, INC. | 1020 W. RANCH RD., SUITE 15-315 TEMPE AZ 85284 |
| RKS PLUMBING & MECHANICAL, INC. | C/O UDALL SHUMWAY ATTN JAMES REED, ESQ., JOEL SANNES, ESQ. 1138 NORTH ALMA SCHOOL ROAD, SUITE 101 MESA AZ 85201 |

| Claim Name | Address Information |
|---|---|
| RKS PLUMBING & MECHANICAL, INC. | 23659 N. 35TH DR. GLENDALE AZ 85310 |
| SITEWORKS LANDSCAPE DEVELOPMENT LLC | 2915 W. FAIRVIEW ST. CHANDLER AZ 85224 |
| SITEWORKS LANDSCAPE DEVELOPMENT LLC | C/O ROSE LAW GROUP PC ATTN TONY FREEMAN, SARAH SLADICK 7144 E. STETSON DRIVE, SUITE 300 SCOTTSDALE AZ 85251 |
| SPECTRUM MECHANICAL & SERVICE CONTRACTOR | C/O MURPHY CORDIER CASALE AXEL PLC ATTN RICHARD MURPHY, C. HALSEY, J. RILEY 4647 N. 32ND STREET, SUITE 150 PHOENIX AZ 85018 |
| SPECTRUM MECHANICAL & SERVICE CONTRACTOR | 33 SOUTH 56TH STREET CHANDLER AZ 85226 |
| SPRAYFOAM SOUTHWEST, INC. | C/O HOLDEN WILLITS PLC ATTN MICHAEL HOLDEN, TYLER WOODS 2 N CENTRAL AVE STE 2000 PHOENIX AZ 85004-2395 |
| SPRAYFOAM SOUTHWEST, INC. | D/B/A ROOFING SOUTHWEST GLOBAL ROOFING GROUP 2401 E. MAGNOLIA ST. PHOENIX AZ 85034 |
| STONEBRIAR COMMERCIAL FINANCE LLC | 5601 GRANITE PARKWAY, SUITE 1350 PLANO TX 75024 |
| SUN VALLEY MASONRY, INC. | C/O DICKINSON WRIGHT LLP ATTN JOSH GRABEL, ESQ. 1850 N. CENTRAL AVE., SUITE 1400 PHOENIX AZ 85004 |
| SUN VALLEY MASONRY, INC. | 10828 N. CAVE CREEK RD. PHOENIX AZ 85020 |
| UMB BANK, N.A., AS TRUSTEE | ATTN: MICHAEL SLADE 120 SIXTH STREET SOUTH, SUITE 1400 MINNEAPOLIS MN 55402 |
| WALTERS & WOLF CONSTRUCTION SPECIALTIES | C/O JENNINGS STROUSS & SALMON PLC ATTN JACK SESTAK, ESQ. ONE EAST WASHINGTON STREET, SUITE 1900 PHOENIX AZ 85004-2554 |
| WALTERS & WOLF CONSTRUCTION SPECIALTIES | 889 N. COLORADO ST. GILBERT AZ 85233-2408 |
| WHOLESALE FLOORS LLC | C/O LEWIS ROCA ROTHGERBER CHRISTIE, LLP ATTN FRANCES HAYNES, MICHAEL BROWN 201 EAST WASHINGTON STREET, SUITE 1200 PHOENIX AZ 85004 |
| WHOLESALE FLOORS LLC | 8855 N. BLACK CANYON HWY. PHOENIX AZ 85021 |

**Total Creditor count  51**