UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:

LEGACY CARES, INC.,

              Debtor.

Case No.: 2:23-bk-02832-DPC

Chapter 11

**ORDER GRANTING APPLICATION TO EMPLOY ALIXPARTNERS, LLP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the *Application to Employ AlixPartners, LLP as Financial Advisor to the Official Committee of Unsecured Creditors as of May 18, 2023* (the "Application") [DE 143]; and upon the Verified Statement of David MacGreevey (the "MacGreevey Statement") [DE 143, Exhibit A]; and it appearing that due and proper notice of the Application has been given; and after due deliberation, and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Committee[1] is authorized and empowered to employ AlixPartners as its financial advisor in this Chapter 11 Case, and subject to the terms of the Engagement Letter and Application, and AlixPartners is authorized to perform services on behalf of the Committee.

2. AlixPartners will be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and such other procedures as may be fixed by order of this Court.

3. AlixPartners will comply with all fee application procedures set forth in the Bankruptcy Code and Bankruptcy Rules, including Appendix B of the U.S. Trustee's Fee Guidelines, and will be entitled to compensation for its services and reimbursement of its expenses in accordance with orders of this Court.

4. The indemnification provisions included in the Engagement Letter are approved, subject to the following:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

a. No AlixPartners Party (as that term is defined in the Engagement Letter) shall be entitled to indemnification, contribution, or reimbursement pursuant to the Engagement Letter for services, unless such services and the indemnification, contribution, or reimbursement therefor are approved by the Court.

b. The Debtors shall have no obligation to indemnify any AlixPartners Party, or provide contribution or reimbursement to any AlixPartners Party, for any claim or expense that is either: (i) judicially determined (the determination having become final and no longer subject to appeal) to have arisen from the AlixPartners Party's gross negligence, bad faith, fraud, or willful misconduct; (ii) for a contractual dispute in which the Committee or the Debtor alleges the breach of any AlixPartners Party's contractual obligations unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Co.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to the exclusions set forth in clauses (i) and (ii) above, but determined by the Court, after notice and a hearing, to be a claim or expense for which the AlixPartners Party should not receive indemnity, contribution or reimbursement under the terms of the Engagement Letter as modified by this Order.

c. If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these cases (that order having become a final order no longer subject to appeal), or (ii) the entry of an order closing these Chapter 11 Cases, an AlixPartners Party believes that they are entitled to the payment of any amounts by the Debtor on account of the indemnification, contribution and/or reimbursement obligations under the Engagement Letter (as modified by this Order), including, without limitation the advancement of defense costs, the AlixPartners Party must file an application therefore in the Court, and the Debtors may not pay any such amounts to the AlixPartners Party before the entry of an order by the Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by any AlixPartners Party for indemnification, contribution and/or reimbursement, and is not a provision limiting the duration of the Debtors' obligation to indemnify, or make contributions or reimbursements to, any AlixPartners Party. All parties in interest shall retain the right to object to any demand by any AlixPartners Party for indemnification, contribution and/or reimbursement.

5. Any limitation of liability set forth in the Engagement Letter, including in Paragraph 10 of the Engagement Letter or otherwise, as well as Paragraph 8 of the Engagement Letter, are hereby eliminated for the duration of these Chapter 11 Cases.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**SIGNED AND DATED ABOVE**