# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re:** | Case No. 2:23-bk-02832-DPC |
| **LEGACY CARES, INC.,** | Chapter 11 |
| Debtor. | **ORDER RE: DISCOVERY** |

This matter having come before the Court upon a dispute as to certain discovery propounded by Wholesale Floors, LLC ("WF") to Legacy Cares, Inc. (the "Debtor") and UMB Bank, N.A. ("UMB") in relation to Debtor's pending motion to authorize post-petition borrowing (DE 3); the Court having held a hearing on the discovery dispute on May 31, 2023 where the Court heard the arguments of counsel for WF, Debtor and UMB; and as set forth on the record at the hearing,

**IT IS HEREBY ORDERED** that Debtor will produce to counsel for WF, no later than the close of business on Friday, June 2, 2023, the documents relating to when work commenced on the Legacy Cares Park project that Debtor's counsel stated on the record at the May 31 hearing they would be producing to WF; and

**IT IS FURTHER ORDERED** that Debtor and UMB will respond to the discovery propounded by WF within the time frames and according to the procedures

1 prescribed by Rules 33 and 34 of the Federal Rules of Civil Procedure, as such are
2 incorporated by Rules 7033 and 7034 of the Federal Rules of Bankruptcy Procedure.
3 **SIGNED AND DATED ABOVE.**