| | |
|---|---|
| 1 | DORSEY & WHITNEY LLP |
| | 2325 East Camelback Road, Suite 300 |
| 2 | Phoenix, AZ 85016 |
| | Telephone: (602) 735-2700 |
| 3 | Isaac M. Gabriel (#021780) |
| | Gabriel.Isaac@dorsey.com |
| 4 | Michael R. Fletcher (#027239) |
| | Fletcher.Michael@dorsey.com |
| 5 | Madison A. Burr (#037079) |
| | Burr.Madison@dorsey.com |

*Attorneys for Johnson Statewide Caulking, LP.*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>LEGACY CARES, INC.,<br><br>Debtor. | Case No. 2:23-bk-02832-DPC<br><br>Chapter 11<br><br>**NOTICE OF ERRATA REGARDING NOTICE OF APPEARANCE AND REQUEST FOR NOTICE [DKT. NO. 184]** |

Johnson Statewide Caulking, L.P. ("Johnson") hereby files this notice of errata regarding the *Notice of Appearance and Request for Notice* [Dkt. No. 184] (the "Notice of Appearance"). The Notice of Appearance was filed in the above-captioned bankruptcy case (the "Bankruptcy Case") in error, and was instead intended to be filed in the related Adversary Proceeding, Case No. 2:23-ap-00089-DPC.

Johnson now files this errata to correct this inadvertent filing error, and requests the Notice of Appearance be removed from the docket in the Bankruptcy Case. Please excuse any inconvenience this error may have caused.

DATED this 6th day of June, 2023.

DORSEY & WHITNEY LLP
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016

By */s/ Isaac M. Gabriel*
Isaac M. Gabriel
Michael R. Fletcher
Madison A. Burr

*Attorneys for Johnson Statewide Caulking, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the individuals registered with CM/ECF.

*/s/ Jasmin Sing*