**GREENBERG TRAURIG, LLP**
**ATTORNEYS AT LAW**
**SUITE 800**
**2375 EAST CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**(602) 445-8000**

Nicole M. Goodwin, SBN 024593; Nicole.Goodwin@gtlaw.com
Charles E. Markle, SBN 032930; marklec@gtlaw.com
*Attorneys for UMB Bank, N.A.*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| LEGACY CARES, INC., | No. 2:23-bk-02832-DPC |
| Debtor. | **PRO HAC VICE APPLICATION** |

I, Howard J. Steinberg, apply under Local Rule 2090-1 for leave to appear and participate in this matter on behalf of UMB Bank, N.A., by whom I have been retained. In support of this application, I submit the following information:

1. I am an active member in good standing eligible to practice law before the United States District Court and admitted to practice on the following dates:

| Title of Court | Date of Admission |
|---|---|
| USDC, Central District of California | 3/3/1980 |
| USDC, Eastern District of California | 7/12/1984 |
| USDC, Northern District of California | 9/12/1984 |
| USDC, Southern District of California | 1/25/1988 |
| US Court of Appeals, Ninth Circuit | 3/18/1985 |

2. I am not currently suspended, disbarred or subject to disciplinary proceedings in any court.

3. I do not reside in Arizona. I am not regularly engaged in the practice of law in Arizona, and I am not a member of the Bar of the United States District Court for the District of Arizona.

ACTIVE 687951139v1

4.  Within three (3) years of this application, I filed the following Application(s) for Limited or Pro Hac Vice Admission in this Court:

| Date | Case Number | Case Name | Granted/Denied |
|---|---|---|---|
| N/A | | | |

5.  I certify that I have read the Local Bankruptcy Rules in their entirety.

6.  I acknowledge that I am subject to the jurisdiction of this Court.

7.  I designate Charles E. Markle, an active member of the bar of this Court who maintains an office in this district and who consented to this designation, as co-counsel with whom the Court and opposing counsel may readily communicate regarding the case and upon whom documents may be served.

8.  I declare under penalty of perjury that the foregoing is true and correct.

DATED this 7th day of June, 2023.

By: */s/ Howard J. Steinberg*
Howard J. Steinberg
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles CA 90067
(310) 586-7700
steinbergh@gtlaw.com

*Attorneys for Creditor UMB Bank, N.A.*

*ACTIVE 687951139v1*

# CONSENT TO DESIGNATION AS LOCAL COUNSEL

I, Charles E. Markle, am admitted to practice before this Court and maintain an office within this district. I consent to the foregoing designation as a member of the Bar of the United States District Court for the District of Arizona. I understand the Court may require me to appear in court hearings on this case.

DATED this 7th day of June, 2023.

By: */s/ Charles E. Markle*
Charles E. Markle
GREENBERG TRAURIG, LLP
2375 East Camelback Road., Suite 800
Phoenix, AZ 85016
(602) 445-8000
marklec@gtlaw.com

*Attorneys for Creditor UMB Bank, N.A.*