IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:

Legacy Cares, Inc.,

Debtor(s).

In Proceedings under Chapter 11

Case No. 2:23-bk-02832-DPC

**§ 341 First Meeting of Creditors Minute Sheet**

**Date:** June 6, 2023

**Time:** 9:00 a.m.

Debtor Present: ■ YES ☐ NO    Presiding Officer: Jennifer A. Giaimo

Debtor's Address: _____

Appearance by Attorney for Debtor: J. Henk Taylor    ■ YES ☐ NO

Douglas Moss and Keith Bierman    Present of Behalf of Debtor

Debtor Representative(s) Sworn and Examined? ■ YES ☐ NO

Appearances:

| Name | Party Represented |
|---|---|
| 1. UMB Bank | Peter Riggs |
| 2. Unsecured Creditors Comm. | Jordan Kroop |
| 3. DH Pace Co, Inc., et al | Lamar Hawkins |
| 4. RKS Plumbing | James Reed |
| 5. Haydon Companies, et al | Robert Warnicke |

Related Cases: *Appearances Con't: Name: Wholesale Floors, LLC, et al./Party Represented: Bradley Pack

Schedules Filed? ■ YES ☐ NO    If No, has Order been Entered Extending Time? ☐ Y ☐ N

If No, why have the Schedules not been filed? _____

When will the Schedules be filed? _____

■ Concluded ☐ Continued    **Date:** _____

**Time:** _____

**Location:** _____

☐ Dismiss for Failure to Appear and/or for Failure to File Schedules