J. Henk Taylor – State Bar No. 016321
**WARNER ANGLE HALLAM**
**JACKSON & FORMANEK PLC**
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
Facsimile: (602) 234-0419
E-mail:  htaylor@warnerangle.com

*Counsel for the Debtor*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In Re: | Case No. 2:23-bk-02832-DPC |
|---|---|
| LEGACY CARES, INC., | Chapter 11 |
| Debtor. | **NOTICE OF OMNIBUS HEARINGS ON INTERIM FEE APPLICATIONS BY ESTATE PROFESSIONALS AND RELATED DEADLINES TO OBJECT** |

**NOTICE IS HEREBY GIVEN** that the Court will conduct hearings at the **United States Bankruptcy Court for the District of Arizona, Courtroom 603, 230 N. First Avenue, Phoenix, Arizona** on each of the following dates to consider interim approval of monthly applications under 11 U.S.C. § 331 filed by estate professionals seeking fees earned and reimbursement of costs incurred the preceding month, and any objections thereto filed by the deadlines set forth in the chart below:

| Fee Applications Filed | Must be Objected by | Court Hearing conducted |
|---|---|---|
| June 9, 2023 | June 30, 2023 | Thursday, July 6, 2023 at 10:00 am |
| July 3, 2023 | July 24, 2023 | Thursday, July 27, 2023 at 10:00 am |
| August 7, 2023 | August 28, 2023 | Thurs., August 31, 2023 at 10:00 am |
| September 1, 2023 | September 21, 2023 | Tues., Sept. 26, 2023 at 10:00 am |

**FURTHER TAKE NOTICE** that copies of such fee applications may be obtained via the U. S. Bankruptcy Court's electronic docket at https://ecf.azb.uscourts.gov/ or Epiq's website at http://dm.epiq11.com/LegacyCares at least 21 days prior to the objection deadline.

**FURTHER TAKE NOTICE** that if no objection to a fee application is made by the applicable deadline then the Court may vacate the hearing and consider interim approval of such fee application without any additional notice to creditors or parties in interest.

**FURTHER TAKE NOTICE** that all estate professionals' requests for final approval of their fees and reimbursement of costs will be subject to a separately noticed hearing and objection deadline.

Dated: June 7, 2023.

**WARNER ANGLE HALLAM JACKSON & FORMANEKPLC**

By: ___*/s/ Henk Taylor*_____
    J. Henk Taylor
    Counsel for the Debtor