Kelly Singer, Esq. (022024)
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
Email: kelly.singer@squirepb.com

*Attorney for Legacy Sports USA, LLC,*
*Legacy Sports TN, LLC, Legacy Sports TX, LLC,*
*Elite Sports Group, LLC, Randy Miller, Chad Miller,*
*Brett Miller, and J. Michael Baggett*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LEGACY CARES, INC., an Arizona non-profit corporation,<br><br>                Debtor. | Chapter 11<br><br>Case No. 2:23-bk-02832-DPC<br><br>**SPORTS PARTIES' RESERVATION OF RIGHTS REGARDING UNITED STATES TRUSTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE OR, ALTERNATIVELY, TO DISMISS CASE** |

Legacy Sports USA, LLC, Legacy Sports TN, LLC, Legacy Sports TX, LLC, Elite Sports Group, LLC, Randy Miller, Chad Miller, Brett Miller, and J. Michael Baggett (collectively, the "**Sports Parties**"), files this reservation of rights in regards to the *Motion to Appoint Chapter 11 Trustee or, Alternatively, to Dismiss Case* [Docket No. 244] (the "**Motion**") filed by the United States Trustee (the "**UST**").

1. The Motion seeks limited relief against the above-captioned Debtor. The Motion seeks no relief against the Sports Parties, and none of them are debtors. The UST, however, makes numerous allegations concerning the Sports Parties in support of relief against the Debtor.

2. **To be clear, the Sports Parties dispute any and all allegations and claims of wrongful conduct on their part made by the UST or by anyone else.**

3. The instant matter, which seeks limited relief against the Debtor (and not the Sports Parties), is not an appropriate proceeding to determine anything against the Sports Parties. If the Court rules on or makes any findings of fact concerning this matter, it (a) would be made for the limited purpose of determining whether a chapter 11 trustee should be appointed or the bankruptcy case should be dismissed, and (b) will not be given *res judicata* or collateral estoppel effect against the Sports Parties or any other non-Debtor. *See, e.g.*, *Baron Fin. Corp. v. Natanzon*, 509 F. Supp.2d 501, 523-24 (D. Md. 2007) (bankruptcy court's findings of fact and conclusions of law in appointing a chapter 11 trustee were not given preclusive effect in subsequent litigation against debtor's former owner); *cf. Sonicblue Inc. v. Official Comm. Of Unsecured Creditors (In re Sonicblue Inc.)*, Case No. 07-2553-RMW, 2008 WL 191025, *3 (N.D. Cal. Jan. 20, 2008) (noting that the bankruptcy court's finding of an appearance of impropriety was made in ruling on a motion to appoint a chapter 11 trustee and was not a finding of actual impropriety).

4. Notwithstanding, and to the extent any relief is ever sought against the Sports Parties, the Sports Parties specifically reserve their due process rights, including without limitation, the right to challenge the legal sufficiency of any claims or allegations asserted as well as the right to take discovery and develop a factual record. The Sports Parties also reserve their right to withdraw the reference in any matter and to otherwise contest the Court's jurisdiction to hear

causes of action or relief asserted against them. The Sports Parties also preserve all counterclaims, crossclaims, defenses, and setoffs, and waive nothing.

Dated: July 20, 2023

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

*/s/ Kelly Singer*
Kelly Singer
2325 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
Email: kelly.singer@squirepb.com

*Attorney for Legacy Sports USA, LLC,*
*Legacy Sports TN, LLC, Legacy Sports TX, LLC,*
*Elite Sports Group, LLC, Randy Miller, Chad*
*Miller, Brett Miller, and J. Michael Baggett*