# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>**LEGACY CARES, INC.,**<br><br>　　　　Debtor. | **Case No. 2:23-bk-02832-DPC**<br><br>**Chapter 11**<br><br>**ORDER EXPEDITING HEARING ON ACCELERATED NOTICE WITH RESPECT TO MOTION TO APPROVE CASH COLLATERAL STIPULATION** |

Upon consideration of the *Emergency Motion for Expedited Hearing on Accelerated Notice with Respect to Motion to Approve Cash Collateral Stipulation* (the "Motion") filed by Legacy Cares, Inc., debtor and debtor in possession ("Debtor"), seeking entry of an order expediting the hearing on accelerated notice on its *Motion to Approve Cash Collateral Stipulation* [ECF No. 564] (the "Approval Motion") relating to the *Stipulation Re: Amendments to DIP Credit Agreement* [ECF No. 565] (the "Stipulation");

It appearing that an expedited hearing on the Approval Motion and Stipulation is in the best interests of the Debtor, its estate, and creditors; it appearing that notice of the Motion was provided to interested parties; and sufficient cause appearing;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted;

2. An expedited hearing will take place on **November 8, 2023 at 10:00 a.m.** at the United States Bankruptcy Court on accelerated notice with respect to the Approval Motion and the Stipulation.

**DATED AND SIGNED ABOVE.**