# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | LEGACY CARES, INC. | | |
| **Case Number:** | 2:23-BK-02832-DPC | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 12, 2023 01:30 PM | 6TH FLOOR #603 | |
| **Courtroom Clerk:** | RENEE BRYANT | | |
| **Reporter / ECR:** | STACI FAGAN | | |
| **Audio File Name:** | AHL01605028.MP3 | | |
| **Audio File Size:** | 6,656 KB | | |
| **Audio File Length:** | 00:14:12 | | |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."

## Matters:

1) THIRD INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023 DE 584
   **R / M #:** 584 / 0

2) FIFTH MONTHLY INTERIM APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023 DE 585
   **R / M #:** 585 / 0

3) FOURTH INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES TO PAPETTI SAMUELS WEISS MCKIRGAN LLP, AS SPECIAL COUNSEL FOR THE DEBTOR
   **R / M #:** 597 / 0

4) FIFTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF WARNER ANGLE HALLAM JACKSON & FORMANEK PLC, AS COUNSEL FOR THE DEBTOR-INPOSSESSION, FOR THE PERIOD OF AUGUST 29, 2023 THROUGH OCTOBER 31, 2023
   **R / M #:** 598 / 0

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

(continue)...    2:23-BK-02832-DPC        TUESDAY, DECEMBER 12, 2023 01:30 PM

5) FIFTH INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF MCA FINANCIAL GROUP, LTD., CHIEF RESTRUCTURING OFFICER AND FINANCIAL ADVISORS TO THE DEBTOR
   R / M #:    599 / 0

6) FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF KEVIN S. ROYAL
   R / M #:    600 / 0

7) FIFTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SLANIA LW, PLLC AS COUNSEL FOR THE DEBTOR-INPOSSESSION, FOR THE PERIOD OF AUGUST 29, 2023 THROUGH OCTOBER 31, 2023
   R / M #:    601 / 0

8) FIRST AND FINAL APPLICATION OF THE BURGESS LAW GROUP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES SEPTEMBER 12, 2023 THROUGH NOVEMBER 27, 2023
   R / M #:    0 / 0

9) FIRST AND FINAL APPLICATION OF THE CONSUMER PRIVACY OMBUDSMAN AND COVINGTON & BURLING LLP, AS COUNSEL TO THE CONSUMER PRIVACY OMBUDSMAN, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM SEPTEMBER 1, 2023, THROUGH NOVEMBER 27, 2023
   R / M #:    0 / 0