SO ORDERED.

Dated: December 12, 2023

*Daniel P. Collins*
Daniel P. Collins, Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| LEGACY CARES, INC., | Case No. 2:23-bk-02832-DPC |
| Debtor. | **ORDER APPROVING FIRST AND FINAL APPLICATION OF THE BURGESS LAW GROUP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES SEPTEMBER 12, 2023 THROUGH NOVEMBER 27, 2023** |

This matter having come before the Court upon the *First and Final Application Of The Burgess Law Group For Compensation And Reimbursement Of Expenses September 12, 2023 Through November 27, 2023* (the "Application") filed by The Burgess Law Group ("BLG"), local counsel for Consumer Privacy Ombudsman (the "Ombudsman"). Pursuant to 11 U.S.C. § 331, and adequate notice of such application having been given,

**IT IS HEREBY ORDERED** approving the Application and that the fees in the amount of $29,040, and reimbursement of expenses in the amount of $33.39, for the period of September 12, 2023 through November 27, 2023, are approved on a final basis and the Debtor is authorized and directed to pay such fees and expenses to BLG.

**SIGNED AND DATED ABOVE.**