# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by PSZJ) | BLENDED HOURLY RATE* | |
|---|---|---|
| | BILLED OR COLLECTED<br><br>Firm or offices for preceding year, excluding bankruptcy* | BILLED<br><br>In this fee application |
| Sr./Equity Partner/Shareholder | $1,050.00 | $1,425.00 |
| Counsel | $950.00 | $1,137.50 |
| Paralegal | $450.00 | $545.00 |
| All timekeepers aggregated** | $950.00 | $1,248.66 |

\* Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of PSZJ's revenues as PSZJ's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For the last several years, non-estate work represented less than 10% of PSZJ's revenues.

\*\*Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work.

Case Name: Legacy Cares, Inc.
Case Number: 23-02832
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: January 10, 2024
Interim or Final: Interim