# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Bradford J. Sandler | Partner | Bankruptcy | 1996 | 0.40 | $570.00 | $1,425.00 | $1,595.00 | 0 |
| Jordan A. Kroop | Counsel | Bankruptcy | 1995 | 52.80 | $71,280.00 | $1,350.00 | $1,350.00 | 0 |
| Cia H. Mackle | Counsel | Bankruptcy | 2006 | 2.40 | $2,220.00 | $925.00 | $925.00 | 0 |
| Beth D. Dassa | Paralegal | Bankruptcy | N/A | 0.30 | $163.50 | $545.00 | N/A | 0 |
| La Asia S. Canty | Paralegal | Bankruptcy | N/A | 6.30 | $3,433.50 | $545.00 | $545.00 | 0 |
| | | | **TOTAL** | **62.20** | **$77,667.00** | | | |

| | |
| --- | --- |
| Case Name: | Legacy Cares, Inc. |
| Case Number: | 23-02832 |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | January 10, 2024 |
| Interim or Final: | Interim |

4868-8461-0715.2 51998.002

Case 2:23-bk-02832-DPC   Doc 673-2   Filed 01/10/24   Entered 01/10/24 15:09:20
Desc Exhibit B - Timekeeper Summary   Page 1 of 1