# EXHIBIT C-1

# SUMMARY OF COMPENSATION REQUESTED BY CATEGORY

(*See* Guidelines ¶ C.8 for project category information)

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Asset Disposition | 40.40 | $54,540.00 |
| Case Administration | 1.40 | $889.00 |
| PSZJ Compensation | 9.40 | $8,251.00 |
| Other Professional Compensation | 1.60 | $1,435.50 |
| Financing | 6.10 | $8,242.50 |
| Operations | 0.10 | $142.50 |
| Plan and Disclosure Statement | 3.00 | $4,057.50 |
| Other Professional Retention | 0.20 | $109.00 |
| **TOTAL** | **62.20** | **$77,667.00** |

Case Name: Legacy Cares, Inc.
Case Number: 23-02832
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: January 10, 2024
Interim or Final: Interim