# EXHIBIT C-2

# SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(*See* Guidelines ¶ C.8 for project category information)

| EXPENSE | TOTAL |
|---|---|
| Lexis-Nexis/Legal Research | $33.60 |
| Pacer - Court Research | $12.60 |
| **TOTAL** | **$46.20** |

| | |
|---|---|
| Case Name: | Legacy Cares, Inc. |
| Case Number: | 23-02832 |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | January 10, 2024 |
| Interim or Final: | Interim |