# EXHIBIT D

# SUMMARY COVER SHEET OF FEE APPLICATION

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Name of client: | Official Committee of Unsecured Creditors |
| Time period covered by this application: | November 1, 2023 – December 31, 2023 |
| Total compensation sought this period: | $77,667.00 |
| Total expenses sought this period: | $46.20 |
| Petition Date: | May 1, 2023 |
| Retention Date: | Effective May 15, 2023 |
| Date of order approving employment: | May 18, 2023 [DE 117] |
| Total compensation approved by interim order to date: | $323,541.00 |
| Total expenses approved by interim order to date: | $528.11 |
| Total allowed compensation paid to date: | $323,541.00 |
| Total allowed expenses paid to date: | $528.11 |
| Blended rate in this application for all attorneys: | $1,332.19 |
| Blended rate in this application for all timekeepers: | $1,248.66 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | N/A |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | N/A |
| Number of professionals included in this application | 3 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |

4868-8461-0715.2 51998.002

Case 2:23-bk-02832-DPC    Doc 673-5   Filed 01/10/24   Entered 01/10/24 15:09:20
Desc Exhibit D - Summary Cover Sheet of Fee Application    Page 1 of 2

| | |
|---|---|
| Number of professionals billing fewer than 15 hours to the case during this period: | 2 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application: | No |

Case Name: Legacy Cares, Inc.
Case Number: 23-02832
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: January 10, 2024
Interim or Final: Interim