# EXHIBIT E

# (PSZJ Invoices)



Legacy Cares O.C.C.  
CHM

November 30, 2023  
Invoice 136612  
Client 51998.00002

RE: Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2023

| | |
|---|---:|
| FEES | $70,821.00 |
| EXPENSES | $33.60 |
| **TOTAL CURRENT CHARGES** | **$70,854.60** |
| **BALANCE FORWARD** | **$163,691.21** |
| **TOTAL BALANCE DUE** | **$234,545.81** |

**Summary of Services by Professional**

| ID  | Name               | Title     | Rate     | Hours | Amount      |
|-----|--------------------|-----------|----------|-------|-------------|
| BJS | Sandler, Bradford J. | Partner   | 1,425.00 | 0.30  | $427.50     |
| JAK | Kroop, Jordan A.   | Counsel   | 1,350.00 | 49.60 | $66,960.00  |
| LSC | Canty, La Asia S.  | Paralegal | 545.00   | 6.30  | $3,433.50   |
|     |                    |           |          | 56.20 | $70,821.00  |

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AD | Asset Disposition | 40.10 | $54,135.00 |
| CA | Case Administration | 1.20 | $742.00 |
| CP | PSZJ Compensation | 5.00 | $3,288.50 |
| CPO | Other Professional Compensation | 1.60 | $1,435.50 |
| FN | Financing/Cash Collateral/Cash Management | 6.10 | $8,242.50 |
| OP | Operations | 0.10 | $142.50 |
| PD | Plan and Disclosure Statement | 2.10 | $2,835.00 |
|  |  | 56.20 | $70,821.00 |

**Summary of Expenses**

| Description | Amount |
|---|---|
| Lexis/Nexis- Legal Research | $33.20 |
| Pacer - Court Research | $0.40 |
| | $33.60 |

Pachulski Stang Ziehl & Jones LLP  
Legacy Cares O.C.C.  
Client 51998.00002

Page: 5  
Invoice 136612  
November 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Disposition**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/2023 | JAK | AD | Emails with Committee member and privacy ombudsman regarding blowing of deadline to file notice of sale and APA (0.2); investigate deadlines regarding same (0.2); email to debtor's counsel regarding same (0.1); telephone call with debtor's counsel regarding sale status and array of problems and several parties' renegotiating everything announced to Court (0.5); follow-up email with Committee member regarding same (0.2). | 1.20 | 1,350.00 | $1,620.00 |
| 11/03/2023 | JAK | AD | Several detailed emails with counsel for UMB regarding new demand for adequate protection lien on Chapter 5 claims for continued use of cash collateral in connection with sale agreement (0.9); telephone call with Larry Watson regarding same (0.4); receive and analyze new proposed stipulation from UMB counsel regarding terms of continued cash collateral use in connection with sale process (1.1); additional detailed emails to counsel for UMB regarding unwillingness to give up the only source of GUC recovery for nothing in exchange (0.5); case research regarding adequate protection request in this context (1.9). | 4.80 | 1,350.00 | $6,480.00 |
| 11/05/2023 | JAK | AD | Extensive review of notice of sale, including APA and summary of terms of APA in notice (1.4); email to counsel for all major parties regarding continue negotiations (0.2); emails regarding new proposals for sale-related cash collateral use (0.4); conduct conference call with counsel for debtor, counsel for UMB, and Larry Watson regarding same and related issues (0.6); additional review of proposed terms of sale and APA (1.1). | 3.70 | 1,350.00 | $4,995.00 |
| 11/06/2023 | JAK | AD | Receive and analyze stipulation and motion regarding cash collateral and adequate protection demanded by UMB as part of sale process (1.1). | 1.10 | 1,350.00 | $1,485.00 |

|            |     |    |                                                                                                                                                                                                                                                                                                                                                                                                                                  | Hours | Rate     | Amount     |
|------------|-----|----|--|-------|----------|------------|
| 11/07/2023 | JAK | AD | Additional review of all filings concerning UMB demand for adequate protection in connection with sale process (1.2); strategy email to Committee regarding same (0.9); emails in response to same with Committee members (0.2); drafting (with caselaw research) of objection to cash collateral stipulation filed by Debtor in connection with sale process (2.9); review and analyze avoidance action analysis from Debtor's counsel (0.5). | 5.70  | 1,350.00 | $7,695.00  |
| 11/16/2023 | JAK | AD | Review and analyze all pleadings of all parties responding to pending sale motion in preparation for sale hearing on Monday. | 1.80  | 1,350.00 | $2,430.00  |
| 11/19/2023 | JAK | AD | Analyze draft MOU related to sale (0.6); emails with counsel for debtor regarding same (0.2); extensive analysis and comments on draft sale order (2.4); analyze debtor's responsive pleading and declarations in preparation for sale hearing tomorrow (1.2). | 4.40  | 1,350.00 | $5,940.00  |
| 11/20/2023 | JAK | AD | Prepare for sale hearing with review of latest pleadings and communications from parties (1.2); attend sale hearing (3.1); analyze latest markups of sale order from various parties (1.3); emails with Larry Watson regarding arm's-length transaction issue (0.2); emails with counsel for bondholders regarding change in economics of deal and source of funding (0.2); review supplemental pleading filed by OVG in opposition to sale (0.4). | 6.40  | 1,350.00 | $8,640.00  |
| 11/21/2023 | JAK | AD | Review and analyze latest filings and declarations in preparation for continued sale hearing (1.2); attend continued sale hearing (2.4); review and analyze post-hearing filings of MOU and other materials in preparation for continue sale hearing tomorrow (0.4). | 4.00  | 1,350.00 | $5,400.00  |
| 11/22/2023 | JAK | AD | Emails with debtor's counsel regarding APA and MOU filing and related issues (0.5); analyze revised sale order and other documents (1.8); prepare for and attend sale hearing (3.3); analyze entered version of sale order (0.4). | 6.00  | 1,350.00 | $8,100.00  |

Pachulski Stang Ziehl & Jones LLP  
Legacy Cares O.C.C.  
Client 51998.00002

Page: 7  
Invoice 136612  
November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/29/2023 | JAK | AD | Email to debtor's counsel regarding status of payment of deposit by buyer (0.2); telephone conferences with unsecured creditors regarding possible next steps following sale closing (0.8). | 1.00 | 1,350.00 | $1,350.00 |
| | | | | **40.10** | | **$54,135.00** |

**Case Administration**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/12/2023 | LSC | CA | Review docket and pleadings and prepare correspondence to attorneys outlining upcoming dates, deadlines, and issues (.3); update WIP list (.3). | 0.60 | 545.00 | $327.00 |
| 11/13/2023 | BJS | CA | Review critical dates and discuss with L. Canty | 0.10 | 1,425.00 | $142.50 |
| 11/17/2023 | LSC | CA | Review docket and pleadings and prepare correspondence to attorneys outlining upcoming dates, deadlines, and issues (.3); update WIP list (.2). | 0.50 | 545.00 | $272.50 |
| | | | | **1.20** | | **$742.00** |

**PSZJ Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/01/2023 | JAK | CP | Review and revise filings to approve monthly fee statements for PSZJ and Alix Partners (0.3); emails with L. Canty regarding same (0.2). | 0.50 | 1,350.00 | $675.00 |
| 11/01/2023 | LSC | CP | Prepare CNO and proposed order re PSZJ and AlixPartners monthly interim fee app. | 0.30 | 545.00 | $163.50 |
| 11/02/2023 | JAK | CP | Review and revise filings to approve monthly fee statements for PSZJ and Alix Partners (0.1); emails with L. Canty regarding same (0.1). | 0.20 | 1,350.00 | $270.00 |
| 11/14/2023 | LSC | CP | Preparation of October monthly interim application and notice. | 2.90 | 545.00 | $1,580.50 |
| 11/15/2023 | LSC | CP | Finalize and electronically file PSZJ monthly interim application (.3); correspondence with chambers regarding hearing date on monthly interim applications (.1). | 0.40 | 545.00 | $218.00 |
| 11/16/2023 | LSC | CP | Finalize and file notice of monthly interim applications (.2); serve PSZJ and Alix monthly interim applications, as well as notice (.5). | 0.70 | 545.00 | $381.50 |

|  |  |  |  | 5.00 |  | $3,288.50 |
|---|---|---|---|---|---|---|

**Other Professional Compensation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2023 | LSC | CPO | Prepare proposed order re Alix Partners monthly interim fee app. | 0.10 | 545.00 | $54.50 |
| 11/16/2023 | LSC | CPO | Prepare proposed order for AlixPartners second interim monthly (.2); prepare CNO re AlixPartners 4th monthly statement and proposed order (.3); file and upload CNO and proposed orders (.3). | 0.80 | 545.00 | $436.00 |
| 11/27/2023 | JAK | CPO | Review final fee applications of privacy ombudsman and counsel. | 0.70 | 1,350.00 | $945.00 |
|  |  |  |  | **1.60** |  | **$1,435.50** |

**Financing/Cash Collateral/Cash Management**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/08/2023 | BJS | FN | Various emails with J Kroop regarding CC resolution | 0.10 | 1,425.00 | $142.50 |
| 11/08/2023 | JAK | FN | Prepare for and attend hearing on proposed cash collateral stipulation and argue opposition to same (2.4); follow-up emails with Committee members regarding same (0.6). | 3.00 | 1,350.00 | $4,050.00 |
| 11/09/2023 | JAK | FN | Review of cash collateral order entered by court (0.3); examine and calculate all professional fees to date and consider implications of new cash collateral arrangement (2.3); email update to committee regarding cash collateral (0.4). | 3.00 | 1,350.00 | $4,050.00 |
|  |  |  |  | **6.10** |  | **$8,242.50** |

**Operations**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/13/2023 | BJS | OP | Various emails with Alix Partners regarding PII | 0.10 | 1,425.00 | $142.50 |
|  |  |  |  | **0.10** |  | **$142.50** |

**Plan and Disclosure Statement**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/26/2023 | JAK | PD | Outline of possible liquidating post-sale plan and disclosure statement as combined document. | 2.10 | 1,350.00 | $2,835.00 |
|  |  |  |  | **2.10** |  | **$2,835.00** |

**TOTAL SERVICES FOR THIS MATTER:** $70,821.00

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/07/2023 | LN | 51998.00002 Lexis Charges for 11-07-23 | 33.20 |
| 11/30/2023 | PAC | Pacer - Court Research | 0.40 |

**Total Expenses for this Matter** **$33.60**

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 11/30/2023**  (May not include recent payments)

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 133714 | 09/30/2023 | $118,495.50 | $6.53 | $118,502.03 |
| 134560 | 10/31/2023 | $45,134.50 | $54.68 | $45,189.18 |

**Total Amount Due on Current and Prior Invoices:** **$234,545.81**



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Legacy Cares O.C.C.
CHM

December 31, 2023
Invoice 136613
Client 51998.00002

RE: Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2023

| | |
|---|---:|
| FEES | $6,846.00 |
| EXPENSES | $12.60 |
| **TOTAL CURRENT CHARGES** | **$6,858.60** |
| **BALANCE FORWARD** | **$234,545.81** |
| **LAST PAYMENT** | **-$163,691.20** |
| **TOTAL BALANCE DUE** | **$77,713.20** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BJS | Sandler, Bradford J. | Partner | 1,425.00 | 0.10 | $142.50 |
| CHM | Mackle, Cia H. | Counsel | 925.00 | 2.40 | $2,220.00 |
| JAK | Kroop, Jordan A. | Counsel | 1,350.00 | 3.20 | $4,320.00 |
| BDD | Dassa, Beth D. | Paralegal | 545.00 | 0.30 | $163.50 |
| | | | | 6.00 | $6,846.00 |

Pachulski Stang Ziehl & Jones LLP  
Legacy Cares O.C.C.  
Client 51998.00002

Page: 3  
Invoice 136613  
December 31, 2023

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AD | Asset Disposition | 0.30 | $405.00 |
| CA | Case Administration | 0.20 | $147.00 |
| CP | PSZJ Compensation | 4.40 | $4,962.50 |
| PD | Plan and Disclosure Statement | 0.90 | $1,222.50 |
| RPO | Other Professional Retention | 0.20 | $109.00 |
| | | 6.00 | $6,846.00 |

Pachulski Stang Ziehl & Jones LLP    Page:   4
Legacy Cares O.C.C.    Invoice 136613
Client 51998.00002    December 31, 2023

**Summary of Expenses**

| Description | Amount |
|---|---:|
| Pacer - Court Research | $12.60 |
| | $12.60 |

Pachulski Stang Ziehl & Jones LLP  
Legacy Cares O.C.C.  
Client 51998.00002

Page: 5  
Invoice 136613  
December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Disposition**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/01/2023 | JAK | AD | Emails with debtor's counsel regarding status of payment of buyer's deposit. | 0.20 | 1,350.00 | $270.00 |
| 12/12/2023 | JAK | AD | Emails with debtor's counsel regarding payment of buyer's deposit. | 0.10 | 1,350.00 | $135.00 |
| | | | | **0.30** | | **$405.00** |

**Case Administration**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/13/2023 | BDD | CA | Email C. Mackle re critical dates | 0.10 | 545.00 | $54.50 |
| 12/13/2023 | CHM | CA | Email B. Dassa and J. Kroop re critical dates. | 0.10 | 925.00 | $92.50 |
| | | | | **0.20** | | **$147.00** |

**PSZJ Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/07/2023 | CHM | CP | Review email from J. Kroop re fee application hearing and reply. | 0.10 | 925.00 | $92.50 |
| 12/07/2023 | JAK | CP | Emails and telephone call with C. Mackle re interim fee application and related issues. | 0.60 | 1,350.00 | $810.00 |
| 12/08/2023 | JAK | CP | Emails with counsel for CPO and debtor re upcoming hearing on fee applications. | 0.30 | 1,350.00 | $405.00 |
| 12/11/2023 | CHM | CP | Prepare for hearing (.3); confer with J. Kroop re same (.4). | 0.70 | 925.00 | $647.50 |
| 12/11/2023 | JAK | CP | Compile materials and explanation for C. Mackle to attend tomorrow's uncontested hearing on interim fee applications (0.4); confer with C. Mackle regarding same (0.3). | 0.70 | 1,350.00 | $945.00 |
| 12/11/2023 | JAK | CP | Emails with C. Mackle regarding preparation for tomorrow's fee application hearing. | 0.20 | 1,350.00 | $270.00 |
| 12/12/2023 | CHM | CP | Prepare for and attend hearing re final fee application. | 0.70 | 925.00 | $647.50 |
| 12/13/2023 | CHM | CP | Review docket, draft orders and email J. Kroop. | 0.70 | 925.00 | $647.50 |
| 12/13/2023 | CHM | CP | Review order and reply to Correa re same. | 0.10 | 925.00 | $92.50 |
| 12/13/2023 | JAK | CP | Supervise preparation and filing of orders granting fee applications. | 0.30 | 1,350.00 | $405.00 |
| | | | | **4.40** | | **$4,962.50** |

**Plan and Disclosure Statement**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/13/2023 | JAK | PD | Emails with counsel for bondholders regarding liquidating plan. | 0.20 | 1,350.00 | $270.00 |
| 12/15/2023 | JAK | PD | Email to counsel for bondholders regarding possible liquidating plan. | 0.60 | 1,350.00 | $810.00 |
| 12/19/2023 | BJS | PD | Review Alix supplemental dec | 0.10 | 1,425.00 | $142.50 |
| | | | | **0.90** | | **$1,222.50** |

**Other Professional Retention**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/20/2023 | BDD | RPO | Email J. Kroop re AlixParners' 2nd supplemental declaration re retention (.10) and emails N. Brown re same (.10) | 0.20 | 545.00 | $109.00 |
| | | | | **0.20** | | **$109.00** |

**TOTAL SERVICES FOR THIS MATTER:** $6,846.00

**Expenses**

12/31/2023   PAC      Pacer - Court Research                                    12.60

    **Total Expenses for this Matter**                                        **$12.60**

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 12/31/2023**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 136612 | 11/30/2023 | $70,821.00 | $33.60 | $70,854.60 |

**Total Amount Due on Current and Prior Invoices:**                                   **$77,713.20**