# Exhibit A

**Detailed Description of AlixPartners' Fees and Hours by Matter Category**

**AlixPartners**

Legacy Cares, Inc.
6321 S. Ellsworth Road
Suite 146
Mesa, AZ  85212

Re:      Meetings & Communication with UCC and Creditors
Code:    20009173P00001.1.2

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 11/08/2023 | TGP | Review email from Counsel summarizing case updates | 0.2 |
| 11/10/2023 | TGP | Review emails with L. Bonito (AlixPartners) and J. Kroop (Pachulski) re: status of fee applications | 0.2 |
| **Total Professional Hours** | | | **0.4** |

**AlixPartners**

Legacy Cares, Inc.
6321 S. Ellsworth Road
Suite 146
Mesa, AZ   85212


Re:                Meetings & Communication with UCC and Creditors
Code:            20009173P00001.1.2

| **PROFESSIONAL** | **RATE** | **HOURS** | **FEES** |
|---|---|---|---|
| Thomas G Prince | $735 | 0.4 | $ 294.00 |
| **Total Professional Hours and Fees** | | **0.4** | **$ 294.00** |

**AlixPartners**

Legacy Cares, Inc.
6321 S. Ellsworth Road
Suite 146
Mesa, AZ  85212

Re:      Analysis of Liquidity and Cash Management
Code:    20009173P00001.1.7

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 11/06/2023 | TGP | Analyze the Debtor's budget vs. actuals reporting package sent 11/2/23 | 0.9 |
| 11/06/2023 | TGP | Analyze the Debtor's budget vs. actuals reporting package sent 10/20/23 | 0.7 |
| 11/17/2023 | TGP | Analyze the Debtor's budget vs. actuals reporting package sent 11/16/23 | 1.2 |
| **Total Professional Hours** | | | **2.8** |

**AlixPartners**

Legacy Cares, Inc.
6321 S. Ellsworth Road
Suite 146
Mesa, AZ   85212


Re:             Analysis of Liquidity and Cash Management
Code:           20009173P00001.1.7

| **PROFESSIONAL** | **RATE** | **HOURS** | **FEES** |
|---|---|---|---|
| Thomas G Prince | $735 | 2.8 | $ 2,058.00 |
| **Total Professional Hours and Fees** | | **2.8** | **$ 2,058.00** |

AlixPartners

Legacy Cares, Inc.
6321 S. Ellsworth Road
Suite 146
Mesa, AZ  85212


Re:         Fee Applications & Fee Statements
Code:      20009173P00001.1.20

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 11/07/2023 | LMB | Prepare professional fees for October 2023 monthly fee application. | 0.5 |
| 11/08/2023 | LMB | Prepare Fifth Monthly Interim Fee Application (October 2023) | 1.3 |
| 11/08/2023 | LMB | Prepare schedule/exhibit workbook for October 2023 monthly fee application | 0.6 |
| 11/08/2023 | LMB | Finalize Fifth Monthly Interim Fee Application (October 2023) | 0.3 |
| 11/08/2023 | LMB | Email to J. Kroop (PSZJ) attaching Fifth Monthly Interim Fee Application for filing on the Court docket | 0.2 |
| 11/08/2023 | LMB | Update fee application status chart | 0.2 |
| 11/08/2023 | DM | Review Legacy Cares October fee application | 0.5 |
| 11/08/2023 | KAS | Review draft October monthly fee application | 0.3 |
| 11/08/2023 | TGP | Review professional fees for October monthly fee application | 0.3 |
| 11/08/2023 | TGP | Provide comments to updated draft October monthly fee application | 0.1 |
| 11/08/2023 | TGP | Provide comments to draft October monthly fee application | 0.2 |
| 11/08/2023 | TGP | Review updated draft October monthly fee application | 0.2 |
| 11/08/2023 | TGP | Review draft October monthly fee application | 0.4 |
| 11/17/2023 | LMB | Call with J. Kroop (PSZJ) re: fee application process | 0.2 |
| 11/17/2023 | LMB | Email to D. MacGreevey (AlixPartners) re: fee orders | 0.2 |
| 11/17/2023 | LMB | Review court docket | 0.2 |
| **Total Professional Hours** | | | **5.7** |

**AlixPartners**

Legacy Cares, Inc.
6321 S. Ellsworth Road
Suite 146
Mesa, AZ   85212


Re:                        Fee Applications & Fee Statements
Code:                    20009173P00001.1.20

| **PROFESSIONAL** | **RATE** | **HOURS** | | **FEES** |
|---|---|---|---|---|
| David MacGreevey | $1,330 | 0.5 | $ | 665.00 |
| Thomas G Prince | $735 | 1.2 | | 882.00 |
| Kaitlyn A Sundt | $585 | 0.3 | | 175.50 |
| Lisa Marie Bonito | $500 | 3.7 | | 1,850.00 |
| **Total Professional Hours and Fees** | | **5.7** | **$** | **3,572.50** |