# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LEGACY CARES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:23-bk-02832-DPC<br><br>(Jointly Administered)<br><br>**SEVENTH MONTHLY INTERIM APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023** |

| **Name of Applicant:** | ALIXPARTNERS, LLP |
|---|---|
| **Applicant's Role in Case:** | Financial Advisor to the Official Committee of Unsecured Creditors |
| **Date of Retention:** | May 31, 2023 as of May 18, 2023 [Docket No. 166] |
| **Time period covered during the Seventh Interim Period:** | **Beginning of Period** / **End of Period**<br>December 1, 2023 / December 31, 2023 |
| **Summary of Total Fees and Expenses Requested During the Seventh Interim Period:** | |
| **Total fees requested during the Seventh Interim Period:** | $8,750.00 |
| **Total expenses requested during the Seventh Interim Period:** | $0.00 |
| **Total fees and expenses requested during the Seventh Interim Period:** | $8,750.00 |
| **Blended hourly rate for fees incurred during the Seventh Interim Period:** | $564.52 |

# ALIXPARTNERS, LLP

## SUMMARY OF MONTHLY FEE APPLICATIONS

| Date Filed; Docket No. | Period | Requested | | Paid | | Amount Outstanding |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 08/07/2023 Docket #342 | 05/18/2023 - 06/30/2023 | $ 180,659.50 | $ 4,771.00 | $ 180,659.50 | $ 4,771.00 | $ - |
| 09/07/2023 Docket #456 | 07/01/2023 - 07/31/2023 | 25,283.00 | - | 25,283.00 | - | - |
| 10/05/2023 Docket #529 | 08/01/2023 - 08/31/2023 | 24,585.00 | - | 24,585.00 | - | - |
| 10/23/2023 Docket #546 | 09/01/2023 - 09/30/2023 | 26,042.00 | | 26,042.00 | - | - |
| 11/15/2023 Docket #585 | 10/01/2023 - 10/31/2023 | 5,401.50 | | 5,401.50 | | - |
| 01/10/2024 Docket #N/A | 11/01/2023 - 11/30/2023 | 5,924.50 | | - | | 5,924.50 |
| 01/10/2024 Docket #N/A | 12/01/2023 - 12/31/2023 | 8,750.00 | | - | | 8,750.00 |
| Total | | $ 276,645.50 | $ 4,771.00 | $ 261,971.00 | $ 4,771.00 | $ 14,674.50 |

# ALIXPARTNERS, LLP

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL
## DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| David MacGreevey | Partner & Managing Director | $1,330 | 0.5 | $ 665.00 |
| Thomas G Prince | Senior Vice President | $735 | 3.1 | 2,278.50 |
| Kaitlyn A Sundt | Senior Vice President | $585 | 0.3 | 175.50 |
| Brooke Filler | Vice President | $510 | 0.2 | 102.00 |
| Jennifer A Braverman | Vice President | $485 | 11.4 | 5,529.00 |
| **Total Hours and Fees for Professionals** | | | **15.5** | **$ 8,750.00** |

**Average Billing Rate**                $        564.52

# ALIXPARTNERS, LLP

## SUMMARY OF HOURS AND FEES BY MATTER CATEGORY
## DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023

| Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 1.8 | Sale of Business and Assets | 1.9 | $ 1,396.50 |
| 1.11 | Financial and Other Diligence | 1.2 | 882.00 |
| 1.19 | Retention Applications & Relationship Disclosures | 12.4 | 6,471.50 |
| | **Total Hours and Fees By Matter Category** | **15.5** | **$ 8,750.00** |

**Average Billing Rate  $  564.52**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LEGACY CARES, INC.,<br><br>      Debtor. | Chapter 11<br><br>Case No. 2:23-bk-02832-DPC<br><br>(Jointly Administered)<br><br>**SEVENTH MONTHLY INTERIM APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023** |

AlixPartners, LLP ("AlixPartners"), as financial advisor to the official committee of unsecured creditors (the "Committee") to Legacy Cares, Inc. (the "Debtor"), hereby submits its seventh monthly interim application (the "Application") for allowance of compensation for professional services rendered and reimbursement of out-of-pocket expenses incurred for the period from December 1, 2023 through December 31, 2023 (the "Seventh Interim Period"). AlixPartners respectfully states as follows:

**Jurisdiction and Venue**

1. The United States Bankruptcy Court for the District of Arizona (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

1

Case 2:23-bk-02832-DPC Doc 675 Filed 01/10/24 Entered 01/10/24 16:13:48 Desc
Main Document Page 5 of 10

**Basis for Relief**

3. The bases for the relief requested herein are Sections 330 and 331 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted June 11, 2013 (the "U.S. Trustee Guidelines") and the *Order Approving Motion to (i) Permit Monthly Interim Fee Applications Under §331; and (ii) Establish Notice Procedure for Interim Fee Applications* [Docket No. 194] (the "Interim Compensation Order").

**Background**

4. On May 1, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned chapter 11 case (the "Chapter 11 Case") in this Court.

5. No trustee or examiner has been appointed in this Chapter 11 Case.

6. On May 15, 2023, the Office of the United States Trustee for the District of Arizona (the "U.S. Trustee") appointed the Committee [Docket No. 91].

**AlixPartners' Retention**

7. On May 25, 2023, the Committee filed its *Application to Employ AlixPartners, LLP as Financial Advisor to the Official Committee of Unsecured Creditors as of May 18, 2023* [Docket No. 143].

8. On May 31, 2023, the Court entered the *Order Granting Application to Employ AlixPartners, LLP as Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 166] (the "Retention Order").

9. The Retention Order approved the terms of AlixPartners' hourly fee and expense structure set forth in the engagement letter dated May 21, 2023 (the "Engagement Letter") and authorized AlixPartners to be compensated and reimbursed pursuant to section 327 of the Bankruptcy Code in accordance with the terms of the Engagement Letter, subject to the procedures set forth in the Bankruptcy Code, Bankruptcy Rules, Local Rules, U.S. Trustee Guidelines and the Interim Compensation Order, and any other applicable orders of this Court.

10. Pursuant to the Engagement Letter, David MacGreevey is the Partner and Managing Director responsible for this engagement, assisted by a staff of consultants at various levels with a wide range of relevant skills and abilities.

### Fees and Expenses During the Seventh Interim Period

11. During the Seventh Interim Period, AlixPartners provided an aggregate of 15.5 hours of professional services in the amount of $8,750.00.

12. Detailed descriptions of the services performed by each professional, organized by matter category and by date, and the hours of services provided (in tenths of an hour) during the Seventh Interim Period are attached hereto as **Exhibit A**.

### Services by Category Provided During the Seventh Interim Period

13. AlixPartners classified the services performed into separate categories. The descriptions below summarize the services provided by AlixPartners to the Committee during the Seventh Interim Period.

**Matter Code 1.8:  Sale of Business and Assets**
**1.9 hours - $1,396.50**
- Oversight of the Debtor's sale process including review of process materials including asset purchase agreements and other related documents

**Matter Code 1.11:  Financial and Other Diligence**
**1.2 hours - $882.00**
- Reviewed documents provided in the virtual data room

**Matter Code 1.19:  Retention Application & Relationship Disclosures**
**12.4  hours - $6,471.50**
- Analyzed relationship disclosures required by the Bankruptcy Code for the Second Supplemental Declaration

14. AlixPartners believes that the fees and out-of-pocket expenses requested are reasonable, actual and for necessary services rendered or expenses incurred on behalf of the Committee during the Seventh Interim Period.

15. AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in the Chapter 11 Case.  No promises have been received by AlixPartners or any member thereof as to compensation in connection with the Chapter 11 Case other than in accordance with the provisions of the Bankruptcy Code.

**No Prior Request**

16. No prior request for the relief sought in this Application has been made to this or any other court.  This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

## Notice

17.     Notice of this Application has been or will be provided to those parties entitled to receive notice hereof in accordance with any applicable order of this Court.

*[Remainder of page intentionally left blank.]*

## Conclusion

**WHEREFORE**, AlixPartners, as financial advisor to the Committee, respectfully requests: (i) an interim allowance of compensation for professional services in the amount of $8,750.00 for the Seventh Interim Period and (ii) such other and further relief as this Court deems proper.

Dated: January 10, 2024  ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, New York 10022


*/s/ David MacGreevey*
By: David MacGreevey
    Partner & Managing Director