# Exhibit A

**Detailed Description of AlixPartners' Fees and Hours by Matter Category**

**AlixPartners**

Legacy Cares, Inc.
6321 S. Ellsworth Road
Suite 146
Mesa, AZ  85212

| Re: | Sale of Business and Assets |
| Code: | 20009173PN0001.1.8 |

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/08/2023 | TGP | Review details of Legacy Cares asset sale | 0.6 |
| 12/08/2023 | TGP | Review final APA | 0.9 |
| 12/08/2023 | TGP | Review Memorandum of Understanding | 0.4 |
| **Total Professional Hours** | | | **1.9** |

**AlixPartners**

Legacy Cares, Inc.
6321 S. Ellsworth Road
Suite 146
Mesa, AZ   85212


Re:                          Sale of Business and Assets
Code:                     20009173PN0001.1.8

| **PROFESSIONAL** | RATE | HOURS | FEES |
|---|---|---|---|
| Thomas G Prince | $735 | 1.9 | $ 1,396.50 |
| **Total Professional Hours and Fees** |  | **1.9** | **$ 1,396.50** |

**AlixPartners**

Legacy Cares, Inc.
6321 S. Ellsworth Road
Suite 146
Mesa, AZ   85212

Re:       Financial and Other Diligence
Code:    20009173PN0001.1.11

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/15/2023 | TGP | Review additional documents posted to the virtual data room | 0.8 |
| 12/15/2023 | TGP | Research re: case status and relevant updates | 0.4 |
| **Total Professional Hours** | | | **1.2** |

**AlixPartners**

Legacy Cares, Inc.
6321 S. Ellsworth Road
Suite 146
Mesa, AZ   85212

Re:               Financial and Other Diligence
Code:          20009173PN0001.1.11

| **PROFESSIONAL** | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Thomas G Prince | $735 | 1.2 | $ | 882.00 |
| **Total Professional Hours and Fees** | | **1.2** | **$** | **882.00** |

**AlixPartners**

Legacy Cares, Inc.
6321 S. Ellsworth Road
Suite 146
Mesa, AZ   85212

Re:            Retention Applications & Relationship Disclosures
Code:       20009173PN0001.1.19

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/12/2023 | JAB | Draft disclosures to be included in Second Supplemental for parties beginning with 108-Ap | 1.2 |
| 12/13/2023 | JAB | Draft disclosures to be included in Second Supplemental for parties beginning with Ar-Bi | 1.1 |
| 12/14/2023 | JAB | Draft disclosures to be included in Second Supplemental for parties beginning with Bl-Cr | 2.8 |
| 12/14/2023 | JAB | Draft disclosures to be included in Second Supplemental for parties beginning with Cu-In | 1.8 |
| 12/16/2023 | JAB | Draft disclosures to be included in Second Supplemental for parties beginning with Sto-Zo | 2.3 |
| 12/16/2023 | JAB | Draft disclosures to be included in Second Supplemental for parties beginning with Ind-St | 2.2 |
| 12/18/2023 | DM | Review supplemental Legacy Cares declaration | 0.5 |
| 12/18/2023 | KAS | Review draft supplemental declaration | 0.3 |
| 12/19/2023 | BFF | Revise supplemental declaration | 0.2 |
| **Total Professional Hours** | | | **12.4** |

**AlixPartners**

Legacy Cares, Inc.
6321 S. Ellsworth Road
Suite 146
Mesa, AZ   85212

| | | | | |
|---|---|---|---|---|
| Re: | Retention Applications & Relationship Disclosures | | | |
| Code: | 20009173PN0001.1.19 | | | |

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| David MacGreevey | $1,330 | 0.5 | $ | 665.00 |
| Kaitlyn A Sundt | $585 | 0.3 | | 175.50 |
| Brooke Filler | $510 | 0.2 | | 102.00 |
| Jennifer A Braverman | $485 | 11.4 | | 5,529.00 |
| **Total Professional Hours and Fees** | | **12.4** | **$** | **6,471.50** |