# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---|---|
| Debtor: | LEGACY CARES, INC. |
| Case Number: | 2:23-BK-02832-DPC  Chapter: 11 |
| Date / Time / Room: | MONDAY, APRIL 15, 2024 02:30 PM   6TH FLOOR #603 |
| Bankruptcy Judge: | DANIEL P. COLLINS |
| Courtroom Clerk: | RENEE BRYANT |
| Reporter / ECR: | STACI FAGAN |

### Matter:

FINAL APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MAY 18, 2023 THROUGH DECEMBER 31, 2023.

R / M #:   0 / 0

### Appearances:

JORDON KROOP, ATTORNEY FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

### Proceedings:

Mr. Kroop presents Alixpartners' final application. He informs the Court that the committee has approved it, and no objections have been filed. Mr. Kroop asks the Court to approve the final application.

COURT:  IT IS ORDERED GRANTING THE FINAL APPLICATION OF ALIXPARTNERS.  THE COURT WILL SIGN THE ORDER THAT ONCE IT HAS BEEN UPLOADED

Mr. Kroop provides a status update on the Chapter 11 plan.