SO ORDERED.

Dated: May 30, 2024

Daniel P. Collins, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re:**<br><br>**LEGACY CARES, INC.,**<br>**Debtor.** | **Case No. 2:23-bk-02832-DPC**<br><br>**Chapter 11**<br><br>**ORDER SHORTENING AND LIMITING NOTICE** |

Upon consideration of the *Ex Parte Motion to Shorten and Limit Notice* (the "Motion") filed by Legacy Cares, Inc., debtor and debtor in possession ("Debtor"), seeking entry of an order shortening the notice period on and limiting the service of its *Motion to Approve Settlement Re: Turnover Motion* [ECF No. 775] (the "9019 Motion");

It appearing that a shortened notice period and limited notice of the 9019 Motion is in the best interests of the Debtor, its estate, and creditors; it appearing that notice of the Motion was provided to interested parties; and sufficient cause appearing;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted;

2. Notice of (a) the filing of the 9019 Motion and (b) entry of this Order on the Court's CM/ECF system and on the case's website maintained by Epiq suffices as adequate notice of the 9019 Motion and bar date for objecting to same; and

3. Pursuant to Fed. R. Bankr. P. 9006(c) and Local Rule 9013-1(h), any objection to approval of the 9019 Motion must be filed no later than fifteen (15) calendar days from the date of entry of this Order. If no timely objection to the 9019 Motion is filed, the Court may enter an order approving the 9019 Motion without further hearing.

**DATED AND SIGNED ABOVE.**