Bradley A. Cosman (AZ 026223)
Thomas D. Ryerson (AZ 028073)
Zachary J. Stump (AZ 039670)
**PERKINS COIE LLP**
2525 E. Camelback Road
Suite 500
Phoenix, Arizona 85016-4227
Telephone: 602-351-8000
BCosman@perkinscoie.com
TRyerson@perkinscoie.com
ZStump@perkinscoie.com

*Counsel for the Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>LEGACY CARES, INC.<br><br>Debtor | Chapter 11<br><br>Case No. 2:23-BK-02832-DPC<br><br>**NOTICE OF LODGING PROPOSED ORDER** |

Notice is hereby given that the undersigned has lodged the attached form of *Order Authorizing Liquidation Trust's Motion for Production of Documents Under Federal Rule of Bankruptcy 2004 Examinations* attached as Exhibit A.

Dated: January 9, 2025        **PERKINS COIE LLP**

By: */s/ Bradley A. Cosman*
 Bradley A. Cosman (AZ 026223)
 Thomas D. Ryerson (AZ 028073)
 Zachary J. Stump (AZ 039670)
 2525 E. Camelback Road, Suite 500
 Phoenix, Arizona 85016-4227

 *Counsel to Liquidation Trust*

# Exhibit A

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LEGACY CARES, INC.<br><br>Debtor | Chapter 11<br><br>Case No. 2:23-BK- 02832 -DPC<br><br>**ORDER AUTHORIZING LIQUIDATION TRUST'S MOTION FOR PRODUCTION OF DOCUMENTS UNDER FEDERAL RULE OF BANKRUPTCY 2004** |

Upon the motion (the "**Motion**") by Legacy Cares Liquidation Trust (the "**Trust**") for entry of an order, pursuant to Federal Rule of Bankruptcy 2004, allowing it to compel production of documents from AZ Athletic Associates LLC as requested in the Motion, the Court states as follows:

After review of the Motion and statements therein, the Court finds that adequate notice and opportunity for a hearing on the Motion has been provided and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein. In light of the foregoing, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED to the extent set forth herein.

2. The Trust may seek the production of documents set forth on Attachment A (the "**Document Requests**").

3. AZ Athletic Associates LLC shall produce all documents and communications responsive to the Document Requests no later than 21 days following entry of this order.

4. The Trust's rights are reserved to request additional examinations or documents under Bankruptcy Rule 2004 based on any information that may be revealed as a result of the discovery obtained pursuant to this Order or otherwise obtained by the Trust without prejudice to the right of AZ Athletic Associates LLC to object in accordance with applicable rules.

5. This Order is without prejudice to a motion for a protective order or other relief as permitted by law.

6. This Court retains jurisdiction to resolve any and all issues arising under or related to this Order or the discovery hereby authorized, and to interpret, implement, and enforce the provisions of this Order.

**DATED AND SIGNED ABOVE**