Bradley A. Cosman (AZ 026223)
Thomas D. Ryerson (AZ 028073)
Zachary J. Stump (AZ 039670)
**PERKINS COIE LLP**
2525 E. Camelback Road
Suite 500
Phoenix, Arizona 85016-4227
Telephone: 602-351-8000
BCosman@perkinscoie.com
TRyerson@perkinscoie.com
ZStump@perkinscoie.com

*Counsel for the Liquidation Trust*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LEGACY CARES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:23-BK-02832-DPC<br><br>**CERTIFICATE OF SERVICE** |

I certify that on November 22, 2024, I caused the following documents to be filed with the US Bankruptcy Court and served on all parties registered to receive CM/ECF notices and via email to the parties listed on the attached Email Service List.

- *Liquidation Trust's Motion for an Order Under Federal Rule of Bankruptcy 2004 for Production of Documents* [Doc 890]
- *Notice of Lodging Proposed Order* [Doc 891]

I declare under penalty of perjury that the foregoing is true.

January 9, 2025                    **PERKINS COIE LLP**

                                By: */s/ Kimberly McClure*
                                    Kimberly McClure
                                    Paralegal

# EMAIL SERVICE LIST

Robert H. McKirgan
Randy Papetti
Papetti Samuels Weiss McKirgan LLP
16430 N. Scottsdale Rd., Ste. 290
Scottsdale, AZ 85254
rmckirgan@pswmlaw.com
rpapetti@pswmlaw.com

J. Henk Taylor
Warner Angle Hallam Jackson & Formanek, PLC
2555 E. Camelback Rd.
Ste 800
Phoenix, AZ 85016
htaylor@warnerangle.com

*Counsel to Debtor, Legacy Cares, Inc.*

James L. Csontos
Edward Rubacha
Jennings Haug Keleher McLeod LLP
2800 N Central Ave.
Suite 1800
Phoenix, AZ 85004-1049
jlc@jhc.law
er@jhc-law.com
er@jhkmlaw.com

*Counsel to Aero Automatic Sprinkler Company*

Jennifer A. Giaimo
Elizabeth C. Amorosi
Larry L. Watson
Office of the U.S. Trustee
230 N. First Ave., #204
Phoenix, AZ 85003-1706
602-682-2600
Jennifer.A.Giaimo@usdoj.gov
larry.watson@usdoj.gov
ustpregion14.px.ecf@usdoj.gov

*U.S. Trustee*

Will C. Farmer
515 South Flower Street
25th Floor
Los Angeles, CA 90071
willfarmer@paulhastings.com

James George Florentine
Bryce A. Suzuki
Snell & Wilmer
One East Washington Street
Suite 2700
Phoenix, AZ 85004-2202
jflorentine@swlaw.com
bsuzuki@swlaw.com

*Counsel to AZ Athletic Associates LLC*

Lindsi M. Weber
The Burgess Law Group
3131 East Camelback Road,
Suite 224
Phoenix, AZ 85016
(602) 806-2100
lindsi@theburgesslawgroup.com

*Counsel to Michael St. Patrick Baxter*

D Lamar Hawkins
Guidant Law, PLC
402 East Southern Avenue
Tempe, AZ 85282
lamar@guidant.law

*Counsel to D. H. Pace Company, Inc.; Image Building Systems, LLC; and Sprayfoam Southwest, Inc.*

Robert Warnicke
2929 North 2nd Street
Phoenix, AZ 85012
robert@warnickelaw.net

*Counsel to Earthscapes, Inc.*

Michael S Myers
Ballard Spahr LLP
2029 Century Park East Ste 1400
Los Angeles, CA 90067
myersm@ballardspahr.com

*Counsel to BrightView Landscape Services, LLC*

Benjamin William Reeves
Snell & Wilmer LLP
One East Washington Street
Ste 2700
Phoenix, AZ 85004-2202
breeves@swlaw.com

*Counsel to E&K of Phoenix, Inc.*

James L Ugalde
Clark Hill PLC
3200 North Central Avenue
Suite 1600
Phoenix, AZ 85012
jugalde@clarkhill.com

*Counsel to Eastern Funding LLC; and Eastern Funding LLC, successor-in-interest to Macrolease Corporation*

Tamalyn E. Lewis
Bradley David Pack
Engelman Berger P.C.
2800 North Central Avenue
Suite 1200
Phoenix, AZ 85004
tel@eblawyers.com
bdp@eblawyers.com

Karen A Palecek
Palecek & Palecek, P.L.L.C.
6263 N Scottsdale Rd #269
Scottsdale, AZ 85250
minutes@paleceklaw.com

*Counsel to Elite Sports Builders, LLC dba Sunland Sports; JFK Electrical Contracting Enterprises, Inc.; and RH Dupper Landscaping, Inc.*

Jonathan M. Saffer
Rusing Lopez & Lizardi, PLLC
6363 N. Swan Rd., Ste 151
TUCSON, AZ 85718
jsaffer@rllaz.com

*Counsel to Elite Sports Group AZ, LLC*

Robert Warnicke
2929 North 2nd Street
Phoenix, AZ 85012
602-738-7382
robert@warnickelaw.net

*Counsel to Haydon Companies, Inc.*

James L. Csontos
Chad L. Schexnayder
Jennings Haug Keleher McLeod LLP
2800 N Central Ave.
Suite 1800
Phoenix, AZ 85004-1049
jlc@jhc.law
cls@jkwlawyers.com

Tanner Brad Camp
David Jordan
Foley & Lardner LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
tcamp@foley.com
djordan@foley.com

*Counsel to Okland Construction Company, Inc.*

Matthew L Riggs
East Valley Injury Law
1525 S. Greenfield Road
Mesa, AZ 85206
matt@evilaw.com

*Counsel to Payson Geohagan*

Philip J Giles
Allen, Jones & Giles, PLC
1850 N. Central Avenue
Suite 1025
Phoenix, AZ 85004
pgiles@bkfirmaz.com

*Counsel to Jayco Design and Installations, LLC; and Kearney Electric, Inc.*

Isaac M. Gabriel
Dorsey & Whitney LLP
2325 E. Camelback Road
Suite 300
Phoenix, AZ 85016
gabriel.isaac@dorsey.com

*Counsel to Johnson Statewide Caulking, L.P.*

Kelly Singer
Squire Patton Boggs (US) LLP
2325 E. Camelback Road
Ste 700
Phoenix, AZ 85016
kelly.singer@squirepb.com

*Counsel to Legacy Sports USA*

Jordan A Kroop
Cia H. Mackle
Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
Ste 34th Floor
New York, NY 10017-2024
jkroop@pszjlaw.com
cmackle@pszjlaw.com
bsandler@pszjlaw.com

*Counsel to Official Committee of Unsecured Creditors*

Alexander J. Beeby
Kenneth C. Edstrom
Sapientia Law Group, PLLC
120 South Sixth Street
Ste 100
Minneapolis, MN 55402
alexb@sapientialaw.com
kene@sapientialaw.com

*Counsel to Michael Kuntz; and National Sports Opportunity Partners, LLC*

Kira Nicole Barrett
Clyde & Co US, LP
400 E. Van Buren Street
Ste 440
Phoenix, AZ 85004
kira.barrett@clydeco.us

*Counsel to Norcon Industries, Inc.*

Cody J. Jess
Moyes Sellers & Hendricks Ltd
1850 North Central Avenue, #1100
Phoenix, AZ 85004
cjess@law-msh.com

*Counsel to OVG Facilities, LLC*

Andrew Abraham
Alan A. Meda
Burch & Cracchiolo, P.A.
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
aabraham@bcattorneys.com
ameda@bcattorneys.com

*Counsel to Pacific Proving LLC*

William G. Klain
Fennemore Craig, P.C.
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016
wklain@fennemorelaw.com

*Counsel to Pritchard Sports & Entertainment Group, Ltd.*

Joel E. Sannes
Udall Shumway
1138 N Alma School Rd
Suite 101
Mesa, AZ 85201
jes@udallshumway.com

*Counsel to RKS Plumbing & Mechanical, Inc.*

Shelton L. Freeman
Rose Law Group, pc
7144 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251
filings@roselawgroup.com

*Counsel to Siteworks Landscape Development, LLC*

Janel M. Glynn
The Burgess Law Group
3131 East Camelback Road, Suite 224
PHOENIX, AZ 85016
janel@theburgesslawgroup.com

*Counsel to Phoenix Children's Hospital*

James L. Csontos
Matthew H. Sloan
Jennings Haug Keleher McLeod LLP
2800 N Central Ave.
Suite 1800
Phoenix, AZ 85004-1049
jlc@jhc.law
mhs@jkwlawyers.com

*Counsel to ICON Architectural Group, LLC*

Warren J. Stapleton
Osborn Maledon, P.A.
2929 North Central Avenue
Ste 2100
Phoenix, AZ 85012
wstapleton@omlaw.com

*Counsel to Salt River Pima-Maricopa Indian Community*

Richard B. Murphy
Murphy Cordier Casale Axel PLC
4647 N. 32nd Street
Suite 150
Phoenix, AZ 85018
rich@mcattorneys.com

*Counsel to Spectrum Mechanical & Plumbing Contractors, LLC*

Carolyn J. Johnsen
DICKINSON WRIGHT PLLC
1850 N. CENTRAL AVENUE #1400
PHOENIX, AZ 85004-4568
cjjohnsen@dickinsonwright.com

*Counsel to Sun Valley Masonry, Inc.*

Ryan J. Lorenz
Clark Hill PLC
14850 N. Scottsdale Road
Ste 500
Scottsdale, AZ 85254
rlorenz@clarkhill.com

*Counsel to Valley Toyota Dealers Association, Inc.*

Scott F. Frerichs
Sacks Tierney
4250 N. Drinkwater Blvd.
Ste 4th Floor
Scottsdale, AZ 85251
scott.frerichs@sackstierney.com

*Counsel to Walters & Wolf Construction Specialties, Inc.*

Michael R King
Gammage & Burnham PLC
40 North Central Avenue
Ste 20th Floor
Phoenix, AZ 85004
mking@gblaw.com

*Counsel to The Orcutt/Winslow Limited Liability Limited Partnership*

Bradley David Pack
Engelman Berger PC
2800 N Central Avenue Suite 1200
Phoenix, AZ 85004
bdp@eblawyers.com

*Counsel to Wholesale Floors, LLC*

Zachary Fairlie
Spencer Fane
1000 Walnut
Ste 1400
Kansas City, MO 64106
zfairlie@spencerfane.com

Jessica Gale
Spencer Fane LLP
2415 E. Camelback Road
Ste 600
Phoenix, AZ 85016
jgale@spencerfane.com

Charles Ethan Markle
Greenberg Traurig, LLP
2375 E. Camelback Rd.
Ste 800
Phoenix, AZ 85016
marklec@gtlaw.com

Peter L Riggs
Spencer Fane LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106-2140
priggs@spencerfane.com

Howard J. Steinberg
Greenberg Traurig LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
steinbergh@gtlaw.com

*Counsel to UMB Bank, N.A.*

Peter S. Burke
Paul Hastings, LLP
515 South Flower St., 25th Floor
Los Angeles, CA 90071
peterburke@paulhastings.com

Justin Rawlins
Paul Hastings, LLP
1999 Avenue of the Stars, 27th Floor
Century City, CA 90067
justinrawlins@paulhastings.com

Grant L. Cartwright
Andrew A. Harnisch
May, Potenza, Baran & Gillespie, P.C.
1850 N. Central Avenue
Suite 1600
Phoenix, AZ 85004
602-252-1900
gcartwright@maypotenza.com
aharnisch@maypotenza.com

*Counsel to Burke Operating Partners, LLC*