Philip J. Giles, State Bar #30340
David B. Nelson, State Bar #34100
**ALLEN, JONES & GILES, PLC**
1850 N. Central Avenue, Suite 1025
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: pgiles@bkfirmaz.com
dnelson@bkfirmaz.com

Attorneys for Kearney Electric, Inc.

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>LEGACY CARES, INC, an Arizona non-profit corporation.<br><br>Debtor. | Chapter 11<br><br>Case No. 2:23-bk-02832-DPC<br><br>**NOTICE OF LODGING PROPOSED FORM OF ORDER RE: JUDGMENT AGAINST OKLAND CONSTRUCTION COMPANY, INC.**<br><br>Re: ECF No. 915 |

**NOTICE IS HEREBY GIVEN** that, pursuant to Rule 9022-1 of the Local Rules of Bankruptcy Procedure, the proposed form of Judgment on the contested matter between Kearney Electric, Inc. and Okland Construction Company, Inc. attached hereto as **Exhibit A** was lodged with the United States Bankruptcy Court this 22nd day of July, 2025.

DATED: July 22, 2025.

**ALLEN, JONES & GILES, PLC**

/s/ *PJG #30340*
Philip J. Giles
1850 N. Central Ave. Suite 1025
Phoenix, AZ 85004
*Attorneys for Kearney Electric, Inc.*

**JENNINGS HAUG KELEHER MCLEOD WATERFALL LLP**

/s/ Jim Csontos (*with permission*)
James L. Csontos
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
*Attorneys for Okland Construction Company, Inc.*

**E-FILED** on July 22, 2025 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

*/s/ Melissa Morgan*

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>LEGACY CARES, INC, an Arizona non-profit corporation.<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No: 2:23-bk-02832-DPC<br><br>**JUDGMENT AGAINST OKLAND CONSTRUCTION COMPANY, INC.** |

The Court, having held trial on the contested matter between Kearney Electric, Inc. ("Kearney") and Okland Construction Company, Inc. ("Okland"), and subsequently issuing its *Under Advisement Order re Contested Matter Involving Okland Construction Company, Inc. and Kearney Electric, Inc.* [ECF No. 915] which is incorporated fully herein by reference, hereby enters this Judgment in favor of Kearney and against Okland.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Kearney is awarded $428,573.00, which Okland or its agent must promptly pay along with all interest earned on this amount since December 14, 2023 in the amount of $10,968.83;

2. Kearney is awarded its taxable costs pursuant to A.R.S. § 12-341 in the amount of $2,670.70;

3. The total award of **$442,212.53** in favor of Kearney and against Okland shall accrue interest at the relevant federal judgment interest rate until fully paid.

4. Entry of this Judgment resolves the contested matter between Kearney and Okland.

**DATED AND SIGNED ABOVE**