Ryan B. Johnson (027348)
**BANIHASHEMI JOHNSON PLLC**
6617 North Scottsdale Road, Suite 205
Scottsdale, Arizona 85250
Telephone: (480) 868-2473
Email: ryan@banijohn.law
Minute Entries: minuteentries@banijohn.law

Attorneys for Plaintiff

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>Legacy Cares, Inc.<br><br>Debtor, | No. 2:23-bk-02832-DPC<br><br>Chapter 11<br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Brody Rolfson,<br><br>Movant,<br><br>v.<br><br>Legacy Cares Inc., d/b/a Legacy Sports USA, LLC, an Arizona Corporation<br><br>Respondent. | |

Pursuant to 11 U.S.C. § 362(d)(1), Brody Rolfson files this Motion for Relief from the Automatic Stay with relation to a personal injury claim by Brody Rolfson ("Movant") against Legacy Cares, Inc. and Legacy Sports USA, LLC (collectively, "Legacy"). Movant wishes to pursue his claim to conclusion and will look to the insurer and not the Legacy bankruptcy estate for recovery. This Motion is supported by the following memorandum of Points and Authorities. A Proposed Form of Order is attached hereto as Exhibit 1.

## I. FACTUAL BACKGROUND

On or about March 5, 2022, Mr. Rolfson was playing baseball in a large youth baseball tournament at the Legacy Sports Complex, located at 6321 South Ellsworth Road,

Mesa, Arizona (then known as Bell Bank Park). Movant executed a proper sliding technique during a steal to second base. Unfortunately, the field was equipped with stationary non-breakaway bases, which is not the standard of care for youth baseball tournaments. Thus, despite Movant's correct execution, he sustained fractures to his tibia and fibula when his cleat caught on the stationary base that failed to disengage as designed in similar breakaway bases.

Upon information and belief, the facility was owned and operated by Legacy Cares, Inc. and/or Legacy Sports USA, LLC, who was insured under one or more liability policies providing coverage for the personal injury claim of Movant.

## II. RELIEF IS WARRANTED FOR CAUSE UNDER 11 U.S.C. § 362(d)(1).

Section 362(d)(1) authorizes the Court to grant relief from the automatic stay "for cause." "Cause" exists here because Movant seeks limited relief solely to liquidate the personal injury claim and recover only from available insurance proceeds, not from the Debtor or property of the bankruptcy estate. Granting relief will not interfere with the administration of the estate because:

- Movant will not seek to enforce any judgment against the Debtor personally;
- Movant will not seek recovery from estate assets; and
- Movant will not pursue any deficiency or excess judgment beyond the limits of available insurance.

Denying relief would unfairly prejudice Movant by delaying or preventing adjudication of a personal injury claim, while providing no corresponding benefit to the estate or other creditors. Judicial economy favors lifting the stay so that the personal injury claim may be liquidated in the appropriate non-bankruptcy forum, which is best suited to resolve factual and legal issues related to personal injury damages.

To the extent any defense or indemnity obligations exist under any liability policies held by Legacy, those obligations arise independently of estate property and do not diminish assets available for distribution to creditors.

## III. SCOPE OF REQUESTED RELIEF

Movant seeks limited stay relief only, permitting Movant to:

- Commence or continue the Personal Injury Claim in the appropriate non-bankruptcy forum; and
- Recover, if at all, solely from available insurance proceeds.

Movant expressly agrees that:

- No collection efforts will be made against the Debtor;
- No collection efforts will be made against property of the bankruptcy estate; and
- Any judgment obtained will be enforceable only against applicable insurance coverage.

## IV. CONCLUSION

For the foregoing reasons, Movant respectfully requests that the Court enter an Order:

1. Granting Movant relief from the automatic stay under 11 U.S.C. § 362(d)(1);
2. Limiting such relief solely to the prosecution and liquidation of Movant's Personal Injury Claim against available insurance coverage;
3. Prohibiting any recovery against the Debtor personally or property of the bankruptcy estate; and
4. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 19th day of February, 2026

BANIHASHEMI JOHNSON PLLC

By *__/s/ Ryan B. Johnson__*

Ryan B. Johnson
BANIHASHEMI JOHNSON PLLC
6617 North Scottsdale Road, Suite 205
Scottsdale, Arizona 85250
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants and to the Debtor, Debtor's counsel, the case trustee, and counsel for the Official Unsecured Creditors' Committee, either via email and/or U.S. Mail postage prepaid as listed below:

Legacy Cares, Inc.
6321 S. Ellsworth Road, Suite 146
Mesa, Az 85212
Debtor

Robert H. McKirgan
Papetti Samuels Weiss McKirgan LLP
16430 N. Scottsdale Rd., Ste. 290
Scottsdale, AZ 85254
rmckirgan@pswmlaw.com
Counsel for Debtor

Randy Papetti
Papetti Samuels Weiss McKirgan LLP
16430 N. Scottsdale Rd., Ste. 290
Scottsdale, AZ 85254
rpapetti@pswmlaw.com
Counsel for Debtor

J. Henk Taylor
Warner Angle Hallam Jackson &
Formanek, PLC
2555 E. Camelback Rd. Ste 800
Phoenix, AZ 85016
htaylor@warnerangle.com
Counsel for Debtor

Elizabeth C. Amorosi
Office of the U.S. Trustee
230 N. 1st Avenue, Suite 204
Phoenix, AZ 85003

Jennifer A. Giaimo
Office of the U.S. Trustee
230 N. 1st Avenue, Suite 204
Phoenix, AZ 85003
Jennifer.A.Giaimo@usdoj.gov

Larry L. Watson
Office of the U.S. Trustee
230 N. 1st Avenue, Suite 204
Phoenix, AZ 85003
larry.watson@usdoj.gov

Jordan A. Kroop
Pachulski Stang Ziehl & Jones LLP
1700 Broadway, Ste 36th Floor
New York, NY 10019
jkroop@pszjlaw.com
Counsel for Official Committee of
Unsecured Creditors

Cia H. Mackle
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017
cmackle@pszjlaw.com
Counsel for Official Committee of
Unsecured Creditors

Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017
bsandler@pszjlaw.com
Counsel for Official Committee of
Unsecured Creditors

*/s/ Ryan B. Johnson*